**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re* | Chapter 11 |
| BIRD RIDES, INC., | Case No. 23-20515-CLC |
| Debtor. | |

# SCHEDULES OF ASSETS AND LIABILITIES FOR

**Bird Rides, Inc.**

**Case No. 23-20515-CLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| *In re* | Chapter 11 |
| BIRD GLOBAL, INC., *et al.*,[1] | Case No. 23-20514-CLC |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Introduction**

Bird Global, Inc. and its debtor affiliates (collectively, the "**Debtors**") with the assistance of the Chief Restructuring Officer (defined herein) and advisors, are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**," and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the Southern District of Florida (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements. Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases (defined herein), including, without limitation, any issues involving equitable subordination, offsets, or defenses causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors'

---

[1] The address of the Debtors is 392 Northeast 191st Street, #20388, Miami, FL 33179. The last four digits of the Debtors' federal tax identification numbers are: (i) Bird Global, Inc. (3155); (ii) Bird Rides, Inc. (9939); (iii) Bird US Holdco, LLC (8390); (iv) Bird US Opco, LLC (6873); and (v) Skinny Labs, Inc. (8176).

reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ from such estimates.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, the Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized. The Debtors, on behalf of themselves, their officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

Christopher Rankin, as the Chief Restructuring Officer (the "Chief Restructuring Officer") of each of the Debtors, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Rankin necessarily relied upon the efforts, statements, and representations of other of the Debtors' personnel and professionals. Mr. Rankin has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses. Accordingly, the Debtors reserve the right, as expressly provided for by Bankruptcy Rule 1009(a) to amend each of the Schedules and Statements from time to time as may be necessary or appropriate.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("**Claim**") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and

Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

A listing in the Schedules or Statements (including, without limitation, Schedule A/B, Schedule E/F or Statement 3) by the Debtors of any obligation between a Debtor and another Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court.

2. **Description of Cases and "as of" Information Date**. On December 20, 2023 (the "**Petition Date**"), each of (i) Bird Global, Inc.; (ii) Bird Rides, Inc.; (iii) Bird US Holdco, LLC; (iv) Bird US Opco, LLC; and (v) Skinny Labs, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court (the "**Chapter 11 Cases**"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 20, 2023, the Bankruptcy Court entered orders directing procedural consolidation and joint administration of the Chapter 11 Cases, under lead Case No. 23-20514-CLC.

**The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtors as of the close of business on December 19, 2023, as applicable, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the close of business on December 19, 2023, as applicable.**

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of the close of business on December 19, 2023, as applicable, in the Debtors' books and records. Additionally, because the book values of certain assets, such as equipment, work in process, patents, trademarks, and copyrights, may materially differ from their fair market values, they may be listed as undetermined

amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.    **Recharacterization**. Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.    **Real Property and Personal Property–Leased**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Debtors have made reasonable efforts to list all such leases in the Schedules and Statements. The Debtors have made reasonable efforts to include lease obligations on Schedule D (secured debt) to the extent applicable and to the extent the lessor filed a UCC financing statement.  However, nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement).

6.    **Excluded Assets and Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

7.    The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding Claims on a postpetition basis.  The Schedules may deduct or exclude part or all of any claim paid postpetition pursuant to the Bankruptcy Court's Orders.

8.    **Insiders**. Solely, for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) senior level officers; (c) equity holders holding in excess of 10% of the voting securities of the Debtor entities; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtors). Entities listed as "insiders" have been included for informational purposes and their

inclusion shall not constitute an admission that those entities are insiders for purposes of section 101(31) of the Bankruptcy Code.

9.    **Intellectual Property Rights**. The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

In addition, although the Debtors have made diligent efforts to attribute intellectual property to the rightful Debtor entity, in certain instances, intellectual property owned by one Debtor may, in fact, be owned by another Debtor. Accordingly, the Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

10.    **Executory Contracts and Unexpired Leases**. Although the Debtors made diligent attempts to attribute executory contracts and unexpired leases to their rightful Debtors, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses.

The Debtors' executory contracts and unexpired leases have been set forth in Schedule G. Purchase orders and work orders may not be listed on Schedule G. The failure to include such purchase orders and work orders does not constitute an admission that such purchase orders and work orders are not executory contracts and the Debtors reserve all rights with respect thereto.

11.    **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

12.    **Claims Description**. Schedules D and E/F permit each Debtor to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13.    **Causes of Action**. Despite their reasonable and good faith efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any

Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

     a. <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

     b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

     c. <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15. **Estimates and Assumptions**. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. Actual amounts could differ from those estimates, perhaps materially.

16. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17. **Intercompany.** The listing in the Schedules or Statements (including, without limitation, Schedule A/B or Schedule E/F) by the Debtors of any obligation between a Debtor and another Debtor (or a non-Debtor affiliate) is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtors regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. While the Debtors have used reasonable efforts to ensure that the proper intercompany balances are attributed to each legal entity, all rights to amend these items on the Schedules and Statements are reserved.

Intercompany transfers can be characterized in many ways. The Debtors reserve all of their rights with respect to the intercompany balances listed in the analysis, including, but not limited to, the appropriate characterization of such intercompany balances and the amounts of such balances, which are still being identified by the Debtors. The Debtors have not made any attempt to analyze the nature, or composition, of these intercompany balances.

18. **Setoffs**. The Debtors routinely incur certain setoffs and other similar rights during the ordinary course of business. Setoffs in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

19. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

**Specific Disclosures with Respect to the Debtors' Schedules**

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the close of business on December 19, 2023, as applicable, unless otherwise noted below.

**Schedule A/B 3**. Cash values held in financial accounts are listed on Schedule A/B 3 as of the close of business on December 19, 2023, as applicable. Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Continue to (I) Maintain Their Cash Management System, (II) Honor Certain Prepetition and Post-Petition Obligations Related Thereto, (III) Use Existing Business Forms, and (IV) Perform Intercompany Transactions, and (B) Granting Related Relief* [ECF No. 11].

**Schedule A/B 11**. Accounts receivable do not include intercompany receivables. While the Debtors have made reasonable efforts to treat accounts receivable as described in this Global Note, accounts receivable may reflect certain credit amounts owed to a particular creditor. By doing so, the Debtors do not admit the validity of any particular credit or right of setoff or recoupment and reserve all rights to dispute any such Claims.

**Schedules A/B 15**. Ownership interests in subsidiaries have been listed in Schedules A/B 15.

**Schedule A/B 72**. The Debtors may have net operating losses, the value of which is undetermined. The failure to include a net operating loss or list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

**Schedule A/B 73**. The Debtors are the primary or additional policyholders under certain workers' compensation, business liability, and various liability, property, and other insurance policies and programs, which the Debtors pay directly. In connection with the operation of their businesses, the Debtors maintain the Insurance Programs through several various insurance carriers , including, but not limited to, the insurance programs and Insurance Carriers identified in Exhibit B of the *Debtors' Emergency Motion for an Order Authorizing The Debtors to (I) Continue Administering Insurance Policies and Surety Bond Programs; (II) Continue Paying Certain Brokerage Fees; and (III) Satisfy Other Obligations Related Thereto in the Ordinary Course of Business* [ECF No. 12].

**Schedule A/B 74 & 75**. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds, or potential warranty Claims against their vendors. Additionally, certain of the Debtors may be or become party to pending litigation in which the Debtors have asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are potentially unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.

**Schedule D**. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor or intercompany agreement) related to such creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F part 1**
Payroll and Taxes accrued as of filing have been subsequently paid pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Workforce Obligations and (B) Maintain Employee Benefit Programs, (II) Authorizing the Debtors' Banks and Other Financial Institutions to Honor Prepetition Transfers, and (III) Granting Related Relief* [ECF No. 61] and the *Order Granting Debtors' Emergency Motion for Authorization to Pay Prepetition Sales, Use, Trust Fund, and Other Taxes and Similar Obligations* [ECF No. 59], respectively. The Company has paid its tax obligations through November 30, 2023. The Company is currently compiling the amounts due to taxing authorities between December 1 – 19, 2023.

**Schedule E/F part 2**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F part 2, based upon the Debtors'

books and records as of the Petition Date which includes unpaid invoices received and the Company's estimate accrual for invoices that have yet to be received.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtors' liabilities with respect to any of the potential suits and proceedings included therein. The Debtors expressly incorporate by reference into Schedule E/F part 2 all parties to pending litigation listed in the Debtors' Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' best reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G due to confidentiality restrictions and/or their commerically sensitive nature. The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including but not limited to amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. In some cases, the same supplier or provider appears multiple times on Schedule G. This

multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider or amounts recorded in different financial systems used by the Debtor at its various operating locations. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition debt facilities are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on each Debtor's Schedule E/F part 2 and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Payments to Creditors within 90 Days (Statement Part 2, question 3)**. Statement Part 2, question 3 includes any disbursement or other transfer made by the Debtors within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement question 4) and employees.

**Non-business Revenue (Statement Part 2, question 4)**. Statement Part 2, question 4 does not account for a respective Debtor's intercompany transactions that are purely accounting balancing entries as opposed to actual payments. With respect to individuals, the amounts

listed reflect the universe of payments and transfers to such individuals including compensation, bonus (if any), and expense reimbursement.

The Debtors have included all payroll distributions and, benefits, bonuses and expense reimbursements, made over the twelve months preceding the Petition Date to any individual that may be deemed an "Insider." Certain members of senior management are employed and paid by non-Debtors.

**Legal Actions or Assignments (Statement Part 3, question 7)**. Information provided in Statement Part 3, question 7 may not include every administrative agency proceeding open or closed during the relevant time period, as certain agency proceedings are quickly dismissed or settled for a nominal sum. Additionally, any information contained in Statement Part 3, question 7 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.

**Financial Institutions (Statement Part 13, question 26(d))**. The Debtors have provided financial statements in the ordinary course of their businesses to numerous financial institutions, creditors, and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent or subject to confidentiality agreements, the Debtors may not have disclosed all parties that may have received such financial statements for the purposes of Statement Part 13, question 26(d).

**Consolidated Tax Group (Statement Part 13, question 31)**. The Debtors file tax returns on a consolidated level at the Bird Global, Inc. level. Certain tax obligations, refunds and net operating losses may therefore not be listed for an individual Debtor. Nothing in the Statements or Schedules is an admission that a particular Debtor is liable with respect to any particular tax liability. The failure to include a tax refund, or net operating loss, or to list the value of such net operating loss on an individual Debtor level is not an admission that such Debtor does not have a net operating loss, and the Debtors reserve all rights to assert net operating losses.

* * * * *END OF GLOBAL NOTES* * * * *

*SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE*

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Bird Rides, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-20515</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | UNDETERMINED |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $1,924,296,546.96 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $1,924,296,546.96 |

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | |
   |---|
   | $112,764,566.31 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | |
   |---|
   | $1,080,383.85 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

   | |
   |---|
   | + $607,669,228.11 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | |
   |---|
   | $721,514,178.27 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Bird Rides, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20515 |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

**NONE**

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CITI | OPERATING | 9115 | $78,949.05 |
| 3.2. | CITY NATIONAL BANK | COLLATERAL | 2155 | $49,729.10 |
| 3.3. | FIRST CITIZENS | CHECKING ACCOUNT | 3036 | $986,336.51 |
| 3.4. | FIRST CITIZENS | COLLATERAL | 0964 | $300,000.00 |
| 3.5. | FIRST CITIZENS | COLLATERAL | 4431 | $1,109,800.00 |
| 3.6. | FIRST CITIZENS | COLLATERAL | 5281 | $100,000.00 |
| 3.7. | FIRST CITIZENS | COLLATERAL | 6584 | $100,000.00 |
| 3.8. | FIRST CITIZENS | COLLATERAL | 6676 | $25,000.00 |
| 3.9. | FIRST CITIZENS | COLLATERAL | 8309 | $0.00 |
| 3.10. | FIRST CITIZENS | COLLATERAL | 8516 | $500,000.00 |
| 3.11. | FIRST CITIZENS | COLLECTION | 1962 | $0.00 |
| 3.12. | FIRST CITIZENS | DISBURSEMENT | 1958 | $0.00 |
| 3.13. | FIRST CITIZENS | PASS THROUGH | 4316 | $0.00 |
| 3.14. | FIRST CITIZENS | PAYROLL | 1943 | $0.00 |
| 3.15. | HSBC | COLLATERAL | 0463 | $1,643.18 |

**4. OTHER CASH EQUIVALENTS**

Debtor    Bird Rides, Inc.                                         Case number (if known)    23-20515

(Name)

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**4.    OTHER CASH EQUIVALENTS**

| | | |
|---|---|---|
| 4.1. | PAYPAL COLLECTIONS/RECEIPTS ACCOUNT | $62,592.39 |
| 4.2. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $102,384.49 |
| 4.3. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $28,146.80 |
| 4.4. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $20,056.54 |
| 4.5. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $6,416.08 |
| 4.6. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $6,030.42 |
| 4.7. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $4,117.42 |
| 4.8. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $3,869.10 |
| 4.9. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $584.61 |
| 4.10. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $451.01 |
| 4.11. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $405.90 |
| 4.12. | STRIPE COLLECTIONS/RECEIPTS ACCOUNT | $161.50 |

| 5 | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $3,486,674.10 |
|---|---|---|

**Part 2:    DEPOSITS AND PREPAYMENTS**

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | INVENTORY ORDER DEPOSIT: CLEARFREIGHT B.V. | $346,655.07 |
| 7.2. | INVENTORY ORDER DEPOSIT: FUJIAN SCUD POWER TECHNOLOGY CO.,LTD. | $2,865,265.00 |
| 7.3. | INVENTORY ORDER DEPOSIT: QUECLINK WIRELESS SOLUTIONS CO., LTD. | $172,390.74 |
| 7.4. | INVENTORY ORDER DEPOSIT: SHANGHAI PROFIT INTERNATIONAL FREIGHT FORWARDING CO., LTD | $191,592.80 |
| 7.5. | INVENTORY ORDER DEPOSIT: TAIZHOU DOUHA IMPORT AND EXPORT CO.,LTD. | $6,992.00 |
| 7.6. | INVENTORY ORDER DEPOSIT: ZHEJIANG JINBANG SPORTS EQUIPMENT CO.,LTD | $63,999,416.69 |
| 7.7. | RENTAL DEPOSIT: AUTOPART INTERNATIONAL INC | $100,000.00 |
| 7.8. | RENTAL DEPOSIT: BLUE HERON HOLDINGS, LLC | $12,000.00 |
| 7.9. | RENTAL DEPOSIT: BROCKETT REALTY II, L.P. | $14,767.60 |
| 7.10. | RENTAL DEPOSIT: CHARLES C BELL FAMILY LTD PARTNERSHIP | $20,000.00 |
| 7.11. | RENTAL DEPOSIT: JEFFERSON REGAL PROPERTIES, LLC (NOW 729 SEWARD LLC) | $192,088.66 |
| 7.12. | RENTAL DEPOSIT: MHS LEGACY GROUP INC | $3,593.75 |
| 7.13. | RENTAL DEPOSIT: MICHAEL J. KUHN | $15,200.00 |
| 7.14. | RENTAL DEPOSIT: RAMONA EGG RANCH,INC | $5,000.00 |
| 7.15. | RENTAL DEPOSIT: SHAHIN PROPERTIES LLC | $36,360.00 |
| 7.16. | RENTAL DEPOSIT: SMAR INTERNATIONAL(HK)LIMITED (VEHICLE DEPOSIT) | $131,004.78 |
| 7.17. | RETAINER DEPOSIT: HOLOGRAM, INC. (US) | $375,000.00 |
| 7.18. | SECURITY DEPOSIT: CITY OF SUNNYVALE | $10,000.00 |
| 7.19. | VEHICLE DEPOSIT: HONGJI INTELLIGENT BIKE CO.,LTD | $14,729,191.35 |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

**7.  DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.20. | WATCH DEPOSIT: HIVEWATCH | $33,000.00 |
|---|---|---|

**8.  PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | PREPAID ANNUAL PERMIT: CITY OF ATLANTA | $6,000.00 |
|---|---|---|
| 8.2. | PREPAID ANNUAL PERMIT: CITY OF SAN JOSE | $79,500.00 |
| 8.3. | PREPAID D&O INSURANCE: MARSH USA INC. | $2,266,042.04 |
| 8.4. | PREPAID ENTERPRISE CLOUD FEE: GITHUB INC. | $3,562.50 |
| 8.5. | PREPAID EXCESS LIABILITY: MARSH USA INC. | $50,639.29 |
| 8.6. | PREPAID FIDUCIARY: MARSH USA INC. | $63,838.33 |
| 8.7. | PREPAID FOREIGN PROPERTY INSURANCE: MARSH USA INC. | $61,447.63 |
| 8.8. | PREPAID GENERAL LIABILITY: MARSH USA INC. | $133,451.48 |
| 8.9. | PREPAID GENERAL LIABILITY: MARSH USA INC. | $36,137.50 |
| 8.10. | PREPAID INTERNATIONAL CASUALTY INSURANCE: MARSH USA INC. | $139,038.07 |
| 8.11. | PREPAID KIDNAP & RANDOM INSURANCE: MARSH USA INC. | $2,688.89 |
| 8.12. | PREPAID LAST MONTH RENT, RAMONA EGG RANCH INC | $6,750.00 |
| 8.13. | PREPAID LICENSE FEE: OKTA | $9,694.68 |
| 8.14. | PREPAID MASTER LICENSE FEE: THE MATHWORKS, INC | $6,149.34 |
| 8.15. | PREPAID SCOOTER PERMITS, LOS ANGELES DEPARTMENT OF TRANSPORTATION | $5,034.98 |
| 8.16. | PREPAID SCOOTER PERMITS: CITY OF ALEXANDRIA | $8,541.67 |
| 8.17. | PREPAID SCOOTER PERMITS: CITY OF COLUMBUS | $23,445.00 |
| 8.18. | PREPAID SCOOTER PERMITS: CITY OF KNOXVILLE | $4,005.00 |
| 8.19. | PREPAID SCOOTER PERMITS: CITY OF MEMPHIS | $33,750.00 |
| 8.20. | PREPAID SCOOTER PERMITS: CITY OF SACRAMENTO | $54,166.67 |
| 8.21. | PREPAID SCOOTER PERMITS: CITY OF SEATTLE / SEATTLE DEPARTMENT OF TRANSPORTATION | $125,000.00 |
| 8.22. | PREPAID SCOOTER PERMITS: CITY OF SEATTLE / SEATTLE DEPARTMENT OF TRANSPORTATION | $20,833.33 |
| 8.23. | PREPAID SCOOTER PERMITS: CITY OF ST. LOUIS | $1,163.17 |
| 8.24. | PREPAID SCOOTER PERMITS:CITY OF INDIANAPOLIS | $10,000.00 |
| 8.25. | PREPAID SHARED MOBILE DEVICE PERMIT: CITY OF LONG BEACH | $57,937.50 |
| 8.26. | PREPAID SHARED MOBILE DEVICE PERMIT: CITY OF LONG BEACH | $19,312.50 |
| 8.27. | PREPAID SHARED MOBILE DEVICE PERMIT: CITY OF SANTA CLARA | $17,632.00 |
| 8.28. | PREPAID SHARED MOBILITY DEVICE PERMIT, CITY OF SAN DIEGO TREASURER | $11,666.67 |
| 8.29. | PREPAID SHARED MOBILITY DEVICE PERMIT: NEW YORK CITY DEPARTMENT OF TRANSPORTATION | $183,333.33 |
| 8.30. | PREPAID SOFTWARE LICENSE FEE: KYRIBA | $14,461.62 |
| 8.31. | PREPAID STP INSURNACE: MARSH USA INC. | $22,471.17 |
| 8.32. | PREPAID SUBSCRIPTION: PLANFUL, INC. | $11,369.19 |
| 8.33. | PREPAID TABLEAU LICENSE FEE: SALESFORCE, INC. | $29,174.20 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $86,777,756.19 |
|---|---|---|

Debtor    Bird Rides, Inc.

(Name)                                                Case number (if known)    23-20515

| Part 3: | ACCOUNTS RECEIVABLE |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11. ACCOUNTS RECEIVABLE** | | | | | |
| 90 DAYS OR LESS | $32,286.00 | − | $0.00 | = → | $32,286.00 |
| | face amount | | doubtful or uncollectable accounts | | |
| OVER 90 DAYS | $11,225.59 | − | $0.00 | = → | $11,225.59 |
| | face amount | | doubtful or uncollectable accounts | | |

**12 Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$43,511.59

| Part 4: | INVESTMENTS |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | | |
|---|---|---|---|---|
| 15.1. | BIRD CHINA LIMITED | 100% | N/A | UNDETERMINED |
| 15.2. | BIRD RIDES HOLDING (US), LLC | 100% | N/A | UNDETERMINED |
| 15.3. | BIRD RIDES INTERNATIONAL HOLDING, INC. | 100% | N/A | UNDETERMINED |
| 15.4. | BIRD TREASURY HOLDCO, LLC | 100% | N/A | UNDETERMINED |
| 15.5. | BIRD US HOLDCO, LLC | 100% | N/A | UNDETERMINED |
| 15.6. | SCOOT RIDES, INC. | 100% | N/A | UNDETERMINED |
| 15.7. | SKINNY LABS, INC. | 100% | N/A | UNDETERMINED |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

UNDETERMINED

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** RAW MATERIALS | | | | |
| NONE | | | | |
| **20.** WORK IN PROGRESS | | | | |
| NONE | | | | |
| **21.** FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| 21.1.    FINISHED GOODS | | $887,817.91 | COST | $887,817.91 |
| **22.** OTHER INVENTORY OR SUPPLIES | | | | |
| NONE | | | | |

| 23 | Total of Part 5. ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $887,817.91 |
|---|---|---|

**24.    Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.    DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.    FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.    FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.    FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.    OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.    Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
☐ No
☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| NONE | | | |
| **40.  OFFICE FIXTURES** | | | |
| 40.1.    LEASEHOLD IMPROVEMENTS | $68,138.00 | COST | $68,138.00 |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER SOFTWARE | $6,311.00 | COST | $6,311.00 |
| **42.  COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

| 43 | Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $74,449.00 |
|---|---|---|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    MACHINERY, EQUIPMENT, AND VEHICLES**

**46.  DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.    AUTOMOBILES - VARIOUS | $2,608.00 | COST | $2,608.00 |
| **48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | | |
| | NONE | | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | | |
| 50.1. | OTHER MACHINERY, FIXTURES AND EQUIPMENT | | $30,288,382.73 | COST | $30,288,382.73 |
| 50.2. | VEHICLE CERTIFICATION | | $22,411.00 | COST | $22,411.00 |
| 50.3. | VEHICLE PRODUCTION EQUIPMENT | | $27,846.00 | COST | $27,846.00 |

| **51** | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | $30,341,247.73 |
|---|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 9:** | **REAL PROPERTY** |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 1060 CENTRAL INDUSTRIAL DR, ST. LOUIS, MO 63110 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.2. | 211 E ALPINE RD. SUITE 500, AUSTIN, TX 78704 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.3. | 2125 W. 7TH STREET TEMPE, AZ 85281 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.4. | 2935 N DECATUR RD, SUITE B, DECATUR, GA 30033 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.5. | 30150 BRIGGS ROAD #29, MENIFEE, CA 92584 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.6. | 4506 PARK AVE, BRONX, NY, 10457 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.7. | 773 NORTHPORT DR A, WEST SACRAMENTO, CA 95691 | LEASE | UNDETERMINED | N/A | UNDETERMINED |
| 55.8. | 9929 JEFFERSON BLVD, CULVER CITY, CA 90232 | LEASE | UNDETERMINED | N/A | UNDETERMINED |

| **56** | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
| --- | --- |

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.1.     BIRD - APPLICATION NUMBER 04880/2019 | UNDETERMINED | N/A | UNDETERMINED |
| 60.2.     BIRD - APPLICATION NUMBER 2018/06963 | UNDETERMINED | N/A | UNDETERMINED |
| 60.3.     BIRD - APPLICATION NUMBER 2019-002741 | UNDETERMINED | N/A | UNDETERMINED |
| 60.4.     BIRD - APPLICATION NUMBER 201904659 | UNDETERMINED | N/A | UNDETERMINED |
| 60.5.     BIRD - APPLICATION NUMBER 2115080 | UNDETERMINED | N/A | UNDETERMINED |
| 60.6.     BIRD - APPLICATION NUMBER 2155383 | UNDETERMINED | N/A | UNDETERMINED |
| 60.7.     BIRD - APPLICATION NUMBER 2155384 | UNDETERMINED | N/A | UNDETERMINED |
| 60.8.     BIRD - APPLICATION NUMBER 2155385 | UNDETERMINED | N/A | UNDETERMINED |
| 60.9.     BIRD - APPLICATION NUMBER 35190489 | UNDETERMINED | N/A | UNDETERMINED |
| 60.10.    BIRD - APPLICATION NUMBER 35190490 | UNDETERMINED | N/A | UNDETERMINED |
| 60.11.    BIRD - APPLICATION NUMBER 42788921 | UNDETERMINED | N/A | UNDETERMINED |
| 60.12.    BIRD - APPLICATION NUMBER 503279 | UNDETERMINED | N/A | UNDETERMINED |
| 60.13.    BIRD - APPLICATION NUMBER 53323952 | UNDETERMINED | N/A | UNDETERMINED |
| 60.14.    BIRD - APPLICATION NUMBER 53342083 | UNDETERMINED | N/A | UNDETERMINED |
| 60.15.    BIRD - APPLICATION NUMBER 61109971 | UNDETERMINED | N/A | UNDETERMINED |
| 60.16.    BIRD - APPLICATION NUMBER 61125482 | UNDETERMINED | N/A | UNDETERMINED |
| 60.17.    BIRD - APPLICATION NUMBER 61272702 | UNDETERMINED | N/A | UNDETERMINED |
| 60.18.    BIRD - APPLICATION NUMBER A0074215 | UNDETERMINED | N/A | UNDETERMINED |
| 60.19.    BIRD - REGISTRATION NUMBER 017959530 | UNDETERMINED | N/A | UNDETERMINED |
| 60.20.    BIRD - REGISTRATION NUMBER 018012415 | UNDETERMINED | N/A | UNDETERMINED |
| 60.21.    BIRD - REGISTRATION NUMBER 018188066 | UNDETERMINED | N/A | UNDETERMINED |
| 60.22.    BIRD - REGISTRATION NUMBER 018188067 | UNDETERMINED | N/A | UNDETERMINED |
| 60.23.    BIRD - REGISTRATION NUMBER 1,063,381 | UNDETERMINED | N/A | UNDETERMINED |
| 60.24.    BIRD - REGISTRATION NUMBER 1,405,845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.25.    BIRD - REGISTRATION NUMBER 1,921,417 | UNDETERMINED | N/A | UNDETERMINED |
| 60.26.    BIRD - REGISTRATION NUMBER 1094802 | UNDETERMINED | N/A | UNDETERMINED |
| 60.27.    BIRD - REGISTRATION NUMBER 1116779 | UNDETERMINED | N/A | UNDETERMINED |
| 60.28.    BIRD - REGISTRATION NUMBER 1302043 | UNDETERMINED | N/A | UNDETERMINED |
| 60.29.    BIRD - REGISTRATION NUMBER 1405845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.30.    BIRD - REGISTRATION NUMBER 1405845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.31.    BIRD - REGISTRATION NUMBER 1405845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.32.    BIRD - REGISTRATION NUMBER 1405845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.33.    BIRD - REGISTRATION NUMBER 1405845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.34.    BIRD - REGISTRATION NUMBER 1405845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.35.    BIRD - REGISTRATION NUMBER 1406845 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.    PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS**

| | | | |
|---|---|---|---|
| 60.36.    BIRD - REGISTRATION NUMBER 180133998 | UNDETERMINED | N/A | UNDETERMINED |
| 60.37.    BIRD - REGISTRATION NUMBER 1932434 | UNDETERMINED | N/A | UNDETERMINED |
| 60.38.    BIRD - REGISTRATION NUMBER 1956363 | UNDETERMINED | N/A | UNDETERMINED |
| 60.39.    BIRD - REGISTRATION NUMBER 2018/06963 | UNDETERMINED | N/A | UNDETERMINED |
| 60.40.    BIRD - REGISTRATION NUMBER 2020/92306 | UNDETERMINED | N/A | UNDETERMINED |
| 60.41.    BIRD - REGISTRATION NUMBER 2154005 | UNDETERMINED | N/A | UNDETERMINED |
| 60.42.    BIRD - REGISTRATION NUMBER 2154048 | UNDETERMINED | N/A | UNDETERMINED |
| 60.43.    BIRD - REGISTRATION NUMBER 2192689 | UNDETERMINED | N/A | UNDETERMINED |
| 60.44.    BIRD - REGISTRATION NUMBER 26241 | UNDETERMINED | N/A | UNDETERMINED |
| 60.45.    BIRD - REGISTRATION NUMBER 280047-01 | UNDETERMINED | N/A | UNDETERMINED |
| 60.46.    BIRD - REGISTRATION NUMBER 280048-01 | UNDETERMINED | N/A | UNDETERMINED |
| 60.47.    BIRD - REGISTRATION NUMBER 291779 | UNDETERMINED | N/A | UNDETERMINED |
| 60.48.    BIRD - REGISTRATION NUMBER 304457971 | UNDETERMINED | N/A | UNDETERMINED |
| 60.49.    BIRD - REGISTRATION NUMBER 3052454 | UNDETERMINED | N/A | UNDETERMINED |
| 60.50.    BIRD - REGISTRATION NUMBER 309130 | UNDETERMINED | N/A | UNDETERMINED |
| 60.51.    BIRD - REGISTRATION NUMBER 3124637 | UNDETERMINED | N/A | UNDETERMINED |
| 60.52.    BIRD - REGISTRATION NUMBER 3203967 | UNDETERMINED | N/A | UNDETERMINED |
| 60.53.    BIRD - REGISTRATION NUMBER 35190490 | UNDETERMINED | N/A | UNDETERMINED |
| 60.54.    BIRD - REGISTRATION NUMBER 40-1650087 | UNDETERMINED | N/A | UNDETERMINED |
| 60.55.    BIRD - REGISTRATION NUMBER 40201811188V | UNDETERMINED | N/A | UNDETERMINED |
| 60.56.    BIRD - REGISTRATION NUMBER 40201818998X | UNDETERMINED | N/A | UNDETERMINED |
| 60.57.    BIRD - REGISTRATION NUMBER 42786613 | UNDETERMINED | N/A | UNDETERMINED |
| 60.58.    BIRD - REGISTRATION NUMBER 5,493,945 | UNDETERMINED | N/A | UNDETERMINED |
| 60.59.    BIRD - REGISTRATION NUMBER 5,733,382 | UNDETERMINED | N/A | UNDETERMINED |
| 60.60.    BIRD - REGISTRATION NUMBER 5,733,392 | UNDETERMINED | N/A | UNDETERMINED |
| 60.61.    BIRD - REGISTRATION NUMBER 53938 | UNDETERMINED | N/A | UNDETERMINED |
| 60.62.    BIRD - REGISTRATION NUMBER 6,135,280 | UNDETERMINED | N/A | UNDETERMINED |
| 60.63.    BIRD - REGISTRATION NUMBER 6,135,282 | UNDETERMINED | N/A | UNDETERMINED |
| 60.64.    BIRD - REGISTRATION NUMBER 6194395 | UNDETERMINED | N/A | UNDETERMINED |
| 60.65.    BIRD - REGISTRATION NUMBER 637554 | UNDETERMINED | N/A | UNDETERMINED |
| 60.66.    BIRD - REGISTRATION NUMBER 741338 | UNDETERMINED | N/A | UNDETERMINED |
| 60.67.    BIRD - REGISTRATION NUMBER 914328204 | UNDETERMINED | N/A | UNDETERMINED |
| 60.68.    BIRD - REGISTRATION NUMBER 916148459 | UNDETERMINED | N/A | UNDETERMINED |
| 60.69.    BIRD - REGISTRATION NUMBER 916148823 | UNDETERMINED | N/A | UNDETERMINED |
| 60.70.    BIRD - REGISTRATION NUMBER A0074215 | UNDETERMINED | N/A | UNDETERMINED |
| 60.71.    BIRD - REGISTRATION NUMBER G1405845 | UNDETERMINED | N/A | UNDETERMINED |
| 60.72.    BIRD - REGISTRATION NUMBER SD2018/0087717 | UNDETERMINED | N/A | UNDETERMINED |
| 60.73.    BIRD - REGISTRATION NUMBER UK00003339924 | UNDETERMINED | N/A | UNDETERMINED |
| 60.74.    BIRD - REGISTRATION NUMBER UK0000336859 | UNDETERMINED | N/A | UNDETERMINED |
| 60.75.    CIRC - APPLICATION NUMBER 135302 | UNDETERMINED | N/A | UNDETERMINED |
| 60.76.    CIRC - APPLICATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.77.    CIRC - APPLICATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |

     (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.78. | CIRC - APPLICATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.79. | CIRC - APPLICATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.80. | CIRC - APPLICATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.81. | CIRC - APPLICATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.82. | CIRC - APPLICATION NUMBER 2019/009547 | UNDETERMINED | N/A | UNDETERMINED |
| 60.83. | CIRC - APPLICATION NUMBER 202009174 | UNDETERMINED | N/A | UNDETERMINED |
| 60.84. | CIRC - APPLICATION NUMBER 2148716 | UNDETERMINED | N/A | UNDETERMINED |
| 60.85. | CIRC - APPLICATION NUMBER 320331 | UNDETERMINED | N/A | UNDETERMINED |
| 60.86. | CIRC - APPLICATION NUMBER 79289807 | UNDETERMINED | N/A | UNDETERMINED |
| 60.87. | CIRC - REGISTRATION NUMBER 018117483 | UNDETERMINED | N/A | UNDETERMINED |
| 60.88. | CIRC - REGISTRATION NUMBER 1,541,365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.89. | CIRC - REGISTRATION NUMBER 1395995 | UNDETERMINED | N/A | UNDETERMINED |
| 60.90. | CIRC - REGISTRATION NUMBER 1395997 | UNDETERMINED | N/A | UNDETERMINED |
| 60.91. | CIRC - REGISTRATION NUMBER 1400780 | UNDETERMINED | N/A | UNDETERMINED |
| 60.92. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.93. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.94. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.95. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.96. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.97. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.98. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.99. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.100. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.101. | CIRC - REGISTRATION NUMBER 1541365 | UNDETERMINED | N/A | UNDETERMINED |
| 60.102. | CIRC - REGISTRATION NUMBER 205375 | UNDETERMINED | N/A | UNDETERMINED |
| 60.103. | CIRC - REGISTRATION NUMBER 2148716 | UNDETERMINED | N/A | UNDETERMINED |
| 60.104. | CIRC - REGISTRATION NUMBER 60789176 | UNDETERMINED | N/A | UNDETERMINED |
| 60.105. | PATENT FOR ALL DAY RENTAL OF ON-DEMAND ELECTRIC VEHICLES APPLICATION NUMBER 62/722,624 | UNDETERMINED | N/A | UNDETERMINED |
| 60.106. | PATENT FOR COMMAND AND CONTROL SENSORY HUB FOR ON-DEMAND ELECTRIC VEHICLES APPLICATION NUMBER 62/678,786 | UNDETERMINED | N/A | UNDETERMINED |
| 60.107. | PATENT FOR CONCEALED FASTENER STEERING SYSTEM FOR COMMERCIAL AND CONSUMER VEHICLE APPLICATIONS APPLICATION NUMBER 62/931,010 | UNDETERMINED | N/A | UNDETERMINED |
| 60.108. | PATENT FOR CROWDSOURCED CHARGING OF ON-DEMAND ELECTRIC-VEHICLES APPLICATION NUMBER 62/654,213 | UNDETERMINED | N/A | UNDETERMINED |
| 60.109. | PATENT FOR CROWDSOURCED MAINTENANCE OF ON-DEMAND ELECTRIC VEHICLES APPLICATION NUMBER 62/675,557 | UNDETERMINED | N/A | UNDETERMINED |
| 60.110. | PATENT FOR CROWDSOURCED SERVICING OF ON-DEMAND ELECTRIC-VEHICLES APPLICATION NUMBER 16/376,546 | UNDETERMINED | N/A | UNDETERMINED |
| 60.111. | PATENT FOR CROWDSOURCED SERVICING OF ON-DEMAND ELECTRIC-VEHICLES APPLICATION NUMBER 16/791,837 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.112. PATENT FOR CROWDSOURCED SERVICING OF ON-DEMAND ELECTRIC-VEHICLES APPLICATION NUMBER PCT/US19/26174 | UNDETERMINED | N/A | UNDETERMINED |
| 60.113. PATENT FOR CROWDSOURCING VIRTUAL DOCKS AS PART OF A VEHICLE-SHARING SYSTEM APPLICATION NUMBER 62/668,070 | UNDETERMINED | N/A | UNDETERMINED |
| 60.114. PATENT FOR INCENTIVIZING PEOPLE TO RELOCATE AN ON-DEMAND ELECTRIC VEHICLE APPLICATION NUMBER 62/664,457 | UNDETERMINED | N/A | UNDETERMINED |
| 60.115. PATENT FOR ON-DEMAND RENTAL OF ELECTRIC VEHICLES APPLICATION NUMBER 16/382,725 | UNDETERMINED | N/A | UNDETERMINED |
| 60.116. PATENT FOR ON-DEMAND RENTAL OF ELECTRIC VEHICLES APPLICATION NUMBER 16/544,537 | UNDETERMINED | N/A | UNDETERMINED |
| 60.117. PATENT FOR ON-DEMAND RENTAL OF ELECTRIC VEHICLES APPLICATION NUMBER 17/578,152 | UNDETERMINED | N/A | UNDETERMINED |
| 60.118. PATENT FOR ON-DEMAND RENTAL OF ELECTRIC VEHICLES APPLICATION NUMBER 62/658,069 | UNDETERMINED | N/A | UNDETERMINED |
| 60.119. PATENT FOR ON-DEMAND RENTAL OF ELECTRIC VEHICLES APPLICATION NUMBER 62/765,299 | UNDETERMINED | N/A | UNDETERMINED |
| 60.120. PATENT FOR ON-DEMAND RENTAL OF ELECTRIC VEHICLES APPLICATION NUMBER PCT/US19/27197 | UNDETERMINED | N/A | UNDETERMINED |
| 60.121. PATENT FOR REMOTELY CONTROLLING USE OF AN ON-DEMAND ELECTRIC VEHICLE APPLICATION NUMBER 16/382,732 | UNDETERMINED | N/A | UNDETERMINED |
| 60.122. PATENT FOR REMOTELY CONTROLLING USE OF AN ON-DEMAND ELECTRIC VEHICLE APPLICATION NUMBER 17/532,808 | UNDETERMINED | N/A | UNDETERMINED |
| 60.123. PATENT FOR REMOTELY CONTROLLING USE OF AN ON-DEMAND ELECTRIC VEHICLE APPLICATION NUMBER 62/660,857 | UNDETERMINED | N/A | UNDETERMINED |
| 60.124. PATENT FOR REMOTELY CONTROLLING USE OF AN ON-DEMAND ELECTRIC VEHICLE APPLICATION NUMBER PCT/US19/27198 | UNDETERMINED | N/A | UNDETERMINED |
| 60.125. PATENT FOR REMOTELY LOCKING AND UNLOCKING AN ON-DEMAND ELECTRIC VEHICLE APPLICATION NUMBER 62/671,840 | UNDETERMINED | N/A | UNDETERMINED |
| 60.126. PATENT FOR RETRACTABLE MOBILE APP-CONTROLLED CABLE LOCK APPLICATION NUMBER 16/569,179 | UNDETERMINED | N/A | UNDETERMINED |
| 60.127. PATENT FOR RETRACTABLE MOBILE APP-CONTROLLED CABLE LOCK APPLICATION NUMBER 62/731,726 | UNDETERMINED | N/A | UNDETERMINED |
| 60.128. PATENT FOR SMART CHARGER APPLICATION NUMBER 62/731,725 | UNDETERMINED | N/A | UNDETERMINED |
| 60.129. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 102134613 | UNDETERMINED | N/A | UNDETERMINED |
| 60.130. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 13842184.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.131. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 13842184.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.132. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 13842184.7 | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | |
| 60.133. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 13842184.7 | UNDETERMINED | N/A | UNDETERMINED |
| 60.134. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 14/668,781 | UNDETERMINED | N/A | UNDETERMINED |
| 60.135. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 15/411,916 | UNDETERMINED | N/A | UNDETERMINED |
| 60.136. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 15/653,275 | UNDETERMINED | N/A | UNDETERMINED |
| 60.137. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 15/976,303 | UNDETERMINED | N/A | UNDETERMINED |
| 60.138. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 15112766.0 | UNDETERMINED | N/A | UNDETERMINED |
| 60.139. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 16/557,687 | UNDETERMINED | N/A | UNDETERMINED |
| 60.140. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 17/531,610 | UNDETERMINED | N/A | UNDETERMINED |
| 60.141. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 2,885,743 | UNDETERMINED | N/A | UNDETERMINED |
| 60.142. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 2013323782 | UNDETERMINED | N/A | UNDETERMINED |
| 60.143. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 201380056047.3 | UNDETERMINED | N/A | UNDETERMINED |
| 60.144. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER 2015-533283 | UNDETERMINED | N/A | UNDETERMINED |
| 60.145. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE ACCESS APPLICATION NUMBER PCT/US13/61465 | UNDETERMINED | N/A | UNDETERMINED |
| 60.146. PATENT FOR SYSTEMS AND METHODS FOR REGULATING VEHICLE USE APPLICATION NUMBER 61/705,594 | UNDETERMINED | N/A | UNDETERMINED |
| 60.147. SCOOT - APPLICATION NUMBER 85699760 | UNDETERMINED | N/A | UNDETERMINED |
| 60.148. SCOOT - REGISTRATION NUMBER 1288744 | UNDETERMINED | N/A | UNDETERMINED |
| 60.149. SCOOT - REGISTRATION NUMBER 1297544 | UNDETERMINED | N/A | UNDETERMINED |
| 60.150. SCOOT - REGISTRATION NUMBER 5,708,379 | UNDETERMINED | N/A | UNDETERMINED |
| 60.151. SCOOT - REGISTRATION NUMBER M3697634 | UNDETERMINED | N/A | UNDETERMINED |
| 60.152. SCUT - APPLICATION NUMBER 1297159 | UNDETERMINED | N/A | UNDETERMINED |
| 60.153. SCUT - APPLICATION NUMBER 1297160 | UNDETERMINED | N/A | UNDETERMINED |
| 60.154. SCUT - APPLICATION NUMBER 1297161 | UNDETERMINED | N/A | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | |
| 61.1. BIRD.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.2. BIRDAPI.CO | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Bird Rides, Inc.                                                    Case number (if known)    23-20515

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.3. BIRDAPP.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.4. BIRDAPP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.5. BIRDBIKE.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.6. BIRDBIKE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.7. BIRDBIKE.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.8. BIRDBIKE.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.9. BIRDC.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.10. BIRDCANADA.CA | UNDETERMINED | N/A | UNDETERMINED |
| 61.11. BIRDCANADA.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.12. BIRDCANADA-EXT.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.13. BIRDCO.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.14. BIRDCORP.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.15. BIRDCTF.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.16. BIRDDATA.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.17. BIRDDATA.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.18. BIRDDATA.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.19. BIRD-EXT.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.20. BIRD-EXT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.21. BIRD-FLEET.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.22. BIRD-FLEET.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.23. BIRDFORGOOD.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.24. BIRDPAY.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.25. BIRD-PERKS.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.26. BIRDRIDES.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.27. BIRDSAFETY.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.28. BIRD-TALENT.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.29. CIRC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.30. CSBIRD.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.31. GOFLASH.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.32. MICROCHARGE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.33. SCOOT.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.34. SCOOT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.35. SCOOTINTERNAL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.36. SCOOTNETWORK.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.37. SCOOTNETWORKS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.38. SHERPAAPP.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.39. SHERPA-APP.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.40. SHERPASCOOTERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.41. SHERPA-SCOOTERS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.42. SPIN.APP | UNDETERMINED | N/A | UNDETERMINED |
| 61.43. SPIN.PM | UNDETERMINED | N/A | UNDETERMINED |
| 61.44. SPINTEAM.PM | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Bird Rides, Inc.                                                Case number (if known)    23-20515
          (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** INTERNET DOMAIN NAMES AND WEBSITES | | | |
| 61.45.    SSCCOOTT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.46.    THISISNOTASCOOTER.COM | UNDETERMINED | N/A | UNDETERMINED |
| **62.** LICENSES, FRANCHISES, AND ROYALTIES | | | |
| 62.1.    LICENSES & PERMITS (VARIOUS) | UNDETERMINED | N/A | UNDETERMINED |
| **63.** CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS | | | |
| **64.** OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
| **65.** GOODWILL | | | |
| **66** Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 11:** | ALL OTHER ASSETS |
|---|---|

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** NOTES RECEIVABLE | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS) | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |

| | | | | |
|---|---|---|---|---|
| 72.1. | AL STATE NOL | Tax year | 2018 | $57,778.00 |
| 72.2. | AL STATE NOL | Tax year | 2019 | $1,273.00 |
| 72.3. | AL STATE NOL | Tax year | 2020 | $1,823.00 |
| 72.4. | AL STATE NOL | Tax year | 2021 | $37,195.00 |
| 72.5. | AL STATE NOL | Tax year | 2022 | $48,847.00 |
| 72.6. | AL STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.7. | AR STATE NOL | Tax year | 2018 | $120,389.00 |
| 72.8. | AR STATE NOL | Tax year | 2019 | $1,023.00 |
| 72.9. | AR STATE NOL | Tax year | 2020 | $12,077.00 |
| 72.10. | AR STATE NOL | Tax year | 2021 | $1,173,841.00 |
| 72.11. | AR STATE NOL | Tax year | 2022 | $865,966.00 |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| | | | Current value of debtor's interest |
|--|--|--|--|

**72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | |
|--|--|--|--|
| 72.12. | AR STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.13. | AZ STATE NOL | Tax year 2018 | $8,160,123.00 |
| 72.14. | AZ STATE NOL | Tax year 2019 | $7,566,620.00 |
| 72.15. | AZ STATE NOL | Tax year 2020 | $2,575,963.00 |
| 72.16. | AZ STATE NOL | Tax year 2021 | $6,663,289.00 |
| 72.17. | AZ STATE NOL | Tax year 2022 | $7,659,052.00 |
| 72.18. | AZ STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.19. | CA STATE NOL | Tax year 2018 | $125,134,678.00 |
| 72.20. | CA STATE NOL | Tax year 2019 | $91,319,309.00 |
| 72.21. | CA STATE NOL | Tax year 2020 | $30,178,137.00 |
| 72.22. | CA STATE NOL | Tax year 2021 | $34,851,080.00 |
| 72.23. | CA STATE NOL | Tax year 2022 | $36,633,398.00 |
| 72.24. | CA STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.25. | CINCINNATI NOL | Tax year 2021 | $500,778.00 |
| 72.26. | CINCINNATI NOL | Tax year 2022 | $367,781.00 |
| 72.27. | CINCINNATI NOL | Tax year 2023 | UNDETERMINED |
| 72.28. | CIRCLEVILLE NOL | Tax year 2021 | $27,497.00 |
| 72.29. | CIRCLEVILLE NOL | Tax year 2022 | $5,307.00 |
| 72.30. | CIRCLEVILLE NOL | Tax year 2023 | UNDETERMINED |
| 72.31. | CLEVELAND HEIGHTS NOL | Tax year 2021 | $1,617.00 |
| 72.32. | CLEVELAND HEIGHTS NOL | Tax year 2023 | UNDETERMINED |
| 72.33. | CLEVELAND NOL | Tax year 2021 | $429,122.00 |
| 72.34. | CLEVELAND NOL | Tax year 2022 | $476,311.00 |
| 72.35. | CLEVELAND NOL | Tax year 2023 | UNDETERMINED |
| 72.36. | CO STATE NOL | Tax year 2018 | $4,387,706.00 |
| 72.37. | CO STATE NOL | Tax year 2019 | $7,997,672.00 |
| 72.38. | CO STATE NOL | Tax year 2020 | $1,824,086.00 |
| 72.39. | CO STATE NOL | Tax year 2021 | $1,107,829.00 |
| 72.40. | CO STATE NOL | Tax year 2022 | $2,881,274.00 |
| 72.41. | CO STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.42. | COLUMBUS NOL | Tax year 2021 | $1,165,474.00 |
| 72.43. | COLUMBUS NOL | Tax year 2022 | $1,352,245.00 |
| 72.44. | COLUMBUS NOL | Tax year 2023 | UNDETERMINED |
| 72.45. | CT STATE NOL | Tax year 2018 | $25,148.00 |
| 72.46. | CT STATE NOL | Tax year 2019 | $275.00 |
| 72.47. | CT STATE NOL | Tax year 2020 | $3,547.00 |
| 72.48. | CT STATE NOL | Tax year 2021 | $8,571.00 |
| 72.49. | CT STATE NOL | Tax year 2022 | $222,301.00 |
| 72.50. | CT STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.51. | DC STATE NOL | Tax year 2018 | $4,890,329.00 |
| 72.52. | DC STATE NOL | Tax year 2019 | $12,883,489.00 |
| 72.53. | DC STATE NOL | Tax year 2020 | $2,517,526.00 |

| Debtor | Bird Rides, Inc. | | | | Case number (if known) | 23-20515 | |
|---|---|---|---|---|---|---|---|
| | (Name) | | | | | | |

| | | | | | **Current value of debtor's interest** |
|---|---|---|---|---|---|

**72.    TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | | |
|---|---|---|---|---|---|
| 72.54. | DC STATE NOL | Tax year | 2021 | | $4,310,153.00 |
| 72.55. | DC STATE NOL | Tax year | 2022 | | $7,387,861.00 |
| 72.56. | DC STATE NOL | Tax year | 2023 | | UNDETERMINED |
| 72.57. | EUCLID NOL | Tax year | 2021 | | $27,497.00 |
| 72.58. | EUCLID NOL | Tax year | 2022 | | $15,921.00 |
| 72.59. | EUCLID NOL | Tax year | 2023 | | UNDETERMINED |
| 72.60. | FEDERAL NOL | Tax year | 2017 | | $1,931,136.00 |
| 72.61. | FEDERAL NOL | Tax year | 2018 | | $324,635,230.00 |
| 72.62. | FEDERAL NOL | Tax year | 2019 | | $262,425,248.00 |
| 72.63. | FEDERAL NOL | Tax year | 2020 | | $70,969,269.00 |
| 72.64. | FEDERAL NOL | Tax year | 2021 | | $177,832,270.00 |
| 72.65. | FEDERAL NOL | Tax year | 2022 | | $119,738,755.00 |
| 72.66. | FEDERAL NOL | Tax year | 2023 | | UNDETERMINED |
| 72.67. | FL STATE NOL | Tax year | 2018 | | $1,068,368.00 |
| 72.68. | FL STATE NOL | Tax year | 2019 | | $4,716,347.00 |
| 72.69. | FL STATE NOL | Tax year | 2020 | | $2,563,277.00 |
| 72.70. | FL STATE NOL | Tax year | 2021 | | $5,655,952.00 |
| 72.71. | FL STATE NOL | Tax year | 2022 | | $4,335,756.00 |
| 72.72. | FL STATE NOL | Tax year | 2023 | | UNDETERMINED |
| 72.73. | FREMONT NOL | Tax year | 2021 | | $16,175.00 |
| 72.74. | FREMONT NOL | Tax year | 2022 | | $22,555.00 |
| 72.75. | FREMONT NOL | Tax year | 2023 | | UNDETERMINED |
| 72.76. | GA STATE NOL | Tax year | 2018 | | $9,816,934.00 |
| 72.77. | GA STATE NOL | Tax year | 2019 | | $19,816,608.00 |
| 72.78. | GA STATE NOL | Tax year | 2020 | | $3,406,366.00 |
| 72.79. | GA STATE NOL | Tax year | 2021 | | $7,238,247.00 |
| 72.80. | GA STATE NOL | Tax year | 2022 | | $10,561,250.00 |
| 72.81. | GA STATE NOL | Tax year | 2023 | | UNDETERMINED |
| 72.82. | IA STATE NOL | Tax year | 2021 | | $125,857.00 |
| 72.83. | IA STATE NOL | Tax year | 2022 | | $523,839.00 |
| 72.84. | IA STATE NOL | Tax year | 2023 | | UNDETERMINED |
| 72.85. | ID STATE NOL | Tax year | 2018 | | $366,541.00 |
| 72.86. | ID STATE NOL | Tax year | 2019 | | $1,731,444.00 |
| 72.87. | ID STATE NOL | Tax year | 2020 | | $265,012.00 |
| 72.88. | ID STATE NOL | Tax year | 2021 | | $555,151.00 |
| 72.89. | ID STATE NOL | Tax year | 2022 | | $740,755.00 |
| 72.90. | ID STATE NOL | Tax year | 2023 | | UNDETERMINED |
| 72.91. | IL STATE NOL | Tax year | 2019 | | $1,137,613.00 |
| 72.92. | IL STATE NOL | Tax year | 2020 | | $881,461.00 |
| 72.93. | IL STATE NOL | Tax year | 2021 | | $481,310.00 |
| 72.94. | IL STATE NOL | Tax year | 2022 | | $715,870.00 |
| 72.95. | IL STATE NOL | Tax year | 2023 | | UNDETERMINED |

|  |  |  | Current value of debtor's interest |
|---|---|---|---:|

**72.   TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | |
|---|---|---|---:|
| 72.96. | IN STATE NOL | Tax year 2018 | $5,652,787.00 |
| 72.97. | IN STATE NOL | Tax year 2019 | $5,937,800.00 |
| 72.98. | IN STATE NOL | Tax year 2020 | $1,444,637.00 |
| 72.99. | IN STATE NOL | Tax year 2021 | $4,190,218.00 |
| 72.100. | IN STATE NOL | Tax year 2022 | $4,843,561.00 |
| 72.101. | IN STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.102. | KANSAS CITY NOL | Tax year 2021 | $1,895,029.00 |
| 72.103. | KANSAS CITY NOL | Tax year 2022 | $1,191,860.00 |
| 72.104. | KANSAS CITY NOL | Tax year 2023 | UNDETERMINED |
| 72.105. | KS STATE NOL | Tax year 2019 | $9,185.00 |
| 72.106. | KS STATE NOL | Tax year 2020 | $29,652.00 |
| 72.107. | KS STATE NOL | Tax year 2021 | $993,534.00 |
| 72.108. | KS STATE NOL | Tax year 2022 | $678,017.00 |
| 72.109. | KS STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.110. | KY STATE NOL | Tax year 2018 | $689,487.00 |
| 72.111. | KY STATE NOL | Tax year 2019 | $1,934,238.00 |
| 72.112. | KY STATE NOL | Tax year 2020 | $424,771.00 |
| 72.113. | KY STATE NOL | Tax year 2021 | $2,222,579.00 |
| 72.114. | KY STATE NOL | Tax year 2022 | $3,819,669.00 |
| 72.115. | KY STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.116. | LA STATE NOL | Tax year 2018 | $226,644.00 |
| 72.117. | LA STATE NOL | Tax year 2019 | $101,837.00 |
| 72.118. | LA STATE NOL | Tax year 2020 | $6,757.00 |
| 72.119. | LA STATE NOL | Tax year 2021 | $16,175.00 |
| 72.120. | LA STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.121. | LEXINGTON NOL | Tax year 2021 | $307,574.00 |
| 72.122. | LEXINGTON NOL | Tax year 2022 | $345,526.00 |
| 72.123. | LEXINGTON NOL | Tax year 2023 | UNDETERMINED |
| 72.124. | LOUISVILLE NOL | Tax year 2021 | $814,095.00 |
| 72.125. | LOUISVILLE NOL | Tax year 2022 | $1,136,273.00 |
| 72.126. | LOUISVILLE NOL | Tax year 2023 | UNDETERMINED |
| 72.127. | MA STATE NOL | Tax year 2018 | $125,073.00 |
| 72.128. | MA STATE NOL | Tax year 2019 | $634,575.00 |
| 72.129. | MA STATE NOL | Tax year 2020 | $133,843.00 |
| 72.130. | MA STATE NOL | Tax year 2021 | $303,754.00 |
| 72.131. | MA STATE NOL | Tax year 2022 | $534,369.00 |
| 72.132. | MA STATE NOL | Tax year 2023 | UNDETERMINED |
| 72.133. | MI STATE NOL | Tax year 2018 | $4,287,360.00 |
| 72.134. | MI STATE NOL | Tax year 2019 | $3,238,492.00 |
| 72.135. | MI STATE NOL | Tax year 2020 | $1,521,100.00 |
| 72.136. | MI STATE NOL | Tax year 2021 | $1,828,772.00 |
| 72.137. | MI STATE NOL | Tax year 2022 | $2,118,986.00 |

|  |  | Current value of debtor's interest |
|---|---|---|

**72.   TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | |
|---|---|---|---|---|
| 72.138. | MI STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.139. | MN STATE NOL | Tax year | 2018 | $1,482,103.00 |
| 72.140. | MN STATE NOL | Tax year | 2019 | $15,848.00 |
| 72.141. | MN STATE NOL | Tax year | 2020 | $484,515.00 |
| 72.142. | MN STATE NOL | Tax year | 2021 | $1,687,079.00 |
| 72.143. | MN STATE NOL | Tax year | 2022 | $1,373,238.00 |
| 72.144. | MN STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.145. | MOREHEAD NOL | Tax year | 2021 | $1,989.00 |
| 72.146. | MOREHEAD NOL | Tax year | 2023 | UNDETERMINED |
| 72.147. | MOUNT VERNON NOL | Tax year | 2021 | $27,497.00 |
| 72.148. | MOUNT VERNON NOL | Tax year | 2022 | $32,373.00 |
| 72.149. | MOUNT VERNON NOL | Tax year | 2023 | UNDETERMINED |
| 72.150. | MS STATE NOL | Tax year | 2021 | $28,570.00 |
| 72.151. | MS STATE NOL | Tax year | 2022 | $162,813.00 |
| 72.152. | MS STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.153. | MT STATE NOL | Tax year | 2021 | $32,143.00 |
| 72.154. | MT STATE NOL | Tax year | 2022 | $613,989.00 |
| 72.155. | MT STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.156. | NC STATE NOL | Tax year | 2018 | $8,352,340.00 |
| 72.157. | NC STATE NOL | Tax year | 2019 | $7,455,421.00 |
| 72.158. | NC STATE NOL | Tax year | 2020 | $982,405.00 |
| 72.159. | NC STATE NOL | Tax year | 2021 | $2,965,003.00 |
| 72.160. | NC STATE NOL | Tax year | 2022 | $3,970,635.00 |
| 72.161. | NC STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.162. | ND STATE NOL | Tax year | 2021 | $70,253.00 |
| 72.163. | ND STATE NOL | Tax year | 2022 | $189,281.00 |
| 72.164. | ND STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.165. | NE STATE NOL | Tax year | 2020 | $163,411.00 |
| 72.166. | NE STATE NOL | Tax year | 2021 | $18,217.00 |
| 72.167. | NE STATE NOL | Tax year | 2022 | $166,557.00 |
| 72.168. | NE STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.169. | NH STATE NOL | Tax year | 2021 | $30,723.00 |
| 72.170. | NH STATE NOL | Tax year | 2022 | $165,429.00 |
| 72.171. | NH STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.172. | NJ STATE NOL | Tax year | 2019 | $884.00 |
| 72.173. | NJ STATE NOL | Tax year | 2020 | $17,640.00 |
| 72.174. | NJ STATE NOL | Tax year | 2021 | $749,421.00 |
| 72.175. | NJ STATE NOL | Tax year | 2022 | $1,240,034.00 |
| 72.176. | NJ STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.177. | NM STATE NOL | Tax year | 2019 | $7,085.00 |
| 72.178. | NM STATE NOL | Tax year | 2020 | $705.00 |
| 72.179. | NM STATE NOL | Tax year | 2021 | $21,655.00 |

|  | Current value of debtor's interest |
|---|---|

**72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 72.180. | NM STATE NOL | Tax year | 2022 | $43,818.00 |
| 72.181. | NM STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.182. | NY STATE NOL | Tax year | 2018 | $1,865,420.00 |
| 72.183. | NY STATE NOL | Tax year | 2019 | $456,354.00 |
| 72.184. | NY STATE NOL | Tax year | 2020 | $252,221.00 |
| 72.185. | NY STATE NOL | Tax year | 2021 | $1,337,621.00 |
| 72.186. | NY STATE NOL | Tax year | 2022 | $877,636.00 |
| 72.187. | NY STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.188. | NYC STATE NOL | Tax year | 2020 | $252,221.00 |
| 72.189. | NYC STATE NOL | Tax year | 2021 | $449,257.00 |
| 72.190. | NYC STATE NOL | Tax year | 2022 | $803,774.00 |
| 72.191. | NYC STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.192. | OK STATE NOL | Tax year | 2018 | $1,517,550.00 |
| 72.193. | OK STATE NOL | Tax year | 2019 | $756,949.00 |
| 72.194. | OK STATE NOL | Tax year | 2020 | $209,899.00 |
| 72.195. | OK STATE NOL | Tax year | 2021 | $960,774.00 |
| 72.196. | OK STATE NOL | Tax year | 2022 | $1,156,205.00 |
| 72.197. | OK STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.198. | OR STATE NOL | Tax year | 2018 | $3,456,472.00 |
| 72.199. | OR STATE NOL | Tax year | 2019 | $478,428.00 |
| 72.200. | OR STATE NOL | Tax year | 2020 | $219,043.00 |
| 72.201. | OR STATE NOL | Tax year | 2021 | $579,776.00 |
| 72.202. | OR STATE NOL | Tax year | 2022 | $1,186,146.00 |
| 72.203. | OR STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.204. | OXFORD NOL | Tax year | 2021 | $24,262.00 |
| 72.205. | OXFORD NOL | Tax year | 2022 | $43,783.00 |
| 72.206. | OXFORD NOL | Tax year | 2023 | UNDETERMINED |
| 72.207. | PA STATE NOL | Tax year | 2019 | $35,590.00 |
| 72.208. | PA STATE NOL | Tax year | 2020 | $10,561.00 |
| 72.209. | PA STATE NOL | Tax year | 2021 | $50,222.00 |
| 72.210. | PA STATE NOL | Tax year | 2022 | $2,262,761.00 |
| 72.211. | PA STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.212. | SC STATE NOL | Tax year | 2018 | $6,677.00 |
| 72.213. | SC STATE NOL | Tax year | 2019 | $11,606.00 |
| 72.214. | SC STATE NOL | Tax year | 2020 | $3,720.00 |
| 72.215. | SC STATE NOL | Tax year | 2021 | $183,390.00 |
| 72.216. | SC STATE NOL | Tax year | 2022 | $181,794.00 |
| 72.217. | SC STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.218. | SOUTH EUCLID NOL | Tax year | 2021 | $1,617.00 |
| 72.219. | SOUTH EUCLID NOL | Tax year | 2023 | UNDETERMINED |
| 72.220. | ST. LOUIS NOL | Tax year | 2021 | $1,083,522.00 |
| 72.221. | ST. LOUIS NOL | Tax year | 2022 | $1,040,928.00 |

| | Current value of debtor's interest |
|---|---|

**72.   TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | | | | |
|---|---|---|---|---|
| 72.222. | ST. LOUIS NOL | Tax year | 2023 | UNDETERMINED |
| 72.223. | TIFFIN NOL | Tax year | 2021 | $38,173.00 |
| 72.224. | TIFFIN NOL | Tax year | 2022 | $47,896.00 |
| 72.225. | TIFFIN NOL | Tax year | 2023 | UNDETERMINED |
| 72.226. | TN STATE NOL | Tax year | 2018 | $4,757,275.00 |
| 72.227. | TN STATE NOL | Tax year | 2019 | $8,213,412.00 |
| 72.228. | TN STATE NOL | Tax year | 2020 | $2,166,949.00 |
| 72.229. | TN STATE NOL | Tax year | 2021 | $3,579,037.00 |
| 72.230. | TN STATE NOL | Tax year | 2022 | $4,641,373.00 |
| 72.231. | TN STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.232. | UNIVERSITY HEIGHTS NOL | Tax year | 2022 | $2,654.00 |
| 72.233. | UNIVERSITY HEIGHTS NOL | Tax year | 2023 | UNDETERMINED |
| 72.234. | UT STATE NOL | Tax year | 2018 | $1,545,056.00 |
| 72.235. | UT STATE NOL | Tax year | 2019 | $2,482,156.00 |
| 72.236. | UT STATE NOL | Tax year | 2020 | $636,844.00 |
| 72.237. | UT STATE NOL | Tax year | 2021 | $1,498,819.00 |
| 72.238. | UT STATE NOL | Tax year | 2022 | $711,041.00 |
| 72.239. | UT STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.240. | VT STATE NOL | Tax year | 2018 | $20,183.00 |
| 72.241. | VT STATE NOL | Tax year | 2019 | $2,514.00 |
| 72.242. | VT STATE NOL | Tax year | 2020 | $45.00 |
| 72.243. | VT STATE NOL | Tax year | 2021 | $1,276.00 |
| 72.244. | VT STATE NOL | Tax year | 2022 | $44,372.00 |
| 72.245. | VT STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.246. | WARREN NOL | Tax year | 2021 | $21,027.00 |
| 72.247. | WARREN NOL | Tax year | 2022 | $45,906.00 |
| 72.248. | WARREN NOL | Tax year | 2023 | UNDETERMINED |
| 72.249. | WI STATE NOL | Tax year | 2018 | $442,430.00 |
| 72.250. | WI STATE NOL | Tax year | 2019 | $637,717.00 |
| 72.251. | WI STATE NOL | Tax year | 2020 | $3,425.00 |
| 72.252. | WI STATE NOL | Tax year | 2021 | $2,305,240.00 |
| 72.253. | WI STATE NOL | Tax year | 2022 | $1,961,608.00 |
| 72.254. | WI STATE NOL | Tax year | 2023 | UNDETERMINED |
| 72.255. | WV STATE NOL | Tax year | 2021 | $20,185.00 |
| 72.256. | WV STATE NOL | Tax year | 2022 | $394,536.00 |
| 72.257. | WV STATE NOL | Tax year | 2023 | UNDETERMINED |

**73.   INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**NONE**

**74.   CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| | | Current value of debtor's interest |
|---|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| 74.1. | BIRD RIDES, INC. V. TALON AUTO, INC.; JOHN HEINKEL; SCOOTER REMOVAL LLC; DANIEL BORELLI, INDIVIDUALLY, AND, DBA BOARDWALK ELECTRIC RIDES | UNDETERMINED |
|---|---|---|
| **Nature of claim** | UNLAWFUL CONFISCATION AND IMPOUNDING OF BIRD SCOOTERS | |
| **Amount requested** | UNDETERMINED | |

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

NONE

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| 77.1. | INTERCOMPANY RECEIVABLE DUE FROM BIRD CANADA, INC. | $6,004,193.69 |
|---|---|---|
| 77.2. | INTERCOMPANY RECEIVABLE DUE FROM BIRD CHINA LIMITED | $37,007.51 |
| 77.3. | INTERCOMPANY RECEIVABLE DUE FROM BIRD POLAND RIDES SP. Z.O.O | $37,752.37 |
| 77.4. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES APAC HOLDING LIMITED | $1,200.00 |
| 77.5. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES AUSTRALIA PTY LTD | $4,620,750.71 |
| 77.6. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES AUSTRIA GMBH | $99,818.97 |
| 77.7. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES BELGIUM BV | $90,661.82 |
| 77.8. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES CANADA ULC | $2,070,803.82 |
| 77.9. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES CHILE SPA | $1,422,090.00 |
| 77.10. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES EUROPE B.V. | $108,077,797.52 |
| 77.11. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES FINLAND AB | $24,243.10 |
| 77.12. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES FRANCE SARL | $1,655,168.83 |
| 77.13. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES GERMANY GMBH | $730,569.92 |
| 77.14. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES ISRAEL LTD. | $2,078,187.97 |
| 77.15. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES ITALY S,R,L | $954,663.51 |
| 77.16. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES LATIN AMERICA HOLDING, INC. | $2,225,589.63 |
| 77.17. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES LUXEMBOURG SARL | $15,543.09 |
| 77.18. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES MEXICO, S. DE R.L. DE C.V. | $4,591,727.09 |
| 77.19. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES NORWAY A.S. | $33,522.52 |
| 77.20. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES SPAIN, S.L. | $604,278.72 |
| 77.21. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES SWEDEN AB | $736,548.56 |
| 77.22. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES SWITZERLAND GMBH | $52,644.10 |
| 77.23. | INTERCOMPANY RECEIVABLE DUE FROM BIRD RIDES UK LTD. | $477,741.98 |
| 77.24. | INTERCOMPANY RECEIVABLE DUE FROM BIRD US HOLDCO LLC | $481,484.94 |
| 77.25. | INTERCOMPANY RECEIVABLE DUE FROM BIRD US OPCO LLC | $64,075,047.22 |
| 77.26. | INTERCOMPANY RECEIVABLE DUE FROM FASTBIRD RIDES PORTUGAL, UNIPESSOAL LDA | $154,211.09 |
| 77.27. | INTERCOMPANY RECEIVABLE DUE FROM LMTS DOHA LLC | $5,000.00 |
| 77.28. | INTERCOMPANY RECEIVABLE DUE FROM LMTS DOHA SPC LLC | $500.00 |
| 77.29. | INTERCOMPANY RECEIVABLE DUE FROM SCOOT NETWORKS IBERIA, S.L.U. | $231,867.75 |

| Debtor | Bird Rides, Inc. | | | Case number (if known) | 23-20515 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| | | Current value of debtor's interest |
|---|---|---|

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| 77.30. | INTERCOMPANY RECEIVABLE DUE FROM SCOOT RIDES, INC. | $14,644,280.63 |
|---|---|---|
| 77.31. | INTERCOMPANY RECEIVABLE DUE FROM SHANGHAI BIRD TRADING CO LTD | $127,788.38 |

| 78 | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $1,802,685,090.44 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,486,674.10 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $86,777,756.19 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $43,511.59 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $887,817.91 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $74,449.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,341,247.73 | |
| **88.** **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | UNDETERMINED |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** **All other assets.** *Copy line 78, Part 11.*                          + | $1,802,685,090.44 | |
| **91.** **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $1,924,296,546.96 | + 91b.   UNDETERMINED |
| **92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $1,924,296,546.96 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Bird Rides, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Florida</td></tr>
<tr><td>Case number<br>(if known)</td><td>23-20515</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

1.  **1. Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | **Creditor's name**<br>BIRD US HOLDCO, LLC<br><br>**Creditor's mailing address**<br>406 BROADWAY, STE. 369<br>SANTA MONICA, CA 90401<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/28/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>CONTRIBUTED PROPERTY (SEE ATTACHMENT TO UCC)<br><br>**Describe the lien**<br>UCC LIEN - FILE NUMBER 20213306736<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name**<br>BIRD US OPCO, LLC<br><br>**Creditor's mailing address**<br>406 BROADWAY, STE. 369<br>SANTA MONICA, CA 90401<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/27/2021<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SEE SCHEDULE A TO UCC<br><br>**Describe the lien**<br>UCC LIEN - FILE NUMBER 20213265015<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

**2.3**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|

**Creditor's name**
C T CORPORATION SYSTEM, AS REPRESENTATIVE

**Creditor's mailing address**
330 N BRAND BLVD.
SUITE 700 - ATTN: SFRS
GLENDALE, CA 91203

**Creditor's email address**

**Date or dates debt was incurred**
1/8/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT AND PERSONAL PROPERTY SUBJECT TO SPECIFIC AGREEMENT NO. 2804-005

**Describe the lien**
UCC LIEN - FILE NUMBER 20200182941

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN     Column B: UNKNOWN

---

**2.4**

**Creditor's name**
CA-COLORADO CENTER, L.L.C.

**Creditor's mailing address**
C/O ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
ATTN: MIKAYLA L. O'NEAL
3 EMBARCADERO CENTER, 12TH FLOOR
SAN FRANCISCO, CA 94111

**Creditor's email address**

**Date or dates debt was incurred**
11/17/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
PERSONAL PROPERTY

**Describe the lien**
JUDGMENT LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $403,816.87

---

**2.5**

**Creditor's name**
DATA SALES CO., INC.

**Creditor's mailing address**
3450 W BURNSVILLE PARKWAY
BURNSVILLE, MN 55337

**Creditor's email address**

**Date or dates debt was incurred**
6/19/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT AND OTHER PERSONAL PROPERTY, SUBJECT TO SPECIFIC AGREEMENT NO. 2804-001

**Describe the lien**
UCC LIEN - FILE NUMBER 20194235060

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN     Column B: UNKNOWN

---

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.6 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | DATA SALES CO., INC. | ALL EQUIPMENT AND PERSONAL PROPERTY SUBJECT TO SPECIFIC AGREEMENT NO. 2804-005 | | |
| | **Creditor's mailing address** | | | |
| | 3450 W BURNSVILLE PARKWAY BURNSVILLE, MN  55337 | **Describe the lien** | | |
| | | UCC LIEN - FILE NUMBER 20200182941 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☒ No | | |
| | 1/8/2020 | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☒ No | | |
| | | ☐ Yes | | |
| | ☒ No | **As of the petition filing date, the claim is:** | | |
| | ☐ Yes | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| 2.7 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| | DATA SALES CO., INC. | ALL EQUIPMENT AND OTHER PERSONAL PROPERTY, SUBJECT TO SPECIFIC AGREEMENT NO. 2804-003 | | |
| | **Creditor's mailing address** | | | |
| | 3450 W BURNSVILLE PARKWAY BURNSVILLE, MN  55337 | **Describe the lien** | | |
| | | UCC LIEN - FILE NUMBER 20197462752 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☒ No | | |
| | 10/24/2019 | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☒ No | | |
| | | ☐ Yes | | |
| | ☒ No | **As of the petition filing date, the claim is:** | | |
| | ☐ Yes | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |

| Debtor | Bird Rides, Inc. | | | Case number (if known) | 23-20515 |
|---|---|---|---|---|---|
| | (Name) | | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.8 | **Creditor's name** <br> DATA SALES CO., INC. <br><br> **Creditor's mailing address** <br> 3450 W BURNSVILLE PARKWAY <br> BURNSVILLE, MN  55337 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 9/10/2019 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL EQUIPMENT AND OTHER PERSONAL PROPERTY, SUBJECT TO SPECIFIC AGREEMENT NO. 2804-0004 <br><br> **Describe the lien** <br> UCC LIEN - FILE NUMBER 20196306653 <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.9 | **Creditor's name** <br> DATA SALES CO., INC. <br><br> **Creditor's mailing address** <br> 3450 W BURNSVILLE PARKWAY <br> BURNSVILLE, MN  55337 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 7/24/2019 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL EQUIPMENT AND OTHER PERSONAL PROPERTY, SUBJECT TO SPECIFIC AGREEMENT NO. 2804-002 <br><br> **Describe the lien** <br> UCC LIEN - FILE NUMBER 20195128520 <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | UNKNOWN |
| 2.10 | **Creditor's name** <br> E&S INTERNATIONAL ENTERPRISES, INC. <br><br> **Creditor's mailing address** <br> 7801 HAYVENHURST AVE <br> VAN NUYS, CA  91406 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 1/17/2019 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> ALL INVENTORY <br><br> **Describe the lien** <br> UCC LIEN - FILE NUMBER 20190415450 <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.11**

**Creditor's name**
HITACHI CAPITAL AMERICA CORP.

**Creditor's mailing address**
7808 CREEKRIDGE CIRCLE, SUITE 250
EDINA, MN 55439

**Creditor's email address**

**Date or dates debt was incurred**
11/8/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL RIGHTS TO AND INTEREST IN THE EQUIPMENT

**Describe the lien**
UCC LIEN - FILE NUMBER 20197883536

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.12**

**Creditor's name**
MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT

**Creditor's mailing address**
C/O SEQUOR LAW, P.A.
ATTN: JUAN J. MENDOZA
1111 BRICKELL AVENUE, SUITE 1250
MIAMI, FL 33131

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this creditor, and its relative priority.
   1. MIDCAPFINANCIAL TRUST
   2. U.S. BANK TRUST COMPANY, N.A.
   3. TIER MOBILITY SE

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL ASSETS OF THE DEBTORS, INCLUDING THE DEBTORS' EQUITY IN CERTAIN NON-DEBTOR AFFILIATES

**Describe the lien**
FIRST LIEN CREDIT FACILITY

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $41,330,322.44
Column B: UNKNOWN

---

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. | |

**2.13**

**Creditor's name**
MIDCAP FINANCIAL TRUST, AS COLLATERAL AGENT

**Creditor's mailing address**
7255 WOODMONT AVENUE, SUITE 300
BETHESDA, MD  20814

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN - FILE NUMBER 20236347479

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

---

**2.14**

**Creditor's name**
TECHNOLOGY FINANCE CORPORATION

**Creditor's mailing address**
7077 E MARILYN RD.
BLDG. 3 / SUITE 125
SCOTTSDALE, AZ  85254

**Creditor's email address**

**Date or dates debt was incurred**
9/10/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
ALL EQUIPMENT AND OTHER PERSONAL PROPERTY, SUBJECT TO SPECIFIC AGREEMENT NO. 2804-0004

**Describe the lien**
UCC LIEN - FILE NUMBER 20196306653

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.15**

**Creditor's name**
TIER MOBILITY SE

**Creditor's mailing address**
C/O WHITE & CASE LLP
ATTN: MATTHEW C. BROWN; NICOLAS ABBATTISTA
200 SOUTH BISCAYNE BOULEVARD, SUITE 4900
MIAMI, FL 33131

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    1. MIDCAPFINANCIAL TRUST
    2. U.S. BANK TRUST COMPANY, N.A.
    3. TIER MOBILITY SE

**Describe debtor's property that is subject to a lien**
CERTAIN ASSETS OF SPIN, CERTAIN EXISTING AND NEW LICENSES AND PERMITS, AND
ALL AMOUNTS RECEIVED, OR RECEIVABLE, UNDER ANY, OR ALL OF, THE FOREGOING LICENSES AND PERMITS, AND ALL RENTS, PROFITS, AND PRODUCTS OFTHE FOREGOING

**Describe the lien**
VTB NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.16**

**Creditor's name**
U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT

**Creditor's mailing address**
C/O GREENBERG TRAURIG, P.A.
ATTN: JOHN B. HUTTON, ESQ.
333 S.E. 2ND AVENUE, SUITE 4400
MIAMI, FL 33131

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2023

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    1. MIDCAPFINANCIAL TRUST
    2. U.S. BANK TRUST COMPANY, N.A.
    3. TIER MOBILITY SE

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL ASSETS OF THE DEBTORS, INCLUDING THE DEBTORS' EQUITY IN CERTAIN NON-DEBTOR AFFILIATES

**Describe the lien**
SECOND LIEN - NOTE PURCHASE AGREEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $71,030,427.00
Column B: UNKNOWN

---

| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $112,764,566.31 |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Bird Rides, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20515 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
  ☐ No. Go to Part 2.
  ☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ACQUAH, KWAMENA<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $15,300.00 | $15,150.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>ADA COUNTY<br>200 W FRONT STREET<br>BOISE, ID  83702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address**<br>ADAIR COUNTY<br>106 W WASHINGTON<br>KIRCKSVILLE, MO  63501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

Debtor  Bird Rides, Inc.

(Name)

Case number (if known)  23-20515

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4** | **Priority creditor's name and mailing address**
ALACHUA COUNTY
5830 NW 34TH BLVD.
GAINESVILLE, FL  32653

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.5** | **Priority creditor's name and mailing address**
ALAMEDA COUNTY
1221 OAK STREET, ROOM 131
OAKLAND, CA  94612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.6** | **Priority creditor's name and mailing address**
ALBANY COUNTY
525 GRAND AVE.
LARAMIE, WY  82070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.7** | **Priority creditor's name and mailing address**
AMEERIAR, LINDA
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $16,153.50    Priority amount: $15,150.00

---

**2.8** | **Priority creditor's name and mailing address**
ANDERSON COUNTY
401 E RIVER STREET
ANDERSON, SC  29624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Bird Rides, Inc.                                                     Case number (if known)   23-20515
_____
(Name)

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.9 | **Priority creditor's name and mailing address**<br><br>ANN ARBOR TERRITORY<br>100 N. FIFTH AVE.<br>ANN ARBOR, MI  48104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.10 | **Priority creditor's name and mailing address**<br><br>APPELBERG, DANIELLE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,556.50 | $15,150.00 |
| 2.11 | **Priority creditor's name and mailing address**<br><br>ARAPAHOE COUNTY<br>5334 S. PRINCE ST<br>LITTLETON, CO  80120<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.12 | **Priority creditor's name and mailing address**<br><br>ARIZONA STATE UNIVERSITY<br>1151 S FOREST AVE<br>TEMPE, AZ  85287<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.13 | **Priority creditor's name and mailing address**<br><br>ARLINGTON COUNTY DEPT. OF<br>ENVIRONMENTAL SERVICES<br>DIVISION OF TRANSPORTATION<br>2100 CLARENDON BLVD.<br>SUITE 900<br>ARLINGTON, VA  22201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|

---

**2.14** | **Priority creditor's name and mailing address**
BEN LU
ADDRESS ON FILE

**Date or dates debt was incurred**
1/3/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXECUTIVE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $20,833.33    Priority amount: $15,150.00

---

**2.15** | **Priority creditor's name and mailing address**
BENADOR, MICHAEL
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,623.25    Priority amount: $9,623.25

---

**2.16** | **Priority creditor's name and mailing address**
BERKELEY COUNTY
400 WEST STEPHEN STREET, SUITE 209
MARTINSBURG, WV  25401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.17** | **Priority creditor's name and mailing address**
BEXAR COUNTY
PO BOX 839950
SAN ANTONIO, TX  78283

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.18** | **Priority creditor's name and mailing address**
BIRKEL, TYLER
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $20,769.00    Priority amount: $15,150.00

---

Debtor    Bird Rides, Inc.

(Name)

Case number (if known)    23-20515

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.19 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,307.75 | $15,150.00 |
| | BOISFONTAINE, CARTER | ☐ Contingent | | |
| | ADDRESS ON FILE | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | 12/1/2023 | **Basis for the claim:** | | |
| | **Last 4 digits of account number:** | EMPLOYEE SEVERANCE | | |
| | **Specify Code subsection of PRIORITY** | **Is the claim subject to offset?** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |
| 2.20 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | BONNEVILLE COUNTY | ☒ Contingent | | |
| | 605 N CAPITAL AVE. | ☒ Unliquidated | | |
| | IDAHO FALLS, ID 83402 | ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | | POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY** | ☒ No | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☐ Yes | | |
| 2.21 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | BOONE COUNTY | ☒ Contingent | | |
| | 801 E WALNUT ST  118 | ☒ Unliquidated | | |
| | COLUMBIA, MO 65201 | ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | | POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY** | ☒ No | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☐ Yes | | |
| 2.22 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $213,333.32 | $15,150.00 |
| | BROOKE TANDY | ☐ Contingent | | |
| | ADDRESS ON FILE | ☐ Unliquidated | | |
| | **Date or dates debt was incurred** | ☐ Disputed | | |
| | 8/1/2023 | **Basis for the claim:** | | |
| | **Last 4 digits of account number:** | EXECUTIVE SEVERANCE | | |
| | **Specify Code subsection of PRIORITY** | **Is the claim subject to offset?** | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |
| 2.23 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
| | BROWN COUNTY | ☒ Contingent | | |
| | 201 LOCUST LANE 1ST FLOOR | ☒ Unliquidated | | |
| | NASHVILLE, IN 47448 | ☒ Disputed | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | | POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY** | ☒ No | | |
| | **unsecured claim:** 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| Part 1: | Additional Page | | | Total claim | Priority amount |
|---------|-----------------|---|---|-------------|-----------------|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| 2.24 | **Priority creditor's name and mailing address**<br>BUCHANAN COUNTY<br>411 JULES STREET  122<br>ST. JOSEPH, MO  64501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.25 | **Priority creditor's name and mailing address**<br>BUTLER COUNTY<br>100 N MAIN ST.<br>POPLAR BLUFF, MO  63901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.26 | **Priority creditor's name and mailing address**<br>CALDWELL, MATASHA<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $8,423.25 | $8,423.25 |
| 2.27 | **Priority creditor's name and mailing address**<br>CARTER COUNTY<br>105 MAIN ST.<br>VAN BUREN, MO  63965<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.28 | **Priority creditor's name and mailing address**<br>CASCADE COUNTY<br>121 4TH STREET N.<br>GREAT FALLS, MT  59401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| 2.29 | **Priority creditor's name and mailing address**<br><br>CHAVES COUNTY<br>1 ST. MARYS PLACE,  130<br>ROSWELL, NM  88203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.30 | **Priority creditor's name and mailing address**<br><br>CHRISTIAN COUNTY<br>101 W CHURCH STREET, ROOM 301<br>OZARK, MO  65721-6901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.31 | **Priority creditor's name and mailing address**<br><br>CITY AND COUNTY OF DENVER<br>BUSINESS PERSONAL PROPERTY<br>201 W. COLFAX AVE. DEPT. 406<br>DENVER, CO  80202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.32 | **Priority creditor's name and mailing address**<br><br>CITY OF ABERDEEN<br>200 E MARKET.<br>ABERDEEN, WA  98520<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.33 | **Priority creditor's name and mailing address**<br><br>CITY OF ABILENE<br>555 WALNUT ST<br>ABILENE, TX  79601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.34 | **Priority creditor's name and mailing address**<br><br>CITY OF ALEXANDRIA<br>301 KING STREET<br>CITY HALL, ROOM 2600<br>ALEXANDRIA, VA 22314<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.35 | **Priority creditor's name and mailing address**<br><br>CITY OF ANDERSON<br>120 E. EIGHTH ST.<br>ANDERSON, IN 46016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.36 | **Priority creditor's name and mailing address**<br><br>CITY OF ANN ARBOUR<br>301 EAST HURON<br>PO BOX 8647<br>ANN ARBOR, MI 48107-8647<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.37 | **Priority creditor's name and mailing address**<br><br>CITY OF ANNAPOLIS<br>160 DUKE OF GLOUCESTER ST.<br>ANNAPOLIS, MD 21401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.38 | **Priority creditor's name and mailing address**<br><br>CITY OF ANSONIA<br>PO BOX 253<br>ANSONIA, CT 06401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.39 | **Priority creditor's name and mailing address**<br><br>CITY OF APPLETON<br>100 N APPLETON ST<br>APPLETON, WI  54911<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.40 | **Priority creditor's name and mailing address**<br><br>CITY OF ARLINGTON<br>P.O. BOX 90231<br>ARLINGTON, TX  76004-3231<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.41 | **Priority creditor's name and mailing address**<br><br>CITY OF ARVADA<br>8101 RALSTON ROAD<br>ARVADA, CO  80002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.42 | **Priority creditor's name and mailing address**<br><br>CITY OF ATHENS<br>8 EAST WASHINGTON STREET<br>ATHENS, OH  45701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.43 | **Priority creditor's name and mailing address**<br><br>CITY OF ATLANTA<br>REVENUE COLLECTIONS ADMINISTRATOR<br>55 TRINITY AVENUE, SW<br>ATLANTA, GA  30303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.44 | **Priority creditor's name and mailing address**<br><br>CITY OF AURORA<br>15151 E ALAMEDA PARKWAY<br>AURORA, CO 80012<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.45 | **Priority creditor's name and mailing address**<br><br>CITY OF AUSTIN<br>ATTN: AUSTIN TRANSPORTATION DIVISION<br>901 S MOPAC EXPW<br>BARTON OAKS PLAZA 5 STE 300<br>AUSTIN, TX 78746<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.46 | **Priority creditor's name and mailing address**<br><br>CITY OF BAKERSFIELD<br>PUBLIC WORKS SUBDIVISION<br>1600 TRUXTUN AVE<br>BAKERSFIELD, CA 93301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.47 | **Priority creditor's name and mailing address**<br><br>CITY OF BALTIMORE<br>417 E. FAYETTE ST<br>ROOM 521<br>BALTIMORE, MD 21202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.48 | **Priority creditor's name and mailing address**<br><br>CITY OF BARKSDALE<br>P.O. BOX 70<br>BENTON, LA 71006<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.49**   **Priority creditor's name and mailing address**

CITY OF BATTLE CREEK
10 DIVISION ST N
BATTLE CREEK, MI 49014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.50**   **Priority creditor's name and mailing address**

CITY OF BAY CITY
1901 FIFTH STREET
BAY CITY, TX 77414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.51**   **Priority creditor's name and mailing address**

CITY OF BAY CITY
301 WASHINGTON AVE.
BAY CITY, MI 48708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.52**   **Priority creditor's name and mailing address**

CITY OF BELLEVUE
450 110TH AVENUE NE
BELLEVUE, WA 98004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.53**   **Priority creditor's name and mailing address**

CITY OF BELLINGHAM
210 LOTTIE STREET
BELLINGHAM, WA 98225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.54 | **Priority creditor's name and mailing address**<br><br>CITY OF BELOIT<br>100 STATE ST<br>BELOIT, WI 53511<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.55 | **Priority creditor's name and mailing address**<br><br>CITY OF BENTON HARBOUR<br>200 E WALL STREET<br>BENTON HARBOR, MI 49022<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.56 | **Priority creditor's name and mailing address**<br><br>CITY OF BIG RAPIDS<br>226 N MICHIGAN AVE<br>BIG RAPIDS, MI 49307<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.57 | **Priority creditor's name and mailing address**<br><br>CITY OF BISMARCK<br>221 N 5TH ST<br>PO BOX 5503<br>BISMARCK, ND 58506-5503<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.58 | **Priority creditor's name and mailing address**<br><br>CITY OF BLOOMINGTON<br>PO BOX 100<br>BLOOMINGTON, IN 47402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.59**

**Priority creditor's name and mailing address**

CITY OF BOISE
P.O. BOX 500
BOISE, ID 83701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.60**

**Priority creditor's name and mailing address**

CITY OF BRECKSVILLE
10107 BRECKSVILLE ROAD
BRECKSVILLE, OH 44141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.61**

**Priority creditor's name and mailing address**

CITY OF BRENTWOOD
150 CITY PARK WAY
BRENTWOOD, CA 94513

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.62**

**Priority creditor's name and mailing address**

CITY OF BRIDGEWATER
66 CENTRAL SQUARE
BRIDGEWATER, MA 02324

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.63**

**Priority creditor's name and mailing address**

CITY OF BRIGHTON
500 S 4TH AVENUE
BRIGHTON, CO 80601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.64**    **Priority creditor's name and mailing address**

CITY OF BROOKHAVEN
4362 PEACHTREE ROAD
BROOKHAVEN, GA 30319

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.65**    **Priority creditor's name and mailing address**

CITY OF BURLINGTON
149 CHURCH STREET, ROOM 34
BURLINGTON, VT 05401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.66**    **Priority creditor's name and mailing address**

CITY OF CALDWELL
411 BLAINE ST, P.O. BOX 1179
CALDWELL, ID 83605

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.67**    **Priority creditor's name and mailing address**

CITY OF CAMBRIDGE
795 MASSACHUSETTS AVENUE
CAMBRIDGE, MA 02139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.68**    **Priority creditor's name and mailing address**

CITY OF CANTON
218 CLEVELAND AVE SW
CANTON, OH 44702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | | |
|---|---|---|---|---|
| 2.69 | **Priority creditor's name and mailing address**<br><br>CITY OF CHAMPAIGN<br>102 N NEIL ST<br>CHAMPAIGN, IL 61820<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.70 | **Priority creditor's name and mailing address**<br><br>CITY OF CHANDLER<br>P.O. BOX 4008.<br>CHANDLER, AZ 85244-4008<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.71 | **Priority creditor's name and mailing address**<br><br>CITY OF CHARLESTON<br>915 QUARRIER ST.<br>CHARLESTON, WV 25301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.72 | **Priority creditor's name and mailing address**<br><br>CITY OF CHARLOTTE<br>P.O. BOX 31032<br>CHARLOTTE, NC 28231-1032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.73 | **Priority creditor's name and mailing address**<br><br>CITY OF CHEYENNE<br>2101 ONEIL AVE.<br>CHEYENNE, WY 82001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.74 | **Priority creditor's name and mailing address**<br>CITY OF CHICAGO<br>333 S. STATE STREET, SUITE 300<br>CHICAGO, IL  60604-3977<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.75 | **Priority creditor's name and mailing address**<br>CITY OF CHRISTIANBURG<br>755 ROANOKE STREET, SUITE 1B<br>CHRISTIANBURG, VA  24073-3169<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.76 | **Priority creditor's name and mailing address**<br>CITY OF CHULA VISTA<br>276 4TH AVE<br>CHULA VISTA, CA  91910<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.77 | **Priority creditor's name and mailing address**<br>CITY OF CINCINNATI<br>P.O. BOX 637876<br>CINCINNATI, OH  45263-7876<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.78 | **Priority creditor's name and mailing address**<br>CITY OF CLAYTON<br>PUBLIC WORKS<br>10 N BEMISTON AVE<br>CLAYTON, MO  63105<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.79**  **Priority creditor's name and mailing address**

CITY OF CLEVELAND
CITY PLANNING COMMISSION
P.O. BOX 94520
CLEVELAND, OH  44101-4520

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.80**  **Priority creditor's name and mailing address**

CITY OF CLEVELAND HEIGHTS
40 SEVERANCE CIRCLE
CLEVELAND HEIGHTS, OH  44118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.81**  **Priority creditor's name and mailing address**

CITY OF COACHELLA
53990 ENTERPRISE WAY
COACHELLA, CA  92236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.82**  **Priority creditor's name and mailing address**

CITY OF COLUMBUS
P.O. BOX 183190
COLUMBUS, OH  43218-3190

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.83**  **Priority creditor's name and mailing address**

CITY OF CORAL GABLES
405 BILTMORE WAY.
CORAL GABLES, FL  33134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.84 | **Priority creditor's name and mailing address**<br><br>CITY OF CULVER CITY<br>CULVER CITY TRANSPORTATION<br>4343 DUQUESNE AVENUE<br>CULVER CITY, CA 90232<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.85 | **Priority creditor's name and mailing address**<br><br>CITY OF DALLAS<br>ATTN: HEATHER MURPHY<br>DEPARTMENT OF TRANSPORTATION, L1BS<br>1500 MARILLA STREET<br>DALLAS, TX 75201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.86 | **Priority creditor's name and mailing address**<br><br>CITY OF DECATUR<br>P.O. BOX 220<br>DECATUR, GA 30030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.87 | **Priority creditor's name and mailing address**<br><br>CITY OF DES MOINES<br>400 ROBERT D RAY DRIVE<br>DES MOINES, IA 50309<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.88 | **Priority creditor's name and mailing address**<br><br>CITY OF DETROIT<br>CITY OF DETROIT PROPERTY TAX<br>PO BOX 33193<br>DETROIT, MI 48232-3193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.89 | **Priority creditor's name and mailing address**<br><br>CITY OF DUBLIN<br>5555 PERIMETER DR.<br>DUBLIN, OH  43017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.90 | **Priority creditor's name and mailing address**<br><br>CITY OF DULUTH<br>411 WEST FIRST STREET, STE. 120<br>DULUTH, MN  55802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.91 | **Priority creditor's name and mailing address**<br><br>CITY OF DURHAM<br>ATTN: EVAN TENENBAUM<br>101 CITY HALL PLAZA, 4TH FLOOR<br>TRANSPORTATION DEPARTMENT<br>DURHAM, NC  27701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.92 | **Priority creditor's name and mailing address**<br><br>CITY OF EAGLE MOUNTAIN<br>1650 STAGECOACH RUN<br>EAGLE MOUNTAIN, UT  84005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.93 | **Priority creditor's name and mailing address**<br><br>CITY OF EAST CLEVELAND<br>14340 EUCLID AVE<br>CLEVELAND, OH  44112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.94 | **Priority creditor's name and mailing address**<br><br>CITY OF EAST LANSING<br>410 ABBOT RD RM 109<br>EAST LANSING, MI  48823<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.95 | **Priority creditor's name and mailing address**<br><br>CITY OF EAST PROVIDENCE<br>145 TAUNTON AVE., E<br>PROVIDENCE, RI  02914<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.96 | **Priority creditor's name and mailing address**<br><br>CITY OF EASTPOINT<br>23200 GRATIOT AVE<br>EASTPOINTE, MI  48021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.97 | **Priority creditor's name and mailing address**<br><br>CITY OF EL PASO<br>PO BOX 2992<br>EL PASO, TX  79999-2992<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.98 | **Priority creditor's name and mailing address**<br><br>CITY OF EMPORIA<br>522 MECHANIC ST<br>EMPORIA, KS  66801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.99 | **Priority creditor's name and mailing address**<br><br>CITY OF EVANSVILLE<br>1 NW MARTIN LUTHER KING BLVD.<br>EVANSVILLE, IN 47708<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.100 | **Priority creditor's name and mailing address**<br><br>CITY OF EVERETT<br>PO BOX 94430<br>SEATTLE, WA 98124-6730<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.101 | **Priority creditor's name and mailing address**<br><br>CITY OF FAIRFAX<br>TREASURERS OFFICE<br>10455 ARMSTRONG ST. SUITE 200<br>FAIRFAX, VA 22030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.102 | **Priority creditor's name and mailing address**<br><br>CITY OF FARIBAULT<br>208 1ST AVE NW<br>FARIBAULT, MN 55021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.103 | **Priority creditor's name and mailing address**<br><br>CITY OF FOND DE LAC CITY<br>160 S MACY ST<br>FOND DU LAC, WI 54935<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.104**

**Priority creditor's name and mailing address**

CITY OF FRANKENMUTH
240 W GENESEE ST.
FRANKENMUTH, MI  48734

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.105**

**Priority creditor's name and mailing address**

CITY OF FULTON
141 SOUTH FIRST STREET
FULTON, NY  13069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.106**

**Priority creditor's name and mailing address**

CITY OF GAINESVILLE
BOX 490 STATION 47
GAINESVILLE, FL  32627-0490

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.107**

**Priority creditor's name and mailing address**

CITY OF GARDNER
95 PLEASANT STREET
GARDNER, MA  01440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.108**

**Priority creditor's name and mailing address**

CITY OF GOLDEN
911 10TH STREET
GOLDEN, CO  80401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.109 | **Priority creditor's name and mailing address**<br><br>CITY OF GOODYEAR<br>P.O. BOX 5100<br>GOODYEAR, AZ 85338<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.110 | **Priority creditor's name and mailing address**<br><br>CITY OF GRAND FORKS<br>1015 N 43RD ST<br>GRAND FORKS, ND 58203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.111 | **Priority creditor's name and mailing address**<br><br>CITY OF GRAND JUNCTION<br>250 NORTH 5TH STREET<br>GRAND JUNCTION, CO 81501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.112 | **Priority creditor's name and mailing address**<br><br>CITY OF GRAND RAPIDS<br>CITY TREASURERS OFFICE, ROOM<br>220 CITY HALL, 300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503-2296<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.113 | **Priority creditor's name and mailing address**<br><br>CITY OF GREEN BAY<br>100 N JEFFERSON ST STE 102<br>GREEN BAY, WI 54301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

**2.114**   **Priority creditor's name and mailing address**

CITY OF GUYMON
424 N MAIN ST
GUYMON, OK  73942

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN     UNKNOWN

---

**2.115**   **Priority creditor's name and mailing address**

CITY OF HARRISONBURG
409 S MAIN ST
HARRISONBURG, VA  22801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN     UNKNOWN

---

**2.116**   **Priority creditor's name and mailing address**

CITY OF HEALDSBURG
401 GROVE ST
HEALDSBURG, CA  95448

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN     UNKNOWN

---

**2.117**   **Priority creditor's name and mailing address**

CITY OF IDAHO FALLS
680 PARK AVENUE
IDAHO FALLS, ID  83402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN     UNKNOWN

---

**2.118**   **Priority creditor's name and mailing address**

CITY OF INDIANAPOLIS
1200 MADISON AV., SUITE 100
INDIANAPOLIS, IN  46225

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN     UNKNOWN

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.119 | **Priority creditor's name and mailing address**<br><br>CITY OF INDIO<br>83-101 AVENUE 45.<br>INDIO, CA 92201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.120 | **Priority creditor's name and mailing address**<br><br>CITY OF JACKSONVILLE<br>1096 NORTH MCDUFF AVE.<br>JACKSONVILLE, FL 32205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.121 | **Priority creditor's name and mailing address**<br><br>CITY OF JANESVILLE<br>PO BOX 5005<br>JANESVILLE, WI 53547-5005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.122 | **Priority creditor's name and mailing address**<br><br>CITY OF JEFFERSON<br>320 E. MCCARTY STREET<br>JEFFERSON CITY, MO 65101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.123 | **Priority creditor's name and mailing address**<br><br>CITY OF JEFFERSONVILLE<br>500 QUARTERMASTER COURT, SUITE 300<br>JEFFERSONVILLE, IN 47130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.124 | **Priority creditor's name and mailing address**<br><br>CITY OF JENKS<br>211 N ELM ST<br>JENKS, OK  74037<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.125 | **Priority creditor's name and mailing address**<br><br>CITY OF KANSAS CITY<br>414 EAST 12TH STREET<br>KANSAS CITY, MO  64106<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.126 | **Priority creditor's name and mailing address**<br><br>CITY OF KEARNEY<br>18 EAST 22ND STREET<br>KEARNEY, NE  68848-1180<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.127 | **Priority creditor's name and mailing address**<br><br>CITY OF KINGMAN<br>310 N. 4TH STREET<br>KINGMAN, AZ  86401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.128 | **Priority creditor's name and mailing address**<br><br>CITY OF KNOXVILLE<br>400 W MAIN STREET, SUITE 667<br>KNOXVILLE, TN  37902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.129** | **Priority creditor's name and mailing address**

CITY OF LA QUINTA
78-495 CALLE TAMPICO
LA QUINTA, CA  92253

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.130** | **Priority creditor's name and mailing address**

CITY OF LAFAYETTE
20 NORTH 6TH STREET
LAFAYETTE, IN  47901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.131** | **Priority creditor's name and mailing address**

CITY OF LAKEWOOD
480 S. ALLISON PARKWAY
LAKEWOOD, CO  80226

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.132** | **Priority creditor's name and mailing address**

CITY OF LANSING
DEPT. 3201, PO BOX 30516
LANSING, MI  48909-8016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.133** | **Priority creditor's name and mailing address**

CITY OF LAS VEGAS
1700 N. GRAND AVE.
LAS VEGAS, NM  87701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.134 | **Priority creditor's name and mailing address**<br><br>CITY OF LEXINGTON<br>LEXINGTON-FAYETTE URBAN CTY<br>GOVERNMENT<br>P.O. BOX 14058<br>LEXINGTON, KY 40512<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.135 | **Priority creditor's name and mailing address**<br><br>CITY OF LINCOLN<br>555 SOUTH 10TH STREET<br>LINCOLN, NE 68508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.136 | **Priority creditor's name and mailing address**<br><br>CITY OF LITTLE ROCK<br>TREASURY MANAGEMENT DIVISION<br>500 W MARKHAM STREET SUITE 100 1497<br>LITTLE ROCK, AR 72201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.137 | **Priority creditor's name and mailing address**<br><br>CITY OF LOGAN<br>290 N 100 W<br>LOGAN, UT 84321<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.138 | **Priority creditor's name and mailing address**<br><br>CITY OF LONG BEACH<br>411 W. OCEAN BOULEVARD, 4TH FLOOR<br>LONG BEACH, CA 90802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.139 | **Priority creditor's name and mailing address**<br><br>CITY OF LONGMONT<br>350 KIMBARK STREET<br>LONGMONT, CO 80501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.140 | **Priority creditor's name and mailing address**<br><br>CITY OF LOS ANGELES<br>P.O. BOX 30420<br>LOS ANGELES, CA 90030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.141 | **Priority creditor's name and mailing address**<br><br>CITY OF LOUISVILLE<br>JEFFERSON COUNTY DEPARTMENT OF PUBLIC<br>WORKS AND ASSETS<br>444 SOUTH 5TH STREET SUITE 400<br>LOUISVILLE, KY 40202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.142 | **Priority creditor's name and mailing address**<br><br>CITY OF LYNCHBURG<br>900 CHURCH ST STE 100<br>LYNCHBURG, VA 24504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.143 | **Priority creditor's name and mailing address**<br><br>CITY OF MANASSAS<br>9025 CENTER STREET<br>MANASSAS, VA 20110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.144** **Priority creditor's name and mailing address**

CITY OF MANKATO
10 CIVIC CENTER PLAZA
MANKATO, MN  56001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.145** **Priority creditor's name and mailing address**

CITY OF MAPLEWOOD
7601 MANCHESTER RD.
MAPLEWOOD, MO  63143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.146** **Priority creditor's name and mailing address**

CITY OF MEMPHIS
ATTN: DIVISION OF ENGINEERING
125 NORTH MAIN STREET, ROOM 601
MEMPHIS, TN  38103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.147** **Priority creditor's name and mailing address**

CITY OF MENASHA
100 MAIN ST #200
MENASHA, WI  54952

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.148** **Priority creditor's name and mailing address**

CITY OF MESA
20 E MAIN ST.
MESA, AZ  85201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | |
|---|---|---|---|
| | (Name) | | Case number (if known) 23-20515 |

| **Part 1:** | **Additional Page** | | | | |
|---|---|---|---|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

| 2.149 | **Priority creditor's name and mailing address**<br><br>CITY OF MIAMI<br>DEPT OF RESILIENCE AND PUBLIC WORKS<br>MIAMI RIVERSIDE CENTER<br>444 S.W. 2ND AVENUE, 8TH FLOOR<br>MIAMI, FL  33130<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.150 | **Priority creditor's name and mailing address**<br><br>CITY OF MIDDLETOWN<br>245 DEKOVEN DRIVE<br>MIDDLETOWN, CT  06457<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.151 | **Priority creditor's name and mailing address**<br><br>CITY OF MIDLAND<br>333 W ELLSWORTH ST.<br>MIDLAND, MI  48640<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.152 | **Priority creditor's name and mailing address**<br><br>CITY OF MILWAUKEE<br>200 E WELLS ST STE 507<br>MILWAUKEE, WI  53202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.153 | **Priority creditor's name and mailing address**<br><br>CITY OF MISSOURI<br>1522 TEXAS PKWY<br>MISSOURI CITY, TX  77489<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|-----------------|------------------------|----------|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|--------|---|---|-------------|-----------------|

**2.154**

**Priority creditor's name and mailing address**

CITY OF MONTGOMERY
PO BOX 327001
MONTGOMERY, AL 36132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.155**

**Priority creditor's name and mailing address**

CITY OF MOREHEAD
314 BRIDGE STREET
MOREHEAD, KY 40351

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.156**

**Priority creditor's name and mailing address**

CITY OF MOUNT PLEASANT
320 W BROADWAY ST
MT PLEASANT, MI 48858

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.157**

**Priority creditor's name and mailing address**

CITY OF MOUNT VERNON
3 N. GAY STREET, SUITE A
MOUNT VERNON, OH 43050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.158**

**Priority creditor's name and mailing address**

CITY OF NASHVILLE
750 SOUTH 5TH STREET
NASHVILLE, TN 37206

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | | Case number (if known) | 23-20515 |
|--------|------------------|---|---|---|---|
| | (Name) | | | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.159 | **Priority creditor's name and mailing address**<br><br>CITY OF NAUGATUCK<br>229 CHURCH STREET, 3<br>NAUGATUCK, CT 06770<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.160 | **Priority creditor's name and mailing address**<br><br>CITY OF NEENAH<br>211 WALNUT ST.<br>NEENAH, WI 54956<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.161 | **Priority creditor's name and mailing address**<br><br>CITY OF NEW YORK<br>ONE CENTRE STREET, 22ND FLOOR<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.162 | **Priority creditor's name and mailing address**<br><br>CITY OF NEWARK<br>920 BROAD ST<br>NEWARK, NJ 07102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.163 | **Priority creditor's name and mailing address**<br><br>CITY OF NEWPORT NEWS<br>700 TOWN CENTER DR STE 220<br>NEWPORT NEWS, VA 23606<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY**<br>**unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.164 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

2.164   CITY OF NORFOLK - VIRGINIA BEACH
810 UNION ST.
NORFOLK, VA 23510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

2.165   **Priority creditor's name and mailing address**
CITY OF NORTH KANSAS CITY
2010 HOWELL ST.
NORTH KANSAS CITY, MO 64116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

2.166   **Priority creditor's name and mailing address**
CITY OF OAK PARK
14000 OAK PARK BLVD.
OAK PARK, MI 48237

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

2.167   **Priority creditor's name and mailing address**
CITY OF OKLAHOMA CITY
200 N WALKER AVE., 2ND FLOOR
OKLAHOMA CITY, OK 73102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

2.168   **Priority creditor's name and mailing address**
CITY OF OLD TOWN
265 MAIN STREET
OLD TOWN, ME 04468

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.169**

**Priority creditor's name and mailing address**
CITY OF OREM
56 N. STATE STREET
OREM, UT 84057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.170**

**Priority creditor's name and mailing address**
CITY OF ORLANDO
400 SOUTH ORANGE AVENUE
ORLANDO, FL 32801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.171**

**Priority creditor's name and mailing address**
CITY OF OSWEGO
13 WEST ONEIDA STREET
OSWEGO, NY 13126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.172**

**Priority creditor's name and mailing address**
CITY OF OTTUMWA
105 E. THIRD ST.
OTTUMWA, IA 52501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.173**

**Priority creditor's name and mailing address**
CITY OF OVERLAND PARK
8500 SANTA FE DRIVE
OVERLAND PARK, KS 66212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.174** | **Priority creditor's name and mailing address**

CITY OF OWATONNA
C/O JEANETTE CLAWSON
540 WEST HILLS CIRCLE
OWATONNA, MN 55060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.175** | **Priority creditor's name and mailing address**

CITY OF OXFORD
15 S. COLLEGE AVENUE
OXFORD, OH 45056

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.176** | **Priority creditor's name and mailing address**

CITY OF PHOENIX
PO BOX 29115
PHOENIX, AZ 85038-9115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.177** | **Priority creditor's name and mailing address**

CITY OF PITTSFIELD
70 ALLEN STREET
PITTSFIELD, MA 01201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.178** | **Priority creditor's name and mailing address**

CITY OF PLANO
1520 K AVENUE
PLANO, TX 75074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | | | Total claim | Priority amount |

| 2.179 | **Priority creditor's name and mailing address**<br><br>CITY OF POCATELLO<br>911 N 7TH AVE<br>POCATELLO, ID 83201<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
|---|---|---|---|
| 2.180 | **Priority creditor's name and mailing address**<br><br>CITY OF PONTIAC<br>250 ELIZABETH LAKE RD, 1000<br>PONTIAC, MI 48341<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.181 | **Priority creditor's name and mailing address**<br><br>CITY OF POPLAR BLUFF<br>501 VINE ST<br>POPLAR BLUFF, MO 63901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.182 | **Priority creditor's name and mailing address**<br><br>CITY OF PORTLAND<br>115 SW COLUMBIA STREET, SUITE 600<br>PORTLAND, OR 97201-5840<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.183 | **Priority creditor's name and mailing address**<br><br>CITY OF PRAIRIE VILLAGE<br>7700 MISSION ROAD<br>PRAIRIE VILLAGE, KS 66208<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.184 | **Priority creditor's name and mailing address**<br><br>CITY OF PROVIDENCE<br>25 DORRANCE ST.<br>PROVIDENCE, RI 02903<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.185 | **Priority creditor's name and mailing address**<br><br>CITY OF PROVO<br>PROVO CITY CORP<br>445 W CENTER ST<br>PROVO, UT 84601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.186 | **Priority creditor's name and mailing address**<br><br>CITY OF PUEBLO<br>1 CITY HALL PLACE<br>PUEBLO, CO 81003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.187 | **Priority creditor's name and mailing address**<br><br>CITY OF RACINE<br>730 WASHINGTON AVE<br>RACINE, WI 53403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.188 | **Priority creditor's name and mailing address**<br><br>CITY OF REDDING<br>777 CYPRESS AVENUE<br>REDDING, CA 96001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.189** | **Priority creditor's name and mailing address**

CITY OF REDWOOD CITY
1017 MIDDLEFIELD ROAD
REDWOOD CITY, CA 94063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.190** | **Priority creditor's name and mailing address**

CITY OF RENO
1 EAST 1ST STREET
PO BOX 1900
RENO, NV 89505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.191** | **Priority creditor's name and mailing address**

CITY OF REXBURG
35 N 1ST E
REXBURG, ID 83440

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.192** | **Priority creditor's name and mailing address**

CITY OF RICHMOND
900 E. BROAD ST.
RICHMOND, VA 23219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

---

**2.193** | **Priority creditor's name and mailing address**

CITY OF RICHMOND HEIGHTS
1500 EAST FRANKLIN STREET
RICHMOND, VA 23219

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN — Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.194** | **Priority creditor's name and mailing address**
CITY OF RIVERSIDE
3900 MAIN ST
RIVERSIDE, CA  92501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.195** | **Priority creditor's name and mailing address**
CITY OF ROANOKE
215 CHURCH AVE SW STE 250
ROANOKE, VA  24011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.196** | **Priority creditor's name and mailing address**
CITY OF ROCKFORD
425 E STATE ST
ROCKFORD, IL  61104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.197** | **Priority creditor's name and mailing address**
CITY OF ROSWELL
38 HILL ST
ROSWELL, GA  30075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.198** | **Priority creditor's name and mailing address**
CITY OF SACRAMENTO
TRAFFIC ENGINEERING, ROOM 2000
915 I STREET
SACRAMENTO, CA  95814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.199 | **Priority creditor's name and mailing address**<br><br>CITY OF SAGINAW<br>1315 S WASHINGTON AVE<br>SAGINAW, MI  48601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.200 | **Priority creditor's name and mailing address**<br><br>CITY OF SAINT CLAIR SHORES<br>200 GROUND RIVER, SUITE 101<br>PORT HURON, MI  48060<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.201 | **Priority creditor's name and mailing address**<br><br>CITY OF SAINT LOUIS<br>1200 MARKET STREET, UNIT 120<br>ST. LOUIS, MO  63103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.202 | **Priority creditor's name and mailing address**<br><br>CITY OF SALISBURY<br>132 NORTH MAIN STREET<br>SALISBURY, NC  28144<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.203 | **Priority creditor's name and mailing address**<br><br>CITY OF SAN ANTONIO<br>CITY TOWER<br>100 W. HOUSTON ST.<br>SAN ANTONIO, TX  78205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.204 | **Priority creditor's name and mailing address**<br><br>CITY OF SAN DIEGO TREASURER<br>ENVIRONMENTAL SERVICES/WASTE<br>REDUCTION<br>9601 RIDGEHAVEN COURT, SUITE 320<br>SAN DIEGO, CA  92123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.205 | **Priority creditor's name and mailing address**<br><br>CITY OF SAN FRANCISCO<br>SAN FRANCISCO CITY OPTION<br>PO BOX 194367<br>SAN FRANCISCO, CA  94119-4367<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.206 | **Priority creditor's name and mailing address**<br><br>CITY OF SAN JOSE<br>200 EAST SANTA CLARA ST., 13TH FLOOR<br>SAN JOSE, CA  95113<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.207 | **Priority creditor's name and mailing address**<br><br>CITY OF SANDY<br>39250 PIONEER BLVD.<br>SANDY, OR  97055<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.208 | **Priority creditor's name and mailing address**<br><br>CITY OF SANTA CLARA<br>1500 WARBURTON AVENUE<br>SANTA CLARA, CA  95050<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|
| | | Total claim | Priority amount |

**2.209**

**Priority creditor's name and mailing address**

CITY OF SCOTTSDALE
3939 N. DRINKWATER BLVD.
SCOTTSDALE, AZ 85251

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.210**

**Priority creditor's name and mailing address**

CITY OF SEATTLE / SEATTLE DEPARTMENT
OF TRANSPORTATION
800 5TH AVE STE 300 I
P O BOX 34996
SEATTLE, WA 98104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.211**

**Priority creditor's name and mailing address**

CITY OF SEBRING
368 S COMMERCE AVE
SEBRING, FL 33870

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.212**

**Priority creditor's name and mailing address**

CITY OF SHAWANO
127 S SAWYER ST
SHAWANO, WI 54166

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.213**

**Priority creditor's name and mailing address**

CITY OF SHEBOYGAN
828 CENTER AVE STE 302
SHEBOYGAN, WI 53081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.214** | **Priority creditor's name and mailing address**
CITY OF SOUTH BEND
227 W. JEFFERSON BLVD.
1316 COUNTY BUILDING
SOUTH BEND, IN  46601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.215** | **Priority creditor's name and mailing address**
CITY OF SOUTH EUCLID
1349 SOUTH GREEN ROAD
SOUTH EUCLID, OH  44121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.216** | **Priority creditor's name and mailing address**
CITY OF SOUTH JORDAN
1600 W TOWNE CENTER DRIVE SOUTH
JORDAN, UT  84095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.217** | **Priority creditor's name and mailing address**
CITY OF SOUTH LAKE TAHOE
ATTN: PAULA FLEMING
CITY OF SOUTH LAKE TAHOE, POLICE DEPT
1352 JOHNSON BOULEVARD
SOUTH LAKE TAHOE, CA  96150

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.218** | **Priority creditor's name and mailing address**
CITY OF SOUTH MIAMI
6130 SUNSET DRIVE; SOUTH
MIAMI, FL  33143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.219**

**Priority creditor's name and mailing address**

CITY OF SOUTH OGDEN
3950 ADAMS AVENUE
SOUTH OGDEN, UT  84403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN            UNKNOWN

---

**2.220**

**Priority creditor's name and mailing address**

CITY OF SPRINGFIELD, MO
P.O. BOX 8368
SPRINGFIELD, MO  65801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN            UNKNOWN

---

**2.221**

**Priority creditor's name and mailing address**

CITY OF ST. ALBANS
P.O. BOX 1488
ST. ALBANS, WV  25177

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN            UNKNOWN

---

**2.222**

**Priority creditor's name and mailing address**

CITY OF ST. CLAIR SHORES
27600 JEFFERSON AVE.
ST. CLAIR SHORES, MI  48081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN            UNKNOWN

---

**2.223**

**Priority creditor's name and mailing address**

CITY OF ST. JOSEPH
700 BROAD STREET
ST. JOSEPH, MI  49085

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN            UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.224 | **Priority creditor's name and mailing address**<br><br>CITY OF ST. LOUIS<br>1200 MARKET STREET, ROOM 410<br>ST. LOUIS, MO  63103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.225 | **Priority creditor's name and mailing address**<br><br>CITY OF STARKVILLE<br>110 WEST MAIN STREET<br>STARKVILLE, MS  39759<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.226 | **Priority creditor's name and mailing address**<br><br>CITY OF STERLING<br>P.O. BOX 4000<br>STERLING, CO  80751-0400<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.227 | **Priority creditor's name and mailing address**<br><br>CITY OF SUNNYVALE<br>456 W OLIVE AVE<br>SUNNYVALE, CA  94086<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.228 | **Priority creditor's name and mailing address**<br><br>CITY OF TACOMA<br>747 MARKET STREET, ROOM 212<br>TACOMA, WA  98402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| 2.229 | **Priority creditor's name and mailing address**<br><br>CITY OF TALLAHASSEE<br>APS-ACCOUNTING SERVICES DIVISION, A/R<br>C/O BOX A-4, CITY HALL<br>300 S. ADAMS ST.<br>TALLAHASSEE, FL  32301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.230 | **Priority creditor's name and mailing address**<br><br>CITY OF TAMPA<br>PO BOX 23328<br>TAMPA, FL  33623-3328<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.231 | **Priority creditor's name and mailing address**<br><br>CITY OF TEMPE<br>ENGINEERING DEPT, TRACY T. GUMERINGER<br>31 E. FIFTH STREET<br>PO BOX 5002<br>TEMPE, AZ  85281<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.232 | **Priority creditor's name and mailing address**<br><br>CITY OF TEXARKANA<br>220 TEXAS BLVD<br>TEXARKANA, TX  75501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.233 | **Priority creditor's name and mailing address**<br><br>CITY OF THORNTON<br>9500 CIVIC CENTER DR, SUITE 2050<br>THORNTON, CO  80229<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 | |
|---|---|---|---|---|---|
| | (Name) | | | | |

| Part 1: | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.234 | **Priority creditor's name and mailing address**<br><br>CITY OF TOPEKA<br>215 SE 7TH ST<br>TOPEKA, KS  66603<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.235 | **Priority creditor's name and mailing address**<br><br>CITY OF TRACY<br>333 CIVIC CENTER PLAZA<br>TRACY, CA  95376<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.236 | **Priority creditor's name and mailing address**<br><br>CITY OF TRENTON<br>2800 3RD ST<br>TRENTON, MI  48183<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.237 | **Priority creditor's name and mailing address**<br><br>CITY OF TUCSON<br>TRANSPORTATION BUSINESS SERVICES DEPT<br>ATTN PAM DRAKE<br>201 N. STONE AVE, 6TH FL<br>TUSCON, AZ  85701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.238 | **Priority creditor's name and mailing address**<br><br>CITY OF TULSA<br>DONNA GEMMILL<br>175 EAST 2ND STREET, SUITE 255<br>TULSA, OK  74103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
| | (Name) | | | |

| Part 1: | Additional Page | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.239** | **Priority creditor's name and mailing address**
CITY OF VIENNA
127 CENTER ST S
VIENNA, VA 22180

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.240** | **Priority creditor's name and mailing address**
CITY OF VIRGINIA BEACH
1830 KEMPSVILLE RD., 107
VIRGINIA BEACH, VA 23464

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.241** | **Priority creditor's name and mailing address**
CITY OF VIRGINA BEACH
4001 VIRGINIA BEACH BLVD., SUITE 112
VIRGINIA BEACH, VA 23452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.242** | **Priority creditor's name and mailing address**
CITY OF WATERLOO
715 MULBERRY STREET
WATERLOO, IA 50703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.243** | **Priority creditor's name and mailing address**
CITY OF WAUWATOSA
7725 W. NORTH AVENUE
MILWAUKEE, WI 53213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.244** **Priority creditor's name and mailing address**

CITY OF WEATHERFORD
522 W. RAINEY AVE
WEATHERFORD, OK  73096

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.245** **Priority creditor's name and mailing address**

CITY OF WEST ALLIS
7525 W. GREENFIELD AVE.
WEST ALLIS, WI  53214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.246** **Priority creditor's name and mailing address**

CITY OF WEST BEND
1115 S MAIN ST
WEST BEND, WI  53095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.247** **Priority creditor's name and mailing address**

CITY OF WEST HOLLYWOOD
PUBLIC WORKS DEPARTMENT
PARKING DIVISION WEST
8300 CA-2
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.248** **Priority creditor's name and mailing address**

CITY OF WEST SACRAMENTO
1110 W CAPITOL AVE.
WEST SACRAMENTO, CA  95691

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.249 | **Priority creditor's name and mailing address**<br><br>CITY OF WEST SPRINGFIELD<br>26 CENTER STREET<br>WEST SPRINGIELD, MA  01089<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.250 | **Priority creditor's name and mailing address**<br><br>CITY OF WHEELING<br>1500 CHAPLINE ST  303<br>WHEELING, WV  26003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.251 | **Priority creditor's name and mailing address**<br><br>CITY OF WHITEWATER<br>312 W WHITEWATER ST.<br>WHITEWATER, WI  53190<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.252 | **Priority creditor's name and mailing address**<br><br>CITY OF WILMINGTON<br>102 N 3RD ST<br>WILMINGTON, NC  28401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.253 | **Priority creditor's name and mailing address**<br><br>CITY OF WYOMING<br>1155 28TH ST SW<br>WYOMING, MI  49509<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.254 | **Priority creditor's name and mailing address**<br>CITY OF YONKERS<br>ONE LARKIN CENTER THIRD FLOOR<br>YONKERS, NY 10701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.255 | **Priority creditor's name and mailing address**<br>CITY OF YPSILANTI<br>1 SOUTH HURON STREET, 4TH FLOOR<br>YPSILANTI, MI 48197<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.256 | **Priority creditor's name and mailing address**<br>CITY OF YUMA<br>270 W. 13TH STREET<br>YUMA, AZ 85364<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.257 | **Priority creditor's name and mailing address**<br>CLAGHORN, EMILY<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $21,634.50 | $15,150.00 |
| 2.258 | **Priority creditor's name and mailing address**<br>COLE COUNTY<br>210 ADAMS ST 1<br>JEFFERSON CITY, MO 65101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---------|-----------------|--|--|

| | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.259**

**Priority creditor's name and mailing address**

COLLIN COUNTY
2300 BLOOMDALE RD.
MCKINNEY, TX  75071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.260**

**Priority creditor's name and mailing address**

COMMONWEALTH OF KENTUCKY
501 HIGH STREET
FRANKFORT, KY  40601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.261**

**Priority creditor's name and mailing address**

COMMONWEALTH OF MASSACHUSETTS
PO BOX 7000
BOSTON, MA  02204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.262**

**Priority creditor's name and mailing address**

COMMONWEALTH OF PENNSYLVANIA
PO BOX 280427
HARRISBURG, PA  17128-0427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.263**

**Priority creditor's name and mailing address**

DALLAS COUNTY
PO BOX 139066
DALLAS, TX  75313-9066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.264 | **Priority creditor's name and mailing address**<br><br>DANVILLE CITY<br>427 PATTON STREET<br>DANVILLE, VA  24543-3308<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.265 | **Priority creditor's name and mailing address**<br><br>DARLINGTON COUNTY<br>ONE PUBLIC SQUARE  207<br>DARLINGTON, SC  29532<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.266 | **Priority creditor's name and mailing address**<br><br>DAVIDSON COUNTY<br>P.O. BOX 196358<br>NASHVILLE, TN  37219<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.267 | **Priority creditor's name and mailing address**<br><br>DAVIS COUNTY<br>PO BOX 618<br>FARMINGTON, UT  84025<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.268 | **Priority creditor's name and mailing address**<br><br>DEL NORTE COUNTY<br>981 H STREET, SUITE 150<br>CRESCENT CITY, CA  95531<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.269 | **Priority creditor's name and mailing address**<br>DENTON COUNTY<br>1505 E MCKINNEY STREET<br>DENTON, TX 76209<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.270 | **Priority creditor's name and mailing address**<br>DESCHUTES COUNTY<br>1300 NW WALL STREET<br>BEND, OR 97701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.271 | **Priority creditor's name and mailing address**<br>DISTRICT OF COLUMBIA<br>941 N CAPITOL ST NE, 8TH FLOOR<br>WASHINGTON, DC 20002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.272 | **Priority creditor's name and mailing address**<br>DOUGLAS COUNTY<br>1819 FARNAM ST., 4TH FLOOR<br>CIVIC CENTER<br>OMAHA, NE 68183<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.273 | **Priority creditor's name and mailing address**<br>DREW COUNTY<br>210 S. MAIN STREET<br>MONTICELLOE, AR 71655<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 98 of 412

(Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.274 | **Priority creditor's name and mailing address**<br>DUNDOO, ARJUN<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,307.75 | $15,150.00 |
| 2.275 | **Priority creditor's name and mailing address**<br>DUPRE, JACOB<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,384.50 | $10,384.50 |
| 2.276 | **Priority creditor's name and mailing address**<br>DURHAM COUNTY<br>PO BOX 3397<br>DURHAM, NC 27702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.277 | **Priority creditor's name and mailing address**<br>DUVAL COUNTY<br>231 E FORSYTH STREET<br>JACKSONVILLE, FL 32202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.278 | **Priority creditor's name and mailing address**<br>EAST BATON ROUGE PARISH<br>PO BOX 1471<br>BATON ROUGE, LA 70821<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |

(Name)

| **Part 1:** | **Additional Page** | | | |

| | | | Total claim | Priority amount |

**2.279** | **Priority creditor's name and mailing address**

EL DORADO COUNTY
360 FAIR LANE
PLACERVILLE, CA  95667-4197

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.280** | **Priority creditor's name and mailing address**

ELKHART COUNTY
117 N SECOND ST.
GOSHEN, IN  46526

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.281** | **Priority creditor's name and mailing address**

ESCAMBIA COUNTY
PO BOX 1312
PENSACOLA, FL  32591

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.282** | **Priority creditor's name and mailing address**

FAIRFAX COUNTY
12000 GOVERNMENT CENTER PKWY, SUITE 223
FAIRFAX, VA  22035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.283** | **Priority creditor's name and mailing address**

FAIRFAX COUNTY
12055 GOVERNMENT CENTER PKWY
FAIRFAX, VA  22035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.284 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**2.284**

**Priority creditor's name and mailing address**
FAIRFIELD TOWN
611 OLD POST ROAD
FAIRFIELD, CT  06824

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.285**

**Priority creditor's name and mailing address**
FAYETTE COUNTY
101 E VINE ST.
LEXINGTON, KY  40507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.286**

**Priority creditor's name and mailing address**
FORSYTH COUNTY
PO BOX 82
WINSTON SALEM, NC  27102-0082

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.287**

**Priority creditor's name and mailing address**
FULTON COUNTY
141 PRYOR STREET, SW
ATLANTA, GA  30303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.288**

**Priority creditor's name and mailing address**
GALLATIN COUNTY
311 WEST MAIN STREET
BOZEMAN, MT  59715

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.289 | **Priority creditor's name and mailing address**<br>GARFIELD COUNTY<br>114 W BROADWAY AVE., ROOM 106<br>ENID, OK  73701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.290 | **Priority creditor's name and mailing address**<br>GASTON COUNTY<br>128W MAIN AVE.<br>GASTONIA, NC  28052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.291 | **Priority creditor's name and mailing address**<br>GIBSON COUNTY<br>101 NORTH MAIN STREET<br>PRINCETON, IN  47670<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.292 | **Priority creditor's name and mailing address**<br>GREENE COUNTY<br>940 N. BOONEVILLE AVE., ROOM 37<br>SPRINGFIELD, MO  65802-3802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.293 | **Priority creditor's name and mailing address**<br>HANOVER COUNTY<br>7515 LIBRARY DRIVE<br>HANOVER, VA  23069<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.294** Priority creditor's name and mailing address

HARRISONBURG CITY
345 S MAIN ST
HARRISONBURG, VA 22801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.295** Priority creditor's name and mailing address

HAWKINS, KEVIN
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $10,622.25   Priority amount: $10,622.25

---

**2.296** Priority creditor's name and mailing address

HAYS COUNTY
712 S. STAGECOACH TRAIL, SUITE 1120
SAN MARCOS, TX 78666

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.297** Priority creditor's name and mailing address

HENRICO COUNTY
4301 EAST PARHAM ROAD
HENRICO, VA 23228

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.298** Priority creditor's name and mailing address

HIGHLANDS COUNTY
540 S. COMMERCE AVE
SEBRING, FL 33870

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.299**

**Priority creditor's name and mailing address**

HILLSBOROUGH COUNTY
601 E. KENNEDY BLVD
TAMPA, FL 33602-4932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.300**

**Priority creditor's name and mailing address**

HOLDEN, ROSS
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $9,322.50        Priority amount: $9,322.50

---

**2.301**

**Priority creditor's name and mailing address**

HUGHES, MAKELA
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $11,481.00        Priority amount: $11,481.00

---

**2.302**

**Priority creditor's name and mailing address**

HUMBOLDT COUNTY
825 5TH ST., ROOM 125
EUREKA, CA 95501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

**2.303**

**Priority creditor's name and mailing address**

ISLA VISTA
970 EMBARCADERO DEL MAR SUITE 101
ISLA VISTA, CA 93117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN        Priority amount: UNKNOWN

---

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.304** | **Priority creditor's name and mailing address**
J. BEARDSLEY, ELLEN
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $40,000.00    Priority amount: $15,150.00

---

**2.305** | **Priority creditor's name and mailing address**
JACKSON COUNTY
1300 WASHINGTON ST.
KANSAS CITY, MO  64106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.306** | **Priority creditor's name and mailing address**
JEFFERSON COUNTY
815 W MARKET ST., SUITE 400
LOUISVILLE, KY  40202-2654

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.307** | **Priority creditor's name and mailing address**
JOHNSON COUNTY
PO BOX 794
CLARKSVILLE, AR  72830

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.308** | **Priority creditor's name and mailing address**
KANAWHA COUNTY
409 VIRGINIA ST. E
CHARLESTON, WV  25301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page | | | |
|---|---|---|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.309 | **Priority creditor's name and mailing address**<br>KAY COUNTY<br>201 S MAIN STREET, SUITE A<br>NEWKIRK, OK 74647<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.310 | **Priority creditor's name and mailing address**<br>KEARNEY COUNTY<br>PO BOX 207<br>MINDEN, NE 68959<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.311 | **Priority creditor's name and mailing address**<br>KELLY, MAITLAND<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $19,153.50 | $15,150.00 |

| 2.312 | **Priority creditor's name and mailing address**<br>KERN COUNTY<br>1115 TRUXTON AVE.<br>BAKERSFIELD, CA 93302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.313 | **Priority creditor's name and mailing address**<br>KING COUNTY<br>KING STREET CENTER<br>201 SOUTH JACKSON STREET 710<br>SEATTLE, WA 98104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.314**

**Priority creditor's name and mailing address**

KLAMATH COUNTY
305 MAIN STREET, 119
KLAMATH FALLS, OR 97601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.315**

**Priority creditor's name and mailing address**

KNOX COUNTY
400 MAIN STREET
KNOXVILLE, TN 37901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.316**

**Priority creditor's name and mailing address**

KROP, JONAH
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $12,346.50     Priority amount: $12,346.50

---

**2.317**

**Priority creditor's name and mailing address**

LAFAYETTE PARISH
PO BOX 92590
LAFAYETTE, LA 70509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.318**

**Priority creditor's name and mailing address**

LAKE COUNTY
2293 N MAIN STREET
CROWN POIN, IN 46307

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.319** | **Priority creditor's name and mailing address**
LAKE FOREST PARK
17425 BALLINGER WAY NE
LAKE FOREST PARK, WA  98155

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.320** | **Priority creditor's name and mailing address**
LANCASTER COUNTY
555 S 10TH STREET
LINCOLN, NE  68508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.321** | **Priority creditor's name and mailing address**
LANCE BRADLEY
ADDRESS ON FILE

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXECUTIVE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $116,100.00    Priority amount: $15,150.00

---

**2.322** | **Priority creditor's name and mailing address**
LANCE BRADLEY
ADDRESS ON FILE

**Date or dates debt was incurred**
4/10/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXECUTIVE COBRA PREMIUMS

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $6,775.25    Priority amount: $6,775.25

---

**2.323** | **Priority creditor's name and mailing address**
LARAMIE COUNTY
309 WEST 20TH STREET,  1300
CHEYENNE, WY  82001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY
unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.324 | **Priority creditor's name and mailing address**<br>LARIMER COUNTY<br>200 W. OAK STREET, SUITE 2100<br>FORT COLLINS, CO  80521<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.325 | **Priority creditor's name and mailing address**<br>LAU, TIMOTHY<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $13,447.50 | $13,447.50 |
| 2.326 | **Priority creditor's name and mailing address**<br>LENOIR COUNTY<br>101 NORTH QUEEN STREET<br>KINSTON, NC  28501<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.327 | **Priority creditor's name and mailing address**<br>LEON COUNTY<br>P.O. BOX 1835<br>TALLAHASSEE, FL  32302<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.328 | **Priority creditor's name and mailing address**<br>LINCOLN COUNTY<br>300 S DREW ST  106<br>STAR CITY, AR  71667<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    Bird Rides, Inc.                                    Case number (if known)    23-20515
           (Name)

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | Total claim | Priority amount |

| 2.329 | **Priority creditor's name and mailing address**<br>LISA MURISON<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>2/3/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXECUTIVE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,800.00 | $15,150.00 |
| 2.330 | **Priority creditor's name and mailing address**<br>LOS ANGELES COUNTY<br>PO BOX 54027<br>LOS ANGELES, CA  90054-0027<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.331 | **Priority creditor's name and mailing address**<br>LOUISVILLE-JEFFERSON COUNTY<br>P.O. BOX 35410<br>LOUISVILLE, KY  40232-5410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.332 | **Priority creditor's name and mailing address**<br>LOUSIANA STATE UNIVERSITY<br>3357 HIGHLAND ROAD<br>BATON ROUGE, LA  70802<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.333 | **Priority creditor's name and mailing address**<br>MANATEE COUNTY<br>915 4TH AVE W<br>BRADENTON, FL  34205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.334 | **Priority creditor's name and mailing address**<br><br>MANISTEE CITY<br>70 MAPLE STREET<br>MANISTEE, MI 49660<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.335 | **Priority creditor's name and mailing address**<br><br>MARICOPA COUNTY<br>PO BOX 52133<br>PHONIX, AZ 85072-2133<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.336 | **Priority creditor's name and mailing address**<br><br>MARION COUNTY<br>P.O. BOX 6145<br>INDIANAPOLIS, IN 46206-6145<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.337 | **Priority creditor's name and mailing address**<br><br>MARKOWITZ, HENRY<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>12/1/2023<br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,714.75 | $9,714.75 |
| 2.338 | **Priority creditor's name and mailing address**<br><br>MATAGORDA COUNTY<br>1801 7TH STREET<br>BAY CITY, TX 77414<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.339**

**Priority creditor's name and mailing address**

MCLENNAN COUNTY
PO BOX 406
WACO, TX 76703-0406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.340**

**Priority creditor's name and mailing address**

MECKLENBURG COUNTY
3205 FREEDOM DRIVE, NO 3000
CHARLOTTE, NC 28202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.341**

**Priority creditor's name and mailing address**

MERRILL, LISA
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $14,423.25    Priority amount: $14,423.25

---

**2.342**

**Priority creditor's name and mailing address**

MIAMI-DADE COUNTY
200 NW 2ND AVE.
MIAMI, FL 33128

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.343**

**Priority creditor's name and mailing address**

MICHIGAN STATE
426 AUDITORIUM ROAD
EAST LANSING, MI 48824

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.344**

Priority creditor's name and mailing address

MILWAUKEE AREA
DONNELL RUSHING, CITY OF MILWAUKEE
ATTN:  DPW ADMIN. DIVISION
841 NORTH BROADWAY, ROOM 501
MILWAUKEE, WI  53202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

**2.345**

Priority creditor's name and mailing address

MINNEAPOLIS TERRITORY
CITY OF MINNEAPOLIS
PO BOX 77038
MINNEAPOLIS, MN  55480

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

**2.346**

Priority creditor's name and mailing address

MISSON POSADA, BEATRIZ
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $15,000.00    Priority amount: $15,000.00

**2.347**

Priority creditor's name and mailing address

MISSOURI STATE UNIVERSITY –
TRANSPORTATION SERVICES
901 S. NATIONAL AVE.
SPRINGFIELD, MO  65897

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

**2.348**

Priority creditor's name and mailing address

MONROE COUNTY
100 W KIRKWOOD AVE
BLOOMINGTON, IN  47404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.349**

**Priority creditor's name and mailing address**

MONTEREY COUNTY
PO BOX 891
SALINA, CA 93902-0891

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.350**

**Priority creditor's name and mailing address**

MONTGOMERY COUNTY
101 MONROE STREET, 2ND FLOOR
ROCKVILLE, MD 20850

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.351**

**Priority creditor's name and mailing address**

MONTGOMERY COUNTY
400 N SAN JACINTO ST.
CONROE, TX 77301-2823

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.352**

**Priority creditor's name and mailing address**

MULTONOMAH COUNTY
P.O. BOX 2716
PORTLAND, OR 97208-2716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.353**

**Priority creditor's name and mailing address**

MURPHY, WILLIAM
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $18,461.25    Priority amount: $15,150.00

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.354 | **Priority creditor's name and mailing address**<br><br>MUSKOGEE COUNTY<br>400 W BROADWAY ST.<br>MUSKOGEE, OK 77401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.355 | **Priority creditor's name and mailing address**<br><br>NATRONA COUNTY<br>200 N CENTER ST., 130<br>CASPER, WY 82601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.356 | **Priority creditor's name and mailing address**<br><br>NEW HANOVER COUNTY<br>PO BOX 18000<br>WILMINGTON, NC 28406<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.357 | **Priority creditor's name and mailing address**<br><br>NEW ORLEANS PARISH<br>1300 PERDIDO STREET, RM 1W15<br>NEW ORLEANS, LA 70112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.358 | **Priority creditor's name and mailing address**<br><br>NGUYEN, DANIEL<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,514.25 | $7,514.25 |

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.359 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

NOBLE COUNTY
300 COURTHOUSE DR.
PERRY, OK  73077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim UNKNOWN   Priority amount UNKNOWN

---

**2.360**

**Priority creditor's name and mailing address**

NUECES COUNTY
PO BOX 2810
CORPUS CHRISTI, TX  78403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim UNKNOWN   Priority amount UNKNOWN

---

**2.361**

**Priority creditor's name and mailing address**

OGDEN CITY CORPORATION
2549 WASHINGTON BLVD. STE 521
OGDEN, UT  84401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim UNKNOWN   Priority amount UNKNOWN

---

**2.362**

**Priority creditor's name and mailing address**

OHIO STATE UNIVERSITY
281 W LANE AVE
COLUMBUS, OH  43210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim UNKNOWN   Priority amount UNKNOWN

---

**2.363**

**Priority creditor's name and mailing address**

OKALOOSA COUNTY
302 S WILSON STREET
CRESTVIEW, FL  32536

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim UNKNOWN   Priority amount UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| 2.364 | **Priority creditor's name and mailing address**<br>OKLAHOMA COUNTY<br>320 ROBERT S KERR AVE, 315<br>OKLAHOMA CITY, OK 73102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.365 | **Priority creditor's name and mailing address**<br>OKTIBBEHA COUNTY<br>101 E MAIN ST, 103<br>STARKVILLE, MS 39759<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.366 | **Priority creditor's name and mailing address**<br>ORANGE COUNTY<br>PO BOX 545100<br>ORLANDO, FL 32854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.367 | **Priority creditor's name and mailing address**<br>OSAGE COUNTY<br>600 GRANDVIEW, RM 101<br>PAWHUSK, OK 74056<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.368 | **Priority creditor's name and mailing address**<br>OTOE COUNTY<br>1021 CENTRAL AVE 105<br>NEBRASKA CITY, NE 68410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
|        | (Name)           |                        |          |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.369**

**Priority creditor's name and mailing address**

OUACHITA PARISH
PO BOX 1127
MONROE, LA 71210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.370**

**Priority creditor's name and mailing address**

PIMA COUNTY
PIMA COUNTY TREASURERS OFFICE
PO BOX 29011
PHOENIX, AZ 85038-9011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.371**

**Priority creditor's name and mailing address**

PITTSFIELD
115 E CARL ALBERT OKWY 2
MCALESTER, OK 74501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.372**

**Priority creditor's name and mailing address**

PLATTE COUNTY
2610 14TH STREET
COLUMBUS, NE 68601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.373**

**Priority creditor's name and mailing address**

POLK COUNTY
850 MAIN STREET
DALLAS, OR 97338

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

| Part 1: | Additional Page | | |
|---------|-----------------|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.374** | **Priority creditor's name and mailing address**

POPE COUNTY
100 WEST MAIN STREET
RUSSELLVILLE, AR 72801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.375** | **Priority creditor's name and mailing address**

PORTER COUNTY
155 INDIANA AVE
VALPARAISO, IN 46383

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.376** | **Priority creditor's name and mailing address**

PUEBLO COUNTY
215 10TH STREET  241
PUEBLO, CO 81003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.377** | **Priority creditor's name and mailing address**

PULASKI COUNTY
201 SOUTH BROADWAY, SUITE 150
LITTLE ROCK, AR 72201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

---

**2.378** | **Priority creditor's name and mailing address**

RANDALL COUNTY
P.O. BOX 997
CANYON, TX 79015

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN | UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.379** | **Priority creditor's name and mailing address**

RANDOLPH, ADAM
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $9,173.25    Priority amount: $9,173.25

---

**2.380** | **Priority creditor's name and mailing address**

REMINGTON, JOHN
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,615.50    Priority amount: $13,615.50

---

**2.381** | **Priority creditor's name and mailing address**

RIVERSIDE COUNTY
2724 GATEWAY DR.
RIVERSIDE, CA  92507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.382** | **Priority creditor's name and mailing address**

ROANOKE COUNTY
5204 BERNARD DR. STE 200D
ROANOKE, VA  24018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.383** | **Priority creditor's name and mailing address**

ROBINSON, ALFRED
ADDRESS ON FILE

**Date or dates debt was incurred**

12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $15,576.75    Priority amount: $15,150.00

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.384 | **Priority creditor's name and mailing address**<br>ROGERS COUNTY<br>200 S LYNN RIGGS BLVD<br>CLAREMORE, OK 74017<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.385 | **Priority creditor's name and mailing address**<br>ROLAND, VAUGHN<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,019.00 | $15,150.00 |
| 2.386 | **Priority creditor's name and mailing address**<br>ROLLER, JULIANNE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $11,538.75 | $11,538.75 |
| 2.387 | **Priority creditor's name and mailing address**<br>ROWAN COUNTY<br>600 WEST MAIN STREET SUITE 118<br>MOREHEAD, KY 40351<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.388 | **Priority creditor's name and mailing address**<br>SACRAMENTO COUNTY<br>PO BOX 508<br>SACRAMENTO, CA 95812<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.389**

**Priority creditor's name and mailing address**

SAINT JOSEPH COUNTY
PO BOX 4758
SOUTH BEND, IN 46634

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.390**

**Priority creditor's name and mailing address**

SAINT LUCIE COUNTY
PO BOX 308
FORT PIERCE, FL 34954-0308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.391**

**Priority creditor's name and mailing address**

SALT LAKE COUNTY
PERSONAL PROPERTY DIVISION
2001 SOUTH STATE STREET N2-600
P.O. BOX 147421
SALT LAKE CITY, UT 84114-7421

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.392**

**Priority creditor's name and mailing address**

SAN DIEGO COUNTY
5530 OVERLAND AVE
FOURTH FLOOR
SAN DIEGO, CA 92123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.393**

**Priority creditor's name and mailing address**

SAN FRANCISCO COUNTY
UNSECURED PROPERTY TAX
PO BOX 7427
SAN FRANCISCO, CA 94120-7427

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.394** | **Priority creditor's name and mailing address**

SAN JOAQUIN COUNTY
44 NORTH SAN JOAQUIN STREET, SUITE 200
STOCKTON, CA 95202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.395** | **Priority creditor's name and mailing address**

SAN MARCOS TERRITORY
UTILITY CUSTOMER SERVICE DIVISION
CITY OF SAN MARCOS-UTILITY
636 E. HOPKINS ST
SAN MARCOS, TX 78666-6331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.396** | **Priority creditor's name and mailing address**

SAN MATEO COUNTY
555 COUNTY CENTER, 1ST FLOOR
REDWOOD CITY, CA 94063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.397** | **Priority creditor's name and mailing address**

SAN MIGUEL COUNTY
500 W NATIONAL AVE. SUITE 111
LAS VEGAS, NV 87701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

---

**2.398** | **Priority creditor's name and mailing address**

SANTA BARBARA COUNTY
PO BOX 579
SANTA BARBARA, CA 93102-0579

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN     Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.399 | **Priority creditor's name and mailing address**<br><br>SANTA CLARA COUNTY<br>110 WEST TASMAN DR.<br>SANTA CLARA, CA  95134-1700<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.400 | **Priority creditor's name and mailing address**<br><br>SCIO TOWNSHIP<br>827 N ZEEB ROAD<br>ANN ARBOR, MI  48103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.401 | **Priority creditor's name and mailing address**<br><br>SHANE TORCHIANA<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>8/9/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXECUTIVE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $192,398.53 | $15,150.00 |
| 2.402 | **Priority creditor's name and mailing address**<br><br>SHASTA COUNTY<br>PO BOX 991830<br>REDDING, CA  96099-1830<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.403 | **Priority creditor's name and mailing address**<br><br>SHELBY COUNTY<br>1075 MULLINS STATION RD.<br>MEMPHIS, TN  38134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.404**

**Priority creditor's name and mailing address**
SHEVLIN, JESSICA
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $12,692.25    Priority amount: $12,692.25

---

**2.405**

**Priority creditor's name and mailing address**
SMITH, MINDY
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $13,523.25    Priority amount: $13,523.25

---

**2.406**

**Priority creditor's name and mailing address**
SONOMA COUNTY
586 FISCAL DRIVE,  100F
SANTA ROSA, CA  95403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.407**

**Priority creditor's name and mailing address**
SOUTH CAROLINA
300A OUTLET POINTE BLVD.
PO BOX 125
COLUMBIA, SC  29214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.408**

**Priority creditor's name and mailing address**
SPOKANE COUNTY
1116 W BROADWAY AVE
SPOKANE, WA  99260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.409**

**Priority creditor's name and mailing address**

STATE OF ALABAMA
50 NORTH RIPLEY STREET
MONTGOMERY, AL  36130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.410**

**Priority creditor's name and mailing address**

STATE OF ARKANSAS
PO BOX 1272
LITTLE ROCK, AR  72203-1272

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.411**

**Priority creditor's name and mailing address**

STATE OF CALIFORNIA
450 N STREET
PO BOX 942879
SACRAMENTO, CA  94279

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.412**

**Priority creditor's name and mailing address**

STATE OF COLORADO
1375 SHERMAN STREET
DENVER, CO  80261

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.413**

**Priority creditor's name and mailing address**

STATE OF CONNECTICUT
25 SIGNOURNEY ST.
HARTFORD, CT  06106-5032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.414 | **Priority creditor's name and mailing address**<br><br>STATE OF DELAWARE<br>PO BOX 8710<br>WILMINGTON, DE  198899-8710<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.415 | **Priority creditor's name and mailing address**<br><br>STATE OF FLORIDA<br>5050 W TENNESSEE STREET<br>TALLAHASSEE, FL  32399-0112<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.416 | **Priority creditor's name and mailing address**<br><br>STATE OF GEORGIA<br>PO BOX 740397<br>ATLANTA, GA  30374-0397<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.417 | **Priority creditor's name and mailing address**<br><br>STATE OF HAWAII<br>830 PUNCHBOWL STREET<br>HONOLULU, HI  96813-5094<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.418 | **Priority creditor's name and mailing address**<br><br>STATE OF IDAHO<br>PO BOX 36<br>800 PARK BLVD., PLAZA 4<br>BOISE, ID  83722-0410<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.419** **Priority creditor's name and mailing address**

STATE OF ILLINOIS
101 WEST JEFFERSON STREET
SPRINGFIELD, IL  62702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.420** **Priority creditor's name and mailing address**

STATE OF INDIANA
PO BOX 7231
INDIANAPOLIS, IN  46207-7231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.421** **Priority creditor's name and mailing address**

STATE OF IOWA
PO BOX 9187
DES MOINES, IA  50306-9187

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.422** **Priority creditor's name and mailing address**

STATE OF KANASA
DOCKING STATE OFFICE BUILDING, ROOM 150
915 SW HARRISON ST
TOPEKA, KS  66612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.423** **Priority creditor's name and mailing address**

STATE OF LOUISIANA
PO BOX 201
BATON ROUGE, LA  70802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

Debtor    Bird Rides, Inc.                                              Case number (if known)    23-20515
          (Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|
| 2.424 | **Priority creditor's name and mailing address**<br><br>STATE OF MAINE<br>PO BOX 1065<br>AUGUSTA, ME  04332-1605<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.425 | **Priority creditor's name and mailing address**<br><br>STATE OF MARYLAND<br>110 CARROLL STREET<br>ANNAPOLIS, MD  21411-0001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.426 | **Priority creditor's name and mailing address**<br><br>STATE OF MICHIGAN<br>MICHIGAN DEPARTMENT OF THE TREASURY<br>430 W ALLEGAN ST<br>LANSING, MI  48922<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.427 | **Priority creditor's name and mailing address**<br><br>STATE OF MINNESOTA<br>600 N. ROBERT STREET<br>ST. PAUL, MN  55101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.428 | **Priority creditor's name and mailing address**<br><br>STATE OF MISSISSIPPI<br>P.O. BOX 23191<br>JACKSON, MS  39225-3191<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.429 | **Priority creditor's name and mailing address**<br><br>STATE OF MISSOURI<br>301 WEST HIGH STREET<br>JEFFERSON CITY, MO 65101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.430 | **Priority creditor's name and mailing address**<br><br>STATE OF MONTANA<br>PO BOX 5835<br>HELENA, MT 59604-5835<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.431 | **Priority creditor's name and mailing address**<br><br>STATE OF NEBRASKA<br>PO BOX 94818<br>LINCOLN, NE 68509-4818<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.432 | **Priority creditor's name and mailing address**<br><br>STATE OF NEVADA<br>1550 COLLEGE PKWY., SUITE 115<br>CARSON CITY, NV 89706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.433 | **Priority creditor's name and mailing address**<br><br>STATE OF NEW HAMPSHIRE<br>109 PLEASANT STREET<br>CONCORD, NH 03301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.434 | **Priority creditor's name and mailing address**<br><br>STATE OF NEW JERSEY<br>PO BOX 281<br>TRENTON, NJ 08646<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.435 | **Priority creditor's name and mailing address**<br><br>STATE OF NEW YORK<br>90 COHOES AVE<br>GREEN ISLAND, NY 12183<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.436 | **Priority creditor's name and mailing address**<br><br>STATE OF NORTH CAROLINA<br>PO BOX 25000<br>RALEIGH, NC 27640-0640<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.437 | **Priority creditor's name and mailing address**<br><br>STATE OF NORTH DAKOTA<br>600 E. BOULEVARD AVE.<br>BISMARCK, ND 58505-0599<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.438 | **Priority creditor's name and mailing address**<br><br>STATE OF OHIO<br>PO BOX 182131<br>COLUMBUS, OH 43218-2131<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  |  | Total claim | Priority amount |
|--|--|--|--|-------------|-----------------|

**2.439** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

STATE OF OKLAHOMA
2501 NORTH LINCOLN BLVD.
OKLAHOMA CITY, OK 73194

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.440** | **Priority creditor's name and mailing address**

STATE OF OREGON
955 CENTER ST NE
SALEM, OR 97301-2555

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.441** | **Priority creditor's name and mailing address**

STATE OF RHODE ISLAND
1 CAPITAL HILL
PROVIDENCE, RI 02908

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.442** | **Priority creditor's name and mailing address**

STATE OF SOUTH CAROLINA
CORPORATE TAX
PO BOX 125
COLUMBIA, SC 29214-0400

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.443** | **Priority creditor's name and mailing address**

STATE OF TENNESSEE
ANDREW JACKSON BUILDING
500 DEADERICK STREET
NASHVILLE, TN 37242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.444 | **Priority creditor's name and mailing address**<br><br>STATE OF TEXAS<br>PO BOX 13528<br>CAPITOL STATION<br>AUSTIN, TX 78711-3528<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.445 | **Priority creditor's name and mailing address**<br><br>STATE OF UTAH<br>210 NORTH 1950 WEST<br>SALT LAKE CITY, UT 84134<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.446 | **Priority creditor's name and mailing address**<br><br>STATE OF VERMONT<br>1116 W. BROADWAY AVE.<br>SPOKANE, WA 99260<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.447 | **Priority creditor's name and mailing address**<br><br>STATE OF WEST VIRGINIA<br>1206 QUARRIER ST.<br>CHARLESTON, WV 25301<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.448 | **Priority creditor's name and mailing address**<br><br>STATE OF WISCONSIN<br>PO BOX 8920<br>MADISON, WI 53708-8920<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.449 | **Priority creditor's name and mailing address**<br><br>STATE OF WYOMING<br>122 W 25TH STREET<br>HERSCHLER BLDG, 2ND FL WEST<br>CHEYENNE, WY  82002-0110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.450 | **Priority creditor's name and mailing address**<br><br>SWEETWATER COUNTY<br>80 W. FLAMING GORGE WAY STE 122<br>GREEN RIVER, WY  82935<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.451 | **Priority creditor's name and mailing address**<br><br>TAYLOR COUNTY<br>PO BOX 3762<br>ABILENE, TX  79604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.452 | **Priority creditor's name and mailing address**<br><br>TEXAS COUNTY<br>COURTHOUSE ANNEX<br>319 N MAIN ST.,  102<br>GUYMON, OK  73942<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.453 | **Priority creditor's name and mailing address**<br><br>TIPPECANOE COUNTY<br>203 N 3RD STREET 2ND FLOOR<br>LAFAYETTE, IN  47901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.454 | **Priority creditor's name and mailing address**<br>TOOELE COUNTY<br>47 S MAIN ST M 221<br>TOOELE, UT 84074<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.455 | **Priority creditor's name and mailing address**<br>TOWN OF GILBERT<br>50 E CIVIC CENTER DRIVE<br>GILBERT, AZ 85296<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.456 | **Priority creditor's name and mailing address**<br>TOWN OF GRAND CHUTE<br>1900 W GRAND CHUTE BLVD<br>GRAND CHUTE, WI 54913<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.457 | **Priority creditor's name and mailing address**<br>TOWN OF ORONO<br>59 MAIN STREET<br>ORONO, ME 04473<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.458 | **Priority creditor's name and mailing address**<br>TRAVIS COUNTY<br>PO BOX 1748<br>AUSTIN, TX 78767<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.459**

**Priority creditor's name and mailing address**

TULSA COUNTY
218 WEST 6TH STREET
TULSA, OK 74119-1004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.460**

**Priority creditor's name and mailing address**

UC-SAN DIEGO
SAN DIEGO CITY TREASURER
CODE ENFORCEMENT DIVISION
1200 THIRD AVESUITE 100
SAN DIEGO, CA 92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.461**

**Priority creditor's name and mailing address**

UINTA COUNTY
225 9TH ST.
EVANSTON, WY 82930

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.462**

**Priority creditor's name and mailing address**

UINTAH COUNTY
152 E 100 N
VERNAL, UT 84078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

---

**2.463**

**Priority creditor's name and mailing address**

UMATILLA COUNTY
216 SE 4TH STREET
PENDLETON, OR 97801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN    UNKNOWN

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.464** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE CENTER
OGDEN, UT  84201-0012

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.465** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

UNIVERSITY OF CENTRAL FLORIDA
4000 CENTRAL FLORIDA BLVD.
ORLANDO, FL  32816

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.466** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

UNIVERSITY OF KENTUCKY/JMI
410 ADMINISTRATION DR
LEXINGTON, KY  40506-0032

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.467** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

UNIVERSITY OF MICHIGAN
500 S STATE ST
ANN ARBOR, MI  48109

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.468** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN | UNKNOWN

UNIVERSITY OF MINNESOTA
231 PILLSBURY DR. S.E..
MINNEAPOLIS, MN  55455-0213

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.469**   **Priority creditor's name and mailing address**

UNIVERSITY OF MISSOURI
417 S. 5TH STREET
COLUMBIA, MO 65211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.470**   **Priority creditor's name and mailing address**

UTAH COUNTY
100 E CENTER STREET, SUITE 1200
PROVO, UT 84606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.471**   **Priority creditor's name and mailing address**

VANDERBURGH COUNTY
PO BOX 77
EVANSVILLE, IN 47701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.472**   **Priority creditor's name and mailing address**

VELAZQUEZ, CHRISTINA
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $9,923.25    Priority amount: $9,923.25

---

**2.473**   **Priority creditor's name and mailing address**

VERMA, NEHA
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $15,923.25    Priority amount: $15,150.00

| Part 1: | Additional Page | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| | | | |
|---|---|---|---|
| 2.474 | **Priority creditor's name and mailing address**<br><br>WAKE COUNTY<br>PO BOX 580084<br>CHARLOTTE, NC  28258-0084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.475 | **Priority creditor's name and mailing address**<br><br>WALLA WALLA COUNTY<br>315 W MAIN ST<br>WALLA WALLA, WA  99362<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.476 | **Priority creditor's name and mailing address**<br><br>WALLEN, MATTHEW<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>12/1/2023<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,000.00 | $9,000.00 |
| 2.477 | **Priority creditor's name and mailing address**<br><br>WASHINGTON COUNTY<br>280 N. COLLEGE AVE., SUITE 202<br>FAYETTEVILLE, AR  72701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |
| 2.478 | **Priority creditor's name and mailing address**<br><br>WASHINGTON DC<br>441 4TH STREET, NW<br>WASHINGTON, DC  20001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.479 | **Priority creditor's name and mailing address**<br>WASHITA COUNTY<br>111 E MAIN STREET, 10<br>NEW CORDELL, OK 73632<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.480 | **Priority creditor's name and mailing address**<br>WASHOE COUNTY<br>1001 E 9TH ST.<br>RENO, NV 89512<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.481 | **Priority creditor's name and mailing address**<br>WEBER COUNTY<br>2380 WASHINGTON BLVD.<br>OGDEN, UT 84401<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |
| 2.482 | **Priority creditor's name and mailing address**<br>WEBER, ROBERT<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br>12/1/2023<br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE SEVERANCE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $10,384.50 | $10,384.50 |
| 2.483 | **Priority creditor's name and mailing address**<br>WEST TEXAS A&M<br>2501 4TH AVE<br>CANYON, TX 79016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.484** | **Priority creditor's name and mailing address**
WOODS COUNTY
407 GOVERNMENT ST.
ALVA, OK 73717

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.485** | **Priority creditor's name and mailing address**
WU, CAMERON
ADDRESS ON FILE

**Date or dates debt was incurred**
12/1/2023

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $11,826.92    Priority amount: $11,826.92

---

**2.486** | **Priority creditor's name and mailing address**
YOLO COUNTY
625 COURT STREET
WOODLAND, CA 95695

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.487** | **Priority creditor's name and mailing address**
YUMA COUNTY
2550 S 4TH AVE
YUMA, AZ 85364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☒ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $114,169.15

5 NORMAN KRIEGER, INC.
5000 E. SPRING ST, SUITE 250
LONG BEACH, CA 90815

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $182,336.56

729 SEWARD, LLC.
1801 CENTURY PARK EAST
SUITE 1560
LOS ANGELES, CA 90067

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $24,045.00

A&R PALLETS, INC
18925 S MAIN ST
GARDENA, CA 90248

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNKNOWN

ABBO, DUNYA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $1,426.00

ACT LAB LLC
3280 EAST 59TH STREET
LONG BEACH, CA 90805

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Bird Rides, Inc.
          (Name)

Case number (if known)    23-20515

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.6** **Nonpriority creditor's name and mailing address**

ACTUM CA OPCO LLC
1285 AVENUE OF THE AMERICAS, 3RD FLOOR
NEW YORK, NY 10019

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,000.00

---

**3.7** **Nonpriority creditor's name and mailing address**

ADDISON GROUP
20750 VENTURA BLVD. SUITE # 300
WOODLAND HILLS, CA 91364

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,066.25

---

**3.8** **Nonpriority creditor's name and mailing address**

ADP INTERNATIONAL SERVICES BV
LYLANTSE BAAN 1
CAPELLE AAN DEN IJSSEL 2908 LG
NETHERLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,802.89

---

**3.9** **Nonpriority creditor's name and mailing address**

ADRIANO TABULINA
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,000.00

---

**3.10** **Nonpriority creditor's name and mailing address**

AFCO CREDIT CORPORATION
5600 NORTH RIVER ROAD, SUITE 400
ROSEMONT, IL 60018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$402,897.20

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.11** **Nonpriority creditor's name and mailing address**

AKERMAN LLP
P.O. BOX 4906
ORLANDO, FL 32802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,698.75

---

**3.12** **Nonpriority creditor's name and mailing address**

ALEXANDER MASETTI
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,676.00

---

**3.13** **Nonpriority creditor's name and mailing address**

ALFORD, BONITA
C/O LA SUPERLAWYERS INC.
ATTN WILLIAM W. BLOCH
5670 WILSHIRE BOULEVARD, SUITE 1300
LOS ANGELES, CA 90036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.14** **Nonpriority creditor's name and mailing address**

ALLEN, MICHAEL
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.15** **Nonpriority creditor's name and mailing address**

ALLIED UNIVERSAL
P.O. BOX 417142
BOSTON, MA 02241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,790.24

---

| Part 2: | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.16 | **Nonpriority creditor's name and mailing address**<br><br>ALVERTINO ISAACS<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16.05 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br><br>ALVES DA SILVA, SHEILA<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN DANIEL AZIZI<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA 90004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.18 | **Nonpriority creditor's name and mailing address**<br><br>AMAZON CAPITAL SERVICES, INC.<br>PO BOX 035184<br>SEATTLE, WA 98124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,561.80 |
| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>AMAZON WEB SERVICES, INC.<br>PO BOX 84023<br>SEATTLE, WA 98124-8423<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,288,821.74 |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN INDUSTRIAL SERVICES<br>5626 CHERRY AVE.<br>LONG BEACH, CA 90805<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,260.37 |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.21**

**Nonpriority creditor's name and mailing address**

AMUNDSON, GREGORY
LAW OFFICES OF SHARONA ESLAMBOLY HAKIM
ATTN SHARONA ESLAMBOLY HAKIM
8730 WILSHIRE BLVD, STE 500
BEVERLY HILLS, CA 90211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.22**

**Nonpriority creditor's name and mailing address**

ANALYST HUB, LLC
2301 S. CAPITAL OF TX HWY, STE: J-101
AUSTIN, TX 78746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$75,000.00

---

**3.23**

**Nonpriority creditor's name and mailing address**

ANKURA CONSULTING GROUP, LLC
PO BOX 74007043
CHICAGO, IL 60674-7043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,719.27

---

**3.24**

**Nonpriority creditor's name and mailing address**

ANTONIO GIORDANO
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,132.31

---

**3.25**

**Nonpriority creditor's name and mailing address**

APPARATE.IO LLC (WAGGON HOLDINGS LLC)
PO BOX 200400
DALLAS, TX 75320-0400

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,793.03

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.26 | **Nonpriority creditor's name and mailing address**<br>APPLE<br>P.O. BOX 281877<br>ATLANTA, GA  30384<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,178.41 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>ARDIAN, ERICA<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN ANTHONY WERBIN, ESQ<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA  90004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>ASHKAN FARAZMAND<br>C/O THE BROWN LAW FIRM, P.C.<br>2530 WILSHIRE BOULEVARD, SECOND FLOOR<br>SANTA MONICA, CA  90403<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>ASIA QUALITY FOCUS<br>ROOM 1318, 13F<br>610 NATHAN RD.<br>KOWLOON, MONGKOK<br>HONG KONG  95833<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,184.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>ASRAEL, JILL<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>ASU PARKING AND TRANSIT SERVICES<br>JC PORTER, CAPP ASSOCIATE DIRECTOR<br>1551 SOUTH RURAL ROAD<br>TEMPE, AZ  85287-5205<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,000.00 |

| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>ATWOOD, CHRISTOPHER<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>AU10TIX<br>LTD HANAGAR 5B 4501307<br>HOD HASHARON<br>ISRAEL<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,900.00 |

| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>AUDRA LLOYD<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,000.00 |

| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>AUSTIN DMO INC<br>515 CONGRESS AVE STE 2150<br>AUSTIN, TX  78701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,843.35 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.36** | **Nonpriority creditor's name and mailing address**

AUTOPART INTERNATIONAL INC
192 MANSFIELD AVE
NORTON, MA 02766

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$156,045.00

---

**3.37** | **Nonpriority creditor's name and mailing address**

AVALARA
DEPT. CH 16781
PALATINE, IL 60055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$89,849.93

---

**3.38** | **Nonpriority creditor's name and mailing address**

BALLARD PARTNERS, INC.
201 E. PARK AVE.
5TH FLOOR
TALLAHASSEE, FL 32301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,306.45

---

**3.39** | **Nonpriority creditor's name and mailing address**

BALYAN, DANIEL AND ELISA
C/O KAPLAN KENEGOS & KADIN
ATTN JERRY KAPLAN
9150 WILSHIRE BOULEVARD, SUITE 175
BEVERLY HILLS, CA 90212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.40** | **Nonpriority creditor's name and mailing address**

BAYOT, DANIEL
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
| --- | --- |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

**3.41**    **Nonpriority creditor's name and mailing address**

BEARDSLEE, LISA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.42**    **Nonpriority creditor's name and mailing address**

BENCHMARK STRATEGIES
1 BOSTON PLACE, SUITE 2600
BOSTON, MA 02108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,451.61

---

**3.43**    **Nonpriority creditor's name and mailing address**

BERGESON, LLP
111 N. MARKET STREET, SUITE 600
SAN JOSE, CA 95113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,609.00

---

**3.44**    **Nonpriority creditor's name and mailing address**

BERLIN ROSEN LLC
15 MAIDEN LN # 1600
NEW YORK, NY 10038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.45**    **Nonpriority creditor's name and mailing address**

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 HYDE STREET
SAN FRANCISCO, CA 94109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,770.00

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.46** | **Nonpriority creditor's name and mailing address** | $35,260.66

BETTERMENT FOR BUSINESS, LLC
61 W 23RD ST, 4TH FL
NEW YORK, NY 10010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | $14,838.71

BGT STRATEGIES
1500 PECOS STREET, UNIT 4
DALLAS, TX 75204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | $8,315,841.96

BIRD CANADA, INC.
161 BAY STREET SUITE 2300
TORONTO, ON M5J 2S1
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | $900.00

BIRD CHINA LIMITED
NO.999, DACHENG EAST ROAD
FENGHUA CITY
ZHEJIANG PROVINCE
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | $31,000,000.00

BIRD GLOBAL, INC.
392 NE 191ST STREET
#20388
MIAMI, FL 33179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| | |

| | | | Amount of claim |
|---|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,030,099.49

BIRD RIDES AUSTRALIA PTY LTD

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,367.16

BIRD RIDES AUSTRIA GMBH
KOHLMARKT 8-10
WIEN  1010
AUSTRIA

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $618.34

BIRD RIDES BELGIUM BV
TAXANDRIASTRAAT 33
ANTWERPEN  2170
BELGIUM

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,989,857.05

BIRD RIDES CANADA ULC
161 BAY STREET SUITE 2300
TORONTO, ON  M5J 2S1
CANADA

*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,000.00

BIRD RIDES CHILE SPA

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.56**

**Nonpriority creditor's name and mailing address**

BIRD RIDES EUROPE B.V.
ROKIN 92
AMSTERDAM  1012KZ
NETHERLANDS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$175,193,490.30

---

**3.57**

**Nonpriority creditor's name and mailing address**

BIRD RIDES FINLAND AB
KUMPULANTIE 3
HELSINKI  00520
FINLAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,270.47

---

**3.58**

**Nonpriority creditor's name and mailing address**

BIRD RIDES FRANCE SARL
3 RUE DU COLONEL MOLL
PARIS  75017
FRANCE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$205,520.58

---

**3.59**

**Nonpriority creditor's name and mailing address**

BIRD RIDES GERMANY GMBH
HONEYWELLSTRASSE 13
MAINTAL  63477
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$142,141.30

---

**3.60**

**Nonpriority creditor's name and mailing address**

BIRD RIDES ITALY SRL
PIAZZA BELGIOIOSO 2
MILANO  20121
ITALY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,521.64

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.61** | **Nonpriority creditor's name and mailing address**

BIRD RIDES MEXICO, S. DE R.L. DE C.V.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$126,297.31

---

**3.62** | **Nonpriority creditor's name and mailing address**

BIRD RIDES NORWAY A.S.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,074.67

---

**3.63** | **Nonpriority creditor's name and mailing address**

BIRD RIDES SPAIN, S.L.
48 PISO 1 DR
MADRID
SPAIN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,094,298.26

---

**3.64** | **Nonpriority creditor's name and mailing address**

BIRD RIDES SWEDEN AB
P.O. BOX 5069, SE-102
STOCKHOLM
SWEDEN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,825.80

---

**3.65** | **Nonpriority creditor's name and mailing address**

BIRD RIDES SWITZERLAND GMBH
GRAFENAUWEG 8
6300 ZUG
SWITZERLAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$342.78

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.66**

**Nonpriority creditor's name and mailing address**

BIRD RIDES UK LTD.
35 NEW BROAD STREET
NEW BROAD STREET HOUSE
LONDON  EC2M 1NH
ENGLAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,257.29

---

**3.67**

**Nonpriority creditor's name and mailing address**

BIRD TREASURY SERVICES
382 NE 191ST ST
#88235
MIAMI, FL  33179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$75,885,988.50

---

**3.68**

**Nonpriority creditor's name and mailing address**

BIRD US OPCO, LLC
392 NE 191ST STREET
#20388
MIAMI, FL  33179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$271,384,748.86

---

**3.69**

**Nonpriority creditor's name and mailing address**

BITTINGER, HOLLY
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.70**

**Nonpriority creditor's name and mailing address**

BLAKE, CASSELS & GRAYDON LLP
199 BAY ST. #400
COMMERCE COURT WEST
TORONTO, ON  M5L 1G9
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$197,042.44

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.71**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $9,873.37

BMA TRUCKING SERVICES INC
1639 ROSECRANS AVE.
GARDENA, CA 90249

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $3,000.00

BOISE PRIDE FESTIVAL
PO BOX 1924
BOISE, ID 83701

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNKNOWN

BRAGAGNINI, ARSINOE MAYRENE
C/O DOWNTOWN L.A. LAW GROUP
ATTN SARAH NUCKEL
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.74**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $52,500.00

BRIAN NEAL BUCCELLA
ADDRESS ON FILE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.75**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      UNKNOWN

BRIAN ROACH
ADDRESS ON FILE

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

5/26/2023

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Bird Rides, Inc.

(Name)

Case number (if known)    23-20515

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.76** | **Nonpriority creditor's name and mailing address**

BROADRIDGE ICS
PO BOX 416423
BOSTON, MA  02241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$78,317.03

---

**3.77** | **Nonpriority creditor's name and mailing address**

BROADSPIRE SERVICES, INC.
PO BOX 404579
ATLANTA, GA  30384-4579

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$76,653.61

---

**3.78** | **Nonpriority creditor's name and mailing address**

BUCE, GREGORY
C/O CONGER LAW
ATTN RYAN M. CONGER
402 W. BROADWAY, STE. 950
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.79** | **Nonpriority creditor's name and mailing address**

BUSINESS WIRE, INC.
101 CALIFORNIA ST 20TH FLOOR
SAN FRANCISCO, CA  94111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$76,776.02

---

**3.80** | **Nonpriority creditor's name and mailing address**

BUTY & CURLIANO LLP
516 16TH STREET
OAKLAND, CA  94612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,650.00

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>CA-COLORADO CENTER, L.L.C.<br>2501 COLORADO AVENUE<br>SANTA MONICA, CA 90404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,403,816.87 |

| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>CA-COLORADO CENTER, L.L.C.<br>ATTN MIKAYLA ONEAL<br>THREE EMBARCADERO CENTER, 12TH FL<br>SAN FRANCISCO, CA 94111-4074<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>CAIN, WESLEY<br>C/O SCHNEIDER INJURY LAW<br>ATTN BETHANY SCHNEIDER<br>1201 PEACHTREE ST. NE 2000<br>ATLANTA, GA 30361<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.84 | **Nonpriority creditor's name and mailing address**<br><br>CALDERON, DAVID<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN DANIEL AZIZI<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA 90004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.85 | **Nonpriority creditor's name and mailing address**<br><br>CALDWELL, GIANNO<br>C/O LAW OFFICES OF MAURO FIORE<br>ATTN MAURO FIORE<br>136 E. LEMON AVENUE<br>MONROVIA, CA 91016<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address**

CAMNET, INC
5501 EAGLE ROCK AVE NE STE E1
ALBUQUERQUE, NM 87113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,849.56

---

**3.87** | **Nonpriority creditor's name and mailing address**

CAMPOSANO, CRYSTAL
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.88** | **Nonpriority creditor's name and mailing address**

CANACCORD GENUITY LLC
535 MADISON AVENUE
NEW YORK, NY 10022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,000.00

---

**3.89** | **Nonpriority creditor's name and mailing address**

CANEDA TRANSPORT LTD.
4330-46 AVE SE
CALGARY, AB T2B 3N7
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,207.51

---

**3.90** | **Nonpriority creditor's name and mailing address**

CARA DEMPSEY
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.91** **Nonpriority creditor's name and mailing address**

CARDY, ROBYN
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.92** **Nonpriority creditor's name and mailing address**

CARLSON, CHRISTOPHER
C/O DOWNTOWN L.A. LAW GROUP
ATTN JOHN N. METRI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.93** **Nonpriority creditor's name and mailing address**

CAROLYN MATTEO
C/O PARRIS LAW FIRM
ATTN R REX PARRIS
43364 10TH ST W
LANCASTER, CA 93534

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.94** **Nonpriority creditor's name and mailing address**

CARON & BLETZER, PLLC
P.O. BOX 668
1 LIBRARY LANE
KINGSTON, NH 03848

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.95** **Nonpriority creditor's name and mailing address**

CASON, KALONJI
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |

|  | Amount of claim |

---

**3.96** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

CASTANIA, MARY-KATE
C/O COHEN & COHEN
ATTN ADAM R. LEIGHTON
1220 19TH ST., NW, SUITE 500
WASHINGTON, DC  20036

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

CASTELLON, NATHALIA
C/O MCDONALD WORLEY, P.C.
ATTN MICHAEL DOFOUR
827 MORAGA AVENUE
LOS ANGELES, CA  90049

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

CASTRO, CAMILO ANTONIO
C/O LAW OFFICE OF SABAN & SOLOMON
ATTN ROBERT SOLOMON
150 N. UNIVERSITY DR. SUITE 200
PLANTATION, FL  33324

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00

CENTRAL MARYLAND TRANSPORTATION ALLIANCE
BALTIMORE COMMUNITY FOUNDATION
P.O. BOX 37422
BALTIMORE, MD  21298-9388

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,057.15

CHARGEHOUND
1212 BROADWAY, SUITE 1700
OAKLAND, CA  94612

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|
| 3.101 | **Nonpriority creditor's name and mailing address**<br><br>CHARLES C BELL FAMILY LTD PARTNERSHIP<br>50 OLD COURTHOUSE SQ STE. 608<br>SANTA ROSA, CA  95404<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $16,729.10 |
| 3.102 | **Nonpriority creditor's name and mailing address**<br><br>CHARTRAND, KIM<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN |
| 3.103 | **Nonpriority creditor's name and mailing address**<br><br>CHUNG, CATHERINE<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN DANIEL AZIZI<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA  90004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN |
| 3.104 | **Nonpriority creditor's name and mailing address**<br><br>CIGNA<br>SELECT SEGMENT SALES OFFICE<br>1340 TREAT BLVD, SUITE 599<br>WALNUT CREEK, CA  94597<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $2,808.94 |
| 3.105 | **Nonpriority creditor's name and mailing address**<br><br>CIGNA MEDICAL, DENTAL & VISION<br>5476 COLLECTIONS CENTER DR<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $220,383.01 |

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.106** **Nonpriority creditor's name and mailing address**

CITY OF GAINESVILLE
P.O. BOX 2496
GAINSVILLE, GA  30501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$848.70

---

**3.107** **Nonpriority creditor's name and mailing address**

CITY OF RALEIGH
222 W. HARGETT STREET
RALEIGH, NC  27601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,218.65

---

**3.108** **Nonpriority creditor's name and mailing address**

CITY OF SANTA MONICA
1685 MAIN STREET
RM #105,
SANTA MONICA, CA  90401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,940.00

---

**3.109** **Nonpriority creditor's name and mailing address**

CITY OF ST. LOUIS PARK
5005 MINNETONKA BLVD.
ST. LOUIS PARK, MN  55416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,900.00

---

**3.110** **Nonpriority creditor's name and mailing address**

CITY OF WENATCHEE
PO BOX 519
WENATCHEE, WA  98807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.25

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.111**

**Nonpriority creditor's name and mailing address**

CLAIMS DIRECT ACCESS/ PRIME INSURANCE COMPANY
PO BOX 4439
SANDY, UT 84091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,000.00

---

**3.112**

**Nonpriority creditor's name and mailing address**

CLEMONS, SHONTELLA
C/O DOWNTOWN L.A. LAW GROUP
ATTN GEVORK GAZARYAN
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.113**

**Nonpriority creditor's name and mailing address**

CLOVERHURST CONSULTING LLC
575 PHARR ROAD NE
#12121
ATLANTA, GA 30355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,145.16

---

**3.114**

**Nonpriority creditor's name and mailing address**

CMW STRATEGIES LLC
233 BROADWAY
SUITE 2310
NEW YORK, NY 10279

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,000.00

---

**3.115**

**Nonpriority creditor's name and mailing address**

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000
SAN FRANCISCO, CA 94104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,809.72

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.116**   **Nonpriority creditor's name and mailing address**

COCK, RICHARD
C/O WILSHIRE LAW FIRM
ATTN ARIELLA E PERRY
3055 WILSHIRE BLVD, 12TH FL
LOS ANGELES, CA  90010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.117**   **Nonpriority creditor's name and mailing address**

CODA PROJECT, INC
444 CASTRO ST
MOUNTAIN VIEW, CA  94041

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $23,000.00

---

**3.118**   **Nonpriority creditor's name and mailing address**

COMPINTELLIGENCE INC.
56 DRIFTWAY LANE
NEW CANAAN, CT  06840

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $16,614.52

---

**3.119**   **Nonpriority creditor's name and mailing address**

CONCUR TECHNOLOGIES, INC.
222 BAY STREET, SUITE 200
TORONTO, ON  M5J 2W4
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $16,325.38

---

**3.120**   **Nonpriority creditor's name and mailing address**

CONEXUS SEARCH LLC
5151 CALIFORNIA AVE, SUITE 100
IRVINE, CA  92617

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $57,175.80

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,000.00 |
|---|---|---|---|

CONNECTSOUTH LLC
3290 NORTHSIDE PARKWAY
SUITE 675
ATLANTA, GA  30327

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $116,751.43 |
|---|---|---|---|

CONSILIO LLC
1828 L ST NW #1070
WASHINGTON, DC  20036

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

CONSTANTINESCU, MIRONA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,800.00 |
|---|---|---|---|

CONSUMER TECHNOLOGY ASSOCIATION
1919 SOUTH EADS STREET
ARLINGTON, VA  22202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,384.11 |
|---|---|---|---|

CONTINENTAL STOCK TRANSFER & TRUST COMPANY
ONE STATE STREET PLAZA, 30TH FLOOR
NEW YORK, NY  10004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.126** | **Nonpriority creditor's name and mailing address**

COOPER, MELISSA
C/O DE SANTIS LAW CENTER, APC
ATTN THOMAS DE SANTIS & VALORIE RYAN
298 THIRD AVE.
CHULA VISTA, CA  91910

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.127** | **Nonpriority creditor's name and mailing address**

CORRIDOR RECYCLING, INC.
22500 SOUTH ALAMEDA STREET
LONG BEACH, CA  90810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.43

---

**3.128** | **Nonpriority creditor's name and mailing address**

COUNTY OF CUYAHOGA
2079 EAST 9TH STREET, ROOM 8-304
CLEVELAND, OH  44115

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.30

---

**3.129** | **Nonpriority creditor's name and mailing address**

CT CORPORATION
28 LIBERTY STREET
NEW YORK, NY  10005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,152.89

---

**3.130** | **Nonpriority creditor's name and mailing address**

CULLEN, BEAU
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

---

**3.131** **Nonpriority creditor's name and mailing address**

CULVER CITY TRANSPORTATION
4343 DUQUESNE AVENUE
CULVER CITY, CA  90232

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,836.34

---

**3.132** **Nonpriority creditor's name and mailing address**

CUSTOM PACKAGING SUPPLY, INC.
3233 MISSION OAKS BLVD UNIT H
CAMARILLO, CA  93012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,144.34

---

**3.133** **Nonpriority creditor's name and mailing address**

DACEY, CHRISTOPHER
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.134** **Nonpriority creditor's name and mailing address**

DAN KLORES COMMUNICATIONS LLC
261 FIFTH AVENUE, 3RD FLOOR
NEW YORK, NY  10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,500.00

---

**3.135** **Nonpriority creditor's name and mailing address**

DANIEL KUPPLER
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,000.00

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address**<br><br>DARWICHE, LORENA<br>C/O IBRAHIM & SUCCARDI LAW FIRM LLC<br>ATTN IHAB A. IBRAHIM, ESQ.<br>910 BERGEN AVENUE, SUITE 203<br>JERSEY CITY, NJ 07306<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.137 | **Nonpriority creditor's name and mailing address**<br><br>DASA, RADHIKARAMAN<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN DANIEL AZIZI<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA 90004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.138 | **Nonpriority creditor's name and mailing address**<br><br>DATADOG<br>620 8TH AVE<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $281,250.00 |
| 3.139 | **Nonpriority creditor's name and mailing address**<br><br>DATASITE LLC F/K/A MERRILL COMMUNICATIONS LLC<br>733 S MARQUETTE AVE., SUITE 600<br>MINNEAPOLIS, MN 55402<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,548.92 |
| 3.140 | **Nonpriority creditor's name and mailing address**<br><br>DAVERSA PARTNERS<br>55 GREENS FARMS RD 2ND FLOOR<br>WESTPORT, CT 06880<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $86,666.00 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

---

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

DAVID BOULWARE
C/O HAGENS BERMAN SOBOL SHAPIRO LLP
715 HEARST AVENUE, SUITE 202
BERKELEY, CA  94710

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,500.00

DAVID GRANDEAU & ASSOCIATES
12 VALLEYWOOD DRIVE
NISKAYUNA, NY  12309

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

DEBORAH ANDERSON
C/O JAMES HAWKIN APLC
ATTN JAMES R HAWKINS
98880 RESEARCH DR, STE 200
IRVINE, CA  92618

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,500.00

DEDUCTIBLE RECOVERY GROUP
PO BOX 6066-11
HERMITAGE, PA  16148-1066

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

DEFILIPPO, STACY
C/O SEVA LAW FIRM
ATTN PRATHEEP SEVANTHINATHAN
100 W. BIG BEAVE ROAD, SUITE 500
TROY, MI  48084

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>DENSITY, INC.<br>369 SUTTER ST.<br>SAN FRANCISCO, CA 94108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,712.00 |
| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>DENTONS EUROPE LLP (BELGIUM)<br>RUE DE LA REGENCE 58 1000<br>BRUSSELS<br>BELGIUM<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,468.28 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>DIALPAD, INC.<br>DEPT 3808<br>PO BOX 123808<br>DALLAS, TX 75312<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,142.68 |
| 3.149 | **Nonpriority creditor's name and mailing address**<br><br>DIGI-KEY ELECTRONICS<br>P.O. BOX 250<br>THIEF RIVER FALLS, MN 56701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.99 |
| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>DIXON, DANIELLE<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN JOHN R. ROFAEL<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA 90004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

DIXON, STEVE
C/O DOWNTOWN L.A. LAW GROUP
ATTN JOHN R. ROFAEL
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,084.57

DLA PIPER (CANADA) LLP
P.O. BOX 780528
PHILADELPHIA, PA  19178-0528

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $494.07

DLA PIPER ARGENTINA (CABANELLAS ETCHEBARNE
KELLY)
ING. ENRIQUE BUTTY 220, PISO 16
BUENOS AIRES
ARGENTINA

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $435.60

DLA PIPER LLP
P.O. BOX 780528
PHILADELPHIA, PA  19178-0528

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,450.00

DOCUSIGN
DEPT 3428
PO BOX 123428
DALLAS, TX  75312-3428

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    Additional Page

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.156**  **Nonpriority creditor's name and mailing address**

DODGE, DERICK
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.157**  **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL SOLUTIONS
35 W. WACKER DRIVE
CHICAGO, IL  60601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$109,184.00

---

**3.158**  **Nonpriority creditor's name and mailing address**

DORAN, SAMANTHA
C/O GOMEZ LAW GROUP
ATTN ALVIN M. GOMEZ
2725 JEFFERSON STREET, SUITE 7
CARLSBAD, CA  92008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.159**  **Nonpriority creditor's name and mailing address**

DOUGLAS EMMETT 1996, LLC
1299 OCEAN AVENUE, SUITE 1000
SANTA MONICA, CA  90401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$387,612.75

---

**3.160**  **Nonpriority creditor's name and mailing address**

DOWERS, MICHAELENE
C/O MISSION PERSONAL INJURY LAWYERS
ATTN CASSANDRA E. GRIFFITH
2515 CAMINO DEL RIO SOUTH, SUITE 350
SAN DIEGO, CA  92108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.161**   **Nonpriority creditor's name and mailing address**

DR. ANTONIO M ARIAS
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.162**   **Nonpriority creditor's name and mailing address**

DUKER, EMILY
C/O SCHIMMEL & PARKS, APLC
ATTN ALAN I. SCHIMMEL
15303 VENTURA BLVS, SUITE 650
SHERMAN OAKS, CA 91403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.163**   **Nonpriority creditor's name and mailing address**

DURAND, ANISHA
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.164**   **Nonpriority creditor's name and mailing address**

DURHAM, CLARINDA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.165**   **Nonpriority creditor's name and mailing address**

EASTRIDGE WORKFORCE RECRUITMENT
11 APEX DRIVE
STE 300
MARLBOROUGH, MA 01752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$285,834.55

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.166**

**Nonpriority creditor's name and mailing address**

ECO MAC ELECTRIC
6192 ASHTON PL.,
RANCHO CUCAMONGA, CA 91739

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$580.00

---

**3.167**

**Nonpriority creditor's name and mailing address**

EDLIN GALLAGHER HUIE + BLUM LLP
500 WASHINGTON STREET, SUITE 700
SAN FRANCISCO, CA 94111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,086.02

---

**3.168**

**Nonpriority creditor's name and mailing address**

EDWYN LEON
ADDRESS ON FILE

**Date or dates debt was incurred**

7/12/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.169**

**Nonpriority creditor's name and mailing address**

ELIZONDO, JOSE
C/O VICTORY LAW GROUP
ATTN ERIK S. VELIE
24324 WALNUT ST # A
NEWHALL, CA 91321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.170**

**Nonpriority creditor's name and mailing address**

ELLIS GEORGE CIPOLLONE O'BRIEN LLP
2121 AVENUE OF THE STARS, 30TH FLOOR
LOS ANGELES, CA 90067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,830.65

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
|        | (Name)           |                        |          |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  | | Amount of claim |
|--|--|----------------:|

**3.171**

Nonpriority creditor's name and mailing address

ELLIS, DENNIS
C/O FRASER & SOUWEIDANE, P.C.
ATTN STUART A. FRASER
12900 HALL ROAD, SUITE 330
STERLING HEIGHTS, MI 48313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.172**

Nonpriority creditor's name and mailing address

EMILY KOPKO
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$40.00

---

**3.173**

Nonpriority creditor's name and mailing address

EQUISOLVE, INC.
3500 SW CORPORATE PARKWAY, SUITE 206
PALM CITY, FL 34990

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,495.79

---

**3.174**

Nonpriority creditor's name and mailing address

ERISE IP, P.A.
7015 COLLEGE BLVD
SUITE 700,
OVERLAND PARK, KS 66211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,723.00

---

**3.175**

Nonpriority creditor's name and mailing address

ESLAMI, BORNA
C/O OHARA LAW APC
ATTN KEVIN W. OHARA
1730 W CAMERON AVE., STE. 200
WEST COVINA, CA 91790

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21,145.69 |
| --- | --- | --- | --- |

ETRADE FINANCIAL CORPORATE SERVICES, INC
3 EDISON DRIVE
ALPHARETTA, GA  30005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
| --- | --- | --- | --- |

EVANGELOU, JASON
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $16,000.00 |
| --- | --- | --- | --- |

EVERFI, INC
2300 N STREET NW
SUITE 500
WASHINGTON, DC  20037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $86,610.90 |
| --- | --- | --- | --- |

EXPRESS SERVICES INC.
P.O. BOX 535434
ATLANTA, GA  30353

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,330.41 |
| --- | --- | --- | --- |

EXPRESS SERVICES INC.
P.O. BOX 844277
LOS ANGELES, CA  90084

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Bird Rides, Inc.

(Name)

Case number (if known)  23-20515

| | |
|---|---|
| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FAEGRE DRINKER BIDDLE & REATH LLP
75 REMITTANCE DRIVE DEPT. 6952
CHICAGO, IL 60675

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $35,000.00

---

3.182 **Nonpriority creditor's name and mailing address**

FAGAN-PODBER, ANN
C/O PETERS & MONYAK LLP
ATTN JEFF PETERS
1777 NORTHEAST EXPRESSWAY, NE, SUITE 100
ATLANTA, GA 30329

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

3.183 **Nonpriority creditor's name and mailing address**

FALCON STRATEGIES LLC
3015 SANDOVER COURT
BONITA, CA 94902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $46,064.52

---

3.184 **Nonpriority creditor's name and mailing address**

FASTBIRD RIDES PORTUGAL, UNIPESSOAL LDA
R. PROJECTADA À MATINHA C2
LISBOA 1950-327
PORTUGAL

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $8,403.45

---

3.185 **Nonpriority creditor's name and mailing address**

FAURA, BIANCA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

Case 23-20515-CLC   Doc 17   Filed 01/19/24   Page 178 of 412

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

**3.186**   **Nonpriority creditor's name and mailing address**

FEJLEH, YAMAN
C/O LYFE LAW LLC
ATTN SHAWN ELLIOTT
864 S. ROBERTSON BLVD., 3RD FL.
LOS ANGELES, CA 90035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.187**   **Nonpriority creditor's name and mailing address**

FERRER, YERALDIN
C/O STEPHAN FILIP & STEPHAN AIRAPETIAN
100 W. BROADWAY, SUITE 1040
GLENDALE, CA 91210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.188**   **Nonpriority creditor's name and mailing address**

FHARDEN KABIR
C/O SEVEN HILL LAW
ATTN HRAG KOUYOUMIJAN
411 W 7TH ST, STE 310
LOS ANGELES, CA 90014

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.189**   **Nonpriority creditor's name and mailing address**

FICO, SYLVIA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.190**   **Nonpriority creditor's name and mailing address**

FIELDFISHER (GERMANY) LLP
SANDTORKAI 68
HAMBURG 20457
GERMANY

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,718.45

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,080.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FIGMA, INC.
760 MARKET STREET, FLOOR 10
SAN FRANCISCO, CA 94102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,080.00

---

**Nonpriority creditor's name and mailing address** — 3.192

FIRELINE BROADBAND
9911 NORWALK BLVD
SANTA FE SPRINGS, CA 90670

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,398.00

---

**Nonpriority creditor's name and mailing address** — 3.193

FLOCK FREIGHT
701 S COAST HWY 101
ENCINITAS, CA 92024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $208,846.14

---

**Nonpriority creditor's name and mailing address** — 3.194

FRANK D. BOSTON, III
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,000.00

---

**Nonpriority creditor's name and mailing address** — 3.195

FRANKLIN, FRANKLIN & ASSOCIATES, PLLC
485 MILAM STREET
BEAUMONT, TX 77701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,602.23

| **Part 2:** | Additional Page |
| --- | --- |

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.196</td>
<td>

**Nonpriority creditor's name and mailing address**

FREEMAN, DESMONICK
C/O LAW OFFICE OF DORTHY M. HYDE
ATTN DORTHY MULCIHY HYDE
4925 GREENVILLE AVENUE, SUITE 1022
DALLAS, TX  75206

**Date or dates debt was incurred**

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">UNKNOWN</td>
</tr>
<tr>
<td>3.197</td>
<td>

**Nonpriority creditor's name and mailing address**

FREEMAN, TAYLOR
C/O COLLUP LAYERS, APC
ATTN ANDREW COLLUP
PO BOX 1238
CARDIFF, CA  92007

**Date or dates debt was incurred**

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">UNKNOWN</td>
</tr>
<tr>
<td>3.198</td>
<td>

**Nonpriority creditor's name and mailing address**

FTI CONSULTING, INC.
16701 MELFORD BLVD SUITE 200
BOWIE, MD  20715

**Date or dates debt was incurred**

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$500,000.00</td>
</tr>
<tr>
<td>3.199</td>
<td>

**Nonpriority creditor's name and mailing address**

FUJIAN SCUD POWER TECHNOLOGY CO., LTD.
NO. 135, RUJIANG EAST ROAD
MAWEI DISTRICT FUZHOU  350015
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">$217,432.08</td>
</tr>
<tr>
<td>3.200</td>
<td>

**Nonpriority creditor's name and mailing address**

GANDHI
C/O WALKUP, MELODIA, KELLY & SCHOENBERGER
ATTN KHALDOUN A. BAGHDADI
650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CA  94108

**Date or dates debt was incurred**

**Last 4 digits of account number:**
</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes
</td>
<td style="text-align:right">UNKNOWN</td>
</tr>
</table>

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.201**

**Nonpriority creditor's name and mailing address**

GARCIA, ARIAS
C/O GOLDBERG & OSBORNE LLP
ATTN MICHAEL MOLDOVEANU
4423 E THOMAS RD, STE 3
PHOENIX, AZ  85018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.202**

**Nonpriority creditor's name and mailing address**

GARNEAU, ANITA
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.203**

**Nonpriority creditor's name and mailing address**

GHOURRABOU, INE
C/O BAUMAN LAW, APLC
ATTN SHAUN J. BAUMAN
24003A VENTURA BLVD., 2ND FLOOR
LOS ANGELES, CA  91302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.204**

**Nonpriority creditor's name and mailing address**

GLASPELL, JENNIFER
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.205**

**Nonpriority creditor's name and mailing address**

GONZALEZ, JANNA
C/O WEBB, CASON & MANNING, P.C.
ATTN MATTHEW S. MANNING
710 MESQUITE STREET
CORPUS CHRISTI, TX  78401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.206**  **Nonpriority creditor's name and mailing address**

GOODWIN PROCTER LLP COUNSELORS AT LAW
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY  10018-1405

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,000.00

---

**3.207**  **Nonpriority creditor's name and mailing address**

GOYZEN, BRADLEY
C/O JOEL H. SIEGAL
436 14TH STREET, SUITE 1106
LOS ANGELES, CA  90064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.208**  **Nonpriority creditor's name and mailing address**

GRAHAM, MICHAEL
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.209**  **Nonpriority creditor's name and mailing address**

GRAINGER
DEPT 886856831
PALATINE, IL  60038-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,942.03

---

**3.210**  **Nonpriority creditor's name and mailing address**

GRANT THORNTON - US
515 S. FLOWER STREET, 7TH FLOOR
LOS ANGELES, CA  90071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$231,401.61

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 183 of 412

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.211 | **Nonpriority creditor's name and mailing address**<br><br>GREENBERG TRAURIG, LLP<br>TERMINUS 200<br>3333 PIEDMONT ROAD NE, SUITE 2500<br>ATLANTA, GA 30305<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $397,807.71 |
|---|---|---|
| 3.212 | **Nonpriority creditor's name and mailing address**<br><br>GREENLEAF LOGISTICS<br>P.O.BOX 670<br>SOUTH ORANGE, NJ 07079<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $201,631.21 |
| 3.213 | **Nonpriority creditor's name and mailing address**<br><br>GUTIERREZ<br>C/O PIERING LAW FIRM<br>ATTN ROBERT A. PIERING, ESQ.<br>775 UNIVERSITY AVENUE<br>SACRAMENTO, CA 95825<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.214 | **Nonpriority creditor's name and mailing address**<br><br>HACALA, SARA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DEAN OGRIN<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.215 | **Nonpriority creditor's name and mailing address**<br><br>HAERI, MICHAEL<br>C/O CARPENTER & ZUCKERMAN<br>ATTN ROBERT J. OUNJIAN<br>8827 W OLYMPIC BLVD<br>BEVERLY HILLS, CA 90211<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

HALEY, TYLER
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

HALL, KEVIN
C/O COSTELL AND ADELSON LAW CORPORATION
ATTN JOSHUA STAMBAUGH
1299 OCEAN AVE #450
SANTA MONICA, CA  90401

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $741.30

HAPPIEST BABY, INC
3115 S LA CIENEGA
LOS ANGELES, CA  90016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

HELMS, ELIZABETH
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

HENRY, ANIYA
C/O GOLDFINE & BOWLES, P.C.
ATTN MICHAEL T. MARINCIC
4242 N. KNOXVILLE AVE.
PEORIA, IL  61614

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $27,647.58 |
|---|---|---|---|

HIPPO INTERNATIONAL LOGISTICS (BEIJING) CO., LTD.
B-B232 RONG CHUANG DONG LI
NO 5 GUANGSHUN ST

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $383,861.95 |
|---|---|---|---|

HIRE LEVEL
3911 W. ERNESTINE DR.
MARION, IL  62959

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $33,255.67 |
|---|---|---|---|

HIVEWATCH
550 CONTINENTAL BLVD, SUITE 150,
EL SEGUNDO, CA  90245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $485,262.18 |
|---|---|---|---|

HOLOGRAM, INC. (US)
2045 W GRAND AVE STE B
CHICAGO, IL  60612

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $25,642.36 |
|---|---|---|---|

HONGJI INTELLIGENT BIKE CO., LTD
NO. 12 YUANQU WEST ROAD
RULIN TOWN, JINTAN DISTRICT
CHANGZHOU
JIANGSU
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 186 of 412

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.226 | **Nonpriority creditor's name and mailing address**<br><br>HOSIER, DILLON LEE<br>C/O BEDFORD LAW GROUP<br>ATTN SHAWN AZIZZADEH<br>1875 CENTURY PARK EAST, SUITE 1790<br>LOS ANGELES, CA  90067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
|---|---|---|
| 3.227 | **Nonpriority creditor's name and mailing address**<br><br>HUDSON, KIARA<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.228 | **Nonpriority creditor's name and mailing address**<br><br>HURTADO, JORGE<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.229 | **Nonpriority creditor's name and mailing address**<br><br>HYLDEN ADVOCACY & LAW<br>FLOUR EXCHANGE BLDG.<br>310 4TH AVE SOUTH, SUITE 9200<br>MINNEAPOLIS, MN  55415<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,500.00 |
| 3.230 | **Nonpriority creditor's name and mailing address**<br><br>HYPERVELOCITY CONSULTING<br>1269 S ORANGE DR. #2<br>LOS ANGELES, CA  90019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,128.22 |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 187 of 412

| **Part 2:** | Additional Page | |
|-------------|-----------------|---|

| | | Amount of claim |
|---|---|---|

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,640.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

ICR STRATEGIC COMMUNICATIONS & ADVISORY
ICR LLC 761 MAIN AVENUE
NORWALK, CT 06851

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$16,640.00**

---

3.232 **Nonpriority creditor's name and mailing address**

IMANAGE, LLC
71 S. WACKER DR, SUITE 400
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$7,000.00**

---

3.233 **Nonpriority creditor's name and mailing address**

IMPERIAL PARKING (U.S), LLC.
DEPT. CH19118
PALANTINE, IL 60055-9118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$2,825.00**

---

3.234 **Nonpriority creditor's name and mailing address**

INCE, SHAILYN
C/O DOWNTOWN L.A. LAW GROUP
ATTN STEVEN ROSS
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **UNKNOWN**

---

3.235 **Nonpriority creditor's name and mailing address**

INDIANA UNIVERSITY
1024 E 3RD STREET, ROOM 132
BLOOMINGTON, IN 47405

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$330.00**

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.236**  **Nonpriority creditor's name and mailing address**

INNOVATIVE DISCOVERY LLC
PO BOX 780154
PHILADELPHIA, PA  19178-0154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,540.29

---

**3.237**  **Nonpriority creditor's name and mailing address**

JACKSON
C/O WUCETICH & KOROVILAS LLP
ATTN JASON M. WUCETICH
222 NORTH SEPULVEDA BLVD., SUITE 200
EL SEGUNDO, CA  90245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.238**  **Nonpriority creditor's name and mailing address**

JACKSON, DONNA
C/O ARNOLD & ITKIN LLP
ATTN KURT ARNOLD
6009 MEMORIAL DRIVE
HOUSTON, TX  770047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.239**  **Nonpriority creditor's name and mailing address**

JACOBSON, JILL
C/O DANESHGAR LAW
ATTN STEVEN DANESHGAR
10866 WILSHIRE BLVD, 4TH FL.
LOS ANGELES, CA  90024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.240**  **Nonpriority creditor's name and mailing address**

JAIME GEHLY
C/O SEIBERT/ BAUTISTA/ MONTOYA
ATTN NINA MONTOYA
9255 SUNSET BLVD, STE 1100
WEST HOLLYWOOD, CA  90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.241**

**Nonpriority creditor's name and mailing address**

JAMS, INC.
PO BOX 845402
LOS ANGELES, CA  90084

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,179.03

---

**3.242**

**Nonpriority creditor's name and mailing address**

JIGSAW
6202 ROCKY SPRINGS ROAD
NOLENSVILLE, TN  37135

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,677.42

---

**3.243**

**Nonpriority creditor's name and mailing address**

JIM MUTRIE
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,500.02

---

**3.244**

**Nonpriority creditor's name and mailing address**

JOHN IVAN BITOVE
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.245**

**Nonpriority creditor's name and mailing address**

JON OSUNA
C/O PARRIS LAW FIRM
ATTN R REX PARRIS
43364 10TH ST W
LANCASTER, CA  93534

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.246 | **Nonpriority creditor's name and mailing address**<br>JOSE MENDOZA<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>5/21/2022<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
|---|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address**<br>JUDICATE WEST<br>1851 EAST FIRST STREET SUITE 1600<br>SANTA ANA, CA  95814<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15,221.29 |
| 3.248 | **Nonpriority creditor's name and mailing address**<br>JUSDA SUPPLY CHAIN MANAGEMENT<br>21860 BAKER PARKWAY<br>CITY OF INDUSTRY, CA  91789<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $699,853.55 |
| 3.249 | **Nonpriority creditor's name and mailing address**<br>KAMRANY, FAHIN<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.250 | **Nonpriority creditor's name and mailing address**<br>KAREN WANG TAN<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $4,400.00 |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.251** | **Nonpriority creditor's name and mailing address**

KATALARIS, KRISTOPHER
C/O WILSHIRE LAW FIRM
ATTN ARIELLA E PERRY
3055 WILSHIRE BLVD, 12TH FL
LOS ANGELES, CA 90010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.252** | **Nonpriority creditor's name and mailing address**

KEVIN LEE
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,500.00

---

**3.253** | **Nonpriority creditor's name and mailing address**

KIM, YOUNGBEAN
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.254** | **Nonpriority creditor's name and mailing address**

KINKOR CONSULTING
1161 CHERRY STREET, SUITE H
SAN CARLOS, CA 94070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $12,000.00

---

**3.255** | **Nonpriority creditor's name and mailing address**

KNOX, VANCE
C/O DOWNTOWN L.A. LAW GROUP
ATTN VANESSA FANTASIA
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

KORONA, KARA
C/O WOODLIEF & RUSH
ATTN BRIAN RUSH
3411 W FLETCHER AVE, STE B
TAMPA, FL 33618

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

KOZEL, ALEXANDRA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $651,561.36

KPMG LLP
3 CHESTNUT RIDGE ROAD
MONTVALE, NJ 07645

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,986.26

LA TECHS LLC
4065 MURIETTA AVE
SHERMAN OAKS, CA 91423-4648

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

LACROSSE, GRACE
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.261**

**Nonpriority creditor's name and mailing address**

LAGER DATA, INC.
401 SMITH STREET
BROOKLYN, NY 11231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,565.76

---

**3.262**

**Nonpriority creditor's name and mailing address**

LANDAIS, CHANTELLE
C/O DOWNTOWN L.A. LAW GROUP
ATTN IGOR FRADKIN
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.263**

**Nonpriority creditor's name and mailing address**

LASKEY, LEASIA
C/O STEPLETON LAW LLC
ATTN RICH GABELMAN
7162 READING RD, STE 250
CINCINNATI, OH 45237

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.264**

**Nonpriority creditor's name and mailing address**

LATTICE (DEGREE, INC)
PO BOX 207585
DALLAS, TX 75320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,754.28

---

**3.265**

**Nonpriority creditor's name and mailing address**

LEAGUE
225 KING ST W SUITE #800
TORONTO, ON M5V 3M2
CANADA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,650.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.266**

**Nonpriority creditor's name and mailing address**

LEE, PAUL
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.267**

**Nonpriority creditor's name and mailing address**

LEIVA, KATHY
C/O DARREN RICHIE ESQUIRE ROBERT SMITH
222 NORTH CANON DRIVE, 201
BEVERLY HILLS, CA 90210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.268**

**Nonpriority creditor's name and mailing address**

LEMUS, CARLOS
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.269**

**Nonpriority creditor's name and mailing address**

LEONARD, KIMBERLY
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.270**

**Nonpriority creditor's name and mailing address**

LERMA GROVER LAW IN TRUST FOR GREG AND V. GAIL
LANE
3045 E. COPPER POINT DRIVE
MERIDIAN, ID 83642

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,250.00

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.271** | **Nonpriority creditor's name and mailing address**
LESSONLY
1129 E. 16TH STREET
INDIANAPOLIS, IN 46202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,666.61

---

**3.272** | **Nonpriority creditor's name and mailing address**
LETHIG, SAMMANTHA
C/O BRYAN A. SUNISLOE
66 MARKET STREET
MOUNT CLEMENS, MI 48043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.273** | **Nonpriority creditor's name and mailing address**
LEWIS, ARMAND
C/O C.E. BYANT LAW FIRM
ATTN CLARENCE BRYANT
LOS ANGELES, CA 90064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.274** | **Nonpriority creditor's name and mailing address**
LIBERANT, ASSAF SAMUEL
C/O BD&J PC
ATTN MARK J BLOOM
9701 WILSHIRE BLVD, 12TH FL
BEVERLY HILLS, CA 90212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.275** | **Nonpriority creditor's name and mailing address**
LIFT MAX
611 WEST OLYMPIC BLVD
MONTEBELLO, CA 90640

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,813.46

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|----|----|

| | | Amount of claim |
|---|---|---|

**3.276**

**Nonpriority creditor's name and mailing address**

LINKEDIN CORPORATION
62228 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,936.34

---

**3.277**

**Nonpriority creditor's name and mailing address**

LMTS DENMARK APS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,001.93

---

**3.278**

**Nonpriority creditor's name and mailing address**

LMTS DOHA LLC
DESK 21 DD BL 01
DOHA TOWER, WEST BAY
DOHA
QATAR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,064.92

---

**3.279**

**Nonpriority creditor's name and mailing address**

LMTS DOHA SPC LLC
DESK NO. 21, 14TH FLOOR
COMMERCIAL BANK PLAZA, WEST BAY
DOHA
QATAR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,630,191.28

---

**3.280**

**Nonpriority creditor's name and mailing address**

LMTS HOLDING S.C.A.
7 RUE ROBERT-STUMPER
LUXEMBOURG  L-2557
LUXEMBOURG

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,576.43

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.281**

**Nonpriority creditor's name and mailing address**

LOGIK SYSTEMS, INC
548 MARKSET ST., PMB 40135
SAN FRANCISCO, CA  94104-5401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,440.55

---

**3.282**

**Nonpriority creditor's name and mailing address**

LOKALISE INC
3500 SOUTH DUPONT HIGHWAY
SUITE BZ-101
DOVER, DE  19901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,547.20

---

**3.283**

**Nonpriority creditor's name and mailing address**

LOS ANGELES DEPARTMENT OF TRANSPORTATION
100 SOUTH MAIN STREET, 10TH FLOOR
LOS ANGELES, CA  90012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.284**

**Nonpriority creditor's name and mailing address**

LOTUS INTERNATIONAL COMPANY
6880 COMMERCE BLVD
CANTON, MI  48187

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,909.35

---

**3.285**

**Nonpriority creditor's name and mailing address**

LOVE, ASHLEY
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.286**

**Nonpriority creditor's name and mailing address**

LOZANO, CHRISTOPHER
C/O DOWNTOWN L.A. LAW GROUP
ATTN HOVHANNES BAYBURTSKI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.287**

**Nonpriority creditor's name and mailing address**

LTL ATTORNEYS LLP
300 SOUTH GRAND AVENUE
14TH FLOOR
LOS ANGELES, CA 90071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,777.85

---

**3.288**

**Nonpriority creditor's name and mailing address**

LUCID HOLDINGS, INC.
365 CANAL ST., SUITE 3100
NEW ORLEANS, LA 70130-6509

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,384.50

---

**3.289**

**Nonpriority creditor's name and mailing address**

LUMEN STRATEGIES ARIZONA
4813 E FLOWER STREET
PHOENIX, AZ 85018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,000.00

---

**3.290**

**Nonpriority creditor's name and mailing address**

LUXION, INC.
15143 WOODLAWN AVE
TUSTIN, CA 92782

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,018.00

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.291** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN
--- | --- | --- | ---

**3.291**

**Nonpriority creditor's name and mailing address**

MACOR, BRANDEN
C/O DOWNTOWN L.A. LAW GROUP
ATTN TIMOTHY GHOBRIAL
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

*Amount of claim:* UNKNOWN

---

**3.292**

**Nonpriority creditor's name and mailing address**

MAGANA, LORNA
C/O THE NOVAK LAW FIRM
ATTN SEAN M. NOVAK
8383 WILSHIRE BOULEVARD, SUITE 634
BEVERLY HILLS, CA 90211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

*Amount of claim:* UNKNOWN

---

**3.293**

**Nonpriority creditor's name and mailing address**

MALDONADO, MARIA GUADALUPE
C/O JOHNSON INJURY LAW
ATTN BOYD COOPER JOHNSON
33 BROOKLINE
ALISO VIEJO, CA 92656

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

*Amount of claim:* UNKNOWN

---

**3.294**

**Nonpriority creditor's name and mailing address**

MANUEL EDWARD LOPEZ
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

*Amount of claim:* $15,000.00

---

**3.295**

**Nonpriority creditor's name and mailing address**

MANUS, JOSEPH
C/O DOWNTOWN L.A. LAW GROUP
ATTN STEVEN ROSS, ESQ.
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

*Amount of claim:* UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.296**

**Nonpriority creditor's name and mailing address**

MARKIT GROUP LIMITED
ROPEMAKER PLACE, 4TH FLOOR
25 ROPEMAKER STREET
LONDON  EC2Y9LY
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,500.00

---

**3.297**

**Nonpriority creditor's name and mailing address**

MARSH USA INC.
P.O. BOX 846112
DALLAS, TX  75284-6112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,968,988.94

---

**3.298**

**Nonpriority creditor's name and mailing address**

MARTIN, HECTOR
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.299**

**Nonpriority creditor's name and mailing address**

MARY BETH TRAUTWEIN
C/O NYE, STIRLING, HALE & MILLER LLP
ATTN JONATHAN D MILLER
33 W MISSION ST, STE 201
SANTA BARBARA, CA  93101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.300**

**Nonpriority creditor's name and mailing address**

MASUVALLEY AND PARTNERS
9245 SKY PARK COURT, SUITE 110
SAN DIEGO, CA  92123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,060.00

---

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.301** **Nonpriority creditor's name and mailing address**

MAYER BROWN LLP
311 WEST MONROE STREET
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,814.63

---

**3.302** **Nonpriority creditor's name and mailing address**

MCA FINANCIAL GROUP LTD
4909 N 44TH STREET
PHOENIX, AZ 85018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,869.90

---

**3.303** **Nonpriority creditor's name and mailing address**

MCBRAYER PLLC
201 EAST MAIN STREET, SUITE 900
LEXINGTON, KY 40507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,130.00

---

**3.304** **Nonpriority creditor's name and mailing address**

META PLATFORMS, INC
1601 WILLOW RD
MENLO PARK, CA 94025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,330.80

---

**3.305** **Nonpriority creditor's name and mailing address**

MHS LEGACY GROUP INC
1060 CENTRAL INDUSTRIAL DRIVE
1060 CENTRAL INDUSTRIAL DRIVE
SAINT LOUIS, MO 63110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,504.59

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,700.00 |
|---|---|---|---|

MIAMI UNIVERSITY
4945 OXFORD TRENTON ROAD
OXFORD, OH 45056

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27,080.00 |
|---|---|---|---|

MICHAEL J. KUHN
ADDRESS ON FILE

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

MITCHELL, BRANDON
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,564.00 |
|---|---|---|---|

MIXMAX, INC.
548 MARKET STREET, PMB 60764
SAN FRANCISCO, CA 94104

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,666.66 |
|---|---|---|---|

MOMENTIVE INC
1 CURIOSITY WAY
SAN MATEO, CA 94403

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 203 of 412

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | **Amount of claim** |
|--|--|--|

| 3.311 | **Nonpriority creditor's name and mailing address**<br><br>MONKEYBRAINS ISP<br>286 12TH STREET<br>SAN FRANCISCO, CA 94103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |

| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>MORALES, IRVING RAMIREZ<br>C/O BENDIT WEINSTOCK<br>ATTN WILLIAM L GOLD, ESQ<br>80 MAIN ST, STE 260<br>WEST ORANGE, NJ 07052<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>MORAVIA IT, LLC<br>223 E THOUSAND OAKS BLVD<br>SUITE 314<br>THOUSAND OAKS, CA 91360<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,529.61 |

| 3.314 | **Nonpriority creditor's name and mailing address**<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 MARKET STREET<br>PHILADELPHIA, PA 19103-2921<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56,962.55 |

| 3.315 | **Nonpriority creditor's name and mailing address**<br><br>MORROW SODALI LLC<br>333 LUDLOW STREET, 5TH FLOOR.<br>STAMFORD, CT 06902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,946.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.316** **Nonpriority creditor's name and mailing address**
MOSS ADAMS
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$728,780.00

---

**3.317** **Nonpriority creditor's name and mailing address**
MULLIGAN, KIM
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.318** **Nonpriority creditor's name and mailing address**
MURPHY, STEVEN
C/O DOWNTOWN L.A. LAW GROUP
ATTN TIMOTHY GHOBRIAL
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.319** **Nonpriority creditor's name and mailing address**
MUSTARD LANE
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,624.00

---

**3.320** **Nonpriority creditor's name and mailing address**
NATIONAL ARBOR DAY FOUNDATION
211 N. 12TH ST.,
LINCOLN, NE  68508

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.321**

**Nonpriority creditor's name and mailing address**

NAVARRO, GLADYS
C/O WILSHIRE LAW FIRM, PLC
ATTN COLIN M. JONES
3055 WILSHIRE BLVD., 12TH FLOOR
LOS ANGELES, CA  90010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.322**

**Nonpriority creditor's name and mailing address**

NAVEX GLOBAL, INC.
5500 MEADOWS ROAD, SUITE 500
LAKE OSWEGO, OR  97035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,654.65

---

**3.323**

**Nonpriority creditor's name and mailing address**

NECTAR HR
729 N 1500 W
OREM, UT  84057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,239.41

---

**3.324**

**Nonpriority creditor's name and mailing address**

NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 MAIN STREET - 17TH FLOOR
COLUMBIA, SC  29201

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,418.00

---

**3.325**

**Nonpriority creditor's name and mailing address**

NELSON, BRANDON
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.326 | **Nonpriority creditor's name and mailing address**<br><br>NEW YORK CITY DEPARTMENT OF TRANSPORTATION<br>55 WATER STREET, 9TH FLOOR<br>NEW YORK, NY  10041<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.00 |

| 3.327 | **Nonpriority creditor's name and mailing address**<br><br>NEW/MODE<br>312 MAIN STREET, 2ND FLOOR<br>VANCOUVER, BC  V6A 2T2<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $774.00 |

| 3.328 | **Nonpriority creditor's name and mailing address**<br><br>NICHOLAS FRANK<br>C/O ALEXANDER KRAKOW  GLICK LLP<br>ATTN MICHAEL S MORRISON<br>1900 AVE OF THE STARS, STE 900<br>LOS ANGELES, CA  90067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.329 | **Nonpriority creditor's name and mailing address**<br><br>NINEBOT<br>C/O DORSEY & WHITNEY LLP<br>ATTN WENDY M FENG<br>701 FIFTH AVENUE, SUITE 6100<br>SEATTLE, WA  98104-7043<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.330 | **Nonpriority creditor's name and mailing address**<br><br>NINEBOT (CHANGZHOU) TECH CO., LTD<br>16F-17F, BLOCK A, BUILDING 3, NO.18<br>JIANGSU<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $750,000.00 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

NORMAN KRIEGER INC.
C/O KENNETH I. GROSS & ASSOC
ATTN KENNETH I. GROSS
849 S. BROADWAY, STE. 504
LOS ANGELES, CA 91007

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,146,738.80

NORTON ROSE FULBRIGHT CANADA LLP
222 BAY STREET, SUITE 3000
P.O. BOX 53
TORONTO, ON  M5K 1E7
CANADA

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $465,556.00

NYSE MARKET (DE), INC.
5949 SHERRY LANE
SUITE 1010
DALLAS, TX 75225

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

OKTA
P.O. BOX 743620
LOS ANGELES, CA 90074

*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

OLIVAS, TOMAS
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|--|

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

OLSHEVSKI, BRIAN
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $137,643.00

ONE SOURCE VIRTUAL HR, INC.
9001 CYPRESS WATERS BLVD.
DALLAS, TX 75019

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125,000.00

ORACLE AMERICA, INC.
BANK OF AMERICA LOCKBOX SERVICES
15612 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

OSVALDO SALMERON-LAGUNAS
C/O LANDAY ROBERTS LLP
ATTN JOHN K LANDAY
101 W BROADWAY, STE 300
SAN DIEGO, CA 92101

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,500.00

OTC MARKETS GROUP INC.
300 VESEY ST. (ONE NORTH END AVE)
12TH FLOOR
NEW YORK, NY 10282

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.341**

**Nonpriority creditor's name and mailing address**

OUTREACH CORPORATION
333 ELLIOT AVE W SUITE 500
SEATTLE, WA  98119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,844.00

---

**3.342**

**Nonpriority creditor's name and mailing address**

PACIFIC BUSINESS ADVOCATES LLC
P.O. BOX 11351
HONOLULU, HI  96828

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,707.43

---

**3.343**

**Nonpriority creditor's name and mailing address**

PALAFOX, MATHEW
C/O DOWNTOWN L.A. LAW GROUP
ATTN ANTHONY WERBIN, ESQ.
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.344**

**Nonpriority creditor's name and mailing address**

PALAJAC, BENJAMIN MICHAEL
C/O FEHER LAW, APC
ATTN THOMAS S. FEHER
1225 W. 190TH ST., SUITE 465
GARDENA, CA  90248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.345**

**Nonpriority creditor's name and mailing address**

PALANTIR TECHNOLOGIES INC.
1555 BLAKE STREET, SUITE 250
DENVER, CO  80202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$475,000.00

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td><strong>Part 2:</strong></td><td>Additional Page</td></tr>
</table>

|  | Amount of claim |
|---|---|

**3.346** | **Nonpriority creditor's name and mailing address** 

PARKER, KATHERINE
C/O GOODMAN & GOODMAN, LLP
ATTN MICHAEL GOODMAN
6445 POWERS FERRY ROAD, NW, STE 265
ATLANTA, GA  30339

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.347** | **Nonpriority creditor's name and mailing address**

PARRY, RICHARD
C/O LOS ANGELES CITY LAW
ATTN EDWARD RAMSEY
7080 HOLLYWOOD BLVD., SUITE 918
LOS ANGELES, CA  90028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.348** | **Nonpriority creditor's name and mailing address**

PARY AL ZAHAWI
C/O MARA LAW FIRM
ATTN DAVID MARA
2650 CAMINO DEL RIO N, STE 205
SAN DIEGO, CA  92108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.349** | **Nonpriority creditor's name and mailing address**

PASERO ABOGADOS, S.C.
PO BOX 767
BONITA, CA  91908

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,621.91

---

**3.350** | **Nonpriority creditor's name and mailing address**

PASSPORT LABS, INC
128 S TRYON ST STE 2200
CHARLOTTE, NC  28202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,729.14

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.351**  **Nonpriority creditor's name and mailing address**

PATTON, REGINA LYNN
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.352**  **Nonpriority creditor's name and mailing address**

PAYNE, JOSEPH
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.353**  **Nonpriority creditor's name and mailing address**

PCAOB
1666 K STREET NW
WASHINGTON, DC 20006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,013.00

---

**3.354**  **Nonpriority creditor's name and mailing address**

PENA, DESIRAE
C/O DOWNTOWN L.A. LAW GROUP
ATTN PATRICK KHALIL
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.355**  **Nonpriority creditor's name and mailing address**

PENN LINCOLN STRATEGIES, LLC
21 OAK STREET, STE 210
HARTFORD, CT 06106

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,381.00

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.356 | **Nonpriority creditor's name and mailing address**<br><br>PENSKE TRUCK LEASING CO.<br>P.O. BOX 563 ROUTE 10<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $165,291.99 |
| 3.357 | **Nonpriority creditor's name and mailing address**<br><br>PERKINS-CARILLO, MARC ANTHONY<br>C/O AMINPOUR & ASSOCIATES<br>ATTN A KING AMINPOUR<br>317 ASH ST<br>SAN DIEGO, CA  92101<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN |
| 3.358 | **Nonpriority creditor's name and mailing address**<br><br>PETERSEN, DAVID<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN |
| 3.359 | **Nonpriority creditor's name and mailing address**<br><br>PILATO, GIANNA<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN IGOR FRADKIN<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA  90004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNKNOWN |
| 3.360 | **Nonpriority creditor's name and mailing address**<br><br>PINE BUYER LLC (PINE ENVIRONMENTAL SERVICES LLC)<br>92 NORTH MAIN STREET, BLDG. 20<br>WINDSOR, NJ  08561<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $126,112.00 |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.361 | **Nonpriority creditor's name and mailing address**<br><br>POPULUS TECHNOLOGIES, INC.<br>177 POST STREET, SUITE 200<br>SAN FRANCISCO, CA 94108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,544.95 |
| 3.362 | **Nonpriority creditor's name and mailing address**<br><br>PRIORITY 1 INC<br>PO BOX 398<br>NORTH LITTLE ROCK, AR 72115<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,892.50 |
| 3.363 | **Nonpriority creditor's name and mailing address**<br><br>PROLOGIS<br>1800 WAZEE STREET, SUITE 500<br>DENVER, CO 80202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $255,539.76 |
| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>PROVO CITY CORP<br>445 W CENTER ST<br>PROVO, UT 84601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,819.25 |
| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>QUALTRICS LLC<br>333 W. RIVER PARK DRIVE<br>PROVO, UT 84604<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,450.00 |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>QUARLES & BRADY LLP<br>411 EAST WISCONSIN AVENUE, SUITE 2400<br>MILWAUKEE, WI 53202<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,015,133.96 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br><br>QUECLINK WIRELESS SOLUTIONS CO., LTD.<br>FLOOR 3, HUAXIN BUSINESS CENTER<br>NO. 717 YISHAN ROAD<br>SHANGHAI<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.30 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br><br>QX LOGISTIX LLC<br>5685 ALCOA AVE<br>LOS ANGELES, CA 90058<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.30 |
| 3.369 | **Nonpriority creditor's name and mailing address**<br><br>R.S. HUGHES<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,579.56 |
| 3.370 | **Nonpriority creditor's name and mailing address**<br><br>RACQUEL RUSSELL<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,625.02 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.371**

**Nonpriority creditor's name and mailing address**

RAMBOLL US CONSULTING INC.
4245 NORTH FAIRFAX DRIVE, SUITE 700
ARLINGTON, VA  22203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,689.00

---

**3.372**

**Nonpriority creditor's name and mailing address**

RAMIREZ VALDIVIA, JENNY
C/O BELORYAN & MANUKYAN, LLP
ATTN HAIK BELORYAN
4730 WOODMAN AVE., SUITE 405
SHERMAN OAKS, CA  91423

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.373**

**Nonpriority creditor's name and mailing address**

RAMONA EGG RANCH INC
10585 TIERRASANTA BLVD
SAN DIEGO, CA  92124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,795.00

---

**3.374**

**Nonpriority creditor's name and mailing address**

REAS, DESTINY
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.375**

**Nonpriority creditor's name and mailing address**

REGISTERED AGENT SOLUTIONS, INC.
PO BOX 7410517, DEPT. 5021
CHICAGO, IL  60674-0517

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,407.00

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.376 | **Nonpriority creditor's name and mailing address**<br><br>REMINGTON ROAD GROUP LLC<br>34 N. REMINGTON ROAD<br>BEXLEY, OH  43209<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,500.00 |

| 3.377 | **Nonpriority creditor's name and mailing address**<br><br>REPOMEXICO.COM LLC<br>11573 SHERWOOD WAY<br>AUBURN, CA  95602<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.378 | **Nonpriority creditor's name and mailing address**<br><br>RESOURCES GLOBAL PROFESSIONALS<br>PO BOX 740909<br>LOS ANGELES, CA  90074-0909<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $114,914.59 |

| 3.379 | **Nonpriority creditor's name and mailing address**<br><br>REZAEIDIVKOLAEI, POUYA<br>C/O THOMAS, THOMAS & HAFER, LLP<br>ATTN LACEY ULLMAN CONN<br>10555 MAIN STREET, SUITE 300<br>FAIRFAX, VA  22030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.380 | **Nonpriority creditor's name and mailing address**<br><br>RHYMETEC LLC<br>368 9TH AVE 6 FLOOR<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,500.00 |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.381 | **Nonpriority creditor's name and mailing address**<br><br>RICE, RENEA<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>RICHARDSON, MARGARET<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DAN MCGEE & DEAN ORGRIN<br>11845 W. OLYMPIC BLVD., SUITE 645WW<br>LOS ANGELES, CA  90064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>RIESS GROUP<br>900 AUSTIN AVE., SUITE 403<br>WACO, TX  76701<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,592.30 |
| 3.384 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT LAWRENCE<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $85,000.00 |
| 3.385 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT P. KOMIN, JR.<br>ADDRESS ON FILE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $6,249.94 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.386**

**Nonpriority creditor's name and mailing address**

ROBINSON, AKEEM
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.387**

**Nonpriority creditor's name and mailing address**

RODARTE, FRANCISCO
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.388**

**Nonpriority creditor's name and mailing address**

ROOZBEHANI, SAHRA
C/O FIROUZBAKHT LAW FIRM
ATTN ERIC FIROUZBAKHT
2040 N LOOP W, SUITE 102
HOUSTON, TX 77018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.389**

**Nonpriority creditor's name and mailing address**

ROY SCHRADER DBA SCHRADER ENGINEERING
C/O WAGNER JONES HELSLEY PC
ATTN TIMOTHY JONES; SCOTT D LAIRD
265 E RIVER PARK CIR, STE 310
FRESNO, CA 93720

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.390**

**Nonpriority creditor's name and mailing address**

RUBENSTEIN, PERRY
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.391**   **Nonpriority creditor's name and mailing address**

RUBIN TURNBULL & ASSOCIATES INC.
401 E LAS OLAS BIVD STE 130-447
FORT LAUDERDALE, FL 33301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,000.00

---

**3.392**   **Nonpriority creditor's name and mailing address**

RUSSO, LAWRENCE
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.393**   **Nonpriority creditor's name and mailing address**

SADA SYSTEMS, INC.
5250 LANKERSHIM BLVD
SUITE #620
NORTH HOLLYWOOD, CA 91601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,090.54

---

**3.394**   **Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC.
PO BOX 203141
DALLAS, TX 75320-3141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$132,651.46

---

**3.395**   **Nonpriority creditor's name and mailing address**

SAMSARA INC.
1990 ALAMEDA STREET
SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

---

**3.396** | **Nonpriority creditor's name and mailing address**

SAMUELS, JARED
C/O ZINDA LAW GROUP, PLLC
ATTN RIAN BUTLER
18756 STONE OAK PARKWAY, STE 200
SAN ANTONIO, TX 78258

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.397** | **Nonpriority creditor's name and mailing address**

SAN DIEGO STATE UNIVERSITY
5500 CAMPANILE DRIVE
SAN DIEGO, CA 92182

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$269.10

---

**3.398** | **Nonpriority creditor's name and mailing address**

SAN FRANCISCO MUNICIPAL TRANSPORTATION
AUTHORITY
1 SOUTH VAN NESS AVE., 7TH FLOOR
SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.399** | **Nonpriority creditor's name and mailing address**

SANDERS ROBERTS
C/O SANDERS ROBERTS LLP
ATTN LAWRENCE C. HINKLE, II
1055 WEST 7TH STREET, SUITE 3200
LOS ANGELES, CA 90017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.400** | **Nonpriority creditor's name and mailing address**

SANDERS ROBERTS LLP
1055 W 7TH ST, SUITE 3200,
LOS ANGELES, CA 90017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$669,167.16

---

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.401**

**Nonpriority creditor's name and mailing address**

SAY TECHNOLOGIES LLC (AKA ROBINHOOD MARKETS, INC.)
85 WILLOW ROAD,
MENLO PARK, CA 94025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,166.67

---

**3.402**

**Nonpriority creditor's name and mailing address**

SCALAR CA, LLC
PO BOX 1031
DRAPER, UT 84020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,677.42

---

**3.403**

**Nonpriority creditor's name and mailing address**

SCHIFF, LAUREN
C/O COHEN & MARZBAN
ATTN MICHAEL M. MARZBAN
16000 VENTURA BOULEVARD, SUITE 701
ENCINO, CA 91436

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.404**

**Nonpriority creditor's name and mailing address**

SCHWARTZ SEMERDJIAN CAULEY & EVANS LLP
101 W BROADWAY # 810
SAN DIEGO, CA 92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,148.38

---

**3.405**

**Nonpriority creditor's name and mailing address**

SCHWARTZ, WESLEY
C/O STALWART LAW GROUP, APC
ATTN BRIAN POULTER
8605 SANTA MONICA BLVD., PMB 72538
WEST HOLLYWOOD, CA 90069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

SCOGGIN, ALEXANDRA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $321,921.55 |
|---|---|---|---|

SCOOT NETWORKS CHILE SPA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,398,827.21 |
|---|---|---|---|

SCOOT RIDES, INC.
1077 HOWARD ST.
SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,600.00 |
|---|---|---|---|

SECOND MEASURE, INC.
316 S ELDORADO ST
SUITE 300
SAN MATEO, CA 94401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,000.00 |
|---|---|---|---|

SECURISEA
201 SPEAR ST SUITE 1100
SAN FRANCISCO, CA 94105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 223 of 412

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.411**   **Nonpriority creditor's name and mailing address**

SEDIGHAN, KEVIN B.
C/O LAW OFFICES OF MAURO FIORE
ATTN MAURO FIORE
136 E. LEMON AVENUE
MONROVIA, CA 91016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.412**   **Nonpriority creditor's name and mailing address**

SEMLER BROSSY CONSULTING GROUP, LLC
11755 WILSHIRE BLVD., 10TH FLOOR
LOS ANGELES, CA 90025

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,206.25

---

**3.413**   **Nonpriority creditor's name and mailing address**

SETPIECE STRATEGIES LLC
686 S BRONSON AVE
LOS ANGELES, CA 90005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,612.90

---

**3.414**   **Nonpriority creditor's name and mailing address**

SEYFARTH SHAW LLP
233 S WACKER DRIVE, SUITE 8000
CHICAGO, IL 60606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$272,456.49

---

**3.415**   **Nonpriority creditor's name and mailing address**

SHAHIN PROPERTIES LLC
1622 BARRINGTON VIEW
STONE MOUNTAIN, GA 30087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,580.00

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.416** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $902,351.80

SHANGHAI BIRD TRADING CO LTD

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☒ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

SHARMA, VINAMRA
C/O BENDIT WEINSTOCK & K. RAJA BHATTACHARYA
80 MAIN STREET, SUITE 260
WEST ORANGE, NJ 07052

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

SHAVON ALEXANDER
ADDRESS ON FILE

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

9/12/2022

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,764.50

SHELBY FARMS PARK CONSERVANCY
6903 GREAT VIEW DR N
MEMPHIS, TN 38134

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45,505.65

SHI INTERNATIONAL CORP.
PO BOX 952121
DALLAS, TX 75395

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.421** **Nonpriority creditor's name and mailing address**
SHOOK, HARDY & BACON L.L.P.
2555 GRAND BOULEVARD
KANSAS CITY, MO  64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,352.40

---

**3.422** **Nonpriority creditor's name and mailing address**
SILVA, ANDREA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.423** **Nonpriority creditor's name and mailing address**
SIMON CONSULTING SERVICES
126 CATHEDRAL AVENUE
PROVIDENCE, RI  02908

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,000.00

---

**3.424** **Nonpriority creditor's name and mailing address**
SKINNY LABS, INC.
392 NE 191ST STREET
#20388
MIAMI, FL  33179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,980,000.00

---

**3.425** **Nonpriority creditor's name and mailing address**
SMART GROWTH AMERICA
1152 15TH STREET NW
WASHINGTON, DC  20005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $800.00 |
| --- | --- | --- | --- |

3.426 **Nonpriority creditor's name and mailing address**

SMITH FASTENER CO.
3100 MACCORKLE AVE SW
SOUTH CHARLESTON, WV 25303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$800.00

---

3.427 **Nonpriority creditor's name and mailing address**

SMITH, DESTINY
C/O MISSION PERSONAL INJURY LAWYERS
ATTN CASSANDRA E. GRIFFITH
2515 CAMINO DEL RIO SOUTH, SUITE 350
SAN DIEGO, CA 92108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.428 **Nonpriority creditor's name and mailing address**

SMITH, KEONNA
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.429 **Nonpriority creditor's name and mailing address**

SONARSOURCE SA
P.O. BOX 765 1215 GENEVA 15
GENEVA
SWITZERLAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,000.00

---

3.430 **Nonpriority creditor's name and mailing address**

SOUFAN, AYA
C/O CARPENTER, ZUCKERMAN & ROWLEY
ATTN SARK OHANIAN
8827 WEST OLYMPIC BOULEVARD
BEVERLY HILLS, CA 90211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.431**

**Nonpriority creditor's name and mailing address**

SPECTRA360
2 EMBARCADERO CENTER 8TH FLOOR
SAN FRANCISCO, CA 94111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,747.76

---

**3.432**

**Nonpriority creditor's name and mailing address**

SPITZ, ANNEMARIE
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA 90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.433**

**Nonpriority creditor's name and mailing address**

SPS COMMERCE, INC.
333 SOUTH 7TH STREET, STE. 1000
MINNEAPOLIS, MN 55402

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$668.00

---

**3.434**

**Nonpriority creditor's name and mailing address**

SQUIRE, TRACY
C/O OHARA LAW APC
ATTN KEVIN W. OHARA
1730 W CAMERON AVE., STE. 200
WEST COVINA, CA 91790

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.435**

**Nonpriority creditor's name and mailing address**

SSI (U.S.) INC.
353 N CLARK, SUITE 2400
CHICAGO, IL 60654

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,784.52

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 228 of 412

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.436** **Nonpriority creditor's name and mailing address**

STANLEY G. ALEXANDER, INC.
DBA ALEXANDER'S MOBILITY SERVICES
5 PETERS CANYON ROAD SUITE 150
IRVINE, CA  92606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,099.50

---

**3.437** **Nonpriority creditor's name and mailing address**

STATE AND FEDERAL COMMUNICATIONS, INC
80 SOUTH SUMMIT STREET.
SUITE 100
AKRON, OH  44308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,490.69

---

**3.438** **Nonpriority creditor's name and mailing address**

STRADLING, YOCCA, CARLSON & RAUTH, P.C.
660 NEWPORT CENTER DRIVE, SUITE 1600
NEWPORT BEACH, CA  92660

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,630,371.07

---

**3.439** **Nonpriority creditor's name and mailing address**

STRATEGIES 360, INC
1505 WESTLAKE AVE N
SEATTLE, WA  98109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.440** **Nonpriority creditor's name and mailing address**

STV INCORPORATED
205 WEST WELSH DR
DOUGLASSVILLE, PA  19518

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,463.71

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.441** | **Nonpriority creditor's name and mailing address**

SULLIVAN, DAVID
C/O DOWNTOWN L.A. LAW GROUP
ATTN EDWARD M. MORGAN
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.442** | **Nonpriority creditor's name and mailing address**

SUSTAIN CHARLOTTE INC
PO BOX 18201
CHARLOTTE, NC  28218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

**3.443** | **Nonpriority creditor's name and mailing address**

SWEASEY, ERIC
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.444** | **Nonpriority creditor's name and mailing address**

SYSTECH DISPLAYS, INC.
5130 MOSS LANE, GRANITE BAY,
GRANITE BAY, CA  95746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,171.13

---

**3.445** | **Nonpriority creditor's name and mailing address**

TAFFE, BARBARA
C/O DOWNTOWN L.A. LAW GROUP
601 N VERMONT AVE
LOS ANGELES, CA  90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.446**

**Nonpriority creditor's name and mailing address**

TAYLOR ELIZABETH GRYDER
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$288.80

---

**3.447**

**Nonpriority creditor's name and mailing address**

TELIT IOT SOLUTIONS INC.
5425 PAGE ROAD STE 120
DURHAM, NC  27703

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$285.00

---

**3.448**

**Nonpriority creditor's name and mailing address**

TEMPE CHAMBER OF COMMERCE
1438 W BROADWAY ROAD SUITE 213
TEMPE, AZ  85283

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,250.00

---

**3.449**

**Nonpriority creditor's name and mailing address**

TERPCONSULTING
7936 MONACO BAY COURT
LAS VEGAS, NV  89117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.450**

**Nonpriority creditor's name and mailing address**

THE BLUESHIRT GROUP
100 MONTGOMERY STREET, SUITE 1101
SAN FRANCISCO, CA  94104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,194.10

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.451**    **Nonpriority creditor's name and mailing address**

THE MILLER LAW FIRM, P.C.
950 W UNIVERSITY DR SUITE 300
ROCHESTER, MI  48307

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.452**    **Nonpriority creditor's name and mailing address**

THE OHIO STATE UNIVERSITY
CENTRAL SVC. BLG. ROOM 264
2003 MILLIKIN ROAD
COLUMBUS, OH  43210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,647.10

---

**3.453**    **Nonpriority creditor's name and mailing address**

THE SIEGFRIED GROUP, LLP
1201 N. MARKET STREET, SUITE 700
WILMINGTON, DE  19801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,251.25

---

**3.454**    **Nonpriority creditor's name and mailing address**

THE UNIVERSITY OF TENNESSEE
505 SUMMER PLACE
KNOXVILLE, TN  37902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,781.75

---

**3.455**    **Nonpriority creditor's name and mailing address**

THINK GLOBAL LOGISTICS PTY LTD
150 MILPERRA RD
REVESBY, NSW  2212
AUSTRALIA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,290.00

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.456**

**Nonpriority creditor's name and mailing address**
THOMSON REUTERS
610 OPPERMAN DRIVE
EAGAN, MN 55123

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,087.16

---

**3.457**

**Nonpriority creditor's name and mailing address**
TILLMAN, ROBIN
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.458**

**Nonpriority creditor's name and mailing address**
TIMOTHY LAU
ADDRESS ON FILE

**Date or dates debt was incurred**
8/3/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.459**

**Nonpriority creditor's name and mailing address**
TINDALL, PATRICK
C/O DOWNTOWN L.A. LAW GROUP
ATTN DANIEL AZIZI
601 N. VERMONT AVE.
LOS ANGELES, CA 90004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.460**

**Nonpriority creditor's name and mailing address**
TOP DOWN CPM
10353 DORSET LANE
WOODBURY, MN 55129

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,592.50

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | | Amount of claim |
|---|---|---|---|

**3.461**  **Nonpriority creditor's name and mailing address**

TOPPAN MERRILL LLC
1501 ENERGY PARK DRIVE
SAINT PAUL, MN  55108-5229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,309.35

---

**3.462**  **Nonpriority creditor's name and mailing address**

TOWN OF WINDSOR
9291 OLD REDWOOD HIGHWAY
WINDSOR, CA  95492-0100

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.25

---

**3.463**  **Nonpriority creditor's name and mailing address**

TRINH, JESSIE
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.464**  **Nonpriority creditor's name and mailing address**

TRI-SEARCH, LLC
4431 MARSEILLES STREET
SAN DIEGO, CA  92107

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.465**  **Nonpriority creditor's name and mailing address**

TROVE INFORMATION TECHNOLOGIES, INC
576 FOLSOM STREET
SAN FRANCISCO, CA  94105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,010.37

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.466 | **Nonpriority creditor's name and mailing address** <br><br> TRUSAIC <br> 520 SOUTH GRAND AVENUE, SUITE 200 <br> LOS ANGELES, CA 90071 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,678.06 |
|---|---|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** <br><br> TSUJI, NATASHA <br> C/O DOWNTOWN L.A. LAW GROUP <br> ATTN DANIEL AZIZI <br> 601 N. VERMONT AVE. <br> LOS ANGELES, CA 90064 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> LITIGATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNKNOWN |
| 3.468 | **Nonpriority creditor's name and mailing address** <br><br> TWILIO <br> DEPT LA 23938 <br> PASADENA, CA 91185 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $56.82 |
| 3.469 | **Nonpriority creditor's name and mailing address** <br><br> TYISKA, MONTRELL <br> C/O LAW OFFICES OF SCOTT MACKENZIE <br> ATTN DONALD SCOTT MACKENZIE <br> 11300 NORTH CENTRAL EXPRESSWAY SUITE 604 <br> DALLAS, TX 75243 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> LITIGATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNKNOWN |
| 3.470 | **Nonpriority creditor's name and mailing address** <br><br> UBER FREIGHT <br> 1515 3RD ST. <br> SAN FRANCISCO, CA 94158 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $77,272.66 |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
| --- | --- | ---: |

| 3.471 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSITY OF NEVADA, RENO<br>OFFICE OF CONTROLLER, MS 0124<br>RENO, NV  89557-0124<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,740.50 |
| 3.472 | **Nonpriority creditor's name and mailing address**<br><br>UPS<br>PO BOX 894820<br>LOS ANGELES, CA  90189-4820<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,483.85 |
| 3.473 | **Nonpriority creditor's name and mailing address**<br><br>URBAN, LORI<br>C/O ARIAS SANGUINETTI WANG TORRIJOS LLP<br>ATTN MIKE ARIAS<br>6701 CENTER DRIVE WEST, 14TH FLOOR<br>LOS ANGELES, CA  90045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>VACO LOS ANGELES, LLC<br>5410 MARYLAND WAY, SUITE 460<br>BRENTWOOD, TN  37027<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,347.70 |
| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>VALUE PARTNERS SOLUTIONS S.A.S.<br>ITAU CORPBANCA COLOMBIA S.A.<br>PISO 18 CARRERA 7 NO 99 - 53<br>BOGOTA  110221<br>COLOMBIA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,254.96 |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
|        | (Name)           |                        |          |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 236 of 412

| Part 2: | Additional Page |
|---------|-----------------|

|  | | | Amount of claim |
|---|---|---|---|

**3.476**

**Nonpriority creditor's name and mailing address**

VAN PELT, YI & JAMES LLP
1 1ST ST #12
LOS ALTOS, CA 94022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,031.80

---

**3.477**

**Nonpriority creditor's name and mailing address**

VELA INSURANCE SERVICES
PO BOX 639834
CINCINNATI, OH 45263-9834

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.478**

**Nonpriority creditor's name and mailing address**

VENABLE LLP
P.O. BOX 62727
BALTIMORE, MD 21264-2727

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,019.83

---

**3.479**

**Nonpriority creditor's name and mailing address**

VERIZON
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,335.03

---

**3.480**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
P.O. BOX 761
BEDMINSTER, NJ 07921

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,966.11

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.481** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $597.95
Check all that apply.

VIAVID BROADCASTING CORP.
118-998 HARBOURSIDE DRIVE NORTH
VANCOUVER, BC  V7P 3T2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,039.26
Check all that apply.

VISTRA
34 CROSBY DRIVE - SUITE 100
BEDFORD, MA  01730

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
Check all that apply.

VIZZINI, JOANNE
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.484** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,746.71
Check all that apply.

VMWARE INC
3401 HILLVIEW AVE
PALO ALTO, CA  94304

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.485** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $659,152.45
Check all that apply.

VODAFONE US INC.
DBA VODAFONE AMERICAS INC.
560 LEXINGTON AVE FL 9
NEW YORK, NY  10022

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.486**  **Nonpriority creditor's name and mailing address**

VODAFONE US INC.
ONE CALIFORNIA STREET 17TH FLOOR
SAN FRACISCO, CA  94111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.487**  **Nonpriority creditor's name and mailing address**

VOXPRO (TELUS)
VOXPRO HOUSE, RIVERVIEW BUSINESS PARK
BESSBORO ROAD CORK CH62 3RH CO.
CORK
IRELAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$434,947.60

---

**3.488**  **Nonpriority creditor's name and mailing address**

WALLACE, JAMES J.
C/O LAW OFFICES OF THOMAS M. DLACHENKO
ATTN THOMAS M. DLACHENKO
1916 3RD AVENUE
SAN DIEGO, CA  92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.489**  **Nonpriority creditor's name and mailing address**

WEST, DEBORAH
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.490**  **Nonpriority creditor's name and mailing address**

WICKHAM JAMES LC
1881 MAIN STREET, SUITE 301
KANSAS CITY, MO  64108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,000.00

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.491**

**Nonpriority creditor's name and mailing address**

WIEGERING, MARIA
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.492**

**Nonpriority creditor's name and mailing address**

WOLFE & WYMAN LLP
2301 DUPONT DRIVE, SUITE 300
IRVINE, CA  92612-7531

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $144,978.03

---

**3.493**

**Nonpriority creditor's name and mailing address**

WORD-TECH INC
5625 FOXRIDGE DR STE 110
MISSION, KS  66202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $8,212.90

---

**3.494**

**Nonpriority creditor's name and mailing address**

WORKIVA INC.
2900 UNIVERSITY BLVD.
AMES, IA  50010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $77,272.50

---

**3.495**

**Nonpriority creditor's name and mailing address**

WORKSHARE LIMITED (LITERA)
1 PRINCETON MEWS
167-169 LONDON ROAD
THAMES
UNITED KINGDOM

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $2,578.73

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------|

**3.496** **Nonpriority creditor's name and mailing address**

WRIGHT, BRENDA
C/O LAW OFFICES OF KEITH J STONE
ATTN KEITH J STONE
555 W BEACH ST, STE 210
SAN DIEGO, CA 92101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.497** **Nonpriority creditor's name and mailing address**

WU, XIAO YAN
C/O MCGEE, LERER & ASSOCIATES
ATTN DAN MCGEE & DEAN ORGRIN
11845 W. OLYMPIC BLVD., SUITE 645WW
LOS ANGELES, CA 90064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.498** **Nonpriority creditor's name and mailing address**

YONKERS DOWNTOWN WATERFRONT BID
15 MAIN ST
YONKERS, NY 10701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.499** **Nonpriority creditor's name and mailing address**

ZENDESK, INC.
DEPT CH 19895
PALATINE, IL 60055-9895

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$414,618.75

---

**3.500** **Nonpriority creditor's name and mailing address**

ZHEJIANG JINBANG SPORTS EQUIPMENT CO.,LTD
NO#36 JUXIAN ROAD
HUZHEN TOWN JINYUN
ZHEJIANG
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,790,199.05

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|--------|------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.501**

**Nonpriority creditor's name and mailing address**

ZHEJIANG OKAI VEHICLE CO., LTD.
NO. 9, XINXING RD.
XINBI TOWN
JINYUN COUNTY
ZHEJIANG  60256
CHINA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,650.00

---

**3.502**

**Nonpriority creditor's name and mailing address**

ZHU ZIWEI
C/O ARIAS SANGUINETTI WANG TORRIJOS LLP
ATTN MIKE ARIAS
6701 CENTER DRIVE WEST, 14TH FLOOR
LOS ANGELES, CA  90045

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.503**

**Nonpriority creditor's name and mailing address**

ZOBA, INC.
500 HARRISON AVE, SUITE 4R
BOSTON, MA  02118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,380,804.50

---

**3.504**

**Nonpriority creditor's name and mailing address**

ZOBA, INC.
C/O LOVETT OBRIEN LLP
ATTN JUSTIN P OBRIEN
125 HIGH ST, STE 2611
BOSTON, MA  02110

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.505**

**Nonpriority creditor's name and mailing address**

ZOOM VIDEO COMMUNICATION, INC.
55 ALMADEN BLVD
6TH FLOOR
SAN JOSE, CA  95113

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,997.50

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.506 | **Nonpriority creditor's name and mailing address**<br><br>ZURICH INSURANCE<br>4140 E STATE STREET<br>HERMITAGE, PA  16148<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,500.00 |
| 3.507 | **Nonpriority creditor's name and mailing address**<br><br>ZURICH NORTH AMERICA<br>3059 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,452.70 |
| 3.508 | **Nonpriority creditor's name and mailing address**<br><br>ZWILLGEN PLLC<br>1900 M STREET, N.W. SUITE 250<br>WASHINGTON, DC  20036<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213,722.87 |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

|      | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|---------------------------------------------------------------------------|------------------------------------------|
| 4.1  | ABBO, DUNYA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.4 | |
| 4.2  | ALFORD, BONITA<br>C/O LAW OFFICES OF PFLASTER & BERMAN<br>ATTN MARTIN R. BERMAN<br>5670 WILSHIRE BOULEVARD, SUITE 1300<br>LOS ANGELES, CA 90036 | Line 3.13 | |
| 4.3  | ALLEN, MICHAEL<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.14 | |
| 4.4  | ARDIAN, ERICA<br>C/O DOWNTOWN LA LAW GROUP<br>ATTN ANTHONY WERBIN, ESQ.<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA 90004 | Line 3.27 | |
| 4.5  | ASRAEL, JILL<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.30 | |
| 4.6  | ATWOOD, CHRISTOPHER<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.32 | |
| 4.7  | BEARDSLEE, LISA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.41 | |
| 4.8  | BITTINGER, HOLLY<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.69 | |
| 4.9  | CA-COLORADO CENTER, L.L.C.<br>C/O ALLEN MATKINS LECK GAMBLE MALLORY<br>ATTN TIMOTHY M HUTTER; JOSEPH L MCGEADY<br>ONE AMERICA PLZ; 600 W BROADWAY, 27TH FL<br>SAN DIEGO, CA 92101-0903 | Line 3.82 | |
| 4.10 | CAMPOSANO, CRYSTAL<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.87 | |
| 4.11 | CARDY, ROBYN<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.91 | |

Debtor   Bird Rides, Inc.                                        Case number (if known)   23-20515
         (Name)

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.12 | CASON, KALONJI<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.95 | |
| 4.13 | CHARTRAND, KIM<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.102 | |
| 4.14 | CONSTANTINESCU, MIRONA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.123 | |
| 4.15 | CULLEN, BEAU<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.130 | |
| 4.16 | DACEY, CHRISTOPHER<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.133 | |
| 4.17 | DODGE, DERICK<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.156 | |
| 4.18 | DURHAM, CLARINDA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.164 | |
| 4.19 | EVANGELOU, JASON<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.177 | |
| 4.20 | FAURA, BIANCA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.185 | |
| 4.21 | FICO, SYLVIA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.189 | |
| 4.22 | GLASPELL, JENNIFER<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.204 | |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** | | |
|---|---|---|---|
| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| 4.23 | GRAHAM, MICHAEL<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.208 | |
| 4.24 | HALEY, TYLER<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.216 | |
| 4.25 | HELMS, ELIZABETH<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.219 | |
| 4.26 | HUDSON, KIARA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.227 | |
| 4.27 | HURTADO, JORGE<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.228 | |
| 4.28 | JACKSON<br>C/O ALEXANDER KRAKOW & GLICK LLP<br>ATTN MICHAEL S. MORRISON<br>1900 AVENUE OF THE STARS, SUITE 900<br>LOS ANGELES, CA 90067 | Line 3.237 | |
| 4.29 | KAMRANY, FAHIN<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.249 | |
| 4.30 | KIM, YOUNGBEAN<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.253 | |
| 4.31 | KOZEL, ALEXANDRA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.257 | |
| 4.32 | LACROSSE, GRACE<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.260 | |
| 4.33 | LEE, PAUL<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.266 | |

| Debtor | Bird Rides, Inc. | Case number (if known) 23-20515 |
|---|---|---|
| | (Name) | |

| **Part 3:** | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.34 | LEMUS, CARLOS<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.268 | |
| 4.35 | LEONARD, KIMBERLY<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.269 | |
| 4.36 | LOVE, ASHLEY<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.285 | |
| 4.37 | MARTIN, HECTOR<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.298 | |
| 4.38 | MITCHELL, BRANDON<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.308 | |
| 4.39 | MULLIGAN, KIM<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.317 | |
| 4.40 | NELSON, BRANDON<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.325 | |
| 4.41 | NICHOLAS FRANK<br>C/O WUCETICH & KOROVILAS LLP<br>ATTN JASON M WUCETICH<br>222 N SEPULVEDA BLVD, STE 200<br>EL SEGUNDO, CA  90245 | Line 3.328 | |
| 4.42 | OLIVAS, TOMAS<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.335 | |
| 4.43 | OLSHEVSKI, BRIAN<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.336 | |
| 4.44 | PARY AL ZAHAWI<br>C/O THE TURLEY & MARA LAW FIRM<br>ATTN WILLIAM TURLEY<br>7428 TRADE ST<br>SAN DIEGO, CA  92121 | Line 3.348 | |

(Name)

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.45 | PAYNE, JOSEPH<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.352 | |
| 4.46 | PETERSEN, DAVID<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.358 | |
| 4.47 | RICE, RENEA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.381 | |
| 4.48 | ROBINSON, AKEEM<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.386 | |
| 4.49 | ROOZBEHANI, SAHRA<br>C/O PERDUE & KIDD<br>ATTN DONALD KIDD<br>777 POS OAK BLVD., SUITE 450<br>HOUSTON, TX  77056 | Line 3.388 | |
| 4.50 | RUBENSTEIN, PERRY<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.390 | |
| 4.51 | RUSSO, LAWRENCE<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.392 | |
| 4.52 | SCOGGIN, ALEXANDRA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.406 | |
| 4.53 | SILVA, ANDREA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.422 | |
| 4.54 | SPITZ, ANNEMARIE<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.432 | |
| 4.55 | TRINH, JESSIE<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA  90064 | Line 3.463 | |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims | | |
|---|---|---|---|
| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
| 4.56 | URBAN, LORI<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.473 | |
| 4.57 | VIZZINI, JOANNE<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.483 | |
| 4.58 | WEST, DEBORAH<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.489 | |
| 4.59 | WIEGERING, MARIA<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.491 | |
| 4.60 | WRIGHT, BRENDA<br>C/O SUNGLETON SCHREIBER LLP<br>ATTN BRETT J SCHREIBER<br>450 A ST, 5TH FL<br>SAN DIEGO, CA 92101 | Line 3.496 | |
| 4.61 | ZHU ZIWEI<br>C/O MCGEE, LERER & ASSOCIATES<br>ATTN DANIEL MCGEE<br>11300 W. OLYMPIC BLVD., SUITE 920<br>LOS ANGELES, CA 90064 | Line 3.502 | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $1,080,383.85 |
| 5b. | Total claims from Part 2 | 5b. + | $607,669,228.11 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $608,749,611.96 |

| Fill in this information to identify the case: |
|---|

| Debtor | Bird Rides, Inc. |
|---|---|

| United States Bankruptcy Court for the: | Southern District of Florida |
|---|---|

| Case number (if known) | 23-20515 |
|---|---|

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.    Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/8/2023 | 3 KINGS LONG CARE AND JUNK REMOVAL LLC 20845 PANAMA WARREN, MI  48091 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 6/18/2023 | 360 COMPANIES, THE 33 ARCH ST STE 1700 BOSTON, MA  02110 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/23/2022 | 406AUTO LLC 503 WESTSHORE DR BELGRADE, MT  59714 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE DTD 12/19/2017 AND ALL RELATED AMENDMENTS | 729 SEWARD LLC 1801 CENTURY PARK EAST SUITE 1560 LOS ANGELES, CA  90067 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/13/2020 | A&D CYCLE WORKS LLC<br>1881 VIRGINIA AVE<br>HARRISONBURG, VA 22802 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 5/19/2022 | ACTUM CA OPCO LLC<br>ATTN MANAGING PARTNER<br>9000 SUNSET BLVD, 3RD FL<br>WEST HOLLYWOOD, CA 90069 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES ORDER #260422873 DTD 2/12/2023 | ADOBE INC<br>345 PARK AVE<br>SAN JOSE, CA 95110-2704 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVESTMENT SUMMARY QUOTE #02-2018-143544.1 DTD 4/11/2018 RE: MSA EFF 4/5/2018 | ADP LLC<br>ONE ADP BLVD<br>ROSELAND, NJ 07068 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 4/11/2018 | ADP LLC<br>ONE ADP BLVD<br>ROSELAND, NJ 07068 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREMIUM FINANCE AGREEMENT-PROMISE OF REPAYMENT DTD 3/23/2022 | AFCO ACCEPTANCE CORPORATION<br>3111 CAMINO DEL RIO N, STE 1100<br>SAN DIEGO, CA 92108 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRONIC INVOICE DELIVERY CONSENT AGREEMENT DTD 3/23/2022 | AFCO INSURANCE PREMIUM FINANCE<br>4501 COLLEGE BLVD, STE 320<br>LEAWOOD, KS  66211 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-19827 DTD 5/3/2023 | AGILEBITS INC<br>D/B/A 1PASSWORD<br>ATTN CHIEF LEGAL OFFICER<br>4711 YONGE ST, 10TH FL<br>TORONTO, ON  M2N 6K8<br>CANADA |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/14/2023 | AHMAD AL-SHAMSSIE<br>ADDRESS ON FILE |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/19/2020 | AK MOBILITY LLC<br>3006 S GLEBE RD<br>ARLINGTON, VA  22206 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/12/2020 | ALAMO SCOOTER RENTALS LLC<br>103 WAYSIDE DRIVE<br>SAN ANTONIO, TX  78213 |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/4/2021 | ALEXS REPAIR SHOP LLC<br>1459 BONNIE RIDGE RD.<br>COLUMBUS, OH  43228 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 1/28/2021 | ALLEN & ASBERRY LLC<br>426 SOUTH 22ND STREET<br>LOUISVILLE, KY  40212 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 5/5/2020 | ALPHA FLEET MANAGEMENT INC.<br>13858 SHERMAN WAY<br>VAN NUYS, CA  91405 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OPPORTUNITY #OPP-2055433 DTD 4/14/2023 | ALTIUM INC<br>4225 EXECUTIVE SQ, STE 800<br>LA JOLLA, CA  92037 |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AWS PRIVATE PRICING ADDENDUM | AMAZON WEB SERVICES EMEA SARL<br>38 AVENUE JOHN F. KENNEDY<br>LUXEMBOURG  L-1855<br>LUXEMBOURG |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AWS CUSTOMER AGREEMENT | AMAZON WEB SERVICES INC<br>410 TERRY AVE N<br>SEATTLE, WA  98109-5210 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AWS PRIVATE PRICING ADDENDUM | AMAZON WEB SERVICES INC<br>410 TERRY AVE N<br>SEATTLE, WA  98109-5210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 9/20/2021 | ANDERSEN TAX LLC<br>1177 AVENUE OF THE AMERICAS, 18TH FL<br>NEW YORK, NY  10036 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 11/11/2021 | AP SCOOTERS L.L.C.<br>192 BRADFORD LAKE CIRCLE<br>JACKSONVILLE, FL  32218 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/17/2022 | ARC DESIGN DISTRIBUTION LLC<br>1425 BROADWAY 409<br>SEATTLE, WA  98122 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/10/2021 | ARGYLL LLC<br>1100 CINCINNATI ST.<br>LAFAYETTE, IN  47904 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSACTION PRIVILEGE TAX LICENSE | ARIZONA DEPARTMENT OF REVENUE<br>ATTN CUSTOMER CARE AND OUTREACH<br>PO BOX 29032<br>PHOENIX, AZ  85038-9032 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSACTION PRIVILEGE TAX LICENSE | ARIZONA DEPARTMENT OF TAX LICENSE<br>ATTN CUSTOMER CARE AND OUTREACH<br>PO BOX 29032<br>PHOENIX, AZ  85038-9032 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICANT INFORMATION FORM DTD 10/24/2022 | ARLINGTON COUNTY, VA<br>P.O. BOX 90231<br>ARLINGTON, TX  76004-3231 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICANT INFORMATION FORM DTD 10/24/2022 | ARLINGTON COUNTY, VA<br>P.O. BOX 90231<br>ARLINGTON, TX  76004-3231 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/22/2020 | ARLINGTON SCOOTERFLY LLC<br>1717 N CAMERON ST<br>ARLINGTON, VA  22207 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/29/2022 | AROUND TOWN SCOOTS<br>1215 LOGAN AVENUE<br>CHEYENNE, WY  82001 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ORDER DTD 12/22/2020 | AU10TIX LTD<br>5B HANAGAR ST<br>HOD-HASHARON  4527708<br>ISRAEL |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/1/2023 | AUGIES FIBERGLASS, INC<br>2839 NANSEN DR<br>MEDFORD, OR  97504 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | MOBILITY SERVICES AGREEMENT DTD 5/2/2020 | AUSTIN FURKINS ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | SUBLEASE AGREEMENT DTD 6/8/2021 AND FIRST AMENDMENT TO SUBLEASE AGREEMENT DTD 7/1/2023 | AUTOPART INTERNATIONAL INC 192 MANSFIELD AVE NORTON, MA 02766 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO TERMS & CONDITIONS DTD 2/15/2019 | AVALARA INC ATTN EVP & GENERAL COUNSEL 255 S KING ST, STE 1800 SEATTLE, WA 98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER DTD 7/7/2022 | AVALARA INC ATTN EVP & GENERAL COUNSEL 255 S KING ST, STE 1800 SEATTLE, WA 98104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | RENTAL AGREEMENT | AVIS BUDGET GROUP (BUDGET TRUCK RENTAL) 379 INTERPACE PARKWAY PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | MOBILITY SERVICES AGREEMENT DTD 5/15/2020 | AZBRI PRODUCTIONS 5004 PEARSON PLACE NASHVILLE, TN 37211 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/1/2022 | B & O TRANSPORTATION<br>113 CLARK AVENUE<br>SAINT CLAIRSVILLE, OH  43950 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/9/2023 | BAEZA ENTERPRISES LLC<br>1654 ACKERLY DR.<br>FORNEY, TX  75126 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DTD 7/19/2022 RE: CONSULTING AGREEMENT DTD 7/19/2022 | BALLARD PARTNERS INC<br>201 EAST PARK AVENUE 5TH FLOOR<br>TALLAHASSEE, FL  32301 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO SEPARATION AND RELEASE AGREEMENT DTD 8/1/2023 | BALTHROP, JUSTIN<br>ADDRESS ON FILE |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO ADVISOR AGREEMENT<br>AMENDS AGREEMENT DTD 8/1/2023 | BALTHROP, JUSTIN<br>ADDRESS ON FILE |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO ADVISOR AGREEMENT DTD 11/30/2023<br>AMENDS AGREEMENT DTD 8/1/2023 | BALTHROP, JUSTIN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION AND RELEASE AGREEMENT DTD 8/10/2023 | BALTHROP, JUSTIN<br>ADDRESS ON FILE |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/23/2020 | BAM RENTALS LLC<br>1137 N ARDMORE AVE 2<br>LOS ANGELES, CA 90029 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/29/2022 | BAMROC LLC<br>812 E MARINE VIEW DR<br>EVERETT, WA 98201 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/14/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BARASH, NATHAN<br>ADDRESS ON FILE |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 12/2/2021 | BARR CERTIFICATIONS LLC<br>5647 SUWANEE RD<br>FAIRWAY, KS 66205 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/16/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BARR, DONALD<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 4/19/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BATCHELOR, MICHAEL ADDRESS ON FILE |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DTD 1/1/2022 | BENCHMARK STRATEGIES LLC ATTN PRESIDENT ONE BOSTON PL, 26TH FL BOSTON, MA 02108 |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 5/21/2021 | BENNETT LLC 1007 BYRON AVE WATERLOO, IA 50702 |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 11/9/2023 AND AMENDMENT DTD 12/19/2023 | BERGER SINGERMAN LLP 201 EAST LAS OLAS BOULEVARD SUITE 1500 FORT LAUDERDALE, FL 33301 |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 1/22/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BERKOVICH, MICHAEL ADDRESS ON FILE |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT DTD 5/1/2023 | BERLINROSEN LLC 15 MAIDEN LN, STE 1600 NEW YORK, NY 10038 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/25/2021 | BETTER BIDDER AUCTION DEPOT LLC<br>3414 S 22ND ST<br>ST JOSEPH, MO 64503 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/5/2023 | BETTER ON BIKES LLC<br>4375 LAKE STREET<br>ADDISON, VT 05491 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADMINISTRATIVE SERVICES AGREEMENT DTD 1/30/2019 | BETTERMENT FOR BUSINESS LLC<br>61 W 23RD ST, 4TH FL<br>NEW YORK, NY 10010 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIDE LETTER RELATING TO PROVISION OF ADDITIONAL ADVISORY SERVICES DTD 1/30/2019 | BETTERMENT LLC<br>8 W. 24TH STREET, 6TH FLOOR<br>NEW YORK, NY 10010 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 10/1/2021 | BGT STRATEGIES LLC<br>ATTN MANAGING DIR<br>1500 PECOS ST, UNIT 4<br>DALLAS, TX 75204 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/30/2023 | BIERLY LITMAN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/22/2020 | BIG YEAR LLC <br> 3320 ROCK CREEK RUN <br> SAN ANTONIO, TX 78230 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/21/2021 | BIRD BIG RAPIDS LLC <br> 302 S STEWART AVE <br> BIG RAPIDS, MI 49307 |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/13/2021 | BIRD DOGG SCOOTERS LLC <br> 2121 RHEINHARDT AVE <br> EVANSVILLE, IN 47714 |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/8/2023 | BIRD <br> 17054 WILLIAM HARRIS LANE <br> ROCKVILLE, VA 23146 |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 1/22/2021 | BL SCOOT LLC <br> 2206 S RITTER AVE <br> INDIANAPOLIS, IN 46203 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/28/2022 | BLACK ENTERPRISE <br> 2806 NORTH BLACK CAT ROAD <br> KUNA, ID 83634 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/12/2023 | BLAINE MCDANIELS DBA BLIZZ LLC<br>1945 W CHOCTAW DR<br>LONDON, OH 43140 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/2/2022 | BLAKEES ENTERPRISES LLC<br>782 HANSEN AVE 1<br>IDAHO FALLS, ID 83402 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/19/2022 | BLUUU LLC<br>5622 CANTERBURY DR<br>CULVER CITY, CA 90230 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WAREHOUSE SERVICES AGREEMENT DTD 8/1/2022 | BMA TRUCKING SERVICES INC<br>1441 132ND ST<br>GARDENA, CA 90249 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WAREHOUSE SERVICES AGREEMENT DTD 8/1/2022 | BMA TRUCKING SERVICES INC<br>1639 ROSECRANS AVE<br>GARDENA, CA 90249 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/9/2023 | BOB HAMLIN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/18/2022 | BOBCAT SCOOTERS LLC<br>94 COLUMBUS RD 8C<br>ATHENS, OH  45701 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/23/2022 | BOLEY'S ROLLIES LLC<br>722 E LOCUST ST<br>GOODWELL, OK  73939 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/7/2020 | BONUS-N-BEAUTY RIDES LLC<br>5590 WAGON ROAD GAP<br>MEMPHIS, TN  38134 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/31/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BORGE, MANUEL<br>ADDRESS ON FILE |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE | BOZEMAN COMMUNITY DEVELOPMENT<br>20 E OLIVE ST<br>PO BOX 1230<br>BOZEMAN, MT  59771-1230 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/27/2022 | BRADSHER, CLARENCE<br>ADDRESS ON FILE |

Debtor    Bird Rides, Inc.
(Name)

Case number (if known)  23-20515

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/23/2021 | BRANDON KUCKSDORF LLC<br>2740 PACKERLAND DR<br>STE A<br>GREEN BAY, WI 54313 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM ID #OF-007816 | BRAZE INC<br>ATTN VP, REVENUE OPS<br>330 W 34TH ST, 18TH FL<br>NEW YORK, NY 10001 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATIONS PARTNER PILOT AGREEMENT DTD 6/14/2023 | BRIAN RIGGS DBA D&D ENTERPRISE LLC<br>5570 STERRETT PL 201<br>COLUMBIA, MD 21044 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/19/2023 | BRITAIN POTTER<br>ADDRESS ON FILE |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO PLATFORM TECHNOLOGY AND SERVICES AGREEMENT<br>AMENDS AGREEMENT DTD 11/30/2020 | BRJ INC<br>3 CHOME-3-1-19 EBISUMINAMI<br>SHIBUYA CITY<br>150-0022<br>TOKYO<br>JAPAN |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE DTD 8/18/2023 | BROCKETT REALTY II, L.P.<br>155 CADILLAC DRIVE<br>SUITE 100<br>SACRAMENTO, CA 95825 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/15/2021 | BROWNIFY LLC<br>1779 MEADOW LN SW<br>ATLANTA, GA 30315 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVISOR AGREEMENT LETTER DTD 2/3/2023 | BUCCELLA, BRIAN<br>ADDRESS ON FILE |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREFERRED SUPPLIER AGREEMENT 2021 | BUDGET TRUCK RENTAL<br>PO BOX 932906<br>CLEVELAND, OH 44193 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/21/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BUNGAY, ELAINE<br>ADDRESS ON FILE |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/27/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BURLINGAME, KORI<br>ADDRESS ON FILE |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/20/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BUSTAMANTE, EMILY<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 7/26/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BUSTAMANTE, EMILY <br> ADDRESS ON FILE |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/24/2021 | BUTCH PEARSON <br> ADDRESS ON FILE |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/16/2021 | BUTMAN IMPROVEMENTS <br> 2514 BROOKSIDE CT. <br> COLUMBIA, MO 65201 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEGAL SERVICES AGREEMENT DTD 10/10/2023 | BUTY & CURLIANO LLP <br> 516 16TH ST <br> OAKLAND, CA 94612 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/21/2023 | BUY TO BYE LLC <br> 1025 W. KEATING AVE. <br> MESA, AZ 85210 |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 9/18/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | BYERS, DEBRA <br> ADDRESS ON FILE |

Debtor    Bird Rides, Inc.

(Name)

Case number (if known) 23-20515

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/28/2023 | C&H COMPANY<br>312 21ST ST W<br>CHARLESTON, WV  25387 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT & RELEASE RE: OFFICE LEASE DTD 7/20/2018 | CA-COLORADO CENTER LLC<br>800 BOYLSTON ST.<br>STE 1900<br>BOSTON, MA  02199 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #40126907 DTD 8/17/2021 | CALIFORNIA STATE UNIVERSITY TRUSTEES<br>SAN DIEGO STATE UNIVERISITY<br>ATTN VP, BFA & CFO<br>5500 CAMPANILE DR<br>SAN DIEGO, CA  92182-1616 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/11/2022 | CARRICH GROUP LLC<br>1515 BELMONT AVE<br>SEATTLE, WA  98122 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/15/2017 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CAVANAGH, SEAN<br>ADDRESS ON FILE |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/6/2021 | CB SERVICES LLC<br>108 FORREST PARK ROAD<br>MADISON, TN  37115 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/10/2021 | CD HARRINGTON LLC<br>924 SOUTH 2275 WEST<br>REXBURG, ID  83440 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTE #Q-33071 | CELIGO INC<br>ATTN TERMS OF SERVICES NOTICES<br>3 LAGOON DR, STE 130<br>REDWOOD CITY, CA  94065 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME ASSOCIATE QUALITY ENGINEER DTD 8/2/2019<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CERVANTES, LUIGI<br>ADDRESS ON FILE |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/3/2023 | CHAIR CITY SERVICES<br>199 BLOSSOM STREET<br>FITCHBURG, MA  01420 |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE DTD 4/27/2023 | CHARLES C BELL FAMILY LTD PARTNERSHIP<br>50 OLD COURTHOUSE SQ STE. 608<br>SANTA ROSA, CA  95404 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/9/2021 | CHARLIE COMPANY LLC<br>509 1ST AVE NO<br>GREAT FALLS, MT  59401 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/24/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CHAVARRO, MELISSA<br>ADDRESS ON FILE |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/1/2023 | CHEPES GROUP LLC<br>1708 WINDMIRE DR<br>MESQUITE, TX  75181 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/15/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CHIFOR, BOGDAN<br>ADDRESS ON FILE |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DATA PRIVACY ADDENDUM | CHIVA SCOOTER PANAMA SA<br>ATTN MOISES HASKY<br>CALLE 56 Y 67 OBARRIO<br>SORTIS BUSINESS TOWER FL 11, OFFICE 11<br>PANAMA<br>PANAMA |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 10/23/2019 | CHIVA SCOOTER PANAMA SA<br>ATTN MOISES HASKY<br>CALLE 56 Y 67 OBARRIO<br>SORTIS BUSINESS TOWER FL 11, OFFICE 11<br>PANAMA<br>PANAMA |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATFORM TECHNOLOGY AND SERVICES AGREEMENT | CHIVA SCOOTER PANAMA SA<br>ATTN MOISES HASKY<br>CALLE 56 Y 67 OBARRIO<br>SORTIS BUSINESS TOWER FL 11, OFFICE 11<br>PANAMA<br>PANAMA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT DTD 10/22/2019 | CHIVA SCOOTER PANAMA SA<br>ATTN MOISES HASKY<br>CALLE 56 Y 67 OBARRIO<br>SORTIS BUSINESS TOWER FL 11, OFFICE 11<br>PANAMA<br>PANAMA |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS REQUIREMENTS DOCUMENT - FML POLICY #FML 609716 | CIGNA LEAVE SOLUTIONS<br>P.O. BOX 709015<br>DALLAS, TX 75370-9015 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER & BICYCLE SHARING PERMITG APPLICATION & PERMIT AGREEMENT | CITY OF ABILENE, TX<br>555 WALNUT ST<br>ABILENE, TX 79601 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF ALBERT LEA, MN<br>221 E. CLARK STREET<br>ALBERT LEA, MN 56007 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY BUSINESS PERMIT APPLICATION DTD 3/20/2023 | CITY OF ALEXANDRIA, VA<br>TRANSPORTATION & ENVIRONMENTAL SVCS DEPT<br>421 KING ST, #235<br>ALEXANDRIA, VA 22314 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICROMOBILITY BUSINESS PERMIT APPLICATION FORM | CITY OF ALEXANDRIA, VA<br>TRANSPORTATION & ENVIRONMENTAL SVCS DEPT<br>421 KING ST, #235<br>ALEXANDRIA, VA 22314 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | RIGHT-OF-WAY AGREEMENT/TERMS AND LIMITATIONS | CITY OF ALLIANCE, NE 324 LARAMIE AVENUE P.O. BOX D ALLIANCE, NE 69301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS AND PROFESSIONAL LICENSE NO 2012700 | CITY OF ANDERSON 120 E. EIGHTH ST. ANDERSON, IN 46016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | MUNICIPAL BUSINESS LICENSE NO 005920 | CITY OF ANDERSON 120 E. EIGHTH ST. ANDERSON, IN 46016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | BID REQUEST - TRANSPORTATION SERVICES SHARED MICRO-MOBILITY PROGRAM | CITY OF ANNAPOLIS, MD CENTRAL PURCHASING ATTN PROCUREMENT OFFICER 161 DUKE OF GLOUCESTER ST, 1ST FL ANNAPOLIS, MD 21401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | CITY OF APPLETON, WI ATTN DIR OF APPLETON DEPT OF PUBLIC WORKS 100 N APPLETON ST APPLETON, WI 54911-4799 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | PERMIT NO MBL23-00001 | CITY OF ARVADA 8101 RALSTON ROAD ARVADA, CO 80002 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR SHARED ACTIVE TRANSPORTATION PERMIT | CITY OF ATHENS, OH<br>8 EAST WASHINGTON STREET<br>ATHENS, OH  45701 |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR SHARED ACTIVE TRANSPORTATION PERMIT #RENEWAL MV22-000001 | CITY OF ATHENS, OH<br>8 EAST WASHINGTON STREET<br>ATHENS, OH  45701 |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADMINISTRATIVE REGULATIONS FOR SHAREABLE DOCKLESS MOBILITY DEVICES 2021 ANNUAL PERMIT HOLDERS DTD 7/1/2021 | CITY OF ATLANTA, GA<br>DEPT OF TRANSPORTATION<br>55 TRINITY AVE SW, STE 1350<br>ATLANTA, GA  30303 |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OCCUPATION TAX REGISTRATION CERTIFICATE LICENSE NO LGB-183492-2020 | CITY OF ATLANTA, GA<br>DEPT OF TRANSPORTATION<br>55 TRINITY AVE SW, STE 1350<br>ATLANTA, GA  30303 |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHAREABLE DOCKLESS MOBILITY DEVICE 2022 ANNUAL PERMIT | CITY OF ATLANTA, GA<br>DEPT OF TRANSPORTATION<br>55 TRINITY AVE SW, STE 1350<br>ATLANTA, GA  30303 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHAREABLE DOCKLESS MOBILITY DEVICE INVOICE DTD 7/1/2023 | CITY OF ATLANTA, GA<br>DEPT OF TRANSPORTATION<br>55 TRINITY AVE SW, STE 1350<br>ATLANTA, GA  30303 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICIAL APPROVAL LETTER, SMRT | CITY OF AUSTIN<br>ATTN VAN PHAM<br>901 S MOPAC EXPW , STE 300<br>BARTON OAKS PLAZA 5<br>AUSTIN, TX  78746 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCLESS MOBILITY LICENSE | CITY OF AUSTIN, TX<br>GROUND TRANSPORTATION OFFICE<br>ATTN MOBILITY SVCS DIV MANAGER<br>1111 RIO GRANDE ST<br>AUSTIN, TX  78701 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER RE: ENCROACHMENT PERMIT #20-30000039 DTD 3/31/2023 | CITY OF BAKERSFIELD, CA<br>PUBLIC WORKS DEPT<br>1501 TRUXTUN AVE<br>BAKERSFIELD, CA  93301 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR DEPLOYMENT OF SCOOTER SHARING SYSTEMS | CITY OF BAY CITY, MI<br>ATTN CITY MANAGER<br>301 WASHINGTON AVE, STE 309<br>BAY CITY, MI  48708-5866 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ELECTRIC SCOOTER SHARING SYSTEM AGREEMENT | CITY OF BAY CITY, MI<br>ATTN DANA MUSCOTT, CITY MGR<br>301 WASHINGTON AVE, STE 309<br>BAY CITY, MI  48708 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR DEPLOYMENT OF SCOOTER SHARING SYSTEMS | CITY OF BAY CITY, MI<br>CITY CLERK'S OFFICE<br>301 WASHINGTON AVE<br>BAY CITY, MI  48708-5866 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS REGISTRATION LICENSE NO LCBR202201020 DTD 5/4/2023 | CITY OF BEND, OR<br>LICENSING PROGRAMS<br>PO BOX 431<br>BEND, OR  97709 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF BISMARK, ND<br>221 N 5TH ST<br>BISMARK, ND  58501 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED-USE MOTORIZED SCOOTER & BIKE OPERATOR LICENSE APPLICATION DTD 7/19/2023 | CITY OF BLOOMINGTON, IN<br>ATTN CORPORATE COUNSEL<br>401 N MORTON ST<br>BLOOMINGTON, IN  47404 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS OF OPERATIONS FOR SHARED MICROMOBILITY OPERATORS | CITY OF BOZEMAN<br>121 N ROUSE AVE, STE 201<br>BOZEMAN, MT  59715 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGEMENT E SCOOTER PILOT PROGRAM | CITY OF BRAMPTON, ONTARIO<br>2 WELLINGTON ST W<br>BRAMPTON, ON  L6Y 4R2<br>CANADA |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CITY OF BRIGHTON BUSINESS LICENSE NO 108177 DTD 5/31/2022 | CITY OF BRIGHTON<br>500 S. 4TH AVEN UE<br>BRIGHTON, CO  80601 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | ENCUMBERANCE PERMIT & LICENSE AGREEMENT | CITY OF BURLINGTON, VT DEPT OF PUBLIC WORKS 645 PINE ST, STE A PO BOX 849 BURLINGTON, VA 05402-0849 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DTD 5/16/2022 | CITY OF CALDWELL, ID 411 BLAINE ST CALDWELL, ID 83605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST EXTENSION AMENDMENT TO INTERIM OPERATING AGREEMENT DTD 2/13/2023 AMENDS AGREEMENT DTD 5/16/2022 | CITY OF CALDWELL, ID 411 BLAINE ST CALDWELL, ID 83605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | RESOLUTION #198-22 DTD 5/16/2022 | CITY OF CALDWELL, ID 411 BLAINE ST CALDWELL, ID 83605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | RESOLUTION #22-23 DTD 2/7/2023 RE: AGREEMENT DTD 5/16/2022 | CITY OF CALDWELL, ID 411 BLAINE ST CALDWELL, ID 83605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | 1ST EXTENSION AMENDMENT TO INTERIM OPERATING AGREEMENT AMENDS AGREEMENT DTD 5/16/2022 AUTHORIZED BY RES NO. 22-23 | CITY OF CALDWELL, ID ATTN MAYOR 411 BLAINE ST CALDWELL, ID 83605 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERIM OPERATING AGREEMENT AUTHORIZED BY RES NO. 198-22 | CITY OF CALDWELL, ID<br>ATTN MAYOR<br>411 BLAINE ST<br>CALDWELL, ID  83605 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPENDIX C TO THE ELECTRIC SCOOTER PERMIT APPLICATION DTD 3/25/2021 | CITY OF CALGARY<br>PO BOX 2100<br>STATION M<br>CALGARY, AB  T2P 2M5<br>CANADA |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF CANTON, OH<br>218 CLEVELAND AVE SW<br>CANTON, OH  44702 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF CANTON, OH<br>218 CLEVELAND AVE SW<br>CANTON, OH  44702 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS SCOOTER APPLICATION | CITY OF CASPER, WY<br>CITY CLERK'S OFFICE<br>200 N DAVID ST<br>CASPER, WY  82601-1862 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS REGISTRATION LICENSE DTD 12/5/2023 | CITY OF CHANDLER, AZ<br>TAX & LICENSE DIVISION<br>MAIL STOP 701, PO BOX 4008<br>CHANDLER, AZ  85244-4008 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | E SCOOTER SHARED USE MOBILITY SYSTEM PERMIT DTD 3/31/2023 | CITY OF CHARLOTTE<br>600 EAST 4TH STREET<br>CHARLOTTE, NC  28202 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE/PERMIT | CITY OF CHEYENNE, WY<br>OFFICE OF CITY CLERK<br>2101 O'NEIL AVE, RM 101<br>CHEYENNE, WY  82001 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE AGREEMENT | CITY OF CINCINNATI, OH<br>ATTN CITY MANAGER<br>CITY HALL<br>801 PLUM ST<br>CINCINNATI, OH  45220 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE AGREEMENT | CITY OF CINCINNATI, OH<br>ATTN CITY SOLICITOR'S OFFICE<br>CITY HALL, STE 214<br>801 PLUM ST<br>CINCINNATI, OH  45220 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MOBILITY DEVICES AND BICYCLE PERMIT NO 2022-02 | CITY OF CLEVELAND, OH<br>MAYORS OFFICE OF CAPITAL PROJECTS<br>ENGINEERING AND CONSTRUCTION<br>601 LAKESIDE AVE, RM 518<br>CLEVELAND, OH  44114 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE NO B-1004157 | CITY OF COACHELLA<br>53990 ENTERPRISE WAY<br>COACHELLA, CA  92236 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE CERTIFICATE NO BL007012 | CITY OF COLUMBIA, MO<br>701 E BROADWAY<br>COLUMBIA, MO 65201 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION | CITY OF COLUMBIA, MO<br>701 E BROADWAY<br>COLUMBIA, MO 65201 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION | CITY OF COLUMBIA, MO<br>ATTN CITY COUNSELOR<br>PO BOX 6015<br>COLUMBIA, MO 65205-6015 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION | CITY OF COLUMBIA, MO<br>ATTN CITY MANAGER<br>PO BOX 6015<br>COLUMBIA, MO 65205-6015 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 904 LEASE FOR SHARED MOBILITY DEVICES | CITY OF COLUMBUS, OH<br>ATTN SCOTT TOURVILLE, ADMINISTRATOR<br>DIVISION OF INFRASTRUCTURE MANAGEMENT<br>111 N FRONT ST, 5TH FL<br>COLUMBUS, OH 43215 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 904 LEASE FOR SHARED MOBILITY DEVICES | CITY OF COLUMBUS, OH<br>C/O CHIEF REAL ESTATE ATTORNEY<br>ATTN DEPARTMENT OF LAW, REAL ESTATE DIV<br>77 N FRONT ST, 4TH FL<br>COLUMBUS, OH 43215 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | LOCAL BUSINESS TAX RECEIPT CUST NO 237184 | CITY OF CORAL GABLES, FL 405 BILTMORE WAY. CORAL GABLES, FL 33134 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS TAX CERTIFICATE ACCOUNT NO 08714206 | CITY OF CULVER CITY BUSINESS TAX SUPPORT CENTER 8839 N CEDAR AVE, #212 FRESNO, CA 93720 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCKLESS SHARED MICROMOBILITY PILOT PROGRAM OPERATING AGREEMENT | CITY OF CULVER CITY, CA ATTN CHIEF TRANSPORTATION OFFICER 4343 DUQUESNE AVE CULVER CITY, CA 90232 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | 2022-2023 SHARED DOCKLESS VEHICLE PROGRAM OPERATING AUTHORITY PERMIT APPLICATION | CITY OF DALLAS ATTN HEATHER MURPHY DEPARTMENT OF TRANSPORTATION, L1BS1 500 MARILLA ST DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENSION AMENDMENT TO MEMORANDUM OF UNDERSTANDING DTD 6/9/2023 AMENDS MEMORANDUM DTD 4/29/2022 | CITY OF DUBLIN, OH 5555 PERIMETER DR. DUBLIN, OH 43017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENSION AMENDMENT TO MEMORANDUM OF UNDERSTANDING DTD 6/9/2023 AMENDS MEMORANDUM DTD 4/29/2022 | CITY OF DUBLIN, OH 5555 PERIMETER DR. DUBLIN, OH 43017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE #5 | CITY OF DULUTH, MN<br>ATTN CITY CLERK<br>411 W 1ST ST, RM 318<br>DULUTH, MN 55802 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE MOBILITY SYSTEMS LICENSE APPLICATION | CITY OF DULUTH, MN<br>ATTN CITY CLERK<br>411 W 1ST ST, RM 318<br>DULUTH, MN 55802 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE MOBILITY SYSTEMS LICENSE APPLICATION | CITY OF DULUTH, MN<br>ATTN CITY CLERK<br>411 W 1ST ST, RM 318<br>DULUTH, MN 55802 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE TRANSPORTATION SYSTEM PERMIT 2023-2024 | CITY OF DURHAM<br>ATTN: EVAN TENENBAUM<br>101 CITY HALL PLAZA, 4TH FLOOR<br>TRANSPORTATION DEPARTMENT<br>DURHAM, NC 27701 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE DTD 7/7/2023 | CITY OF EAST LANSING<br>410 ABBOT RD RM 109<br>EAST LANSING, MI 48823 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF EASTPOINTE<br>23200 GRATIOT AVE<br>EASTPOINTE, MI 48021 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF EASTPOINTE<br>23200 GRATIOT AVE<br>EASTPOINTE, MI  48021 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING: STAND UP ELECTRIC SCOOTER SHARING IN EASTPOINTE | CITY OF EASTPOINTE<br>23200 GRATIOT AVE<br>EASTPOINTE, MI  48021 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING: STAND-UP ELECTRIC SCOOTER SHARING | CITY OF EASTPOINTE<br>23200 GRATIOT AVE<br>EASTPOINTE, MI  48021 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE OF OCCUPATION FOR ACTIVE TRANSPORTATION VEHICLE SHARE 2022-2023 | CITY OF EDMONTON, ALBERTA<br>PARKS AND ROADS SERVICES, CITY OPERATIONS<br>ATTN MGR, RIGHT OF WAY MANAGEMENT<br>EDMONTON TWR, 10111 104 AVE, 16TH FL<br>EDMONTON, AB  T5J 0J4<br>CANADA |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF EMPORIA, KS<br>522 MECHANIC ST<br>EMPORIA, KS  66801 |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER REGARDING APPROVAL OF E-SCOOTER LICENSE APPLICATION AND CONTINUING OBLIGATIONS OF LICENSE | CITY OF EVANSVILLE<br>C/O OFFICE OF THE CITY CONTROLLER<br>CIVIC CTR COMPLEX<br>1 NW MARTIN LUTHER KING JR BLVD, RM 300<br>EVANSVILLE, IN  47708 |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRAFFIC STREET USE PERMIT DTD 5/5/2022<br>RE: SCOTTER SHARE PROGRAM AGREEMENT DTD 5/15/2022 | CITY OF EVERETT, OK<br>PUBLIC WORKS DEPT<br>3200 CEDAR ST<br>EVERETT, WA  98201 |
|---|---|---|---|
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER SHARE PROGRAM DTD 5/15/2022 | CITY OF EVERETT, WA<br>C/O CITY OF EVERETT PUBLIC WORKS<br>ATTN CITY TRAFFIC ENGINEER<br>3200 CEDAR<br>EVERETT, WA  98201 |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRAFFIC STREET USE PERMIT #TSU2205-002 DTD 5/5/2022<br>RE: SCOOTER SHARE PROGRAM AGREEMENT DTD 5/15/2022 | CITY OF EVERETT, WA<br>CITY OF EVERETT PUBLIC WORKS DEPT<br>3200 CEDAR ST<br>EVERETT, WA  98201 |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER SHARE PROGRAM DTD 5/15/2022 | CITY OF EVERETT, WA<br>CITY OF EVERETT PUBLIC WORKS<br>ATTN CITY TRAFFIC ENGINEER<br>3200 CEDAR<br>EVERETT, WA  98201 |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2023 BUSINESS LICENSE NO 902082 | CITY OF FAIRFAX, VA<br>ATTN WILLIAM PAGE JOHNSON II, REVENUE COMMISSIONER<br>CITY HALL, RM 224<br>10455 ARMSTRONG ST<br>FAIRFAX, VA  22030 |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MOBILITY DEVICE PILOT PROGRAM EXTENSION MEMORANDUM OF AGREEMENT | CITY OF FAIRFAX, VA<br>PUBLIC WORKS DEPT/ADMIN & ENGINEERING DIV<br>10455 ARMSTRONG ST, RM 200<br>FAIRFAX, VA  22030-3630 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 7/12/2022 | CITY OF FARIBAULT, MN <br> 208 1ST AVE NW <br> FARIBAULT, MN 55021 |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF FORT DODGE, IA <br> 819 1ST AVE S <br> FORT DODGE, IA 50501 |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 8/15/2022 | CITY OF FULTON, NY <br> ATTN DEANA M MICHAELS, MAYOR <br> 141 S 1ST ST <br> FULTON, NY 13069 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MICRO MOBILITY PERMIT #MM-2022-001 | CITY OF GAINESVILLE <br> BOX 490 STATION 47 <br> GAINESVILLE, FL 32627-0490 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF GARDNER, MA <br> 95 PLEASANT ST <br> GARDNER, MA 01440 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BL-SHARED MOBILITY LICENSE NO 4830 | CITY OF GOODYEAR, AZ <br> 1900 N CIVIC SQ <br> GOODYEAR, AZ 85395 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CERTIFICATE OF LICENSE | CITY OF GRAND FORKS, ND<br>1015 N 43RD ST<br>GRAND FORKS, ND 58203 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT AGREEMENT DTD 4/19/2023 | CITY OF GRAND JUNCTION, CO<br>250 NORTH 5TH STREET<br>GRAND JUNCTION, CO 81501 |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES/USE TAX LICENSE-ACCOUNT #13593 | CITY OF GRAND JUNCTION, CO<br>250 NORTH 5TH STREET<br>GRAND JUNCTION, CO 81501 |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF GREAT FALLS<br>2 PARK DRIVE SOUTH, ROOM 204<br>GREAT FALLS, MT 59403 |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF GREAT FALLS<br>2 PARK DRIVE SOUTH, ROOM 204<br>GREAT FALLS, MT 59403 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF GREEN BAY, WI<br>ATTN RISK MANAGEMENT<br>100 N JEFFERSON ST<br>GREEN BAY, WI 54301 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING | CITY OF GREEN BAY, WI<br>CITY OF GREEN BAY CLERK<br>100 N JEFFERSON ST<br>GREEN BAY, WI 54301 |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING | CITY OF GREEN BAY, WI<br>DIRECTOR OF PUBLIC WORKS<br>100 N JEFFERSON ST<br>GREEN BAY, WI 54301 |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EXTENSION AMENDMENT TO INTERIM OPERATING AGREEMENT DTD 10/28/2022<br>AMENDS AGREEMENT DTD 11/9/2021 | CITY OF GUYMON, OK<br>424 N MAIN ST<br>GUYMON, OK 73942 |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PERMIT | CITY OF GUYMON, OK<br>424 N MAIN ST<br>GUYMON, OK 73942 |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROMOBILITY SYSTEMS SUPPLY AGREEMENT DTD 1/21/2023 | CITY OF HAMILTON, ONTARIO<br>ATTN OFFICE OF THE CITY CLERK<br>71 MAIN ST W<br>HAMILTON, ON L8P 4Y5<br>CANADA |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICROMOBILITY SYSTEMS SUPPLY AGREEMENT DTD 1/21/2023 | CITY OF HAMILTON, ONTARIO<br>ATTN PROGRAM MANAGER SUSTAINABLE MOBILITY<br>100 KING ST W, 9TH FL<br>HAMILTON, ON L8P 1A2<br>CANADA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2023 BUSINESS, PROFESSIONAL & OCCUPATIONAL LICENSE | CITY OF HARRISONBURG, VA<br>409 S MAIN ST<br>HARRISONBURG, VA  22801 |
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE CERTIFICATE DTD 10/5/2023 | CITY OF HEALDSBURG, CA<br>401 GROVE ST<br>HEALDSBURG, CA  95448 |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CHAPTER 8 E-BIKES AND E-SCOOTERS | CITY OF IDAHO FALLS<br>680 PARK AVENUE<br>IDAHO FALLS, ID  83402 |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CITY LICENSE DTD 4/5/2022 | CITY OF IDAHO FALLS<br>680 PARK AVENUE<br>IDAHO FALLS, ID  83402 |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHARED MOBILITY LICENSE APPLICATION | CITY OF INDIANAPOLIS, IN<br>DEPT OF BUS & NEIGHBORHOOD SERVICES<br>1200 MADISON AVE, STE 100<br>INDIANAPOLIS, IN  46225 |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 2023 BUSINESS LICENSE FOR BUSINESS SERVICES LICENSE NO 31252 DTD 3/3/2023 | CITY OF INDIO, CA<br>100 CIVIC CTR MALL<br>INDIO, CA  92201 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE #23068 DTD 2/11/2019 | CITY OF JACKSONVILLE, FL<br>ATTN GUY PAROLA, DIA, OPERATIONS MANAGER<br>117 W DUVAL ST, STE 310<br>JACKSONVILLE, FL  32202 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT AND LICENSE AGREEMENT FOR E SCOOTER SERVICES | CITY OF JACKSONVILLE, FL<br>ATTN GUY PAROLA, DIA, OPERATIONS MANAGER<br>117 W DUVAL ST, STE 310<br>JACKSONVILLE, FL  32202 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT | CITY OF JAMESTOWN, NY<br>C/O OFFICE OF THE MAYOR<br>200 E 3RD ST<br>JAMESTOWN, NY  14701 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING (E-SCOOTER PROGRAM) | CITY OF JANESVILLE, WI<br>18 N JACKSON ST<br>PO BOX 5005<br>JANESVILLE, WI  53547-5005 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR INPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION | CITY OF JEFFERSON, MO<br>ATTN CITY ADMINISTRATOR<br>320 E MCCARTY<br>JEFFERSON CITY, MO  65101 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR INPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION | CITY OF JEFFERSON, MO<br>ATTN CITY ATTORNEY<br>320 E MCCARTY<br>JEFFERSON CITY, MO  65101 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SMALL VEHICLE SHARED ACTIVE TRANSPORTATION PERMIT | CITY OF JENKS, OK<br>211 N ELM<br>JENKS, OK  74037 |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SMALL VEHICLE SHARED ACTIVE TRANSPORTATION PERMIT | CITY OF JENKS, OK<br>PO BOX 2007<br>JENKS, OK  74037 |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE | CITY OF KANSAS, MO<br>FINANCE DEPT, REVENUE DIV, BUSINESS LICENSE SEC<br>414 E 12TH, 1ST FL<br>KANSAS CITY, MO  64106-2786 |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRIC SCOOTER OPERATING AGREEMENT | CITY OF KINGMAN, AZ<br>ATTN CITY ATTORNEY<br>315 N 4TH ST<br>KINGMAN, AZ  86401 |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE ACCOUNT #58446 DTD 8/15/2018 | CITY OF KNOXVILLE, TN<br>CITY REVENUE OFFICE<br>PO BOX 1028<br>KNOXVILLE, TN  37901 |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | APPLICATION OF BUSINESS TAX LICENSE | CITY OF KNOXVILLE, TN<br>PO BOX 1028<br>KNOXVILLE, TN  37901 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PERSONAL ELECTRIC OR MOTOR POWERED VEHICLE MOBILITY SYSTEM PERMIT APPLICATION | CITY OF LAFAYETTE, IN<br>C/O LAFAYETTE ECONOMIC DEVELOPMENT DEPT<br>515 COLUMBIA ST<br>LAFAYETTE, IN  47901 |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING | CITY OF LAS VEGAS, NM<br>1700 N. GRAND AVE.<br>LAS VEGAS, NM  87701 |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDINANCE NO 21-14 | CITY OF LAS VEGAS, NM<br>1700 N. GRAND AVE.<br>LAS VEGAS, NM  87701 |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MACHINE TRANSLATED MEETING REGARDING THE OPERATION AND USE OF ELECTRIC SCOOTER FLEETS | CITY OF LAVAL<br>333, BOULEVARD CHOMEDEY<br>LAVAL, QC  H7V 3Z4<br>CANADA |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DOCKLESS VEHICLE OPERATING AUTHORITY LICENSE | CITY OF LEXINGTON, KY<br>DEPT OF ENVIRONMENTAL QUALITY & PUBLIC WORKS<br>ATTN COMMISSIONER<br>200 E MAIN ST<br>LEXINGTON, KY  40507 |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHARED MOBILITY OPERATOR OPERATING PERMIT RENEWAL 2023 DTD 10/4/2023 | CITY OF LINCOLN, NE<br>440 S 8TH ST, STE 200<br>LINCOLN, NE  68508 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2023 BUSINESS LICENSE | CITY OF LITTLE ROCK, AR<br>C/O TREASURY MANAGEMENT DIVISION<br>100 CITY HALL<br>500 W MARKHAM ST<br>LITTLE ROCK, AR 72201 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT | CITY OF LOGAN, UT<br>290 N 100 W<br>LOGAN, UT 84321 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE DTD 6/30/2023 | CITY OF LONG BEACH, CA<br>411 W OCEAN BLVD, 4TH FL<br>LONG BEACH, CA 90802 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MICROMOBILITY PERMIT | CITY OF LONG BEACH, CA<br>411 W OCEAN BLVD, 4TH FL<br>LONG BEACH, CA 90802 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MICROMOBILITY PROGRAM INFORMATIVE PACKET | CITY OF LONG BEACH, CA<br>411 W OCEAN BLVD, 4TH FL<br>LONG BEACH, CA 90802 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS DTD 11/20/2023 | CITY OF LOS ANGELES, CA<br>225 NORTH HILL ST. RM 122<br>PO BOX 514818<br>LOS ANGELES, CA 90051 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AUTHORIZATION TO PARTICIPATE IN THE DOCKLESS MOBILITY ANNUAL PERMIT | CITY OF LOS ANGELES, CA<br>C/O DEPT OF TRANSPORTATION<br>ATTN SELETA J REYNOLDS, GENERAL MGR<br>100 S MAIN ST, 10TH FL<br>LOS ANGELES, CA  90012 |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ON DEMAND MOBILITY RULES AND GUIDELINES 2021 | CITY OF LOS ANGELES, CA<br>C/O DEPT OF TRANSPORTATION<br>ATTN SELETA J REYNOLDS, GENERAL MGR<br>100 S MAIN ST, 10TH FL<br>LOS ANGELES, CA  90012 |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ON DEMAND MOBILITY RULES AND GUIDELINES 2021 | CITY OF LOS ANGELES, CA<br>C/O DEPT OF TRANSPORTATION<br>ATTN SELETA J REYNOLDS, GENERAL MGR<br>100 S MAIN ST, 10TH FL<br>LOS ANGELES, CA  90012 |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AUTHORIZATION TO PARTICIPATE IN THE DOCKLESS MOBILITY ANNUAL PERMIT DTD 6/1/2023 | CITY OF LOS ANGELES, CA<br>DEPT OF TRANSPORTATION<br>ATTN GENERAL MGR<br>100 S MAIN ST, 10TH FL<br>LOS ANGELES, CA  90012 |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TAX REGISTRATION CERTIFICATE ACCOUNT NO 0003027005-0001-9 DTD 7/14/2023 | CITY OF LOS ANGELES, CA<br>OFFICE OF FINANCE<br>PO BOX 53200<br>LOS ANGELES, CA  90053-0200 |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE | CITY OF LYNCHBURG, VA<br>C/O COMMISSIONER OF THE REVENUE<br>PO BOX 858<br>LYNCHBURG, VA  24505-0858 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CITY OF MANASSAS BUSINESS LICENSE | CITY OF MANASSAS, VA<br>COMISSIONER OF THE REVENUE<br>PO BOX 125<br>MANASSAS, VA  20108-0125 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF MANCHESTER, NH<br>1 CITY HALL PLAZA<br>MANCHESTER, NH  03101 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF MANCHESTER, NH<br>1 CITY HALL PLZ<br>MANCHESTER, NH  03101 |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF MARSHALL , MN<br>344 WEST MAIN ST.<br>MARSHALL, MN  56258 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE NO BL21-00943 | CITY OF MEDFORD, OR<br>200 S IVY ST, 2ND FL<br>MEDFORD, OR  97501 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR A SHARED MOBILITY OPERATOR PERMIT | CITY OF MEMPHIS,TN<br>125 NORTH MAIN STREET, ROOM 601<br>MEMPHIS, TN  38103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR SHARED MOBILITY OPERATOR PERMIT | CITY OF MEMPHIS,TN<br>125 NORTH MAIN STREET, ROOM 601<br>MEMPHIS, TN  38103 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTENSION AMENDMENT TO MEMORANDUM OF UNDERSTANDING DTD 3/6/2023<br>AMENDS MOU DTD 4/22/2022 | CITY OF MENASHA, WI<br>100 MAIN ST, STE 200<br>MENASHA, WI  54952 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 4/22/2022 | CITY OF MENASHA, WI<br>ATTN DIRECTOR OF COMMUNITY DEVT<br>100 MAIN ST, STE 200<br>MENASHA, WI  64952 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UNIFORM CONTRACT FOR GOODS AND SERVICES | CITY OF MIDDLETOWN, CT<br>245 DEKOVEN DR<br>MIDDLETOWN, CT  06457 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 2/15/2021 | CITY OF MIDLAND, MI<br>333 W ELLSWORTH ST<br>MIDLAND, MI  48640 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF MIDLAND, MI<br>ATTN MIDLAND CITY MGR<br>333 W ELLSWORTH ST<br>MIDLAND, MI  48640 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE APPLICATION TO PROVIDE ELECTRIC SCOOTER SERVICE IN PUBLIC RIGHT OF WAY DTD 1/13/2023 | CITY OF MONTGOMERY, AL<br>103 N PERRY ST<br>MONTGOMERY, AL 36104 |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE | CITY OF MONTGOMERY, AL<br>25 WASHINGTON AVE<br>MONTGOMERY, AL 36104 |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | APPLICATION FOR CITY ELECTRIC SCOOTER LICENSE DTD 2/22/2023 | CITY OF MT PLEASANT, MI<br>320 W BROADWAY ST<br>MT PLEASANT, MI 48858-2447 |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ITINERANT VENDOR LICENSE | CITY OF NASHUA, NH<br>C/O CITY CLERKS OFFICE<br>229 MAIN ST<br>NASHUA, NH 03060 |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 4/6/2022 | CITY OF NEENAH, WI<br>ATTN DIRECTOR OF COMMUNITY DEVELOPMENT<br>211 WALNUT ST<br>NEENAH, WI 54946 |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF NEENAH, WI<br>ATTN DIRECTOR OF COMMUNITY DEVELOPMENT<br>211 WALNUT ST<br>NEENAH, WI 54956 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR SHARED MICRO-MOBILITY SERVICES | CITY OF NEW YORK, NY<br>NYC DEPT OF TRANSPORTATION<br>ATTN LILY GORDON-KOVEN<br>55 WATER ST, 9TH FL<br>NEW YORK, NY  10041 |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHARED DOCKLESS PERMIT APPLICATION | CITY OF NEWARK<br>920 BROAD ST<br>NEWARK, NJ  07102 |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE | CITY OF NEWPORT NEWS, VA<br>CITY HALL<br>2400 WASHINGTON AVE<br>NEWPORT NEWS, VA  23607 |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERIM OPERATING AGREEMENT | CITY OF OGDEN, UT<br>ATTN CHIEF ADMIN OFFICER<br>2549 WASHINGTON BLVD<br>OGDEN, UT  84401 |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INTERIM OPERATING AGREEMENT | CITY OF OGDEN, UT<br>ATTN GARY WILLIAMS/JAY LOWDER<br>2549 WASHINGTON BLVD, STE 840<br>OGDEN, UT  84401 |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE #GL033340-L | CITY OF OKLAHOMA, OK<br>420 W MAIN, 8TH FL<br>OKLAHOMA CITY, OK  73102 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/7/2022 | CITY OF OLD TOWN, ME<br>ATTN MANAGER<br>265 MAIN ST<br>OLD TOWN, ME  04468 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERIM OPERATING AGREEMENT DTD 2/8/2021 | CITY OF OREM, UT<br>56 N STATE ST<br>OREM, UT  84057 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER SHARE PERMIT DTD 11/9/2023 | CITY OF ORLANDO, FL<br>400 S ORANGE AVE<br>ORLANDO, FL  32801 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT DTD 5/24/2021 | CITY OF OSWEGO, NY<br>CITY HALL<br>13 W ONEIDA ST<br>OSWEGO, NY  13126 |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REQUEST FOR PROPOSAL FOR 2021 SHARED E-SCOOTER PILOT PROJECT | CITY OF OTTAWA, ONTARIO<br>C/O CAROL BUTLER SUPPLY SVCS, INNOVATIVE CLIENT SVCS DEPT<br>100 CONSTELLATION DR, 4TH FL<br>WEST TOWER<br>OTTAWA, ON  K2G 6J8<br>CANADA |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS SHARED MOTORIZED SCOOTER OPERATING AND LICENSE AGREEMENT DTD 6/23/2021 | CITY OF OTTUMWA, IA<br>ATTN ZACH SIMONSON, COMMUNITY DEV DIR<br>105 E 3RD ST<br>OTTUMWA, IA  52501 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RESOLUTION #131-2021 | CITY OF OTTUMWA, IA<br>ATTN ZACH SIMONSON, COMMUNITY DEV DIR<br>105 E 3RD ST<br>OTTUMWA, IA  52501 |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERIM OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED SMALL VEHICLE TRANSPORTATION PILOT PROGRAM | CITY OF OVERLAND PARK, KS<br>ATTN CITY ATTY, LAW DEPT<br>8500 SANTA FE DRIVE<br>OVERALND PARK, KS  66212 |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERIM OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED SMALL VEHICLE TRANSPORTATION PILOT PROGRAM | CITY OF OVERLAND PARK, KS<br>ATTN CITY CLERK<br>8500 SANTA FE DRIVE<br>OVERALND PARK, KS  66212 |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERIM OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED SMALL VEHICLE TRANSPORTATION PILOT PROGRAM | CITY OF OVERLAND PARK, KS<br>ATTN CITY TRAFFIC ENGINEER<br>8500 SANTA FE DRIVE<br>OVERALND PARK, KS  66212 |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEMNITY AGREEMENT | CITY OF OXFORD, OH<br>ATTN CITY MANAGER<br>15 S COLLEGE AVE<br>OXFORD, OH  45056 |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MICRO-MOBILITY SHARED TRANSPORTATION PROGRAM APPLICATION | CITY OF OXFORD, OH<br>ATTN CITY MANAGER<br>15 S COLLEGE AVE<br>OXFORD, OH  45056 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ELECTRONIC SCOOTER PILOT PERMIT APPLICATION | CITY OF PAWTUCKET, RI<br>PUBLIC WORKS CENTER<br>250 ARMISTICE BLVD<br>PAWTUCKET, RI  02860 |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING | CITY OF PITTSFIELD, MA<br>DEPARTMENT OF PUBLIC SERVICES & UTILITIES<br>ATTN RICARDO MORALES, COMISSIONER<br>70 ALLEN ST<br>PITTSFIELD, MA  01201 |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEMORANDUM OF UNDERSTANDING | CITY OF PITTSFIELD, MA<br>DEPT OF PUBLIC SERVICES & UTILITIES<br>ATTN RICARDO MORALES, COMMISSIONER<br>70 ALLEN ST<br>PITTSFIELD, MA  01201 |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BIKE OR SCOOTER SHARE PERMIT | CITY OF PLANO, TX<br>ATTN ACCOUNTING DEPT<br>PO BOX 860279<br>PLANO, TX  75086-0358 |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BIKE OR SCOOTER SHARE PERMIT | CITY OF PLANO, TX<br>ATTN CITY ATTORNEY<br>PO BOX 860358<br>PLANO, TX  75086-0358 |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BIKE OR SCOOTER SHARE PERMIT | CITY OF PLANO, TX<br>ATTN CITY MANAGER<br>PO BOX 860358<br>PLANO, TX  75086-0358 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF POCATELLO, ID<br>ATTN LEGAL DEPARTMENT<br>PO BOX 4169<br>POCATELLO, ID  83205 |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF POCATELLO, ID<br>ATTN LEGAL DEPT<br>PO BOX 4169<br>POCATELLO, ID  83205 |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT TO PROVIDE A STAND UP ELECTRIC SCOOTER SHARING PROGRAM IN POPLAR BLUFF  DTD 6/7/2021 | CITY OF POPLAR BLUFF, MO<br>501 VINE ST<br>POPLAR BLUFF, MO  63901 |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF POPLAR BLUFF, MO<br>501 VINE ST<br>POPLAR BLUFF, MO  63901 |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT AGREEMENT FOR SHARED MICROMOBILITY DEVICE OPERATIONS DTD 7/7/2022 | CITY OF PROVIDENCE, RI<br>ATTN LIZA FARR, CURBSIDE ADMINISTRATOR<br>700 ALLENS AVE<br>PROVIDENCE, RI  02905 |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE BUSINESS LICENSE DTD 10/30/2023 | CITY OF PUEBLO, CO<br>ATTN FINANCE DEPARTMNET<br>PO BOX 1427<br>PUEBLO, CO  81002 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE BUSINESS LICENSE DTD 10/30/2023 | CITY OF PUEBLO, CO<br>SALES TAX DIVISION<br>1 CITY HALL PL<br>PUEBLO, CO 81003 |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER BUSINESS APPLICATION | CITY OF RACINE, WI<br>730 WASHINGTON ST.<br>RACINE, WI 53403 |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE TAX CERTIFICATE | CITY OF REDWOOD CITY, CA<br>1017 MIDDLEFIELD RD<br>REDWOOD CITY, CA 94063 |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE TAX CERTIFICATE #2007671 | CITY OF REDWOOD CITY, CA<br>1017 MIDDLEFIELD RD<br>REDWOOD CITY, CA 94063 |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE #R153945A | CITY OF RENO, NV<br>ATTN CITY MANAGER<br>1 E 1ST ST, 15TH FL<br>PO BOX 1900<br>RENO, NV 89505 |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE AGREEMENT DTD 4/13/2022 | CITY OF RENO, NV<br>ATTN CITY MANAGER<br>1 E 1ST ST, 15TH FL<br>PO BOX 1900<br>RENO, NV 89505 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS CERTIFICATE DTD 1/1/2022 | CITY OF REXBURG, ID<br>35 N 1ST<br>REXBURG, ID  83440 |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT FOR DOCLESS PERSONAL VEHICLES DTD 2/25/2021 | CITY OF REXBURG, ID<br>35 N 1ST<br>REXBURG, ID  83440 |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2020 CITY OF RICHMOND BUSINESS LICENSE NO 41640 | CITY OF RICHMOND, VA<br>900 E BROAD ST, RM 103<br>RICHMOND, VA  23219 |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AN ORDINANCE NO. 2023-029 TO AMEND CITY CODE FOR SHARED MOBILITY DEVICES | CITY OF RICHMOND, VA<br>900 E BROAD ST, RM 103<br>RICHMOND, VA  23219 |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS SCOOTER PERMIT NO 0012 | CITY OF RICHMOND, VA<br>900 E BROAD ST, RM 103<br>RICHMOND, VA  23219 |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT | CITY OF ROCKFORD, IL<br>425 E STATE ST<br>ROCKFORD, IL  61104 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2023 SHARED RIDEABLE BUSINESS PERMIT APPLICATION | CITY OF SACRAMENTO FINANCE DEPT<br>915 I STREET, ROOM 1214<br>SACRAMENTO, CA  95814 |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS OPERATIONS TAX CERTIFICATE | CITY OF SACRAMENTO FINANCE DEPT<br>915 I STREET, ROOM 1214<br>SACRAMENTO, CA  95814 |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED-RIDEABLE BUSINESS PERMIT #2023-01 DTD 6/1/2023 | CITY OF SACRAMENTO, CA<br>915 I STREET, ROOM 1214<br>SACRAMENTO, CA  95814 |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE # LC10001838 | CITY OF SAINT LOUIS<br>1200 MARKET STREET, UNIT 120<br>ST. LOUIS, MO  63103 |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 5/18/2021 | CITY OF SALISBURY, MD<br>125 N DIVISION ST<br>SALISBURY, MD  21801 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS VEHICLE PERMIT AND REVENUE AGREEMENT | CITY OF SAN ANTONIO, TX<br>PO BOX 60<br>SAN ANTONIO, TX  78291-0060 |

Debtor    Bird Rides, Inc.

(Name)

Case number (if known)    23-20515

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.317 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CERTIFICATE OF PAYMENT OF BUSINESS TAX | CITY OF SAN DIEGO, CA<br>1200 3RD AVE, MS 51T<br>SAN DIEGO, CA  92101 |
| 2.318 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SAN DIEGO MUNICIPAL CODE | CITY OF SAN DIEGO, CA<br>1200 3RD AVE, MS 51T<br>SAN DIEGO, CA  92101 |
| 2.319 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE TO PROCEED DTD 8/12/2022 RE: REQUEST FOR PROPOSAL 10089831-22-V EFF 8/12/2022 | CITY OF SAN DIEGO, CA<br>1200 3RD AVE, STE 200<br>MS 56P<br>SAN DIEGO, CA  92101 |
| 2.320 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVISED NOTICE OF INTENT TO AWARD LETTER DTD 7/8/2022 | CITY OF SAN DIEGO, CA<br>1200 3RD AVE, STE 200<br>MS 56P<br>SAN DIEGO, CA  92101 |
| 2.321 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT RESULTING FROM REQUEST FOR PROPOSAL #10089831-22-V, SHARED MOBILITY SERVICES | CITY OF SAN DIEGO, CA<br>ATTN BENJAMIN VERDUGO, PROGRAM MGR<br>1200 3RD AVE, STE 924<br>SAN DIEGO, CA  92101 |
| 2.322 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT RESULTING FROM REQUEST FOR PROPOSAL, SAHRED MOBILITY DEVICES | CITY OF SAN DIEGO, CA<br>C/O PURCHASING AND CONTRACTING DIV<br>1200 3RD AVE, STE 200<br>SAN DIEGO, CA  92101-4195 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CERTIFICATE OF PAYMENT OF BUSINESS TAX | CITY OF SAN DIEGO, CA<br>PO BOX 122289<br>SAN DIEGO, CA  92112-2289 |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS TAX CERTIFICATE #0179123250 | CITY OF SAN JOSE, CA<br>200 E SANTA CLARA ST, 13TH FL TWR<br>SAN JOSE, CA  95113-1905 |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHAERD MICRO MOBILITY PERMIT APPLICATION AGREEMENT | CITY OF SAN JOSE, CA<br>DEPT OF TRANSPORTATION<br>ATTN MICRO MOBILITY<br>200 E SANTA CLARA ST, 8TH FL<br>SAN JOSE, CA  95113 |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENCROACHMENT PERMIT #S54944 DTD 8/2/2022 | CITY OF SANTA BARBARA, CA<br>DEPT OF PUBLIC WORKS - TRANSPORTATION DIV<br>4417 CATHEDRAL OAKS RD<br>SANTA BARBARA, CA  93110 |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MOBILE DEVICES ENCROACHMENT PERMIT #S54944 DTD 8/20/2021 | CITY OF SANTA BARBARA, CA<br>DEPT OF PUBLIC WORKS - TRANSPORTATION DIV<br>4417 CATHEDRAL OAKS RD<br>SANTA BARBARA, CA  93110 |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANNUAL BUSINESS TAX CERTIFICATE/FIRE PERMIT | CITY OF SANTA CLARA, CA<br>C/O MUNICIPAL SERVICES/BUSINESS TAX<br>1500 WARBURTON AVE<br>SANTA CLARA, CA  95050 |

Debtor    Bird Rides, Inc.

(Name)

Case number (if known)    23-20515

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENCROACHMENT PERMIT DTD 6/28/2022 | CITY OF SANTA ROSA, CA<br>100 SANTA ROSA AVE, RM 5<br>SANTA ROSA, CA  95404 |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS TAX CERTIFICATE | CITY OF SANTA ROSA, CA<br>C/O BUSINESS TAX SUPPORT CENTER<br>8839 N CEDAR AVE, #212<br>FRESNO, CA  93720-1832 |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE/PERMIT | CITY OF SCOTTSDALE<br>3939 N. DRINKWATER BLVD.<br>SCOTTSDALE, AZ  85251 |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS LICENSE TAX CERTIFICATE/ BUSINESS LICENSE | CITY OF SEATTLE, WA<br>C/O LICENSE & TAX ADMINISTRATION<br>700 FIFTH AVE, STE 4250<br>PO BOX 34214<br>SEATTLE, WA  98124-4214 |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RECEIPT/ELECTRIC SCOOTER RENTAL LICENSE | CITY OF SHEBOYGAN<br>828 CENTER AVE<br>SHEBOYGAN, WI  53081 |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SHARED MOBILITY DEVICE OPERATOR AGREEMENT | CITY OF SOUTH BEND, IN<br>ATTN LICENSE ADMIN<br>PUBLIC WORS DEPT<br>227 W JEFFERSON BLVD, STE 1316<br>SOUTH BEND, IN  46601 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS AND PROFESSIONS TAX CERTFICATE | CITY OF SOUTH LAKE TAHOE, CA<br>1352 JOHNSON BLVD<br>SOUTH LAKE TAHOE, CA  96150 |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MOBILITY DEVICE PERMIT NO 2023-001 | CITY OF SOUTH LAKE TAHOE, CA<br>1352 JOHNSON BLVD<br>SOUTH LAKE TAHOE, CA  96150 |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE | CITY OF SPRINGFIELD, MO<br>TRAFFIC OPERATIONS<br>ATTN JENNY TURNER<br>PO BOX 8368<br>SPRINGFIELD, MO  65801 |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 4/15/2021 | CITY OF ST CLAIR SHORES, MI<br>27600 JEFFERSON AVE<br>ST CLAIR SHORES, MI  48081 |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AN ORDINANCE AMENDING CHAPTER 30 "VEHICLES FOR HIRE" | CITY OF ST JOSEPH, MO<br>700 BROAD STREET<br>ST. JOSEPH, MI  49085 |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE | CITY OF ST JOSEPH, MO<br>700 BROAD STREET<br>ST. JOSEPH, MI  49085 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR PILOT MOBILITY SHARING OPERATIONS | CITY OF ST LOUIS PARK, MN <br> ATTN BEN MANIBOG, TRANSPORTATION ENGINEER <br> 5005 MINNETONKA BLVD <br> ST LOUIS PARK, MN  55416 |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR PILOT MOBILITY SHARING OPERATIONS | CITY OF ST LOUIS PARK, MN <br> ATTN DEB HEISER, ENGINEERING DIR <br> 5005 MINNETONKA BLVD <br> ST LOUIS PARK, MN  55416 |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | BUSINESS LICENSE | CITY OF STARKVILLE, MS <br> 110 WEST MAIN STREET <br> STARKVILLE, MS  39759 |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | BUSINESS TAX LICENSE | CITY OF SUNNYVALE, CA <br> 650 W OLIVE AVE <br> PO BOX 3707 <br> SUNNYVALE, CA  94088-3707 |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | REGULAR FINAL AGENDA DTD 7/13/2023 | CITY OF TAMPA , FL <br> TAMPA CITY COUNCIL CHAMBERS, CITY HALL <br> 315 E KENNEDY BLVD, 3RD FL <br> TAMPA, FL  33602 |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | ORDINANCE AND FRANCHISE AGREEMENT DTD 7/19/2022 | CITY OF TEXARKANA, AR <br> 216 WALNUT ST <br> TEXARKANA, AR  71854 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AND USE TAX BUSINESS LICENSE DTD 4/7/2022 | CITY OF THORNTON, CO<br>ATTN SALES TAX DIVISION<br>9500 CIVIC CENTER DR<br>THORNTON, CO  80229 |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF THORTON, CO<br>9500 CIVIC CENTER DR<br>THORTON, CO  80229 |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF THORTON, CO<br>ATTN CITY MGR<br>9500 CIVIC CENTER DR<br>THORTON, CO  80229 |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES & USE TAX BUSINESS LICENSE DTD 4/7/2022 | CITY OF THORTON, CO<br>SALES TAX DIVISON<br>9500 CIVIC CENTER DR<br>THORTON, CO  80229 |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT PROJECT LICENSE AGREEMENT | CITY OF TOPEKA, KS<br>ATTN CITY CLERK<br>215 SE 7TH ST<br>TOPEKA, KS  66603 |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT PROJECT LICENSE AGREEMENT | CITY OF TOPEKA, KS<br>ATTN DIR OF PLANNING & DEVELOPMENT SVCS<br>620 SE MADISON<br>TOPEKA, KS  66607 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF TRENTON, MI<br>2800 3RD ST<br>TRENTON, MI  48183 |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING | CITY OF TRENTON, MI<br>2800 3RD ST<br>TRENTON, MI  48183 |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SMALL VEHICLE SHARED ACTIVE TRANSPORTATION LICENSE RENEWAL DOCUMENTS DTD 4/23/2019 | CITY OF TULSA, OK BIKE SHARE<br>ATTN DONNA GEMMILL<br>175 E 2ND ST, STE 255<br>TULSA, OK  74103 |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SMALL VEHICLE SHARED ACTIVE TRANSPORTATION LICENSE APPLICATION | CITY OF TULSA, OK<br>175 E 2ND ST, STE 255<br>TULSA, OK  74103 |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED MOBILITY DEVICE LICENSE GUIDE & APPLICATION | CITY OF WATERLOO, IA<br>CITY CLERCK'S OFFICE<br>715 MULBERRY ST<br>WATERLOO, IA  50703 |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS SCOOTER PROGRAM APPLICATION | CITY OF WAUWATOSA<br>7725 W. NORTH AVENUE<br>MILWAUKEE, WI  53213 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 2/26/2021 | CITY OF WEATHERFORD, OK<br>ATTN MIKE BROWN, MAYOR<br>522 WEST RAINEY<br>WATHERFORD, OK 73096 |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR SHARED SCOOTER ONLY PILOT PROGRAM DTD 4/28/2022 | CITY OF WENATCHEE, WA<br>C/O MAYORS OFFICE<br>301 YAKIMA ST<br>WENATCHEE, WA 98801 |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT AGREEMENT DTD 11/23/2022 | CITY OF WEST HOLLYWOOD, CA<br>CITY ATTORNEY'S OFFICE<br>8300 SANTA MONICA BLVD<br>WEST HOLLYWOOD, CA 90069 |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT AGREEMENT DTD 11/23/2022 | CITY OF WEST HOLLYWOOD, CA<br>PARKING SERVICES DIVISION<br>8300 SANTA MONICA BLVD<br>WEST HOLLYWOOD, CA 90069 |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT RENEWAL DTD 3/27/2023 | CITY OF WEST SACRAMENTO, CA<br>ATTN STEVEN ROSEN, AICP, ASSOC TRANSPORT PLANNER<br>1110 W CAPITAL AVE<br>WEST SACRAMENTO, CA 95691 |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PERMIT TO OPERATE MICROMOBILITY | CITY OF WEST SACRAMENTO, CA<br>ATTN STEVEN ROSEN, AICP, ASSOC TRANSPORT PLANNER<br>1110 W CAPITAL AVE<br>WEST SACRAMENTO, CA 95691 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/8/2022 | CITY OF WHEELING, WEST VIRGINIA<br>ATTN CITY MGR<br>1500 CHAPLINE ST<br>WHEELING, WV  26003 |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTENSION AMENDMENT TO MEMORANDUM OF UNDERSTANDING DD 7/19/2022<br>AMENDS MEMORANDUM OF UNDERSTANDING DTD 6/23/2021 | CITY OF WHITEWATER, WI<br>312 W WHITEWATER STREET<br>P.O. BOX 178<br>WHITEWATER, WI  53190 |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | CITY OF WHITEWATER, WI<br>312 W WHITEWATER STREET<br>P.O. BOX 178<br>WHITEWATER, WI  53190 |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED TRANSPORTATION SYSTEM LICENSE AGREEMENT | CITY OF WINONA, MN<br>ATTN CITY CLERK<br>207 LAFAYETTE ST<br>WINONA, MN  55987 |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXTENSION AMENDMENT TO CONTRACT #2022-00000782 DTD 4/27/2023<br>AMENDS CONTRACT DTD 4/1/2022 | CITY OF YONKERS, NY<br>40 S BROADWAY<br>YONKERS, NY  10701 |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/2/2020 | CITY OF YONKERS, NY<br>40 S BROADWAY<br>YONKERS, NY  10701 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/2/2020 | CITY OF YONKERS, NY<br>ATTN DEPT OF SUSTAINABILITY<br>40 S BROADWAY<br>YONKERS, NY  10701 |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/2/2020 | CITY OF YONKERS, NY<br>ATTN OFFICE OF CORP COUNSEL<br>40 S BROADWAY, RM 300<br>YONKERS, NY  10701 |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/2/2020 | CITY OF YONKERS, NY<br>ATTN OFFICE OF CORPORATION COUNSEL<br>40 S BROADWAY<br>NEW YORK, NY  10701 |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/2/2020 | CITY OF YONKERS, NY<br>DEPT OF SUSTAINABILITY<br>40 S BROADWAY<br>NEW YORK, NY  10701 |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE | CITY OF YUMA, AZ<br>ONE CITY PLAZA<br>YUMA, AZ  85364 |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOOTER BUSINESS APPLICATION | CITY OR RACINE, WI<br>730 WASHINGTON AVE.<br>RACINE, WI  53403 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 2/15/2021 | CKJ SCOOTERS LLC<br>3448 MAURY STREET APT C<br>RICHMOND, VA 23224 |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 8/14/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CLARK, DAKOTA<br>ADDRESS ON FILE |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 2/16/2021 | CLASSIC VENTURES LLC<br>901 N. TERRACE DR.<br>WEATHERFORD, OK 73096 |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 4/29/2020 | CLEVELAND SCOOTER L.L.C.<br>3867 W 33RD STREET<br>CLEVELAND, OH 44109 |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TERMINATION LETTER DTD 11/1/2023 TERMINATES CONSULTING AGREEMENT | CLOVERHURST LLC<br>ATTN BERNIE TOKARZ<br>PO BOX 12121<br>ATLANTA, GA 30355 |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT TO CONSULTING AGREEMENT DTD 6/1/2022 AMENDS AGREEMENT DTD 8/9/2018 | CMW STRATEGIES<br>F/K/A CONNELY MCLAUGHLIN & WOLOZ<br>THE WOOLWORTH BUILDING<br>233 BROADWAY # 2310<br>NEW YORK, NY 10279 |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 3/21/2022 | COBLENTZ PATCH DUFFY & BASS LLP<br>ATTN KAREN S FRANK<br>ONE MONTGOMERY ST, STE 3000<br>SAN FRANCISCO, CA  94104-5500 |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM | CODA PROJECT INC<br>888 VILLA ST, FL 4<br>MOUNTAIN VIEW, CA  94041 |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF INTERPRETATION DTD 7/18/2018 | COLEMAN A YOUNG MUNICIPAL CENTER<br>2 WOODWARD AVE, STE 611<br>DETROIT, MI  48226 |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/29/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | COLLINS, AARON<br>ADDRESS ON FILE |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING AND AGREEMENT DTD 3/31/2021 | COMMISSIONERS OF CAMBRIDGE, THE<br>410 ACADEMY ST<br>CAMBRIDGE, MD  21613 |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT 3RD EXTENSION DTD 1/11/2022 RE: MOA DTD 11/13/2019 | COMMONWEALTH OF VA, GEORGE MASON UNIVERSITY<br>ATTN: JOSH CANTOR<br>4400 UNIVERSITY DRIVE<br>MAILSTOP 1J6<br>FAIRFAX, VA  22030 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT 3RD EXTENSION AMENDS MOA SIGNED 11/13/2019 | COMMONWEALTH OF VIRGINIA P.O. BOX 1475 RICHMOND, VA 23218 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 2/2/2022 | COMPINTELLIGENCE INC 56 DRIFTWAY LN NEW CANAAN, CT 06840 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM SERVICES AGREEMENT DTD 3/16/2022 | CONEXUS SEARCH LLC ATTN DIR 5151 CALIFORNIA AVE, STE 100, OFFICE 177 IRVINE, CA 92617 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO CONSULTING AGREEMENT DTD 2/7/2019 AMENDS AGREEMENT DTD 5/8/2018 | CONNECTSOUTH LLC 3290 NORTHSIDE PKWY, STE 675 ATLANTA, GA 30327 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 4/18/2022 | CONVERGE CONSULTING LLC 4601 BLUFFSIDE DRIVE RACINE, WI 53402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 8/16/2021 | COOPERS SCOOTERS 300 PARK ST. GRINNELL, IA 50112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 8/18/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | COUGHLIN, JAMES<br>ADDRESS ON FILE |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENCHROACHMENT PERMIT #S55662 INVOICE DTD 9/1/2023 | COUNTY OF SANTA BARBARA<br>PUBLIC WORKS DEPT, TRASPORTATION DIV<br>4417 CATHEDRAL OAKS RD<br>SANTA BARBARA, CA  93110 |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/29/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | COVATO, MICHAEL<br>ADDRESS ON FILE |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/11/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | COWEE, MORGAN<br>ADDRESS ON FILE |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/3/2022 | CRICKET FLEET SERVICES LLC<br>2174 N STATE ST<br>BELVIDERE, IL  61008 |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/1/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CROFTS, JOSEPH<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER OF EMPLOYMENT, MANAGER STRATEGIC FINANCE COST OF SALES DTD 12/2/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CROFTS, JOSEPH ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 6/10/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | CROW, NICKOLAS ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER #Q-787329 DTD 9/6/2023 | CROWDSTRIKE INC ATTN VP FIELD OPERATIONS 150 MATHILDA PL, STE 300 SUNNYVALE, CA 94086 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | CT ASSURANCE AGREEMENT DTD 3/22/2023 | CT CORPORATION SYSTEM 28 LIBERTY ST, 42ND FL NEW YORK, NY 10005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION DTD 5/1/2019 | CURATOR OF THE UNIVERSITY OF MISSOURI, THE ATTN CAMPUS OPERATIONS 305 JESSE HALL COLUMBIA, MO 65211 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION DTD 5/1/2019 | CURATOR OF THE UNIVERSITY OF MISSOURI, THE ATTN DIVISION OF FINANCE 319 JESSE HALL COLUMBIA, MO 65211 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.407 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED ACTIVE TRANSPORTATION OPERATION | CURATORS OF THE UNIVERSITY OF MISSOURI O/B/O COLUMBIA CAMPUS 230 JESSEE HALL COLUMBIA, MO 65211 |
| 2.408 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BICYCLE AND SCOOTER SHARE PERMIT APPLICATION | CUYAHOGA COUNTY DEPARTMENT OF SUSTAINABILITY ATTN DIRECTOR 2079 E 9TH ST, 8TH FL CLEVELAND, OH 44115 |
| 2.409 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/17/2023 | CYCLETECH OF FAIRFIELD LLC 3295 FAIRFIELD AVE BRIDGEPORT, CT 06605 |
| 2.410 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/16/2022 | D&K DEVELOPMENT SOLUTIONS LLC 678 W SELLERS ST SOMERTON, AZ 85350 |
| 2.411 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/2/2020 | D.C. SCOOTERS LLC 3910 BLUE OAK PASS SAN ANTONIO, TX 78223 |
| 2.412 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONSULTANCY SERVICES AGREEMENT DTD 3/15/2022 | DAMCO F/K/A MAERSK 180 PARK AVENUE PO BOX 950 FLORHAM PARK, NJ 07932 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/27/2022 | DANIEL GREGSON <br> ADDRESS ON FILE |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER | DATADOGS INC <br> 620 8TH AVE, 45TH FL <br> NEW YORK, NY  10018-1741 |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER OF ENGAGEMENT DTD 1/1/2023 | DAVID GRANDEAU & ASSOCIATES LLC <br> 12 VALLEYWOOD DR <br> NISKAYUNA, NY  12309 |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER OF ENGAGEMENT DTD 1/1/2023 | DAVID GRANDEAU & ASSOCIATES LLC <br> 229 VLY RD <br> SCHENECTADY, NY  12309 |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NASHVILLE AND DAVIDSON COUNTY BUSINESS TAX LICENSE | DAVIDSON COUNTY CLERK'S OFFICE <br> 700 SECIOND AVE S, STE 101 <br> PO BOX 196333 <br> NASHVILLE, TN  37219-6333 |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GROWTH BONUS AGREEMENT DTD 2/27/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, ADAM <br> ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/17/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, ADAM<br>ADDRESS ON FILE |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THE GROWTH BONUS AWARD AGREEMENT AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, ADAM<br>ADDRESS ON FILE |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 12/15/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, JAYLEN<br>ADDRESS ON FILE |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/28/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, MICHAEL<br>ADDRESS ON FILE |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 3/24/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DAVIS, MICHAEL<br>ADDRESS ON FILE |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK LOCATION TRANSFER TO CALIFORNIA DTD 2/9/2022 RE: OFFER LETTER DTD 10/28/2021 | DAVIS, MICHAEL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 10/5/2022 | DCLASICO MATTRESS<br>292 ACADEMY AVE UNIT B<br>PROVIDENCE, RI  02908 |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/24/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DE LA PENA, PHILLIP<br>ADDRESS ON FILE |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK LOCATION TRANSFER TO TEXAS DTD 4/11/2022<br>RE: LETTER DTD 10/24/2018 | DE LA PENA, PHILLIP<br>ADDRESS ON FILE |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 10/25/2023 | DEGREE INC<br>D/B/A LATTICE<br>ATTN DIR OF REVENUE<br>360 SPEAR ST, 4TH FL<br>SAN FRANCISCO, CA  94105 |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/13/2023 | DELIVER YOUR CITY LLC<br>11 CEDAR AVE<br>JAMESTOWN, NY  14701 |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/11/2021 | DELIVERIFY, LLC<br>661 S 1ST AVE<br>YUMA, AZ 85364 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/30/2021 | DELL SCOOTERS LLC<br>717 HIGHWAY CC<br>BROSELEY, MO 63932 |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL ORDER #0002248 DTD 9/15/2023<br>RE: ORDER #0001449 | DEVO TECHNOLOGY INC<br>255 MAIN ST, STE 702<br>CAMBRIDGE, MA 02142 |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL SERVCE ORDER #Q-90590 DTD 6/9/2023 | DIALPAD INC<br>ATTN LEGAL<br>3001 BISHOP DR, STE 400A<br>SAN RAMON, CA 94583 |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT | DIMENSION PROPERTIES, INC.<br>MICHAEL J. KUHN<br>609 WOOD STREET SUITE A<br>AUSTIN, TX 78703 |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/8/2021 | DISH SALES LC<br>2738 FOWLER AVE<br>OGDEN, UT 84403 |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/28/2020 | DOCKLESS INC.<br>1350 FRANKLIN STREET 2<br>SANTA MONICA, CA 90404 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER FORM #Q00899503 DTD 10/7/2022 | DOCUSIGN INC <br> 221 MAIN ST, STE 1000 <br> SAN FRANCISCO, CA 94105 |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 10/24/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DOETSCH, ULLER <br> ADDRESS ON FILE |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/11/2020 | DON JUAN SCOOTER <br> 1659 W 11TH PL <br> LOS ANGELES, CA 90015 |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFICE LEASE DTD 3/14/2022 | DOUGLAS EMMETT 1996 LLC <br> 1333 2ND ST, STE 620 <br> SANTA MONICA, CA 90401 |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/26/2022 | DOWNTOWN SCOOTERS <br> 3595 ZION LN <br> RENO, NV 89503 |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/13/2021 | DOYLE SNOW REMOVAL LLC <br> 920 NORTH 3RD STREET <br> FORT DODGE, IA 50501 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/24/2021 | DREAM SCOOTER LLC<br>5194 RICE LAKE RD<br>DULUTH, MN 55803 |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 9/28/2023 | DROPBOX<br>1800 OWENS STREET, SUITE 200<br>SAN FRANCISCO, CA 94158 |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/20/2021 | DT STAR LLC<br>3306 UNIVERSITY DRIVE<br>DURHAM, NC 27707 |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/25/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DUNDOO, ARJUN<br>ADDRESS ON FILE |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIGNING BONUS AGREEMENT AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DUNDOO, ARJUN<br>ADDRESS ON FILE |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/28/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | DUQUE, YESENIA<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 7/16/2020 | E.D. ROBBINS LLC<br>4915 ROMA COURT<br>MARINA DEL REY, CA 90292 |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 5/5/2020 | EASY MICROMOBILITY LLC<br>426 N. HICKS AVE.<br>LOS ANGELES, CA 90063 |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 10/12/2020 | ECL-GO-RIDES<br>554 WHEELING WAY<br>LOS ANGELES, CA 90042 |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 4/21/2020 | ECO-FRIENDLY SOLUTIONS<br>1026 NORTH CLARK BLVD<br>CLARKSVILLE, IN 47129 |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 12/13/2023 | EDUARDO FLORES<br>ADDRESS ON FILE |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 7/2/2021 | ELECTRIC FLEET MANAGEMENT LLC<br>805 EAST ISABELLA RD<br>MIDLAND, MI 48640 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATFORM VEHICLE SALE AGREEMENT DTD 9/22/2023 | ELECTRIC GREEN VEHICLES CORP<br>ATTN CHIEF FINANCIAL OFFICER<br>8 THE GREEN, STE R<br>DOVER, DE  19901 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT | ELECTRIC GREEN VEHICLES CORP<br>ATTN CHIEF FINANCIAL OFFICER<br>8 THE GREEN, STE R<br>DOVER, DE  19901 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 10/29/2019 | ELECTRIC GREEN VEHICLES CORP<br>ATTN DIEGO GALINDEZ TARRICONE, OWNER<br>RESIDENT AGENTS INC<br>8 THE GREEN, STE R<br>DOVER, DE  19901 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 9/11/2023 | ELECTRIC GREEN VEHICLES CORP<br>ATTN DIEGO GALINDEZ, CFO<br>8 THE GREEN, STE R<br>DOVER, DE  19901 |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/21/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ELLIOTT, LEVIN<br>ADDRESS ON FILE |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIGNING BONUS AGREEMENT AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ELLIOTT, LEVIN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 7/8/2021 | ELMIRA RIDES, LLC<br>8959 WEST COLONIAL DRIVE<br>OCOEE, FL 32817 |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 8/5/2020 | EMNIB RIDES LLC<br>3317 GUILFORD AVE.<br>INDIANAPOLIS, IN 46205 |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SETTLEMENT AGREEMENT & RELEASE OF ALL CLAIMS DTD 11/1/2023 RE: CASE #37-2022-00042606 DTD 10/21/2022 | ERBE, JOSEPH<br>ADDRESS ON FILE |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ENGAGEMENT LETTER DTD 4/26/2019 | ERISE IP INTELLECTUAL PROPERTY LAW<br>7015 COLLEGE BLVD, STE 700<br>OVERLAND PARK, KS 66211 |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 6/14/2021 | EUREKA INVESTMENTS LLC<br>12023 MORNING AVE<br>DOWNEY, CA 90242 |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | EVERFI SERVICES AGREEMENT DTD 6/7/2022 | EVERFI INC<br>2300 N ST NW, STE 500<br>WASHINGTON, DC 20037 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.467 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AGREEMENT 5/26/2021 RE: STAFFING AGREEMENT EXECUTED 1/5/2021 | EXPRESS EMPLOYMENT PROFESSIONALS 44-02 11TH ST, STE 616 LONG ISLAND CITY, NY  11101 |
| 2.468 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STAFFING AGREEMENT DTD 1/5/2021 | EXPRESS SERVICES INC D/B/A EXPRESS EMPLOYMENT PROFESSIONALS P.O. BOX 844277 LOS ANGELES, CA  90084 |
| 2.469 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 3/23/2022 | FAEGRE DRINKER BIDDLE & REATH LLP ATTN PARTNER 300 N MERIDIAN, STE 2500 INDIANAPOLIS, IN  46204 |
| 2.470 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 2023 BIRD PERFORMANCE REVIEW PROCESS | FAGES, RENAUD ADDRESS ON FILE |
| 2.471 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 DTD 9/25/2023 AMENDS EMPLOYMENT LETTER DTD 4/18/2023 | FAGES, RENAUD ADDRESS ON FILE |
| 2.472 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 DTD 10/13/2023 AMENDS EMPLOYMENT LETTER DTD 4/18/2023 | FAGES, RENAUD ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO OFFER LETTER DTD 4/18/2023 | FAGES, RENAUD<br>ADDRESS ON FILE |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE CHANGE LETTER | FAGES, RENAUD<br>ADDRESS ON FILE |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/6/2019 | FAGES, RENAUD<br>ADDRESS ON FILE |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SIGNING BONUS AGREEMENT | FAGES, RENAUD<br>ADDRESS ON FILE |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS PROFESSIONAL & OCCUPATIONAL LICENSE NO 2371305 | FAIRFAX COUNTY<br>DEPT TAX ADMINISTRATION<br>12000 GOVERNMENT CTR PKWY, STE 223<br>FAIRFAX, VA  22035 |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/8/2020 | FAIRFAX SCOOTERS LLC<br>13510 ELLENDALE DR<br>CHANTILLY, VA  20151 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO THE AGREEMENT DTD 4/14/2020 AMENDS AGREEMENT DTD 9/20/2018 | FALCON STRATEGIES LLC 3015 SANDOVER CT BONITA, CA 94902 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 3/18/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FANG, ANGEL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | SIGNING BONUS AGREEMENT AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FANG, ANGEL ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER DTD 10/7/2020 | FIGMA INC ATTN DIR, FINANCE & BUS OPERATIONS 116 NEW MONTGOMERY ST, STE 700 SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | MOBILITY SERVICES AGREEMENT DTD 9/21/2020 | FLEET MANAGEMENT, LLC 1060 FALCONS ROOST RD GOODE, VA 24556 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.484 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DTD 12/30/2021 | FLEX COMPENSATION INC D/B/A THRIEVEPASS ATTN RYAN TACKE, COO 3801 FRANKLIN ST DENVER, CO 80205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/24/2021 | FLIGHT OF THE PHOENIX LLC<br>17819 ARMINTA ST<br>RESEDA, CA 91335 |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/15/2021 | FLOCK AND LOAD LLC<br>7101 BALES AVE<br>KANSAS CITY, MO 64132 |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/24/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FLOODMAN, KYLEE<br>ADDRESS ON FILE |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME ACCOUNT MANAGER DTD 1/12/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FLOODMAN, KYLEE<br>ADDRESS ON FILE |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES ORDER | FLOQAST INC<br>14721 CALIFA STREET<br>LOS ANGELES, CA 91411 |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/3/2021 | FLY CLEAN LLC<br>532 1/2 KOSCIUSZKO ST<br>SOUTH BEND, IN 46619 |

Debtor    Bird Rides, Inc.                                          Case number (if known)    23-20515

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/20/2020 | FOX MICROMOBILITY LLC<br>3110 ROANOKE AVE<br>CLEVELAND, OH  44109 |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/15/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FOX, MICHAEL<br>ADDRESS ON FILE |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/19/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | FRANKLIN, SAMUEL<br>ADDRESS ON FILE |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK LOCATION TRANSFER LETTER DTD 5/16/2023 RE: OFFER LETTER DTD 11/19/2021 | FRANKLIN, SAMUEL<br>ADDRESS ON FILE |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVISOR AGREEMENT DTD 9/19/2023 | FRASCELLA, MICHAEL<br>ADDRESS ON FILE |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 10/13/2021 | FUTURE DECAY LLC<br>2801 W. BRISTOL DR<br>BLOOMINGTON, IN  47404 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREFERRED PARTNER AGREEMENT DTD 4/20/2023 | G & C ROMAN INVESTMENTS, LLC<br>3904 WAREHOUSE ROW SUITE C<br>AUSTIN, TX 78704 |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/20/2020 | G ENTERPRISES UNLIMITED<br>2617 NORTH CAPITOL ST NE<br>WASHINGTON, DC 20002 |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/20/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GACHUZ, JUAN<br>ADDRESS ON FILE |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME PARALEGAL DTD 5/14/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GARCIA, JESSICA<br>ADDRESS ON FILE |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/24/2020 | GENERAL CONSTRUCTION GROUP LLC<br>1043 VILLA AVE<br>INDIANAPOLIS, IN 46203 |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/12/2022 | GENESIS AUTO SPA LLC<br>1700 W WALNUT<br>SPRINGFIELD, MO 65806 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT 3RD EXTENSION<br>AMENDS MOA SIGNED 11/13/2019 | GEORGE MASON UNIVERSITY<br>ATTN JOSH CANTOR, DIR PARKING & TRANSPORT<br>4400 UNIVERSITY DR, MS 1J6<br>FAIRFAX, VA  22030 |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT DTD 11/13/2019 | GEORGE MASON UNIVERSITY<br>ATTN JOSH CANTOR, DIR PARKING & TRANSPORT<br>4400 UNIVERSITY DR, MS 1J6<br>FAIRFAX, VA  22030 |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/4/2023<br>AND RELATED<br>EXTENSIONS/AMENDMENTS/ETC. | GERSHBERG, RAIJA<br>ADDRESS ON FILE |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/21/2022 | GG CYCLERY<br>2200 TRENTON OXFORD RD<br>OXFORD, OH  45056 |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTATION #2629839 DTD 1/23/2023 | GHA TECHNOLOGIES INC<br>ATTN KEVIN RHOADES, SALES REP<br>PO BOX 29661<br>DEPT #2090<br>PHOENIX, AZ  85038 |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/14/2020 | GHELO FLYERS LLC<br>3097 CHERRY BLOSSOM LANE<br>EAST POINT, GA  30344 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/16/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GIBSON, ANDREW<br>ADDRESS ON FILE |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/1/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GIKAS, DIMITRIOS<br>ADDRESS ON FILE |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/2/2022 | GILCO LLC<br>2801 ANTELOPE RDG<br>CANYON, TX  79015 |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTE #Q-260661-1 DTD 3/9/2023 | GITHUB INC<br>88 COLIN P KELLY JR ST<br>SAN FRANCISCO, CA  94107 |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/13/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GODWIN, BRUCE<br>ADDRESS ON FILE |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/8/2022 | GOL INDUSTRIES LLC<br>1549 NORTH STATE ST, 101<br>OREM, UT  84057 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/27/2021 | GOOD WORKS MAINTENANCE LLC<br>5330 63RD AVE N<br>MINNEAPOLIS, MN 55429 |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/13/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GRADY, JUDY<br>ADDRESS ON FILE |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 9/29/2020 | GRANT THORNTON CONSULTING LIMITED<br>ATTN SINEAD DONOVAN<br>13-18 CITY QUAY<br>DUBLIN 2<br>IRELAND |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DTD 10/1/2020 RE: MASTER SERVICES AGREEMENT SIGNED 9/25/2020 | GRANT THORNTON CONSULTING LIMITED<br>ATTN SINEAD DONOVAN<br>13-18 CITY QUAY<br>DUBLIN 2<br>IRELAND |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK FOR INCOME TAX PROVISION PREPERATION SERVICES DTD 9/9/2020 RE: AGREEMENT DTD 4/9/2020 | GRANT THORNTON LLP<br>515 S FLOWER ST, 7TH FL<br>LOS ANGELES, CA 90071 |
| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/29/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GRAY, MICHAEL (HUNTER)<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GRAY, MICHAEL (HUNTER)<br>ADDRESS ON FILE |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING: STAND-UP ELECTRIC SCOOTER SHARING | GREAT FALLS, MT<br>2 PARK DRIVE SOUTH, ROOM 204<br>GREAT FALLS, MT  59403 |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 12/14/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GREENE, CHASE<br>ADDRESS ON FILE |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/11/2022 | GREENFARES LLC<br>1212 E ANDY DEVINE AVE, UNIT 240<br>KINGMAN, AZ  86401 |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FULLFILLMENT SERVICES AGREEMENT DTD 4/1/2018 | GREENLEAF LOGISTICS<br>ATTN RICH NEMET<br>160 CHUBB AVE, STE 204<br>LYNDHURST, NJ  07071 |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/5/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GRONOWSKI, GARRETT<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/13/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | GROSJEAN, CYRIL<br>ADDRESS ON FILE |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/5/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HABEEB, WILL<br>ADDRESS ON FILE |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/23/2023 | HAGLER-HIRSCHI<br>13563 N. MANNING LANE<br>POCATELLO, ID 83202 |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/14/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HALEY, MEEGAN<br>ADDRESS ON FILE |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT TO FURTHER AMEND AND EXTEND MEMORANDUM OF UNDERSTANDING<br>AMENDS MEMORANDUM DTD 8/6/2018 | HAPPIEST BABY INC<br>3115 S LA CIENEGA BLVD<br>LOS ANGELES, CA 90016 |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/4/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HARVEY, CHAD<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL INVOICE | HAWK RIDGE SYSTEMS LLC<br>ATTN AMY HODGE<br>575 CLYDE AVE, STE 420<br>MOUNTAIN VIEW, CA 94043-2272 |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/8/2023 | HAYES AND ASSOCIATES LLC<br>2985 PINYON AVE<br>GRAND JUNCTION, CO 81504 |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 1/11/2022 | HEALTHEQUITY<br>15 W. SCENIC POINTE DR., SUITE 100<br>DRAPER, UT 84020 |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/4/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HEARD, SPENCER<br>ADDRESS ON FILE |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/15/2023 | HERITAGE INDUSTRIES<br>411 11TH STREET NW<br>AUSTIN, MN 55912 |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/31/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HERNANDEZ, CRISTIAN CAMILO CASTIBLANCO<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/1/2020 | HERON SOLUTIONS LIMITED LIABILITY CO<br>1368A IVERSON STREET NORTHEAST<br>ATLANTA, GA  30307 |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME DATA ANALYST DTD 9/24/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HICKS, JULIAN<br>ADDRESS ON FILE |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, SEASONAL MECHANIC DTD 8/4/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HIDALGO, JOSHUA<br>ADDRESS ON FILE |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/20/2023 | HIGH AVAILABILITY SERVICES, LLC<br>10745 TELLURIDE STREET<br>COMMERCE CITY, CO  80022 |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/16/2020 | HILGER CONTRACTING LLC<br>6313 W 23RD ST<br>TULSA, OK  74107 |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT SAFETY / LIABILITY PARTNERSHIP AGREEMENT FOR CONTRACT TO HIRE 4/1/2023 | HIRELEVEL<br>3016 LOCUST ST., SUITE 102<br>ST. LOUIS, MO  63103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMEN OF TERMS - CONTRACT TO HIRE DTD 3/31/2023 | HIRELEVEL <br> 3016 LOCUST ST., SUITE 102 <br> ST. LOUIS, MO  63103 |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO MASTER SERVICES AGREEMENT DTD 10/13/2022 AMENDS AGREEMENT DTD 9/16/2019 | HIVEWATCH INC <br> ATTN LEGAL <br> 100 N PACIFIC COAST HWY, STE 1000 <br> EL SEGUNDO, CA  90245 |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER FORM #1 DTD 4/21/2023 | HIVEWATCH INC <br> ATTN LEGAL <br> 100 N PACIFIC COAST HWY, STE 1000 <br> EL SEGUNDO, CA  90245 |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SAAS AGREEMENT DTD 4/21/2023 | HIVEWATCH INC <br> ATTN LEGAL <br> 100 N PACIFIC COAST HWY, STE 1000 <br> EL SEGUNDO, CA  90245 |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 4/19/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HOFBAUER, SEAN <br> ADDRESS ON FILE |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME VICE PRESIDENT CITY GROWTH & STRATEGY DTD 11/8/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | HOFFMAN, MARGARET <br> ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 1/31/2023 | HOLOGRAM INC<br>2045 W GRAND AVE, STE B<br>CHICAGO, IL  60612 |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 9/7/2022 RE: PRODUCT DEVELOPMENT & SUPPLY AGREEMENT DTD 2/1/2021 | HONGJI INTELLIGENT BIKE CO LTD<br>ATTN JUN WU<br>NO 12 YUANQU W RD, RULIN TOWN<br>JINTAN DISTRICT, CHANGZHOU<br>JIANGSU<br>CHINA |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER OF UNDERTAKING RE: PRODUCT DEVELOPMENT & SUPPLY AGREEMENT DTD 2/1/2021 | HONGJI INTELLIGENT BIKE CO LTD<br>ATTN JUN WU<br>NO 12 YUANQU W RD, RULIN TOWN<br>JINTAN DISTRICT, CHANGZHOU<br>JIANGSU<br>CHINA |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT DEVELOPMENT AND SUPPLY AGREEMENT DTD 2/15/2021 | HONGJI INTELLIGENT BIKE CO LTD<br>ATTN JUN WU<br>NO 12 YUANQU W RD, RULIN TOWN<br>JINTAN DISTRICT, CHANGZHOU<br>JIANGSU<br>CHINA |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/23/2022 | HOOKED-UP RENTALS LLC<br>1703 CANYON RD SW<br>MANDAN, ND  58554 |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/29/2020 | HSQ LLC<br>4460 OVERLAND AVE APT 38<br>CULVER CITY, CA  90230 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/11/2022 | HUDSON, LLC<br>1123 PLATTE AVE<br>ALLIANCE, NE 69301 |
| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/11/2021 | HUNTER HEAVEN TRANSPORT LLC<br>24965 DUNES<br>SAN ANTONIO, TX 78264 |
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/15/2020 | HYE AMPERAGE INC<br>17522 SHERMAN WAY 201<br>VAN NUYS, CA 91406 |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICE QUOTE TO ATTLASSIAN SOFTWARE LICENSE AGREEMENT RE: AGREEMENT #LIC-BIRD RIDES-2023-02 | HYPERVELOCITY CONSULTING<br>9506 NE 144TH CT<br>VANCOUVER, WA 98682 |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/1/2023 | I-95 LOGISTICS LLC<br>15965 CANADA GOOSE LOOP<br>WOODBRIDGE, VA 22191 |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IMANAGE CLOUD ORDER FORM DTD 2/8/2022 RE: IMANAGE CLOUD SERVICES AGREEMENT DTD 2/7/2022 | IMANAGE LLC<br>71 S WACKER DR, STE 400<br>CHICAGO, IL 60606 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | IMANAGE CLOUD SERVICES AGREEMENT DTD 2/7/2022 | IMANAGE LLC 71 S WACKER DR, STE 400 CHICAGO, IL  60606 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 8/25/2020 | IN FLIGHT MANAGEMENT LLC 3900 WEST BUCKTHORN RD LINCOLN, NE  68523 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 4/7/2022 | INFINITE SKY MANAGEMENT INC. 502 S WELLS AVE SUITE 100 RENO, NV  99705 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 12/18/2020 | IP SALON, LLC 8959 W COLONIAL DR ORLANDO, FL  32817 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 4/29/2020 | ISSAS SCOOTERS LLC 6458 WEST 87TH PLACE LOS ANGELES, CA  90045 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 6/23/2023 | J AND R UTAH LLC 454 W 600 N LOGAN, UT  84321 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, SEASONAL MECHANIC DTD 5/8/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JACKSON, KELVIN<br>ADDRESS ON FILE |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/26/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JAIMES, DANIEL<br>ADDRESS ON FILE |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/25/2022 | JARINSON VILLAR<br>ADDRESS ON FILE |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VEHICLE SALE AND MOBILITY SERVICES AGREEMENT DTD 3/10/2022 | JAYSC CORPORATION<br>14029 LEADWELL ST<br>VAN NUYS, CA  91405 |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO CONSULTING AGREEMENT DTD 4/27/2022 AMENDS AGREEMENT DTD 11/17/2021 | JBJ MARKETING INC<br>D/B/A JBJ MANAGEMENT<br>1700 PACIFIC AVE, STE 2600<br>DALLAS, TX  75201 |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 11/17/2021 | JBJ MARKETING INC<br>D/B/A JBJ MANAGEMENT<br>1700 PACIFIC AVE, STE 2600<br>DALLAS, TX  75201 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/29/2020 | JEHAN ENTERPRISES LLC<br>1504 BAY RD. 3308<br>MIAMI BEACH, FL  33139 |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM - ORDER ID Q-129110 DTD 2/27/2023 | JFROG INC<br>270 E CARIBBEAN DR<br>SUNNYVALE, CA  94089 |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 8/27/2019 | JIGSAW LLC<br>6202 ROCK SPRINGS RD<br>NOLENSVILLE, TN  37135 |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/1/2022 | JJ RENTALS<br>3206 E MILWAUKEE ST<br>JANESVILLE, WI  53545 |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CAMPUS SPONSORSHIP AGREEMENT DTD 4/20/2022 | JMIS KENTUCKY LLC<br>C/O JMI SPORTS LLC<br>ATTN LEGAL AFFAIRS<br>629 J ST, STE 205<br>SAN DIEGO, CA  92101 |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CAMPUS SPONSORSHIP AGREEMENT DTD 4/20/2022 | JMIS KENTUCKY LLC<br>C/O UK SPORTS & CAMPUS MARKETING<br>ATTN CONTRACT MANAGER<br>546 E MAIN ST, 1ST FL<br>LEXINGTON, KY  40508 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.581 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/27/2022 | JNT SCOOTERS LLC 1137 SOUTH CEDAR AVE OWATONNA, MN 55060 |
| 2.582 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 10/1/2020 | JOC & ITX BIKE MANAGEMENT LLC 7448 GREENHAVAN DR. APT 189 SACRAMENTO, CA 95814 |
| 2.583 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME CORPORATE COUNSEL DTD 4/25/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, CLINT ADDRESS ON FILE |
| 2.584 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER LETTER DTD 6/22/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JOHNSON, XAVIER ADDRESS ON FILE |
| 2.585 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER LETTER DTD 10/23/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JONES, BILLY ADDRESS ON FILE |
| 2.586 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | OFFER LETTER DTD 5/19/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JONES, MICHAEL ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/13/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | JORDAN, CARL<br>ADDRESS ON FILE |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 12/6/2022 | JOSEPH MAGBY<br>ADDRESS ON FILE |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREFERRED PARTNER AGREEMENT DTD 8/7/2023 | JOY RIDE AUTO RENTALS<br>6826 SOMERSET BLVD<br>PARAMOUNT, CA 90723 |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 1/22/2021 | JP SCOOTER AMUSEMENT LLC<br>1520 SOUTH 137TH EAST AVE<br>TULSA, OK 74108 |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 11/10/2021 | JP-TECH/05<br>5519 PATSY ANNE DR<br>JACKSONVILLE, FL 32207 |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LOGISTICS SERVICE AGREEMENT DTD 3/25/2021 | JUSDA SUPPLY CHAIN MANAGEMENT CORP<br>ATTN MICHAEL CHUNG<br>3629 WORKMAN MILL RD<br>WHITTIER, CA 90601 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/3/2023 | K&J MOBILITY<br>2005 RIVERSIDE DR<br>SOUTH BEND, IN 46616 |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/22/2020 | K37M LLC<br>710 S JACKSON ST.<br>SEATTLE, WA 98104 |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/24/2020 | KAMAND LLC<br>126 GETTYSBURG ROAD<br>SAN ANTONIO, TX 78228 |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/19/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KAPUR, PRATYUSH<br>ADDRESS ON FILE |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 1/20/2022 | KAT INDUSTRIES<br>1723 SW MEDFORD AVE<br>TOPEKA, KS 66604 |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, SEASONAL PRODUCTION SPECIALIST 12/22/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KATALBAS, MARY<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/19/2020 | KC INVESTMENT REAL ESTATE LLC<br>2601 DUCKCALL COURT<br>ELK GROVE, CA  95758 |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/10/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KENYON, GARRETT<br>ADDRESS ON FILE |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, SEASONAL MECHANIC DTD 3/31/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KHEIFETS, MARK<br>ADDRESS ON FILE |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/27/2022 | KIMOPHA ENTERPRISES LLC<br>3701 MUNSON RD.<br>FALLS CHURCH, VA  22041 |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/13/2021 | KING COBRA OF FLORIDA, INC<br>2101 N PACE BLVD<br>FLORIDA, FL  32505 |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/5/2020 | KINGS DISCIPLE LLC<br>8325 TONAWANDA DRIVE<br>CHARLOTTE, NC  28277 |

Case 23-20515-CLC    Doc 17    Filed 01/19/24    Page 350 of 412

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT DTD 5/27/2021 | KINKOR CONSULTING<br>1161 CHERRY ST, STE C<br>SAN CARLOS, CA 94070 |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/13/2020 | KITTSON LLC<br>1561 RUPERT RD<br>DECATUR, GA 30032 |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 10/28/2022 | KKMSELLER<br>21 THACKERY ST<br>PROVIDENCE, RI 02907 |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/10/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KOLANJIAN, SEVAG<br>ADDRESS ON FILE |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME SOFTWARE ENGINEER DTD 4/19/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | KOPMAN, VLAD<br>ADDRESS ON FILE |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | KORE ASSIGNMENT AGREEMENT | KORE WIRELESS INC<br>3 RAVINIA DRIVE, FLOOR 5<br>ATLANTA, GA 30346 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PROFESSIONAL SERVICE AGREEMENT DTD 8/29/2018 | KPMG LLP<br>ATTN GEN COUNSEL<br>345 PARK AVE<br>NEW YORK, NY  10154 |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PROFESSIONAL SERVICE AGREEMENT DTD 8/29/2018 | KPMG LLP<br>ATTN GIBI LAPPIN<br>550 S HOPE ST, STE 1500<br>LOS ANGELES, CA  90071 |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION OF EMPLOYMENT DTD 8/7/2023 | KUPPLER, DANIEL<br>ADDRESS ON FILE |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER SCHEDULE- CONSULTING SERVICES DTD 3/29/2021 | KYRIBA CORP<br>4435 EASTGATE MALL<br>SUITE 200<br>SAN DIEGO, CA  92121 |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL SCHEDULE- CONSULTING SERVICES DTD 3/29/2021 | KYRIBA CORP<br>4435 EASTGATE MALL<br>SUITE 200<br>SAN DIEGO, CA  92121 |
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE & SUBSCRIPTION SERVICES AGREEMENT #202111191350 DTD 11/19/2021 | LAGER DATA INC<br>ATTN CEO<br>401 SMITH ST<br>BROOKLYN, NY  11231 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTE #Q202212051000 DTD 12/2/2022 | LAGER DATA INC<br>ATTN CEO<br>401 SMITH ST<br>BROOKLYN, NY 11231 |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT & RELEASE OF ALL CLAIMS DTD 8/1/2023 RE: CASE #20STCV30522 DTD 8/12/2020 | LAWRENCE, ROBERT<br>ADDRESS ON FILE |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/20/2023 | LC170 LLC<br>801 EAST HUMPHREY STREET<br>LAKE CRYSTAL, MN 56055 |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICE AGREEMENT | LEAGUE CORP<br>ATTN GEN COUNSEL<br>225 KING ST W, STE 800<br>TORONTO, ON M5V 3M2<br>CANADA |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM DTD 8/15/2019 | LEAGUE CORP<br>ATTN GEN COUNSEL<br>225 KING ST W, STE 800<br>TORONTO, ON M5V 3M2<br>CANADA |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO ADVISOR AGREEMENT DTD 2/6/2023 AMENDS AGREEMENT DTD 8/15/2022 | LEE, KEVIN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO ADVISOR AGREEMENT DTD 5/10/2023 AMENDS AGREEMENT DTD 8/15/2022 | LEE, KEVIN<br>ADDRESS ON FILE |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #2 TO ADVISOR AGREEMENT DTD 5/10/2023 AMENDS AGREEMENT DTD 8/15/2022 | LEE, KEVIN<br>ADDRESS ON FILE |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEPARATION AND RELEASE AGREEMENT | LEE, KEVIN<br>ADDRESS ON FILE |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/24/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LEON, EDWYN<br>ADDRESS ON FILE |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/8/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LERNER, SAMUEL<br>ADDRESS ON FILE |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 3/17/2023 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>ATTN PATRICK FOLEY<br>633 W 5TH ST, STE 4000<br>LOS ANGELES, CA  90071 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCKLESS OPERATING AUTHORITY LICENSE | LEXINGTON-FAYETTE URBAN CTY GOVERNMENT<br>DEPT OF ENVIRONMENTAL QUALITY/PUBLIC WORKS<br>200 E MAIN ST<br>LEXINGTON, KY 40507 |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR ADMINISTRATIVE SERVICES ONLY DTD 3/10/2020 | LIFE INSURANCE COMPANY OF NA<br>ATTN ACCOUNT MGR<br>GLENDALE SALES OFFICE<br>400 N BRAND BLVD, STE 500<br>GLENDALE, CA 91203 |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR ADMINISTRATIVE SERVICES ONLY DTD 3/10/2020 | LIFE INSURANCE COMPANY OF NA<br>ATTN COUNSEL<br>1601 CHESNUT ST<br>PHILADELPHIA, PA 19192 |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/29/2020 | LIFEOBSTACLES<br>1619 MONTANA AVE NE<br>WASHINGTON, DC 20018 |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT RENTAL AGREEMENT DTD 3/7/2022 | LIFT MAX<br>611 WEST OLYMPIC BLVD<br>MONTEBELLO, CA 90640 |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT RENTAL AGREEMENT DTD 3/7/2022 | LIFT MAX<br>611 WEST OLYMPIC BLVD<br>MONTEBELLO, CA 90640 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/30/2023 | LIKE EAGLES LLC<br>20855 KNOTT ROAD<br>BEND, OR 97702 |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/2/2022 | LIMITLESSCONNECTIONS<br>5050 PINECREST CIRCLE<br>TEXARKANA, AR 71854 |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER FORM #FLD8372986834 DTD 11/7/2022 | LINKEDIN CORPORATION<br>1000 W MAUDE AVE<br>SUNNYVALE, CA 94085 |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 8/29/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LINN, JULIE<br>ADDRESS ON FILE |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ORDER FORM# Q-134083-1 DTD 4/24/2023 | LITERA<br>550 W JACKSON, STE 200<br>CHICAGO, IL 60661 |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/16/2020 | LIVING THAT DREAM LLC<br>7321 SANTA FE DR<br>OVERLAND PARK, KS 66204 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/5/2022 | LKS CUSTOM TS<br>76 HOLLISTER STREET<br>PITTSFIELD, MA  01201 |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT DTD 12/10/2021 | LOGIK SYSTEMS INC<br>548 MARKSET ST, PMB 40135<br>SAN FRANCISCO, CA  94104 |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER ORDER FORM DTD 6/20/2023 | LOKALISE INC<br>ATTN SR DIRECTOR<br>3500 S DUPONT HWY, STE BZ-101<br>DOVER, DE  19901 |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/1/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LOPES, BRUNO<br>ADDRESS ON FILE |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THE GROWTH BONUS AWARD AGREEMENT AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LOPES, BRUNO<br>ADDRESS ON FILE |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 4/29/2022 | LOPEZ, M EDWARD<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/8/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LOPEZ, STEVEN<br>ADDRESS ON FILE |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT DTD 1/11/2021 | LOTUS INTERNATIONAL COMPANY<br>ATTN PRASAD KOPPOLU<br>6880 COMMERCE BLVD<br>CANTON, MI 48187 |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VEHICLE OPERATING AUTHORITY LICENSE APPLICATION DTD 9/4/2019 | LOUISVILLE/JEFFERSON COUNTY<br>DEPT OF PUBLIC WORKS & ASSETS<br>444 S 5TH ST, STE 400<br>LOUISVILLE, KY 40202 |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 12/13/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LOVATO, RAYMOND<br>ADDRESS ON FILE |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION LETTER DTD 10/31/2023 | LUMEN STRATEGIES<br>ATTN STACY PEARSON<br>4813 E FLOWER ST<br>PHOENIX, AZ 85018 |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME SR ACCOUNT EXECUTIVE DTD 12/14/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LYNCH, JEREMY<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, UNIVERSITY PARTNERSHIPS DTD 7/17/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | LYNCH, JEREMY<br>ADDRESS ON FILE |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/1/2023 | LYONS, STEWART<br>ADDRESS ON FILE |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/26/2022 | M&J CRUZ AUTO REPAIR CENTER LLC<br>1025 ELIZABETH AVE<br>ELIZABETH, NJ  07201 |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/24/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MAGH, ALVIN<br>ADDRESS ON FILE |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/8/2022 | MAIER FARM REPAIR<br>20162 ELMWOOD STREET<br>STERLING, CO  80751 |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/10/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MALDONADO, RAFAEL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/12/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MALONE, VINCENT<br>ADDRESS ON FILE |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/21/2020 | MANN ENTERPISES<br>5109 59TH AVE<br>HYATTSVILLE, DC 20781 |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREMIUM FINANCE AGREEMENT-PROMISE OF REPAYMENT DTD 3/23/2022 | MARSH RISK & INSURANCE SERVICES<br>17901 VON KARMAN AVE, STE 1100<br>IRVINE, CA 92614 |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE APPLICATION TO PROVIDE ELECTRIC SCOOTER SERVICE IN PUBLIC RIGHT OF WAY DTD 1/13/2023 | MARSH RISK & INSURANCE SERVICES<br>4 EMBARCADERO CENTER, STE 1100<br>SAN FRANCISCO, CA 94111 |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/21/2021 | MARSHALL SCOOTS INC<br>2832 300TH STREET<br>MARSHALL, MN 56258 |
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/13/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MARSHBURN, AUSTIN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES COMMISSION & BONUS AGREEMENT AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MARSHBURN, AUSTIN ADDRESS ON FILE |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 10/24/2022 | MASETTI, ALEXANDER WILLIAM ADDRESS ON FILE |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTE #13092063 DTD 4/18/2023 | MATHWORKS INC, THE 3 APPLE HILL DR NATICK, MA 01760-2098 |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME SOFTWARE ENGINEER ANDROID DTD 11/16/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MAYORAL, KEITH ADDRESS ON FILE |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TITLE CHANGE & COMPENSATION ADJUSTMENT AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MCBREARTY, CAROLINE ADDRESS ON FILE |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/15/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MCDONALD, JAY ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 8/31/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MCLAUGHLIN, CONOR <br> ADDRESS ON FILE |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 8/27/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MEISTERS, RYAN <br> ADDRESS ON FILE |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | WORK LOCATION TRANSER LETTER DTD 11/5/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MEISTERS, RYAN <br> ADDRESS ON FILE |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER OF EMPLOYMENT, SEASONAL MECHANIC DTD 7/6/2021 | MELARA, JOSE <br> ADDRESS ON FILE |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SOW- MERRILL DATASITE ONE DTD 11/25/2019 | MERRILL CORPORATION <br> ONE MERRILL CIRCLE <br> SAINT PAUL, MN 55108 |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SHARED ACTIVE TRANSPORT VEHICLE LICENSE | MESA AZ LICENSING OFFICE <br> C/O REVENUE COLLECTION OPERATIONS <br> 55 N CENTER ST <br> MESA, AZ 85201 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #6491853 DTD 6/11/2021 | METRO GOV OF NASHVILLE & DAVIDSON CTY PROCUREMENT DIV, DEPT OF FINANCE ATTN PURCHASE AGENT PO BOX 196300 NASHVILLE, TN  37219-6300 |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 4/1/2023 | MHS LEGACY GROUP INC 1060 CENTRAL INDUSTRIAL DRIVE SAINT LOUIS, MO  63110 |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD | MICHAEL DIXON DBA WIXON MILL LLC 4821 WOODLAWN DR HYATTSVILLE, MD  20784 |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/9/2022 | MICRORIDEZ LLC 16035 ACCOLAWN RD ACCOKEEK, MD  20607 |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS LICENSE | MIDVALE CITY 7505 S HOLDEN ST MIDVALE CITY, UT  84047 |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REQUEST FOR PROPOSAL OF ELECTRIC MOTORIZED FOOT SCOOTER OPERATIONS | MINNESOTA STATE UNIVERSITY, MANKATO ATTN DONNA HENSEL, COORDINATOR 358 WIECKING CTR 415 MALIN ST MANKATO, MN  56001 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REQUEST FOR PROPOSAL 8073-01 DTD 1/24/2022 | MISSOURI STATE UNIVERSITY BOARD OF GOVERNORS<br>OFFICE OF PROCUREMENT SERVICES<br>ATTN JOHN BANION<br>901 S NATIONAL AVE<br>SPRINGFIELD, MO  65897 |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 3/23/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MITCHELL, BURNS<br>ADDRESS ON FILE |
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 7/1/2021 | MK MULLIGAN ENTERPRISES LLC<br>5271 BROOK HOLLOW AVE.<br>BAY CITY, MI  48706 |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONTRACT SERVICE AGREEMENT DTD 9/01/2020 | MML&K GOVERNMENT SOLUTIONS<br>305 ANN ST, STE 308<br>FRANKFORT, KY  40601 |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MINNESOTA STATE COLLEGES AND UNIVERSITIES INCOME CONTRACT | MNSCU BOARD OF TRUSTEES<br>O/B/O MN STATE UNIVERSITY, MANKATO<br>ATTN DAVID COWAN, PARKING & TRANSP ADMIN<br>358 WIECKING CTR<br>MANKATO, MN  56001 |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MINNESOTA STATE COLLEGES AND UNIVERSITIES INCOME CONTRACT | MNSCU BOARD OF TRUSTEES<br>O/B/O MN STATE UNIVERSITY, MANKATO<br>ATTN DAVID COWAN, PARKING & TRANSP ADMIN<br>358 WIECKING CTR<br>MANKATO, MN  56001 |

Debtor    Bird Rides, Inc.
(Name)

Case number (if known) 23-20515

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | REQUEST FOR PROPOSAL 8073-01 | MO STATE UNIVERSITY BOARD OF GOVERNORS OFFICE OF PROCUREMENT SERVICES 901 S NATIONAL AVE SPRINGFIELD, MO 65897 |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 1/26/2021 | MOBILE VENDING 2537 LACEY ANN AVE SACRAMENTO, CA 95834 |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/14/2022 | MOBILITY WHEELS LLC 4514 WESTERN AVENUE KNOXVILLE, TN 37921 |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | DESIGN & MANUFACTURING SERVICES AGREEMENT DTD 12/4/2017 | MOBILOGIZ INC ATTN MATHI GURUSAMY, PRES & COO 5500 TRABUCO RD, STE 150 IRVINE, CA 92620 |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/22/2020 | MOMABERD 561 LASWELL AVE SAN JOSE, CA 95128 |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | QUOTE #Q-92202 DTD 3/10/2023 | MOMENTIVE INC 1 CURIOSITY WAY SAN MATEO, CA 94403 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 6/1/2019 | MONTGOMERY COUNTY, MD<br>C/O DEPT OF TRANSPORTATION/ DIRECTORS OFFICE<br>ATTN AL ROSHDIEH<br>101 MONROE ST<br>ROCKVILLE, MD 20850 |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/28/2020 | MOORE FLYERS LLC<br>231 RASA<br>SAN ANTONIO, TX 78227 |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/8/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MORA, FRANCISCO<br>ADDRESS ON FILE |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT LETTER DTD 8/21/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MORA, MICHAEL<br>ADDRESS ON FILE |
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 3/17/2021 | MORAVIA IT LLC<br>223 E THOUSAND OAKS BLVD, STE 202<br>THOUSAND OAKS, CA 91360 |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK DTD 3/17/2021 RE: MASTER SERVICES AGREEMENT DTD 3/17/2021 | MORAVIA IT LLC<br>223 E THOUSAND OAKS BLVD, STE 202<br>THOUSAND OAKS, CA 91360 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 1/11/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MORRIS, TROY ADDRESS ON FILE |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 5/24/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MORRIS, TROY ADDRESS ON FILE |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 4/30/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MORSE, ROBERT ADDRESS ON FILE |
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 8/16/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | MORSE, ROBERT ADDRESS ON FILE |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 6/9/2021 | MOTUM SAPI DE CV ATTN RODRIGO BEJARANO ALCONEDO, CEO MONTES URALES 455, PISO 3 COL LOMAS DE CHAPULTEPEC ALC MIGUEL HIDALGO, CDMX 11000 MEXICO |
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PLATFORM VEHICLE SALE AGREEMENT DTD 6/9/2021 | MOTUM SAPI DE CV ATTN RODRIGO BEJARANO ALCONEDO, CEO MONTES URALES 455, PISO 3 COL LOMAS DE CHAPULTEPEC ALC MIGUEL HIDALGO, CDMX 11000 MEXICO |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 9/16/2022 | MY WORLD RIDES<br>23595 145TH ROAD<br>RIVERDALE, NE  68870 |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 5/5/2020 | NASHVILLE MICROMOBILITY SERVICES LLC<br>718 THOMPSON LANE<br>SUITE 108 BOX 429<br>NASHVILLE, TN  37204 |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 5/8/2023 | NATION WIDE TECHNICIANS<br>86 WIRE ROAD<br>MERRIMACK, NH  03054 |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE ADDENDUM USD ISSUING | NAVAN INC<br>3045 PARK BLVD<br>PALO ALTO, CA  94306 |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE ORDER #Q-32770-2 DTD 4/26/2023 | NAVAN INC<br>ATTN CFO<br>3045 PARK BLVD<br>PALO ALTO, CA  94306 |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | DATA PROCESSING ADDENDUM | NAVEX GLOBAL INC<br>5500 MEADOWS RD, STE 500<br>LAKE OSWEGO, OR  97035 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | NAVEX GLOBAL INC<br>5500 MEADOWS RD, STE 500<br>LAKE OSWEGO, OR  97035 |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM #531229 DTD 9/2/2021 | NAVEX GLOBAL INC<br>5500 MEADOWS RD, STE 500<br>LAKE OSWEGO, OR  97035 |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 4/5/2021 | NELSON LLC<br>415 E BREWSTER STREET<br>APPLETON, WI  54911 |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT DTD 7/2/2018 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>101 CONSTITUTION AVE NW, STE 900<br>WASHINGTON, DC  20001 |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO CONSULTING AGREEMENT DTD 3/1/2019 AMENDS AGREEMENT DTD 7/2/2018 | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>101 CONSTITUTION AVE NW, STE 900<br>WASHINGTON, DC  20001 |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REVISED NOTICE OF INTENT TO AWARD LETTER DTD 7/8/2022 | NEUTRON HOLDINGS INC<br>D/B/A LIME<br>85 2ND STREET, SUITE 100<br>SAN FRANCISCO, CA  94105 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO PILOT OPERATING AGREEMENT DTD 8/2/2023 AMENDS AGREEMENT DTD 7/27/2022 | NEVADA SYSTEM OF HIGHER EDUCATION BOARD OF REGENTS OBO UNIVERSITY OF NV ATTN ASSOC VP-BUS & FINANCE 1664 N VIRGINIA ST RENO, NV  89557 |
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/27/2022 | NEVADA SYSTEM OF HIGHER EDUCATION BOARD OF REGENTS OBO UNIVERSITY OF NV C/O PARKING/TRANSPORTATION SVCS 1664 N VIRGINIA ST, MS 0254 RENO, NV  89557-0254 |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 7/27/2022 | NEVADA SYSTEM OF HIGHER EDUCATION BOARD OF REGENTS OBO UNIVERSITY OF NV GENERAL COUNSEL'S OFFICE 1664 N VIRGINIA ST, MS 0550 RENO, NV  89557-0550 |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 06/12/2021 | NEXT LEVEL PROPERTY GROUP 51 MORGAN LN BIGELOW, AR  72106 |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE DTD 9/20/2022 RE: SCOOTER SUPPLY AGREEMENT DTD 4/4/2018 | NINEBOT (BEIJING) TECH CO LTD RM B201, B202, B6 BLDG SHONGGUANCUN DONGSHENG TECHOLOGY PARK NO 66 XIXIAOKOU RD, HAIDIAN DIST BEIJING CHINA |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE DTD 9/20/2022 RE: SCOOTER SUPPLY AGREEMENT DTD 4/4/2018 | NINEBOT TECH CO LTD RM B201, B202, B6 BLDG ZHONGGUANCUN DONGSHENG TECHNOLOGY PARK NO 66 XIXIAOKOU RD, HAIDIAN DIST BEIJING CHINA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT | NOGHREHKARBABOLI, OMEED<br>ADDRESS ON FILE |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION OF EMPLOYMENT | NOGHREHKARBABOLI, OMEED<br>ADDRESS ON FILE |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/13/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | NOHRENBERG, JENNA<br>ADDRESS ON FILE |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 10/5/2022 | NORDKAPP LOGISTICS LLC<br>4200 JAMES RAY DRIVE<br>GRAND FORKS, ND  58203 |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RATE SCHEDULE DTD 12/31/2022 | NORMAN KRIEGER INC<br>ATTN VP<br>5000 E SPRING ST, STE 250<br>LONG BEACH, CA  90815 |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | NORMAN KRIEGER INC<br>ATTN VP<br>5000 E SPRING ST, STE 250<br>LONG BEACH, CA  90815 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/21/2022 | NORTHERN NEVADA MICRO-TRANSPORT LLC<br>3685 POMO DRIVE<br>RENO, NV  89503 |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/17/2023 | NOT ANSWERED<br>2852 WILMINGTON PIKE<br>DAYTON, OH  45419 |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVOICE #1296 DTD 1/24/2022 | NOUN PROJECT INC, THE<br>D/B/A LINGO<br>8800 VENICE BLVD, STE 217<br>LOS ANGELES, CA  90034 |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST AMENDMENT TO PILOT OPERATING AGREEMENT DTD 8/2/2023<br>AMENDS AGREEMENT DTD 7/27/2022 | NSHE BOARD OF REGENTS<br>O/B/O UNIVERSITY OF NV, RENO<br>ATTN ASSOC VP, BUS & FINANCE<br>1664 N VIRIGINIA ST<br>RENO, NV  89557 |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/3/2021 | OBLEEE LLC<br>2501 SLOAN DR<br>CHARLOTTE, NC  28208 |
| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTE #Q-527276 | OKTA INC<br>100 1ST ST<br>SAN FRANCISCO, CA  94105 |

| Debtor | Bird Rides, Inc. | Case number (if known) | 23-20515 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 6/8/2023 | OMAR TECH LLC<br>2224 S CENTRAL AVE<br>LOS ANGELES, CA 90012 |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT FOR SERVICES DTD 3/3/2022 | OMINI LOGISTICS LLC<br>D/B/A MACH 1 GLOBAL SERVICES<br>ATTN LEGAL DEPT<br>3100 OLYMPUS BLVD, STE 420<br>DALLAS, TX 75019 |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AMENDMENT #1 TO AGREEMENT FOR SERVICES DTD 7/20/2022<br>AMENDS AGREEMENT DTD 3/3/2022 | OMINI LOGISTICS LLC<br>D/B/A MACH 1 GLOBAL SERVICES<br>ATTN LEGAL DEPT<br>3100 OLYMPUS BLVD, STE 420<br>DALLAS, TX 75019 |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ESTIMATE #550599 DTD 10/4/2018 | ORACLE AMERICA INC<br>500 ORACLE PKWY<br>REDWOOD SHORES, CA 94065 |
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ESTIMATE #770556 DTD 9/30/2020 | ORACLE AMERICA INC<br>500 ORACLE PKWY<br>REDWOOD SHORES, CA 94065 |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | QUOTE #550599 DTD 10/4/2018 | ORACLE AMERICA INC<br>500 ORACLE PKWY<br>REDWOOD SHORES, CA 94065 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/12/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ORR, JASON<br>ADDRESS ON FILE |
| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SETTLEMENT AGREEMENT DTD 10/20/2020 | OWENS, BRYAN<br>ADDRESS ON FILE |
| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/6/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | OWENS, BRYAN<br>ADDRESS ON FILE |
| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/10/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | OWENS, BRYAN<br>ADDRESS ON FILE |
| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 1/26/2022 | PACIFIC BUSINESS ADVOCATES LLC<br>ATTN PRINCIPAL<br>PO BOX 11351<br>HONOLULU, HI  96828 |
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/11/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PADDOCK, MICHAEL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 11/9/2023 | PAHRUMP MANAGEMENT LLC<br>1765 KINGS ROW<br>RENO, NV  89503 |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/4/2020 | PARAJO 1 LLC<br>211 S LA FAYETTE PARK PL APT. 107<br>LOS ANGELES, CA  90057 |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMINATION LETTER DTD 7/13/2023 | PASERO ABOGADOS<br>SC BLVD AGUA CALIENTE<br>#4558-403 COL AVIACION<br>TIJUANA, BC  22014<br>MEXICO |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/4/2020 | PAV INSTALLATIONS LLC<br>1400 CHAMBERLAYNE AVE<br>RICHMOND, VA  23222 |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AMENDMENT | PAYPAL (EUROPE) SARL ET CIE SCA<br>ATTN HEAD OF LEGAL PAYPAL EUROPE<br>22-24 BOULEVARD ROYAL<br>LUXEMBOURG  L-2449<br>LUXEMBOURG |
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AMENDMENT | PAYPAL (EUROPE) SARL ET CIE SCA<br>ATTN SR DR/ASSOC GEN COUNSEL<br>22-24 BOULEVARD ROYAL<br>LUXEMBOURG  L-2449<br>LUXEMBOURG |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.755 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AMENDMENT | PAYPAL INC<br>ATTN DIR - NA LE SALES<br>2211 N FIRST ST<br>SAN JOSE, CA  95131 |
| 2.756 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AMENDMENT | PAYPAL INC<br>ATTN SR DIR, ENTERPRISE SALES US<br>2211 N FIRST ST<br>SAN JOSE, CA  95131 |
| 2.757 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AMENDMENT | PAYPAL PTE LTD<br>ATTN FINANCE DIR<br>5 TEMASEK BLVD, #09-01<br>SUNTEC TOWER FIVE<br>SINGAPORE  038985<br>SINGAPORE |
| 2.758 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 12/12/2022 | PENN LINCOLN STRATEGIES LLC<br>21 OAK ST, STE 210<br>HARTFORD, CT  06106 |
| 2.759 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NATIONAL RENTAL ACCOUNT PRICING ADDENDUM | PENSKE TRUCK LEASING CO LP<br>ROUTE 10, GREEN HILLS<br>READING, PA  19607 |
| 2.760 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENTAL AGREEMENT | PENSKE TRUCK LEASING CO.<br>ROUTE 10 GREEN HILLS<br>READING, PA  19603 |

| Debtor | Bird Rides, Inc. | | Case number (if known) | 23-20515 |
| --- | --- | --- | --- | --- |
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | OFFER LETTER DTD 11/15/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PESCADOR, SANDRA <br> ADDRESS ON FILE |
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/11/2021 | PET TECH SITTERS <br> 8656 W HEDRICK RD <br> GOSPORT, IN  47433 |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBSCRIPTION QUOTE DTD 3/8/2021 | PLANFUL INC <br> 555 TWIN DOLPHIN DR, STE 400 <br> REDWOOD CITY, CA  94065 |
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 5/2/2019 | PO GROUP LTD <br> ATTN CEO <br> VIA 4 1-30 ZONA 4 <br> CAMPUS TEC 1, OFICINA 701 <br> GUATEMALA  1004 <br> GUATEMALA |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SALES AGREEMENT DTD 5/2/2019 | PO GROUP LTD <br> ATTN CEO <br> VIA 4 1-30 ZONA 4 <br> CAMPUS TEC 1, OFICINA 701 <br> GUATEMALA  1004 <br> GUATEMALA |
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT #1 TO CONSULTING AGREEMENT DTD 9/6/2023 AMENDS AGREEMENT DTD 6/2/2023 | POOLE, CONNOR <br> ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CONSULTING AGREEMENT | POOLE, CONNOR<br>ADDRESS ON FILE |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 8/16/2022 | PORT CITY SCOOTER SERVICE LLC<br>222 BIRCH CREEK DRIVE<br>BELVILLE, NC  28451 |
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 6/24/2021 | PORT CITY SCOOTERS LLC<br>2962 COUNTY ROUTE 57<br>FULTON, NY  13069 |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRIVATE FOR HIRE TRANSPORT/COMPANY PERMIT | PORTLAND BUREAU OF TRANSPORTATION<br>1120 SW FIFTH AVE, STE 1410<br>PORTLAND, OR  97204 |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 4/26/2022 | PRESS BIRD LLC<br>1295 WHITE CEDAR CT<br>RENO, NV  89511 |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 8/25/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PRODAN, HOSELITO JOSEPH<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 4/20/2020 | PROFITT SOLUTIONS LLC<br>54 NORTH 8TH AVENUE<br>BEECH GROVE, IN  46107 |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MICRO-MOBILITY OPERATING AGREEMENT | PROVO CITY<br>445 W CENTER ST<br>PROVO, UT  84601 |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 1/30/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | PULMANO, TOMAS<br>ADDRESS ON FILE |
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM DTD 7/10/2020 RE: MSA OR GENERAL TERMS CONDITIONS DTD 6/6/2019 | QUALTRICS LLC<br>333 W. RIVER PARK DRIVE<br>PROVO, UT  84604 |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 6/17/2019 | QUALTRICS LLC<br>ATTN LEGAL DEPT<br>333 W RIVER PARK DR<br>PROVO, UT  84604 |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PRODUCT DEVELOPMENT AND SUPPLY AGREEMENT DTD 9/11/2019 | QUECLINK WIRELESS SOLUTIONS CO LTD<br>3F, HUAXIN BUSINESS CENTER<br>NO 717 YISHAN RD, XUHUI DISTRICT<br>SHANGHAI  200233<br>CHINA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT AND RELATED AMENDMENT DTD 3/1/2022 AND ALL RELATED AMENDMENTS | RAMONA EGG RANCH, INC<br>10585 TIERRASANTA BLVD<br>SAN DIEGO, CA 92124 |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/1/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | RANDALL, NATHAN<br>ADDRESS ON FILE |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORK LOCATION TRANSFER TO MISSOURI DTD 2/4/2022 RE: OFFER LETTER DTD 7/1/2019 | RANDALL, NATHAN<br>ADDRESS ON FILE |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/12/2022 | REALE REFER LLC<br>1702 JEFFERSON STREET<br>WENATCHEE, WA 98801 |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE TRANSPORTATION SERVICES AGREEMENT DTD 5/23/2019 | REGENTS OF UNIVERSITY OF CALIFORNIA, THE<br>ATTN DIRECTOR, PURCHASING<br>10920 WILSHIRE BLVD, STE 650<br>LOS ANGELES, CA 90024 |
| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE TRANSPORTATION SERVICES AGREEMENT DTD 5/23/2019 | REGENTS OF UNIVERSITY OF CALIFORNIA, THE<br>ATTN UCLA OFFICE OF LEGAL AFFAIRS<br>3149 MURPHY HALL, BOX 951405<br>LOS ANGELES, CA 90095-1405 |

Debtor    Bird Rides, Inc.
          (Name)

Case number (if known)    23-20515

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE TRANSPORTATION SERVICES AGREEMENT DTD 5/23/2019 | REGENTS OF UNIVERSITY OF CALIFORNIA, THE<br>ATTN UCLA TRANSPORTATION<br>ATTN JIMMY TRAN<br>BOX 951360, WESTWOOD PLAZA, STE 100<br>LOS ANGELES, CA  90095-1360 |
| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT DTD 7/14/2022<br>AMENDS AGREEMENT #2019.001589 | REGENTS OF UNIVERSITY OF CALIFORNIA, THE<br>LOS ANGELES CAMPUS<br>ATTN EMILY HAN<br>BOX 951360, 55 WSTWD PLZ, STE 100<br>LOS ANGELES, CA  90095-1360 |
| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/5/2023<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | REHANEK, JOSEPH<br>ADDRESS ON FILE |
| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME OPERATIONS ASSOCIATE ANALYTICS DTD 2/1/2019<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | REHANEK, JOSEPH<br>ADDRESS ON FILE |
| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/1/2023 | RELIVGO LLC<br>921 KYNER AVE<br>BAKERSFIELD, CA  93307 |
| 2.790 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 7/1/2019 | REMINGTON ROAD GROUP, THE<br>34 N REMINGTON RD<br>BEXLEY, OH  43209 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 4/28/2020 | RETROGRADE SCOOTERS LLC<br>401 PEABODY AVE<br>SAN ANTONIO, TX 78211 |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 4/15/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | REVETTA, ADAM<br>ADDRESS ON FILE |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PENETRATION TEST PROPOSAL DTD 6/23/2023 | RHYMETEC LLC<br>368 9TH AVE 6 FLOOR<br>NEW YORK, NY 10001 |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 5/14/2020 | RIDERSHIP LLC<br>323 RITTENHOUSE ST NW<br>WASHINGTON, DC 20011 |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPOSAL DTD 8/13/2021 | RIESS GROUP LLC<br>900 AUSTIN AVE, STE 403<br>WACO, TX 76701 |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 4/14/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | RIVERA, ABRAHAM<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 11/16/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROACH, BRIAN ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.798 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/27/203 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ROACH, BRIAN ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 5/19/2021 | ROLLA LLC 616 MERCHANT EMPORIA, KS 66801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS LICENSE | ROSWELL COMMUNITY DEVELOPMENT 421 N RICHARDSON AVE ROSWELL, NM 88201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION LETTER DTD 6/30/2023 | RUBIN TURNBULL & ASSOCIATES LLC ATTN MATTHEW SACCO 1 W LAS OLAS BLVD FORT LAUDERDALE, FL 33301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 5/26/2020 | SA FLEETS LLC 603 N. SAN JOAQUIN AVE. SAN ANTONIO, TX 78228 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/9/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SABINO, CAMILLE<br>ADDRESS ON FILE |
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/27/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SABINO, CAMILLE<br>ADDRESS ON FILE |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/2/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SALAZAR, MATEO<br>ADDRESS ON FILE |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT | SALESFORCE INC<br>SALESFORCE TOWER<br>415 MISSION ST, 3RD FL<br>SAN FRANCISCO, CA 94105 |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-06829827 DTD 1/26/2023 | SALESFORCE INC<br>SALESFORCE TOWER<br>415 MISSION ST, 3RD FL<br>SAN FRANCISCO, CA 94105 |
| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-07423004 DTD 6/30/2023 | SALESFORCE INC<br>SALESFORCE TOWER<br>415 MISSION ST, 3RD FL<br>SAN FRANCISCO, CA 94105 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #Q-07477157 DTD 7/7/2023 | SALESFORCE INC<br>SALESFORCE TOWER<br>415 MISSION ST, 3RD FL<br>SAN FRANCISCO, CA  94105 |
| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | QUOTE #Q-770788 DTD 6/9/2023 | SAMSARA INC<br>1 DE HARO ST<br>SAN FRANCISCO, CA  94107 |
| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMAIL REGARDING LICENSE RENEWAL | SANDY COMMUNITY DEVELOPMENT<br>10000 S CENTENNIAL PKWY<br>SANDY, UT  84070 |
| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/20/2022 | SBG GLASS LLC<br>205 COOKE ST<br>WATERBURY, CT  06710 |
| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/19/2022 | SBYSCOOTERS LLC<br>104 SCHOOL STREET<br>FRUITLAND, MD  21826 |
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/4/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SCHEFZYK, BJORN<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/7/2021 | SCOOT & BOOGIE LLC<br>46 FRANKLIN AVE<br>WEST ORANGE, NJ  07052 |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 10/17/2020 | SCOOT N GO LLC<br>1125 NATIONAL AVE<br>LAS VEGAS, NM  87701 |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/13/2020 | SCOOT SCOOT INC.<br>1408 LINDEN AVE 206<br>VENICE, CA  90291 |
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/5/2020 | SCOOTER RIDES LLC<br>1011 BROADWAY ST. APT. 523<br>SAN ANTONIO, TX  78215 |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT 2/26/2022 | SCOOTER SHIZZLE LLC<br>1270 E, 5425 SOUTH<br>OGDEN, UT  84403 |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/20/2020 | SCOOTERS 2 YA LLC<br>2738 S RANDOLPH ST<br>INDIANAPOLIS, IN  46203 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/7/2022 | SCOOTERS OVER TOSA LLC<br>2108 S 25TH ST<br>MILWAUKEE, WI 53233 |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/19/2020 | SCOOTERS R US LLC<br>1834 ORLEANS ST<br>INDIANAPOLIS, IN 46203 |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT | SCOOTIN ABOUT, L.L.C.<br>5983 W 311TH ST<br>LOUISBURG, KS 66053 |
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT | SCOOTIN LLC<br>3263 S NEIL DR<br>IDAHO FALLS, ID 83406 |
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/7/2020 | SCOOTMORE LLC<br>6412 JOYCE ROAD<br>ALEXANDRIA, VA 22310 |
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/21/2020 | SCUM SCOOTS LLC<br>2068 ROCKHAVEN DRIVE<br>DECATUR, GA 30032 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FREE-FLOATING SHARED MICROMOBILITY PERMIT REQUIREMENTS FOR 2023-2024 PERMIT CYCLE | SEATTLE DEPARTMENT OF TRANSPORTATION ATTN PUBLIC SPACE MANAGEMENT PO BOX 34996 SEATTLE, WA 98104 |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/1/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SEBASTIAN, PATRICK ADDRESS ON FILE |
| 2.829 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 2/7/2023 | SEND IT SERVICES, LLC 606 NORTH LEA AVENUE ROSWELL, NM 88201 |
| 2.830 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT OFFER LETTER DTD 8/19/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SHAH, SAGAR ADDRESS ON FILE |
| 2.831 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL REAL ESTATE LEASE CONTRACT DTD 9/29/2022 | SHAHIN PROPERTIES LLC 1622 BARRINGTON VIEW STONE MOUNTAIN, GA 30087 |
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/21/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SHAIKH, MAHMAD MAKBU ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DRAFT OF PROPERTY OPERATING & STAGING AGREEMENT DTD 10/1/2019 | SHELBY FARMS PARK CONSERVANCY<br>C/O SHELBY FARMS PARK<br>6903 GREAT VIEW DR N<br>MEMPHIS, TN  38134 |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 3/24/2020 | SICK RIDE LLC<br>P.O. BOX 9116<br>MARINA DEL REY, CA  90295 |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 2/11/2022 | SIMON CONSULTING SERVICES LLC<br>126 CATHEDRAL AVE<br>PROVIDENCE, RI  02908 |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED & RESTATED PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 7/15/2021 AMENDS AGREEMENT DTD 5/7/2019 | SKOOTEL LLC<br>ATTN CO-FOUNDER & CEO<br>CONDOMINIO LOS PINOS<br>CARRETERA 1 KM 30, APT 609<br>CAGUAS, PR  00725 |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 5/7/2019 | SKOOTEL LLC<br>ATTN CO-FOUNDER & CEO<br>CONDOMINIO LOS PINOS<br>CARRETERA 1 KM 30, APT 609<br>CAGUAS, PR  00725 |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES AGREEMENT DTD 5/8/2019 | SKOOTEL LLC<br>ATTN CO-FOUNDER & CEO<br>CONDOMINIO LOS PINOS<br>CARRETERA 1 KM 30, APT 609<br>CAGUAS, PR  00725 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.839 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 6/1/2023 | SKOOTER GUYZ LLC<br>241 SOUTH LANDER ST<br>SEATTLE, WA  98134 |
| 2.840 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 4/12/2022 | SNOFOZ ENTERPRISE, LLC<br>2121 JAMES AVE 2<br>SOUTH LAKE TAHOE, CA  96150 |
| 2.841 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SOBERANIS, ANTHONY<br>ADDRESS ON FILE |
| 2.842 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 11/28/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SOBERANIS, ANTHONY<br>ADDRESS ON FILE |
| 2.843 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 7/8/2022 | SOLDIERS SECURITY PROTECTION INC<br>760 E THISTLE DR<br>PUEBLO WEST, CO  81007 |
| 2.844 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SALE QUOTATION #2023-08068 DTD 7/12/2023 | SONARSOURCE SA<br>ATTN SALE ADMINISTRATION<br>PO BOX 765<br>GENEVA 15  1215<br>SWITZERLAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/16/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SPADEMAN, AUSTIN ADDRESS ON FILE |
| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT LETTER DTD 6/21/2022 | SPENCER STUART INC ATTN TANIA BINDER 255 CALIFORNIA ST, STE 1400 SAN FRANCISCO, CA 94111 |
| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/19/2021 | SPYGLASS LLC 509 1ST AVE N GREAT FALLS, MT 59401 |
| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/25/2021 | STARCIE LLC 1005 W WALWORTH AVE WHITEWATER, WI 53190 |
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 10/15/2021 | STATE & FEDERAL COMMUNICATIONS INC ATTN PRES & CEO 80 S SUMMIT ST, STE 100 AKRON, OH 44308 |
| 2.850 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SALES TAX LICENSE DTD 11/18/2023 | STATE OF MICHIGAN BUSINESS TAX SECTION MICHIGAN DEPARTMENT OF TREASURY PO BOX 30427 LANSING, MI 48909 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.851 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INCOME CONTRACT DTD 7/19/2021 | STATE OF MINNESOTA<br>O/B/O MINNESOTA STATE UNIVERSITY, MANKATO<br>238 WIGLEY ADMIN CTR<br>MANKATO, MN  56001 |
| 2.852 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INCOME CONTRACT DTD 7/19/2021 | STATE OF MINNESOTA<br>O/B/O MINNESOTA STATE UNIVERSITY, MANKATO<br>ATTN DAVID COWAN, FACILITIES SVCS DIR<br>358 WIECKING CENTER<br>MANKATO, MN  56001 |
| 2.853 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/2/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | STEINER, KYLIE<br>ADDRESS ON FILE |
| 2.854 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/24/2021 | STINES FAMILY EXPRESS LLC<br>238 N FAIRVIEW AVE<br>OTTUMWA, IA  52501 |
| 2.855 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/17/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | STOCKWELL, CHRIS<br>ADDRESS ON FILE |
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/4/2023 | STONE ENTERPRISES LLC<br>1442 LAWYERS LANE<br>ABILENE, TX  79602 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 12/12/2022 | STONER-WARD ENTERPRISES LLC 18519 CROWNOVER CT DALLAS, TX 75252 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 5/29/2020 | STREET FLEETS LLC 401 PEABODY AVE SAN ANTONIO, TX 78211 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILITY SERVICES AGREEMENT DTD 6/2/2020 | STREET FLIGHT 305 LLC 6000 SW 33RD ST MIAMI, FL 33155 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING AGREEMENT DTD 6/2/2021 | STRIPE INC 510 TOWNSEND STREET SAN FRANCISCO, CA 94103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE FEE SCHEDULE-PLATFORM DTD 6/30/2023 RE: AGREEMENT DTD 7/13/2018 | STRIPE INC 510 TOWNSEND STREET SAN FRANCISCO, CA 94103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.862 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE # 004-20181249 DTD 11/13/2023 | STV 205 WEST WELSH DR DOUGLASSVILLE, PA 19518-8713 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REVISED NOTICE OF INTENT TO AWARD LETTER DTD 7/8/2022 | SUPERPEDESTRIAN INC<br>84 HAMILTON ST<br>CAMBRIDGE, MA 02139 |
| 2.864 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 10/9/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SURI, APAR<br>ADDRESS ON FILE |
| 2.865 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 11/29//2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | SURI, APAR<br>ADDRESS ON FILE |
| 2.866 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE PROPOSAL DTD 11/15/2022 | SWOOSH TECHNOLOGIES & SOLUTIONS LLC<br>1422 ELBRIDGE PAYNE<br>SUITE 230<br>CHESTERFIELD, MO 63017 |
| 2.867 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 12/8/2023 | TALENTBURST INC<br>ATTN BRAD TALWAR, CEO<br>679 WORCESTER ST<br>NATICK, MA 01760 |
| 2.868 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 12/8/2023 | TALENTBURST INC<br>ATTN GEN COUNSEL<br>679 WORCESTER ST<br>NATICK, MA 01760 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DTD 5/26/202 | TEG STAFFING INC<br>D/B/A EASTRIDGE WORKFORCE RECRUITMENT<br>ATTN VP<br>2385 NORTHSIDE DR<br>SAN DIEGO, CA 92108 |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/4/2020 | TELLI ENTERPRISE LLC<br>7322 TAMBURO TRAIL<br>SAN ANTONIO, TX 78266 |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/9/2023 | TEN 5 LLC<br>1011 S HIGHLAND AVE<br>LOS ANGELES, CA 90019 |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 4/13/2023 | THE LAW OFFICES OF BOSTON AND PLAUT<br>ATTN OWNER<br>2002 CLIPPER PARK RD, #108<br>BALTIMORE, MD 21211 |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO THE SHARED MOBILITY DEVICE SERVICES AGREEMENT<br>AMENDS AGREEMENT EFF 9/1/2019 | THE OHIO STATE UNIVERSITY<br>ATTN DIR FOR TRANSPORT/TRAFFIC MNGMNT<br>2500 KENNY RD<br>COLUMBUS, OH 43210 |
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRIAL SHARED MOBILITY DEVICE SERVICES AGREEMENT | THE OHIO STATE UNIVERSITY<br>ATTN DIR FOR TRANSPORT/TRAFFIC MNGMNT<br>2500 KENNY RD<br>COLUMBUS, OH 43210 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRIAL SHARED MOBILITY DEVICE SERVICES AGREEMENT | THE OHIO STATE UNIVERSITY<br>ATTN DIR TRANSPORTATION & TRAFFIC MGMT<br>2500 KENNY RD<br>COLUMBUS, OH 43210 |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO SHARED MOBILITY DEVICE SERVICES AGREEMENT DTD 7/14/2022 AMENDS AGREEMENT DTD 9/1/2019 | THE OHIO STATE UNIVERSITY<br>ATTN TRANSPORT/TRAFFIC MGMT DIR<br>2500 KENNY RD<br>COLUMBUS, OH 43210 |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRIAL SHARED MOBILITY DEVICE SERVICES AGREEMENT DTD 10/11/2018 | THE OHIO STATE UNIVERSITY<br>ATTN TRANSPORT/TRAFFIC MGMT DIR<br>2500 KENNY RD<br>COLUMBUS, OH 43210 |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRIAL SHARED MOBILITY DEVICE SERVICES AGREEMENT DTD 10/11/2018 | THE OHIO STATE UNIVERSITY<br>ATTN TRANSPORT/TRAFFIC MGMT DIR<br>2500 KENNY RD<br>COLUMBUS, OH 43210 |
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/30/2022 | THOMPSON INVESTMENTS, LLC<br>833 FRYE RD 34<br>STARKVILLE, MS 39759 |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK #1 DTD 11/30/2023 | THRIVEPASS INC<br>3801 FRANKLIN ST.<br>DENVER, CO 80205 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK #2 DTD 11/30/2023 | THRIVEPASS INC<br>3801 FRANKLIN ST.<br>DENVER, CO 90004 |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SETTLEMENT AGREEMENT AND RELEASE OF ALL CLAIMS DTD 11/20/2023 | TINDALL, PATRICK<br>C/O DOWNTOWN L.A. LAW GROUP<br>ATTN DANIEL AZIZI<br>601 N. VERMONT AVE.<br>LOS ANGELES, CA 90004 |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 9/21/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TOBIAS, STEVEN<br>ADDRESS ON FILE |
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/22/2020 | TOM DOUGHTY LLC<br>1829 ORLEANS ST<br>INDIANAPOLIS, IN 46203 |
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW SHARED PLANFUL IMPLEMENTATION DTD 3/12/2021 | TOP DOWN CPM LLC<br>10353 DORSET LN<br>WOODBURY, MN 55129 |
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW SHARED PLANFUL IMPLEMENTATION DTD 6/6/2022 | TOP DOWN CPM LLC<br>10353 DORSET LN<br>WOODBURY, MN 55129 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | OFFER LETTER DTD 1/6/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TORRES, NICHOLAS ADDRESS ON FILE |
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | OFFER LETTER DTD 2/28/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TOVES, FRANCOIS JEAN ADDRESS ON FILE |
| 2.889 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | OFFER LETTER DTD 3/18/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | TOVES, FRANCOIS JEAN ADDRESS ON FILE |
| 2.890 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PILOT OPERATING AGREEMENT DTD 4/21/22 | TOWN OF FAIRFIELD 611 OLD POST RD FAIRFIELD, CT  06824 |
| 2.891 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | BUSINESS LICENSE NO TRAN000853-06-2021 DTD 4/30/2023 | TOWN OF GILBERT DEVELOPMENT SERVICES 90 E CIVIC CTR DR GILBERT, AZ  85296 |
| 2.892 | **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | COMMONWEALTH OF VIRGINIA BUSINESS LICENSE NO 3082 | TOWN OF VIENNA 127 CENTER ST S VIENNA, VA  22180 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.893 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL ORDER FORM DTD 8/30/2023 | TROVE INFORMATION TECHNOLOGIES INC D/B/A PAVE 576 FOLSOM STREET SAN FRANCISCO, CA 94105 |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RENEWAL ORDER FORM DTD 8/30/2023 | TROVE INFORMATION TECHNOLOGIES INC D/B/A PAVE 576 FOLSOM STREET SAN FRANCISCO, CA 94105 |
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #40126907 DTD 8/10/2021 | TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY ATTN BFA & CFO 5500 CAMPANILE DR SANDIEGO, CA 92182-1616 |
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 7/8/2021 | TUSCON JAZZ COLLECTIVE 14528 DRIFTWOOD COURT WINTER GARDEN, FL 34787 |
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/20/2021 | TWO GUYS TAXI SERVICE LLC 3322 MAIN AVE SHEBOYGAN, WI 53083 |
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/21/2020 | TYME IN ENTERPRISES 9929 PARK ST LANHAM, MD 20706 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO AGREEMENT DTD 7/14/2022 AMENDS AGREEMENT #2019.001589 | UCLA MOBILITY  PLANNING & TRAFFIC SYSTEMS 555 WSTWD PLZ, STE 100 BOX 951360 LOS ANGELES, CA  90095-1360 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED SMALL VEHICLE TRANSPORTATION PROGRAM | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY ATTN COUNTY ADMINISTRATOR CITY HALL, 9TH FL KANSAS CITY, KS  66101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM OPERATING AGREEMENT FOR IMPLEMENTATION OF A SHARED SMALL VEHICLE TRANSPORTATION PROGRAM | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY ATTN UNIFIED GOVERNMENT CHIEF COUNSEL CITY HALL, 9TH FL KANSAS CITY, KS  66101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | 2023 OCCUPATION TAX RECEIPT | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY C/O BUSINESS LICENSE DIV 4953 STATE AVE KANSAS CITY, KS  66102 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACTIVE TRANSPORTATION SERVICES AGREEMENT DTD 8/1/2019 | UNIVERSITY OF CALIFORNIA REGENTS ATTN DIRECTOR 10920 WILSHIRE BLVD, STE 650 LOS ANGELES, CA  90024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | SHARED ACTIVE TRANSPORTATION SERVICES AGREEMENT DTD 8/1/2019 | UNIVERSITY OF CALIFORNIA REGENTS ATTN JIMMY TRAN UCLA TRANSPORTATION PO BOX 951360 WESTWOOD PLZ, STE 100 LOS ANGELES, CA  90095-1360 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Bird Rides, Inc.

(Name)

Case number (if known)    23-20515

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHARED ACTIVE TRANSPORTATION SERVICES AGREEMENT DTD 8/1/2019 | UNIVERSITY OF CALIFORNIA REGENTS<br>ATTN OFFICE OF LEGAL AFFAIRS<br>3149 MURPHY HALL, BOX 951405<br>LOS ANGELES, CA  90095-1405 |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO AGREEMENT | UNIVERSITY OF CALIFORNIA REGENTS<br>UCLA MOBILITY PLANNING & TRAFFIC SYSTEMS<br>555 WSTWD PLZ, STE 100<br>BOX 951360<br>LOS ANGELES, CA  90095-1360 |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSE AGREEMENT FOR PILOT SHARED MICROMOBILITY OPERATIONS DTD 6/7/2023 | UNIVERSITY OF FLORIDA BOARD OF TRUSTEES<br>ATTN SCOTT FOX, TRANSPORT/PARKING SVCS<br>1273 GALE LEMERAND DR<br>PO BOX 112325<br>GAINESVILLE, FL  32611-2325 |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT LETTER DTD 4/1/2021 | UNIVERSITY OF MISSOURI<br>2910 LEMONE INDUSTRIAL BLVD<br>COLUMBIA, MO  65201 |
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT TERM ADDENDUM | UNIVERSITY OF MISSOURI<br>2910 LEMONE INDUSTRIAL BLVD<br>COLUMBIA, MO  65201 |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFICE LEASE DTD 3/14/2022 | UNIVERSITY OF NC AT WILMINGTON (UNCW)<br>ATTN AMANDA M ROSE<br>601 S COLLEGE RD<br>WILMINGTON, NC  28403-5615 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.911 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE ORDER #168073 DTD 8/7/2022 | UNIVERSITY OF NC AT WILMINGTON (UNCW)<br>ATTN AMANDA M ROSE<br>601 S COLLEGE RD<br>WILMINGTON, NC  28403-5615 |
| 2.912 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REQUEST FOR PROPOSAL #72-PAMR22123 DTD 5/4/2022 | UNIVERSITY OF NC AT WILMINGTON (UNCW)<br>ATTN AMANDA ROSE<br>5179 LIONFISH DR<br>WILMINGTON, NC  28403 |
| 2.913 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | REQUEST FOR PROPOSAL #72-PAMR22123 DTD 5/4/2022 | UNIVERSITY OF NC AT WILMINGTON (UNCW)<br>ATTN AMANDA ROSE<br>601 S COLLEGE RD<br>WILMINGTON, NC  28403-5615 |
| 2.914 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DTD 10/4/2021 | UNIVERSITY OF TEXAS AT AUSTIN<br>110 INNER CAMPUS DRIVE<br>AUSTIN, TX  78712 |
| 2.915 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 10/17/2022 | URBAN BLAZE LLC<br>1400 MERNIE DR<br>JEFFERSON CITY, MO  65109 |
| 2.916 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 11/12/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | VALLEY, GABRIEL<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION ORDER FORM | VANTA INC<br>369 HAYES STREET<br>SAN FRANCISCO, CA 94102 |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYEE OFFER LETTER DTD 11/28/2018<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | VERGUN, ALYSSA<br>ADDRESS ON FILE |
| 2.919 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/11/2018<br>AND RELATED EXTENSIONS/AMENDMENTS/ETC. | VERGUN, ALYSSA<br>ADDRESS ON FILE |
| 2.920 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDMENT FORM DTD 1/29/2021<br>RE: CONTRACT #3884462 DTD 1/23/2020 | VERIZON WIRELESS<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| 2.921 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDMENT FORM DTD 12/21/2018<br>RE: CONTRACT #3181359 DTD 10/6/2017 | VERIZON WIRELESS<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| 2.922 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATING AGREEMENT BETWEEN BIRD RIDES INC AND THE VILLAHE OF BELLWOOD DTD 4/7/2022 | VILLAGE OF BELLWOOD, IL<br>3200 WASHINGTON BLVD<br>BELLWOOD, IL 60104 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | RESOLUTION APPROVING & AUTHORIZING THE EXECUTION AGREEMENT | VILLAGE OF BELLWOOD, IL<br>3200 WASHINGTON BLVD<br>BELLWOOD, IL 60104 |
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 5/5/2020 | VIPER FLEET INC<br>11856 TENNESSEE PL.<br>LOS ANGELES, CA 90064 |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 3/24/2023 | VIVA FLEET SERVICES LLC<br>33 HEALDSBURG AVE SUITE G<br>HEALDSBURG, CA 94901 |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SUBSCRIPTION RENEWAL- SAAS | VMWARE INC<br>3401 HILLVIEW AVE<br>PALO ALTO, CA 94304 |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CUSTOMER AGREEMENT DTD 9/25/2020 | VODAFONE USA INC<br>ATTN GENERAL COUNSEL<br>546 5TH AVE, 14TH FL<br>NEW YORK, NY 10036 |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 3/11/2019 | VOXPRO LTD<br>VOXPRO HOUSE, UNIT 6<br>RIVERVIEW BUSINESS PARK<br>BESSBORO RD<br>BLACKROCK CORK T12 V99X<br>IRELAND |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.929 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 8/26/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WAGNER, CRAIG<br>ADDRESS ON FILE |
| 2.930 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 8/30/2021 | WANDERING ALBATROSS LOGISTICS LLC<br>17140 W COCOPAH ST<br>GOODYEAR, AZ  85338 |
| 2.931 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 3/30/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WARBINGTON, WILLIAM<br>ADDRESS ON FILE |
| 2.932 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 6/7/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WATSON, DUSTIN<br>ADDRESS ON FILE |
| 2.933 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 11/26/2020 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WAUGH, BRIAN<br>ADDRESS ON FILE |
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 5/17/2023 | WEB CONCEPTS LLC<br>85737 180TH ST<br>AUSTIN, TX  55912 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.935 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DTD 12/30/2021 | WELLNESS BY WISHLIST INC D/B/A THRIEVEPASS ATTN RYAN TACKE, COO 3801 FRANKLIN ST DENVER, CO  80205 |
| 2.936 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICES AGREEMENT DTD 12/16/2021 | WEST TEXAS A&M UNIVERSITY ATTN CONTRACT ADMIN WT BOX 61001 CANYON, TX  79016 |
| 2.937 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT | WEST TEXAS A&M UNIVERSITY ATTN CONTRACT ADMINISTRATOR WT BOX 61001 CANYON, TX  61001 |
| 2.938 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 11/5/2021 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WHITE, OLIVIA ADDRESS ON FILE |
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | WORK LOCATION TRANSFER TO NEVADA DTD 3/14/2022 RE: LETTER DTD 11/5/2021 | WHITE, OLIVIA ADDRESS ON FILE |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPOSAL LETTER | WICKHAM JAMES STRATEGIES & SOLUTIONS ATTN JONI WICKHAM 1881 MAIN ST, STE 301 KANSAS CITY, MO  64108 |

Debtor    Bird Rides, Inc.
(Name)

Case number (if known) 23-20515

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.941 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 10/5/2022 | WILLES SCOOTERS LLC<br>1058 W 450 N<br>PROVO, UT  84601 |
| 2.942 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/7/2019 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILLIAMS, JAY<br>ADDRESS ON FILE |
| 2.943 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT, FULL TIME MECHANIC DTD 3/30/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILLIAMS, KEYLIN<br>ADDRESS ON FILE |
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/13/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WILLIAMS, RAHSAUN<br>ADDRESS ON FILE |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 12/15/2021 | WINNERS INVESTMENT GROUP LLC<br>638 LOFSTRAND LANE, SUITE A<br>ROCKVILLE, MD  10431 |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 12/22/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WINT, RAHEEM<br>ADDRESS ON FILE |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/16/2020 | WMWORLDWIDE 4 YOU LLC<br>4119 BRENDA DRIVE<br>DECATUR, GA  30035 |
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOSTED SERVICES AGREEMENT DTD 2/7/2022 | WORD-TECH INC<br>ATTN BRUCE KARLSON<br>5625 FOXRIDGE DR, STE 110<br>MISSION, KS  66202 |
| 2.949 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 7/28/2023 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WRIGHT, CHARLES DEATON<br>ADDRESS ON FILE |
| 2.950 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 10/2/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | WYNN, SARAH ELIZABETH<br>ADDRESS ON FILE |
| 2.951 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 4/21/2020 | XPLOREDETROIT LLC<br>1600 CLAY ST. 107<br>DETROIT, MI  48211 |
| 2.952 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/10/2023 | YOCAJU<br>61 MADISON AVE<br>PERTH AMBOY, NJ  08861 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.953 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 9/14/2022 | YPI INC <br>3939 WEST 27TH STREET <br>LOS ANGELES, CA 90018 |
| 2.954 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | MOBILITY SERVICES AGREEMENT DTD 6/16/2020 | Z AXIS ENTERTAINMENT LLC <br>1339 WILCOX AVE <br>MARINA DEL REY, CA 90028 |
| 2.955 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | PLATFORM TECHNOLOGY & SERVICES AGREEMENT DTD 10/20/2020 | ZENTECH LTD <br>ATTN DIRECTOR <br>71 FORT ST <br>GEORGE TOWN, PO BOX 500 <br>GRAND CAYMAN <br>CAYMAN ISLANDS |
| 2.956 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | PLATFORM VEHICLE SALE AGREEMENT DTD 10/20/2020 | ZENTECH LTD <br>ATTN DIRECTOR <br>71 FORT ST <br>GEORGE TOWN, PO BOX 500 <br>GRAND CAYMAN <br>CAYMAN ISLANDS |
| 2.957 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | PRODUCT DEVELOPMENT AND SUPPLY AGREEMENT DTD 3/1/2021 | ZHEJIANG JINBANG SPORTS EQUIPMENT CO LTD <br>ATTN ZHIGUANG LI <br>NO 1 JUXIAN RD, HUZHEN TOWN <br>JINYUN COUNTY, LISHUI CITY <br>ZHEJIANG <br>CHINA |
| 2.958 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | AGREEMENT ON PURCHASE ORDER TERMS DTD 6/1/2021 | ZHEJIANG OKAI VEHICLE CO LTD <br>ATTN GENERAL MANAGER <br>NO 9 XINXING RD <br>XINBI TOWN, JINYUN COUNTY <br>ZHEJIANG <br>CHINA |

Debtor    Bird Rides, Inc.
          (Name)

Case number (if known)    23-20515

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LETTER AGREEMENT DTD 9/2/2022 RE: AGREEMENT ON PURCHASE ORDER TERMS DTD 6/1/2021 | ZHEJIANG OKAI VEHICLE CO LTD ATTN GENERAL MANAGER NO 9 XINXING RD XINBI TOWN, JINYUN COUNTY ZHEJIANG CHINA |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT ON PURCHASE ORDER TERMS DTD 6/1/2021 | ZHEJIANG OKAI VEHICLE CO LTD NO. 9, XINXING RD XINBI TOWN JINYUN COUNTY ZHEJIANG CHINA |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 4/13/2022 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ZHOU, TINA ADDRESS ON FILE |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | OFFER LETTER DTD 10/8/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC. | ZHUANG, YAN ADDRESS ON FILE |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MOBILITY SERVICES AGREEMENT DTD 3/8/2021 | ZOLT RIDES LLC 706 WEBSTER DRIVE SAN JOSE, CA  95133 |
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ORDER FORM# Q2054501 DTD 4/17/2023 | ZOOM VIDEO COMMUNICATIONS INC 55 ALMADEN BLVD, 6TH FL SAN JOSE, CA  95113 |

Debtor    Bird Rides, Inc.                                    Case number (if known)    23-20515
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.965 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 1/15/2018 AND RELATED EXTENSIONS/AMENDMENTS/ETC.    ZUCKERMAN, PAMELA<br>ADDRESS ON FILE |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Bird Rides, Inc. |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-20515 |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.** **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | BIRD GLOBAL, INC. | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.2 | BIRD GLOBAL, INC. | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | TIER MOBILITY SE | ☑ D ☐ E/F ☐ G |
| 2.3 | BIRD GLOBAL, INC. | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.4 | BIRD RIDES HOLDINGS (US) LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.5 | BIRD RIDES HOLDINGS (US) LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.6 | BIRD TREASURY HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.7 | BIRD TREASURY HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.8 | BIRD US HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.9 | BIRD US HOLDCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |
| 2.10 | BIRD US OPCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D ☐ E/F ☐ G |
| 2.11 | BIRD US OPCO, LLC | 392 NE 191ST STREET #20388 MIAMI, FL 33179 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | SCOOT RIDES, INC. | 1077 HOWARD ST.<br>SAN FRANCISCO, CA 94103 | MIDCAP FINANCIAL TRUST, AS ADMINISTRATIVE AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | SCOOT RIDES, INC. | 1077 HOWARD ST.<br>SAN FRANCISCO, CA 94103 | U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | SKINNY LABS, INC. | 392 NE 191ST STREET<br>#20388<br>MIAMI, FL 33179 | TIER MOBILITY SE | ☑ D<br>☐ E/F<br>☐ G |